UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| TAUREAN STEPHENS,<br><br>    Plaintiff,<br><br>vs.<br><br>SWIFT TRANSPORTATION CO.<br>OF ARIZONA, LLC A/K/A SWIFT<br>TRANSPORTATION COMPANY,<br><br>    Defendant. | CIVIL ACTION<br>FILE NO.: 1:22-CV-01403-JPB |

## PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO AMEND COMPLAINT AND MEMORANDUM OF LAW IN SUPPORT

Plaintiff Taurean Stephens ("Plaintiff"), by and through the undersigned counsel, respectfully moves the Court, pursuant to Rule 15 of the Federal Rules of Civil Procedure, for leave to file a First Amended Complaint, a copy of which is attached hereto as Exhibit A. Defendant Swift Transportation Co. of Arizona, LLC and Amerisure Insurance Company (UM Carrier) do not oppose this motion.

The primary purpose of First Amended Complaint is to add WHV Transportation LLC ("WHV Transportation") as a party defendant. The first Amended Complaint also provides an update to Plaintiff's medical special damages, which now exceed $60,000.

## ARGUMENT & CITATION OF AUTHORITY

Pursuant to Federal Rule of Civil Procedure 15(a)(2), "a party may amend its pleading only with the opposing party's written consent or the court's leave. The court should freely give leave when justice so requires." A scheduling order may be modified for good cause and with the Court's consent. Fed. R. Civ. P. 16(b)(4).

The decision as to whether or not to grant leave to amend a pleading is within the sound discretion of the district court, but this discretion is strictly circumscribed by the proviso that "leave shall be freely given when justice so requires." *Gramegna v. Johnson*, 846 F.2d 675, 678 (11th Cir. 1988). Therefore, a justifying reason must be apparent for denial of a motion to amend. *Moore v. Baker*, 989 F.2d 1129, 1131 (11th Cir. 1993). The district court's discretion is not broad enough to permit denial absent a substantial reason to deny leave to amend. *Shipner v. Eastern Air Lines, Inc.*, 868 F.2d 401, 407 (11th Cir. 1989).

In light of significant factual information learned by Plaintiff since filing suit, good cause for amending the Complaint is apparent. Swift's counsel was recently able to confirm that the tractor involved in the subject incident was owned by WHV Transportation. *See* Exhibit B (correspondence between Swift and Amazon). Based on this new factual development, there is ample basis to add WHV Transportation as a party defendant to this case.

Defendants will in no way be prejudiced if the changes are allowed at this point in the proceedings. Again, Defendant Swift Transportation Co. of Arizona, LLC and Amerisure Insurance Company (UM Carrier) do not oppose this motion. Also, the case was recently filed and discovery has just begun. Furthermore, there is no apparent reason for denying the motion to amend, as none of the factors that may militate against it are present in this case. Consistent with the liberal standard that applies to motions to amend under Rule 15(a)(2), the Court should therefore grant Plaintiff's motion.

## CONCLUSION

Accordingly, in the interest of justice, this Court should grant Plaintiff's unopposed motion for leave to file the proposed Amended Complaint.

/s/ *James Z. Foster*
James Z. Foster
Georgia Bar No. 756038

**FOSTER LAW LLC**
1201 West Peachtree St, NW
Suite 2300
Atlanta, GA 30309
Telephone: (404) 800-0050
Facsimile: (404) 493-2322
Email: james@foster-law.com

## **CERTIFICATION**

The undersigned counsel hereby certifies that this pleading complies with the Local Rules of this Court, including Local Rules 5.1.C and 7.1.D (N.D. Ga.).

/s/ *James Z. Foster*
James Z. Foster
Georgia Bar No. 756038

*Counsel for Taurean Stephens*

## CERTIFICATE OF SERVICE

I certify that I have served each of the parties listed below with a copy of this document by filing it with this Court via the CM/ECF system, which will automatically provide a copy to the following attorneys of record:

Sheetal Brahmbhatt
Matt Stone
STONE KALFUS LLP
One Midtown Plaza
1360 Peachtree St NE, Suite 1250
Atlanta, GA 30309
sheetal.brahmbhatt@stonekalfus.com
matt.stone@stonekalfus.com

*Counsel for Defendant Swift Transportation Co. of Arizona, LLC*

Tim Peacock
SWIFT CURRIE
1355 Peachtree St. NE, Suite 300
Atlanta, GA 30309
Tim.Peacock@swiftcurrie.com

*Counsel for Amerisure Insurance Company*

This 26th day of July, 2022.

/s/ *James Z. Foster*
James Z. Foster
Georgia Bar No. 756038

*Counsel for Plaintiff*