UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| TAUREAN STEPHENS,<br><br>    Plaintiff,<br><br>vs.<br><br>SWIFT TRANSPORTATION CO. OF ARIZONA, LLC A/K/A SWIFT TRANSPORTATION COMPANY,<br><br>    Defendant. | CIVIL ACTION<br>FILE NO.: 1:22-CV-01403-JPB |

## [PROPOSED] ORDER

This matter is before the Court on Plaintiff's Unopposed Motion for Leave to Amend Complaint and Memorandum of Law in Support. For good cause shown, the motion is **GRANTED**.

**IT IS HEREBY ORDERED** that Plaintiff may file a First Amended Complaint consistent with the one attached as Exhibit A of Plaintiff's Unopposed Motion for Leave to Amend Complaint adding WHV Transportation LLC as a party and updating the amount of Plaintiff's alleged medical special damages.

**SO ORDERED** this _____ day of _____, 2022.

_____
J. P. BOULEE
United States District Judge

- 2 -

*Proposed by:*

/s/ *James Z. Foster*
James Z. Foster
Georgia Bar No. 756038
FOSTER LAW LLC
1201 West Peachtree St, NW
Suite 2300
Atlanta, GA 30309
Telephone: (404) 800-0050
Facsimile: (404) 493-2322
Email: james@foster-law.com