IN THE UNITED STATE DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| TAUREAN STEPHENS,<br><br>    Plaintiff,<br><br>v.<br><br>SWIFT TRANSPORTATION CO. OF ARIZONA, LLC A/K/A SWIFT TRANSPORTATION COMPANY, and WHV TRANSPORTATION LLC,<br><br>    Defendants. | Civil Action<br>File No.: 1:22-CV-01403-JPB |

**DEFENDANT WHV TRANSPORTATION, LLC'S MOTION FOR SUMMARY JUDGMENT**

COMES NOW Defendant WHV Transportation, LLC (hereinafter, "WHV"), by and through counsel, pursuant to Rule 56 of the Federal Rules of Civil Procedure and Local Rule 56.1, and files this Motion for Summary Judgment, moving the Court to enter judgment in its favor on the grounds that there are no genuine issues of material fact and WHV is entitled to summary judgment as a matter of law. In support of this Motion, WHV relies on the following:

1. Motion for Summary Judgment;

2. Statement of Material Facts and Theories of Non-Recovery;

3. Brief in Support of Motion for Summary Judgment;

4. Exhibits to Brief in Support of Motion for Summary Judgment;

1

5. All pleadings, discovery and other materials properly on file with the Court.

WHEREFORE WHV urges the Court to inquire into and grant this Motion.

Respectfully submitted this 11th day of December, 2023.

           COPELAND, STAIR, VALZ & LOVELL, LLP

           By:   */s/ Melissa C. Greene*
                 MELISSA C. GREENE
                 State Bar No.: 580723
                 SHARON OPILA
                 State Bar No.: 631777

191 Peachtree Street, N.E.        *Attorneys for Defendant WHV*
Suite 3600
Atlanta, Georgia  30303-1740
404-522-8220
 P.O. Box 56887
Atlanta, Georgia  30343-0887
mgreene@csvl.law
sopila@csvl.law

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| TAUREAN STEPHENS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Civil Action File No.: 1:22-CV- |
| SWIFT TRANSPORTATION CO. OF ARIZONA, LLC A/K/A SWIFT TRANSPORTATION COMPANY, and WHV TRANSPORTATION LLC, | ) 01403-JPB ) ) ) |
| | ) |
| Defendants. | ) |

## **CERTIFICATE OF COMPLIANCE**

Defendant WHV's counsel hereby certifies that the foregoing has been prepared with one of the font and point selections approved by the Court in Local Rule 5.1(B): Times New Roman (14 point).

This 11th day of December, 2023.

|  |  |
|---|---|
|  | By:  */s/ Melissa C. Greene* |
|  | MELISSA C. GREENE |
|  | State Bar No. 580723 |
| Copeland, Stair, Valz & Lovell, LLP | SHARON R. OPILA |
| 191 Peachtree Street, N.E. | State Bar No.: 631777 |
| Suite 3600 |  |
| Atlanta, Georgia 30303-1740 | *Attorneys for Defendant WHV* |
| 404-522-8220 | *Transportation, LLC* |

..........
P.O. Box 56887
Atlanta, Georgia 30343-0887
mgreene@csvl.law
sopila@csvl.law

4

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| TAUREAN STEPHENS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Civil Action File No.: 1:22-CV- |
| SWIFT TRANSPORTATION CO. OF | ) 01403-JPB |
| ARIZONA, LLC A/K/A SWIFT | ) |
| TRANSPORTATION COMPANY, and | ) |
| WHV TRANSPORTATION LLC, | ) |
| | ) |
| Defendants. | ) |

**CERTIFICATE OF SERVICE**

I hereby certify that I have this day served a copy of the within and foregoing upon all parties to this matter via electronic service, addressed to counsel of record as follows:

James Z. Foster
Foster Law, LLC
1201 West Peachtree St, NW
Suite 2300
Atlanta, GA 30309
james@foster-law.com

Eric Funt
Daryl Champion
The Champion Firm
445 Franklin Gateway SE, Suite 100
Marietta, GA 30067
eric@thechampionfirm.com

Matthew P. Stone
Shawn N. Kalfus

5

Sheetal M. Brahmbhatt  
Stone Kalfus LLP  
One Midtown Plaza  
1360 Peachtree Street NE, Suite 1250  
Atlanta, GA 30309  
matt.stone@stonekalfus.com  
shawn.kalfus@stonekalfus.com  
sheetal.brahmbhatt@stonekalfus.com

This 11th day of December, 2023.

By: /s/ Melissa C. Greene
MELISSA C. GREENE
State Bar No. 580723
SHARON R. OPILA
State Bar No.: 631777

Copeland, Stair, Valz & Lovell, LLP
191 Peachtree Street, N.E.
Suite 3600
Atlanta, Georgia 30303-1740
404-522-8220
..........
P.O. Box 56887
Atlanta, Georgia 30343-0887
mgreene@csvl.law
sopila@csvl.law

*Attorneys for Defendant WHV Transportation, LLC*