# Number on Body of the truck - Swfz130264
# Trailer Tag - P319212

Time - 6:00
Date - 11/30/21