**Subject:**    FW:   220112017328802  Taurean Stephens, vs. Swift

---

**From:** Nathan Obray
**Sent:** Tuesday, May 10, 2022 9:02 AM
**To:** Nussbaum, Sonya <snnussba@amazon.com>
**Cc:** Thomas Repko
**Subject:** RE: Trailer 130264

Thank you for providing the information below Sonya.

Can you also provide us a contact number for you please? Should anyone need to reach you to verbally confirm this information.

Thank you.

_____

Good afternoon;
I contacted the facility, and was notified that WHV Transportation LLC pulled the trailer out with tractor 2808143. USDOT Number 3291436, SCAC is AGHPR.
I hope this helps. Let me know if you need any further information.



Nathan | Swift Transportation

---

**From:** Hannah Osborne
**Sent:** Tuesday, March 8, 2022 2:19 PM
**To:** Nussbaum, Sonya <snnussba@amazon.com>
**Cc:** Thomas Repko                      ; Nathan Obray
**Subject:** Re: Trailer 130264

Thank you so much Sonya, we will be in touch if anything else is needed.

**Hannah Osborne** | **Swift Transportation**

---

**From:** Nussbaum, Sonya <snnussba@amazon.com>
**Sent:** Tuesday, March 8, 2022 2:05 PM
**To:** Hannah Osborne
**Cc:** Thomas Repko
**Subject:** RE: Trailer 130264

[External Email] Think before you click. This email originated from outside of the company. Review the sender's email address and any clickable links. Validate any requests or attachments before proceeding. If in doubt contact the Helpdesk.

Good afternoon;
I contacted the facility, and was notified that WHV Transportation LLC pulled the trailer out with tractor 2808143. USDOT Number 3291436, SCAC is AGHPR.
I hope this helps. Let me know if you need any further information.

**From:** Hannah Osborne
**Sent:** Tuesday, March 8, 2022 3:16 PM
**To:** Nussbaum, Sonya <snnussba@amazon.com>
**Cc:** Thomas Repko
**Subject:** RE: [EXTERNAL] Trailer 130264

**CAUTION**: This email originated from outside of the organization. Do not click links or open attachments unless you can confirm the sender and know the content is safe.

It came in on a load from MEM6 VRID 112B6NRNZ, do they keep track of the license plate of the carrier that checked out the trailers? The SCAC associated with the plate and trailer number is accurate for the trailer but not the carrier that took the trailer out.

**Hannah Osborne** | **Swift Transportation**

**From:** Nussbaum, Sonya <snnussba@amazon.com>
**Sent:** Tuesday, March 8, 2022 12:46 PM
**To:** Hannah Osborne
**Cc:** Thomas Repko
**Subject:** RE: Trailer 130264

[External Email] Think before you click. This email originated from outside of the company. Review the sender's email address and any clickable links. Validate any requests or attachments before proceeding. If in doubt contact the Helpdesk.

Good afternoon;
I cannot locate any accident that was reported in our claims files for that trailer number.
Attached is a report I pulled to see who pulled the trailer out, and only show Swift pulling it out as an empty trailer. Do you know if it was taken to another yard and dropped as an empty?

**From:** Hannah Osborne
**Sent:** Tuesday, March 8, 2022 2:00 PM
**To:** Nussbaum, Sonya <snnussba@amazon.com>
**Cc:** Thomas Repko
**Subject:** RE: [EXTERNAL] Trailer 130264

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you can confirm the sender and know the content is safe.

That is okay, the case was never responded to. All of the information we have is provided below. We delivered a load into MGE5 and they departed it on another carrier between 11/29 and 12/05, we need the name of the carrier that took the trailer including the SCAC code.

**Hannah Osborne | | Swift Transportation**

**From:** Nussbaum, Sonya <snnussba@amazon.com>
**Sent:** Tuesday, March 8, 2022 11:39 AM
**To:** Hannah Osborne
**Cc:** Thomas Repko
**Subject:** RE: Trailer 130264

[External Email] Think before you click. This email originated from outside of the company. Review the sender's email address and any clickable links. Validate any requests or attachments before proceeding. If in doubt contact the Helpdesk.

Hello! I apologize that you have had difficulty getting information to date. I do not have access to cases, could you pass along any information you have so that I can find the accident file?

**From:** Hannah Osborne
**Sent:** Tuesday, March 8, 2022 1:32 PM
**To:** Nussbaum, Sonya <snnussba@amazon.com>
**Cc:** Thomas Repko
**Subject:** [EXTERNAL] Trailer 130264

**CAUTION**: This email originated from outside of the organization. Do not click links or open attachments unless you can confirm the sender and know the content is safe.

We had a trailer that was being hauled by a NON-SWIFT truck that was involved in an accident on 11/30 we are trying to get some feedback from MGE5 in Chime and in cases.

They departed the trailer between 11/29 and 12/05, we need to know who took the trailer out. So far we have reached out to several people in Amazon to escalate this matter and we have not been able to get a response. Case number 9720654831, first attempt to contact 03/03 via Chime.

**Hannah Osborne** ▌ | **Swift Transportation**