Page 1

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF GEORGIA

ATLANTA DIVISION

- - - - - - - - - - - - - - )
                        )

TAUREAN STEPHENS,       )
                        )

       Plaintiff,    )
                        )

vs.                   )   Civil Action File
                        )   No.: 1:22-CV-01403-JPB

WHV TRANSPORTATION LLC;  )

SWIFT TRANSPORTATION CO. OF )

ARIZONA, LLC A/K/A SWIFT   )

TRANSPORTATION COMPANY; and )

JOHN DOE,             )
                        )

       Defendants.    )
                        )

- - - - - - - - - - - - - - )

      The videotaped virtual deposition of TAUREAN
STEPHENS, taken on behalf of the Defendants,
pursuant to the stipulations contained herein; the
reading and signing of the deposition reserved,
before Joyce Frassrand, Certified Court Reporter,
via Zoom videoconferencing, on the 19th day of
October, 2023, commencing at the hour of 10:27 a.m.

_____

M A G N A   L E G A L   S E R V I C E S

866-624-6221
www.MagnaLS.com



```
 1                    A P P E A R A N C E S
 2
 3   FOR THE PLAINTIFF:
 4          ERIC B. FUNT, Esq.
            The Champion Firm, P.C.
 5          445 Franklin Gateway SE
            Suite 100
 6          Marietta, GA 30057
            Email: eric@thechampionfirm.com
 7
 8   FOR DEFENDANT SWIFT TRANSPORTATION CO. OF ARIZONA:
 9          MATTHEW P. STONE, Esq.
            Stone Kalfus LLP
10          One Midtown Plaza
            1360 Peachtree Street, NE
11          Suite 1250
            Atlanta, GA 30309
12          Email: matt.stone@stonekalfus.com
13
     FOR DEFENDANT MHV TRANSPORTATION LLC:
14
            MELISSA C. GREENE, Esq.
15          Copeland Stair Valz & Lowell LLP
            191 Peachtree Street, NE
16          Suite 3600
            Atlanta, GA 30303
17          Email: mgreene@csvl.law
18
     FOR UNNAMED INSURED AMERISURE:
19
            TIMOTHY J. PEACOCK, Esq.
20          Swift Currie Mcghee & Hiers LLP
            1420 Peachtree Street, NE
21          Suite 800
            Atlanta, GA 30309
22          Email: tim.peacock@swiftcurrie.com
23
     ALSO PRESENT:
24
            JEREMY KOVACS, Videographer
25
```



Page 3

1   Transcript Legend

2   (sic) - Exactly as said.

3   (phonetic) - Exact spelling unknown.

4   -- Break in Speech Continuity.

5   . . . Indicates halting speech, unfinished sentence
    or omission of word(s) when reading.

6
    Quoted material is typed as spoken.

7

8

9                    C O N T E N T S

10  WITNESS                                      PAGE

11  TAUREAN STEPHENS

12       Cross-Examination by Mr. Stone ............. 8

13       Cross-Examination by Ms. Greene ...... 136/152

14       Cross-Examination by Mr. Peacock ..... 145/157

15

16

17

18

19

20

21

22

23

24

25



Page 4

1                    E X H I B I T S

2    NUMBER   DESCRIPTION                           PAGE

3        1    Plaintiff's Response to Defendant

4             WHV Transportation, LLC's First

5             Interrogatories to Plaintiff Taurean

6             Stephens ............................ 75

7                            - - -

8             (Exhibit retained by Defendants' counsel)

9                            - - -

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25



Page 5

1                P R O C E E D I N G S

2                      - - -

3          THE VIDEOGRAPHER:  Good morning.  We are now

4     on the record.  This begins Videotape Number 1,

5     the deposition of Taurean Stephens in the matter

6     of Taurean Stephens versus WHV Transportation LLC

7     et al.  Today is Thursday, October 19th, 2020,

8     and the time is 10:27 a.m.  This deposition is

9     being taken remotely via Zoom at the request of

10    Stone Kalfus LLP.  The videographer is Jeremy

11    Kovacs of Magna Legal Services, the court

12    reporter is Joy Frassrand of Magna Legal

13    Services.

14         Will counsel and all parties present state

15    their appearances and whom they represent?

16         MR. FUNT:  Eric Funt for the Plaintiff.

17         MR. STONE:  Matt Stone on behalf of Swift.

18         MS. GREENE:  Melissa Greene on behalf of WHV

19    Transportation.

20         MR. PEACOCK:  Tim Peacock on behalf of

21    Unnamed Defendant Amerisure.

22         THE VIDEOGRAPHER:  Will the court reporter

23    please swear in the witness?

24                      - - -

25    `      (Whereupon, the witness was duly sworn)



Page 6

```
 1                          - - -
 2            MR. STONE:  All right.  Mr. Stephens, I
 3       introduced myself off the record before we got
 4       started.  I'm Matt Stone.  I represent Swift
 5       Transportation in the lawsuit you filed.
 6            For the record, this deposition's being
 7       taken pursuant to notice and agreement of
 8       counsel.
 9            I propose that we follow the Federal Rules
10       of Civil Procedure in terms of making objections,
11       if that's agreeable with everybody.
12            MS. GREENE:  It's agreed.
13            MR. PEACOCK:  It's all good.
14            MR. FUNT:  That's agreed.
15            THE WITNESS:  Can you repeat?
16            MR. STONE:  Can I repeat what?
17            THE WITNESS:  Okay.  You say what now?
18            MR. STONE:  My name's Matt Stone.  We met
19       just a moment ago off the record before the
20       videotape started.  I represent Swift
21       Transportation.
22            The other statements I made are for the
23       record, for the lawyers in the case.
24            State your full name, please.
25            THE WITNESS:  Taurean Meques Stephens.
```



```
 1          MR. STONE:  I'm sorry, I'm having a hard
 2     time hearing you.
 3          THE WITNESS:  My full name is Taurean Meques
 4     Stephens.
 5          MR. STONE:  Spell your middle name, please.
 6          THE WITNESS:  M-E-Q-U-E-S.
 7          MR. STONE:  M-E-Q-U-E-S.  Okay.  Mr.
 8     Stephens, have you ever given a deposition
 9     before?
10          THE WITNESS:  Yes, with the -- one with --
11     yes, I have.
12          MR. STONE:  In the workers' compensation
13     case?
14          THE WITNESS:  Correct.
15          MR. STONE:  Any other times?
16          THE WITNESS:  No, sir.
17          MR. STONE:  All right.  Just to go through a
18     couple of quick ground rules.
19          When I ask you a question, I am going to
20     assume you have understood it unless you tell me
21     differently; is that fair?
22          THE WITNESS:  Correct.
23          MR. STONE:  If I ask you a question that you
24     don't understand, I'm going to rely on you to
25     tell me you don't understand it so that I can
```



Page 8

1      rephrase it; is that fair?

2              THE WITNESS:  Correct.

3              MR. STONE:  Okay.  The oath that you've been

4      given is the same oath that you'd be given if we

5      were in a court.  And you're required to testify

6      with the same truthfulness and accuracy as you

7      would in court.  And the rules regarding perjury

8      apply here, just as they would in a court.  Do

9      you understand those things?

10             THE WITNESS:  Correct.

11                        - - -

12     Whereupon,

13                     TAUREAN STEPHENS

14     was called as a witness herein and, having previously

15     been duly sworn, was examined and testified a

16     follows:

17                     CROSS-EXAMINATION

18     BY MR. STONE:

19        Q    What did you do to prepare for today's

20     deposition?

21        A    Woke up this morning.  Thanked God for

22     another day.

23        Q    Okay.  Did you -- without telling me any

24     substance of what you may have discussed, did you

25     discuss the deposition with your attorney?



Page 9

1     A     Of course.

2     Q     Okay.  When did that discussion take place?

3     A     Maybe three weeks ago.

4     Q     All right.  Was anybody else present when

5  you were discussing that with your attorney?

6     A     No, not at all.

7     Q     Did you review any documents in preparation

8  for your deposition?

9     A     Yeah, the ones I have.

10    Q     What are those documents?

11    A     The same ones you have.

12    Q     Well, --

13    A     You have the same documents.

14    Q     I'm not sure you and I have all the same

15  documents.  Can you identify those documents for the

16  record, please?

17    A     No, we had the same ones -- I have the same

18  documents you have.

19    Q     Well, did you -- I -- I've got hundreds and

20  hundreds, if not thousands, of pages of documents.

21  Are you telling me that you reviewed thousands of

22  pages of documents in preparation for your

23  deposition?

24    A     Yes, sir.  It's contained to my life.  Yes,

25  sir, I have.



Page 10

```
 1      Q     Okay.  Good.

 2      A     Mm-hmm.

 3      Q     Anything else you did?

 4      A     No, sir.

 5      Q     Did you drive by the accident scene?

 6      A     No, sir.

 7      Q     Okay.  Did you review any photographs, or

 8   videotapes, or audio tapes?

 9      A     Of course.

10      Q     Which ones?

11      A     I have video, audios, the same ones you

12   have.

13      Q     Well, again, I'm not sure what you have, and

14   I doubt you're sure what I have.  So if you would

15   please describe for me what you reviewed.

16      A     I have the same videos you have, sir.

17      Q     Well, what videos are those?

18      A     Whoever videos you're containing to.

19      Q     Mr. Stephens, I find you being very evasive

20   to my questions, and I'd prefer not to get the judge

21   involved in -- in having to direct you to answer my

22   questions, but if that's necessary, I will do it.

23            So again, please tell me what the videos you

24   reviewed.

25      A     Video that I have in my phone?
```



Page 11

```
 1        Q      What do they show?

 2        A      Oh, another person.

 3        Q      Who -- what other person?

 4        A      This other guy that I know.  It doesn't show

 5    me.  It shows another person, the video that I have.

 6        Q      Who is it?

 7        A      Oh, it's a guy that I know.

 8        Q      What's his name?

 9        A      He's not involved in the case, so it's --

10        Q      Doesn't -- it doesn't matter if he's

11    involved in the case.  What is his name?

12        A      Name is Mr. Shelton.

13        Q      And what does Mr. Shelton know?

14        A      He don't know anything.  He knows he's been

15    recorded, that somebody was previously watching him

16    at his home where he pays his mortgage.  That's about

17    it.

18        Q      I'm confused.

19        A      Me too.

20        Q      What is Mr. Shelton's first name?

21        A      Johnny.

22        Q      And why were you watching a video of Johnny

23    Shelton in preparation for your deposition?

24        A      It was -- it was sent to me through a email.

25        Q      Who sent it to you?
```



Page 12

1      A    It's not -- non-disclosure.  It's in, you

2   know --

3           MR. FUNT:  I -- and I -- I can provide some

4       clarification on that, if it will help.

5           MR. STONE:  Sure.

6           MR. FUNT:  There was a video that was taken

7       by the workers' comp provider, a surveillance

8       video, that purported to show that Mr. Stephens

9       was actually doing well.  But the video, which my

10      office does not have a copy of, but Mr. Stephens

11      was able to receive, shows another individual.

12          MR. STONE:  I see.

13  BY MR. STONE:  (Resuming)

14      Q    So the surveillance video is -- Mr. -- Mr.

15  Stephens, this question is directed at you, not your

16  attorney.

17           Are you -- is it your testimony that the

18  video that you watched was supposed to be a video of

19  you, but, in fact, it was a video of a man named

20  Johnny Shelton?

21      A    Correct.

22      Q    Okay.  Any other videos you watched in

23  preparation for this deposition?

24      A    No -- no, sir.

25      Q    Okay.  The name you gave me a few minutes



Page 13

```
 1   ago, Taurean Meques, and I'm sorry if I mispronounce
 2   your whole name.  Meques (pronouncing) --
 3        A    Meques.
 4        Q    Meques -- Stephens, is that the only name
 5   you have ever used?
 6        A    Yes, that's it.  No other name.
 7        Q    Do you have any nicknames that people call
 8   you?
 9        A    No.
10        Q    What do people generally call you?
11        A    T.  That's family.  Yeah.
12        Q    Any other names?
13        A    No, sir.
14                          REDACTED
15
16
17
18
19
20
21
22
23
24
25
```



Page 14

1      A      No, I -- I have a -- I -- I -- I have a

2      IP-PIN, identity theft in -- for all my personal

3      information.

4      Q      Okay.  But my question is, are you aware of

5      anybody using your social --

6      A      No.

7      Q      Let me finish my question, please.

8             Are you aware of anybody using your Social

9      Security Number, date of birth, or name?

10     A      No, sir.

11     REDACTED

12

13

14

15

16

17

18

19

20

21

22     A

23     A      No, sir.

24     Q      -- High School?

25     A      No, sir.  I -- I'd -- I started working.



Page 15

1    Q    So we will have a clear transcript of your

2  deposition, it would be helpful if you let me finish

3  my question before you begin your answer.  Okay?

4    A    Yes, sir.

5    Q    Thank you.  And I'm sorry because I got a

6  little distracted with -- with that.

7         Tell me again, do you have any education

8  beyond high school?

9    A    No, sir.

10   Q    Okay.  Do you hold a CDL?

11   A    No, sir.

12   Q    Okay.  You have a Georgia driver's license?

13   A    Yes, sir.

14   Q    Okay.  It's a Class A -- or excuse me, Class

15  C --

16   A    No, sir.

17   Q    -- license?

18   A    Yes, sir.

19   Q    Okay.  Has that license ever been suspended

20  or revoked?

21   A    Yes, sir.  Years ago.

22   Q    For what?

23   A    I don't -- I don't remember.  Unpaid parking

24  tickets or something like that.  Some unpaid tickets.

25   Q    All right.  Are you married?



1       A     No, ma'am -- no, sir.

2       Q     Have you ever been married?

3       A     No, sir.

4                                  REDACTED

5

6

7

8

9

10      Q     Okay.  Do you have any family who lives in

11  Metro Atlanta?

12      A     I have family, they live everywhere.  Yes,

13  sir.

14      Q     Well, I'm not concerned about everywhere.

15  I'm concerned about Metro Atlanta.  Do you have --

16      A     What area -- what area are you speaking of

17  specifically?

18      Q     Fulton County, DeKalb County, Cobb County --

19      A     Yeah, yeah, I have people living in DeKalb

20  County.

21      Q     Okay.  It -- it's -- there's areas beyond

22  DeKalb, including Fulton, Cherokee, Douglas,

23  Paulding, Cobb.

24      A     I don't know.

25      Q     All right.



1      A    I don't know.  I don't be around a lot of

2  people.

3                          REDACTED

14                         REDACTED

25                         REDACTED







Page 19

REDACTED

```
 8     Q     All right.  And when I say this accident,
 9  I'm referring to the November 30, 2021 accident on
10  I-285?
11     A     Yes, sir.
12     Q     Since the date of this accident, has anybody
13  stayed in that home for more than a week besides the
14  people you've already identified who live there?
15     A     No, just the people that live there.
16     Q     Do you have a vehicle that you drive?
17     A     No, I don't own a vehicle.
18     Q     Okay.  How did you get to the deposition
19  today?
20     A     My sister.
21     Q     Okay.  Does she drive you wherever you need
22  to go?
23     A     Everywhere I need to go.
24     Q     Why don't you drive?
25     A     I don't drive.  I lost everything.  I don't
```



Page 20

1    have a vehicle.  I don't have no reliable

2    transportation.

3        Q    And you don't drive any of the vehicles at

4    the household where you live?

5        A    No.  I might drive my sister vehicle -- Not

6    at the -- not the one at the household that I live

7    though -- like to the store or something, something

8    simple.

9    REDACTED



Page 21

REDACTED

```
10        A      Mm-hmm.

11        Q      Are you currently employed?

12        A      No, sir.  Not at all.  Wish I was.

13        Q      When is the last time you were employed?

14        A      Like December, 1st week of December, like

15   after the wreck.

16        Q      So in December of 2021?

17        A      Mm-hmm.

18        Q      Is that a yes?

19        A      Yes, sir.  Like two, three days after the

20   wreck.

21        Q      That was the last time you worked?

22        A      Last time.

23        Q      Who did you work for on that day?

24        A      Southern Hydro Vac.

25        Q      Why haven't you been employed since then?
```



Page 22

```
 1      A    I've been hurt.  I've been trying to heal my
 2  body, my mind, my nerves.
 3      Q    Have you -- have you made any efforts to
 4  find employment that's suitable for your current
 5  condition?
 6      A    No, sir.  I'm back getting my body back
 7  together.  I can't work if I'm not fully recovered.
 8      Q    Other than the injuries you're claiming from
 9  the accident on November 30, 2021, have you sustained
10  an injury while working?
11      A    When was I working?  I haven't been working.
12      Q    No, listen to my question.
13      A    Mm-hmm.
14      Q    Other than the injuries that you got on
15  November 30th, 2021, have you ever been injured while
16  working?
17      A    Yeah, but it wasn't like too -- probably
18  like my hand swelling or something like that.
19      Q    When and where was that?
20      A    That was work at a pallet company.  It was
21  like years --
22      Q    What --
23      A    -- years prior.
24      Q    How many?
25      A    I don't -- it been long ago.  It been been
```



Page 23

 1  long.  I can't recall at the moment.  I worked at

 2  this pallet company.

 3      Q    Was it before 2020?

 4      A    Yeah, it was before.

 5      Q    Was it before 2015?

 6      A    I don't know.  I can't recall, sir.

 7      Q    Okay.  What was the nature of the injury to

 8  your hand?

 9      A    Just swellings.  I work -- I'm a hard

10  worker.  I like to use my hands.

11      Q    How long did it take for that injury to

12  subside or resolve?

13      A    About a week or two.

14      Q    Did you have to get any treatment for it?

15      A    No, sir.

16      Q    Any other times that you had an injury while

17  working?

18      A    No, sir.  Are you going to remind me of a

19  injury?

20      Q    Have you ever been injured while you weren't

21  working, whether it was during a recreational

22  activity or just walking around inside the house?

23      A    No.  I've been shot -- I've been shot

24  before.

25      Q    Okay.  When were you shot?



Page 24

1       A     Yeah, I was shot before.

2       Q     Where -- when and where were you shot?

3       A     I was shot in my right leg.  Wrong place at

4    the wrong time.  You know, innocent bystander type

5    situation.

6       Q     When was that?

7       A     I don't recall the year.  Just it was in the

8    past.

9       Q     It was before the accident on 2020 -- in

10   2021?

11      A     Yeah, way before the accident.

12      Q     Where did that incident occur?

13      A     In the city of Atlanta.

14      Q     Did you know the person who shot you?

15      A     No, sir.  I was a in -- by -- innocent

16   bystander.

17      Q     Where did you receive treatment for the

18   wound?

19      A     Grady Memorial Hospital.

20      Q     Did the wound fully heal?

21      A     Yes, it did.  I still have a bullet in my

22   leg, close to my main artery.  My -- yeah, my leg.

23      Q     Have you been -- has it affected the way you

24   walk?

25      A     No, sir.



Page 25

1      Q     Your ability to walk, in other words -- are

2   you familiar with the term gait, G-A-I-T?

3      A     No, explain it.

4      Q     It means how you walk.  So someone with a

5   normal gait would just be walking as if nothing --

6      A     Mm-hmm.

7      Q     -- was wrong with them.  Someone --

8      A     Mm-hmm.

9      Q     -- with an abnormal gait, might have an

10  issue with their foot, or their leg, or their hip,

11  something that causes them to walk in a way that's

12  not normal.

13     A     Mm-hmm.

14     Q     So my question to you is, has the bullet

15  caused you to have an abnormal gait?

16     A     No.  The -- the -- the truck accident did.

17     Q     Okay.  I'm going to get to that in a few

18  minutes.

19     A     Sure.

20     Q     Any other injuries you've ever sustained to

21  any other part of your body?

22     A     I was in an auto accident years prior, but

23  no.

24     Q     What -- what parts of your body did you

25  injure in that auto accident?



Page 26

```
1      A     My left side -- my left side, like my lower
2  leg area, and it shot like a little of my side.
3  Nothing too much.
4      Q     That was on your left side?
5      A     Yes, sir.
6      Q     What year was that auto accident?
7      A     I don't recall.
8      Q     Was it before this accident on November 30
9  of 2021?
10      A     It was before.  Everything you asked me was
11  before the accident.
12      Q     Have you had any accidents since November
13  30, 2021?
14      A     No.
15      Q     How many motor vehicle accidents have you
16  been involved in before November -- just let me
17  finish.
18            How many motor vehicle accidents have you
19  been involved in before November 30, 2021?
20      A     Maybe one.  Probably -- yeah, maybe one that
21  I recall.
22      Q     Is that the one where you injured your left
23  side?
24      A     Yeah, I was hit then, as well.
25      Q     Where did that accident occur?
```



Page 27

1      A    On the East Point area.

2      Q    Tell me what happened in that accident.

3      A    I was hit.  A guy backed up to me.  I was

4  going straight away, he backed up speeding.

5      Q    What street were you on?

6      A    I was in a neighborhood.

7      Q    Okay.  What neighborhood?

8      A    In East Point.

9      Q    What was the name of the neighborhood?

10     A    I can't think of the name of the

11  neighborhood.  It been a minute ago.

12     Q    What was the name of the street you were on?

13     A    I can't think of the name of the street.

14  It'd been a minute ago.

15     Q    What was the biggest intersection near the

16  street you were on?

17     A    I can't think of it.  Been a minute.

18     Q    What were you doing over in that area?

19     A    I was leaving from my friend's house.

20     Q    What's the name of your friend?

21     A    Chad.

22     Q    Chad what?

23     A    Chadrick Brown.

24     Q    Okay.  Does Chadrick Brown still live over

25  in that area?


MAGNA
LEGAL SERVICES

```
 1      A     Oh, no, I haven't spoke to him in year, sir.
 2      Q     So you were over visiting Chadrick Brown and
 3   you were leaving.
 4      A     Yes, sir.
 5      Q     And that's when the other vehicle backed
 6   into you?
 7      A     Yes, sir.
 8      Q     When the other vehicle backed into you, what
 9   part of your vehicle did they strike?
10      A     The middle where -- like my door and the
11   little area of the door.  It been a -- it been a
12   minute ago.  I -- I -- I really don't remember.  But
13   I could -- you know, it's been a long time.
14      Q     Did they -- did they strike -- strike your
15   vehicle on the driver's side?
16      A     Of course, if they backed up to me in my
17   left side.
18      Q     Were you taken for treatment?
19      A     Of course.
20      Q     Where were you taken?
21      A     I think it was another medical.
22      Q     Okay.  And you went by ambulance?
23      A     Did I go by -- I don't recall, but I did go
24   for treatment.
25      Q     The first place you treated for that injury
```



Page 29

```
 1  was Atlanta -- Atlanta Medical Center?
 2       A    I don't -- I don't remember.  I -- I think
 3  so.
 4       Q    Where else did you treat for that -- the
 5  injuries from that accident?
 6       A    I went to a chiropractor, the normal
 7  chiropractor, different things.  The norm.
 8       Q    Which chiropractor?
 9       A    I don't remember.  Been a minute.
10       Q    Where was the chiropractor located?
11       A    I don't remember.  Been a minute.
12       Q    Can you give me a city where the
13  chiropractor was located?
14       A    Remember, it's been minute.
15       Q    How long did you treat with the
16  chiropractor?
17       A    I don't remember.  It been a minute, man.
18  You -- you asking questions that was years ago.
19       Q    How many years ago?
20       A    I don't even remember.
21       Q    Who paid for the chiropractor?
22       A    I guess they did.
23       Q    Who's they?
24       A    Whoever the insurance company was.  You
25  don't have it on file?
```



Page 30

```
 1      Q    I -- I don't know what I have on file as it
 2   relates to this accident.
 3      A    I don't what you have either, sir.  I don't
 4   remember, sir.
 5      Q    Did your insurance company pay for your
 6   medical treatment?
 7      A    I don't remember.
 8      Q    What was the name of the person who hit you?
 9      A    I don't remember.
10      Q    Did you have a lawsuit or a legal claim as a
11   result of that accident?
12      A    I don't remember.
13      Q    What -- let's do it this way, Mr. Stephens,
14   what do you remember about that accident?
15      A    You asking -- you asking me older questions
16   that I don't remember.  I just was in an accident.
17      Q    It's fine.
18      A    I'm getting my nerves and my thoughts back
19   together, man.  You got to --
20      Q    What --
21      A    -- you got to figure out where I'm coming
22   from.
23      Q    What do you remember about that accident?
24      A    What accident?
25      Q    The accident where someone backed into the
```



Page 31

1    left side of your vehicle near your friend,

2    Chadrick's house.

3         A    Oh, I just remember I was hit.  I remember

4    the impact and, you know, I got medical treatment.

5         Q    Did the police come?

6         A    Of course.

7         Q    Was anybody issued a citation?

8         A    Oh, I don't remember.

9         Q    And did you get any treatment other than

10   with the chiropractor and -- and Atlanta Medical

11   Center?

12        A    I think.  I don't remember.  It been a while

13   ago, man.  It's been a minute.

14        Q    Did the injuries from that accident cause

15   you to have to skip work?

16        A    No.

17        Q    So you never missed any work as a result of

18   the injuries from that accident?

19        A    I wasn't -- I wasn't even employed at that

20   time.

21        Q    Why weren't you employed?

22        A    I don't remember.  It been long ago.  I

23   don't remember.

24        Q    How old were you?

25        A    I don't even remember.  May have been so



Page 32

1    long ago, man.

2         Q    Well, --

3         A    You asking questions about things that

4    happened years ago.

5         Q    Okay.  That's part of the purpose of today's

6    exercise here, is for me to ask you questions about

7    your history and to get information that you know.

8         A    Okay.

9         Q    Were you in your 20s?

10        A    I think I was.

11        Q    Okay.  How long did you treat for the

12   injuries from that accident?

13        A    I don't remember.

14        Q    Did you have any surgery as a result of the

15   injuries from that accident?

16        A    I don't remember.  Man, it been long ago.

17        Q    Did you have any injections as a result of

18   the injuries from that accident?

19        A    I don't remember.

20        Q    Did you have any X-rays as a result of the

21   injuries from that accident?

22        A    Man, it been so long ago.  Man, I don't even

23   remember the accident.  I just remember the impact.

24   You know, it had been a long time ago, man.

25        Q    Did you have any X-rays as a result of the



Page 33

```
 1    injuries from that accident?

 2       A    I don't remember.

 3       Q    Did you have an MRI?

 4       A    I don't remember.  It been years ago.

 5       Q    Did you have a CT scan?

 6       A    I don't remember.  It been years ago.

 7       Q    Did you see any medical provider other than

 8    at -- at Atlanta Medical Center and the chiropractor

 9    whose name you can't remember?

10       A    That had been long.  I don't remember.  It

11    had been so long ago that --

12       Q    Did you have a lawyer who represented you in

13    connection with that accident?

14       A    I think I did.  What is -- I forgot his

15    name.  I forgot the dude name.  That been so long

16    ago, man.

17       Q    Whose car were you driving?

18       A    In the accident, I had -- I think that was

19    my -- that was my brother's car.

20    REDACTED

21    ████████████████████████████████████████

22       Q    And what kind of car was it?

23       A    It was like an Infiniti car, something like

24    that he had.

25       Q    Was the vehicle repaired or repairable?
```



Page 34

1     A    I don't even remember, man.

2     Q    Was the vehicle totaled?

3     A    I don't remember where it went on that car.

4  They totaled.  I don't know.

5    REDACTED

6

7

8

9

10

11

12

13

14

15

16

17

18     Q    Okay.  What was the last job you had

19  immediately before Southern Hydro Vac?

20     A    Mmh, it be like install.

21     Q    That's the name of the company, Install?

22     A    No, Construction Resources.

23     Q    Okay.  Were you an employee of Construction

24  Resources?

25     A    Yes, I was an employee.



Page 35

1    Q    What did you do for them?

2    A    Installs.

3    Q    Install what?

4    A    Granites and countertops.

5    Q    Okay.  How long did you work at that job?

6    A    I don't remember.  I left that job and went

7  to Southern Hydro Vac.

8    Q    What were you -- what was the reason for

9  leaving that job?

10    A    Oh, I found -- Southern Hydro Vac was paying

11  more.

12    Q    How long did you work in the construction

13  job?

14    A    I don't remember.  I did there for a little

15  bit.

16    Q    How long did you work for Southern Hydro

17  Vac?

18    A    Since like 2019.

19    Q    What was your job at Southern Hydro Vac?

20    A    I was a crew member.  What they -- what that

21  position they gave us?  They gave us so many down

22  positions.  I was a helper, I was a digger, I did a

23  little locating.

24    Q    What kind of business is Southern Hydro Vac?

25    A    It is a hydro excavation company.



Page 36

```
 1      Q    Okay.  Were you working on residential
 2  properties, government properties, commercial --
 3      A    Of course.
 4      Q    -- properties?
 5      A    Of course.
 6      Q    All three of those?
 7      A    Everything.  Prisons, all that.
 8      Q    And did I understand you to say it's
 9  excavation?
10      A    Hydro Excavation, yes, sir.
11      Q    Okay.  Can you describe for me how that --
12  you know, a job that you did?  Describe for me what
13  -- what it was that you did on the job.
14      A    Everything.
15      Q    I understand.  But just -- just -- just give
16  me a description of a typical day.
17      A    Industrial work.  It's industrial work.  Say
18  you got a lake in the back of your house and your mud
19  is -- is piling up where you can't see your water,
20  where your water's sucking into mud, we'll come and
21  hydrovac your lake, your pond.
22          Georgia Power, they had contract with
23  Georgia Power.  Say your lights go out in your
24  neighborhood or at your residence, we'll come out and
25  dig holes for Georgia Power to put the light poles
```



Page 37

1   back to reconnect you guys' power.

2          Like schools, we were actually like up under

3   the ground, cleaning out mud holes for the school

4   drainage, cleaning drain holes for upcoming projects

5   and properties.

6          It's a lot of industrial work, sir.

7   Q    Okay.  That's a good description.  Thank

8   you.  Would you consider that physical labor?

9   A    I could -- I -- I -- I -- it's everything to

10  me.

11  Q    You had to work --

12  A    Hard labor work -- hard labor work.  I like

13  hard labor work.

14  Q    It required you to use your -- your muscles,

15  your -- your legs, your arms, your --

16  A    (Inaudible).  We have to use everything

17  that's in you.

18  Q    From the time you started at Southern Hydro

19  Vac until the time of this accident --

20  A    Mm-hmm.

21  Q    -- how many days a week did you work?

22  A    Six-seven.  If they had eight days, it'd be

23  eight.

24  Q    How many hours a day did you work?

25  A    It didn't matter.  I working like 75 - 80



Page 38

1    hours a week maybe.

2        Q    Okay.  How much were you earning at that

3    job?

4        A    1985.  I was supposed to get my raise that

5    Friday, but I was injured.

6        Q    You said you went back to work a couple of

7    days --

8        A    Yeah, after the -- yeah, where my -- my

9    groin area swollen.  They was trying to apply me to

10   -- to sweep, and I was telling them I couldn't do any

11   type of work due to my -- I was really forced to go

12   back to work basically.

13       Q    Why were you forced, or how were you forced

14   to go back to work?

15       A    Because I couldn't do nothing.  I could

16   barely get up in the morning.  I could barely wash my

17   own self off.

18       Q    Okay.  All right.  I want to go back to a

19   couple of things and then we're going to move

20   forward.

21            Do you belong to a gym?

22       A    No.

23       Q    Have you ever had a gym membership?

24       A    No.

25       Q    Okay.  Do you attend a church on a regular



Page 39

1    basis?

2         A     Of course.

3    REDACTED

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20         Q     Do you know anybody who's in the leadership

21    at that church?

22         A     A few people.

23         Q     What are their names?

24    REDACTED

25



Page 40

1   their lives, you know, they got into church, gave

2   their Christ to God -- gave they life to Christ.

3        Q    Have you ever held a leadership position in

4   that church?

5        A    No, sir.  Not at all.

6        Q    Do you belong to any social or civic groups?

7        A    No, not at all.

8        Q    Have you ever?

9        A    No, not at all.

10       Q    Do you volunteer your time anywhere?

11       A    No, not at all.

12       Q    Have you ever?

13       A    In my house.  No, not at all.

14       Q    Okay.  What sort of hobbies did you have

15   before this accident?

16       A    I was into, like, spending time with family.

17   I'm more like a family person.  I work and take care

18   home, you know, the stuff grown people do.

19       Q    You don't have any hobbies, like fishing, or

20   golfing, or --

21       A    No.

22       Q    -- gardening?

23       A    No.

24       Q    When you said you spend time with family,

25   describe which family members are you talking about?



Page 41

1    Your --

2         A     My daughters.  I have daughters.

3         Q     Yeah.

4         A     When you become -- when you become a father,

5    all the -- the past, your past, and all the negative

6    thoughts disappear, you know.

7         Q     How much time do you spend with your

8    daughters?

9         A     It is not matter of time that I spend with

10   my daughter.  They get all my time if they have to --

11   they want it.

12        Q     I understand.  But there's -- how much time

13   do you actually spend with them?

14        A     Spend time with my daughters.  I'm a father.

15        Q     How much time do you spend with your

16   daughters?

17        A     Lot of times.  A lot -- a whole lot of time

18   since my body been down.  I spend a lot of time with

19   my daughters.

20        Q     You spend more than five hours a week with

21   them?

22        A     Of course.

23        Q     More than ten hours a week with them?

24        A     Of course.

25        Q     Okay.



Page 42

1     A     They're my daughters.

2     Q     More than 20 hours a week with them?

3     A     Of course.  They're my daughters.

4     Q     I understand.  But you live in different

5  households, don't you?

6     A     Yes, of course.  They know how to call me.

7     Q     Well, let's -- let's -- let me refine my

8  question.  How much time do you spend with your

9  daughters together physically, as opposed to on the

10  phone?

11     A     When I see them.  It's not -- it's -- it's

12  -- it's not about how much time you spend with them.

13  I'm there.  I'm a father at the end of the day.

14  Like, I don't know -- like, you -- you got to ask the

15  question differently for a better response.

16     Q     How often do you see your daughters in

17  person?

18     A     I always see my daughters.

19     Q     Well, always means they're sitting in front

20  of you now.  They're not, are they?

21     A     They're at school right now.  Yeah, they're

22  at school --

23     Q     Okay.

24     A     -- right now.

25     Q     Do you see your daughters in person every


MAGNA
LEGAL SERVICES

Page  43

1  day?

2      A      Almost.

3      Q      How -- how is it that you see them?   In

4  other words, do you go to them or do they come to

5  you?

6      A      They'll come to me.

7      Q      Okay.  So your daughters come to your -- to

8  wherever you are every day?

9      A      If I ask them to, with no question asked.

10  They're my daughters.

11      Q      Okay.  Do you ask them to come to see you

12  every day?

13      A      Not every day.  They have school.

14      Q      More than three days a week, do they -- do

15  you have --

16      A      Of course.

17      Q      -- them come to see you?

18      A      Of course.

19      Q      Okay.  So more than five days a week, do

20  your daughters come to see you?

21      A      There's no limited time on when you should

22  take care of your kids, man.

23      Q      That's not responsive.

24      A      That's a question -- that's a question I

25  can't ask you.  I'm a father.  That's not a question



Page 44

1    that I can answer.  I'm a father.

2         Q    No, it is a question you can answer.

3         A    Yeah, I'm a father at the end of the day,

4    sir.

5         Q    Do you see --

6         A    There's no -- yes, of course.  There's no

7    limit to my -- to seeing my daughters.  That's not a

8    option.  That's mandatory.

9         Q    Do you see your daughters in person more

10   than five days a week?

11        A    Of course.

12        Q    Do you see your daughters in person every

13   day?

14        A    If I want to.  Not every day.  Then you're

15   asking the same questions.

16        Q    Does your -- does their mother bring them to

17   see you on the occasions where you see them in

18   person?

19        A    Of course.  Or I'll meet them somewhere.

20        Q    Tell me the name of your -- of your

21   daughter's mother again, please.

22        A    I already gave the name.  You written it

23   down in paper.

24        Q    I didn't write it down.  Please tell it to

25   me again.



Page 45

REDACTED

```
10     A    My daughters have tablets.   They have

11  tablets.

12     Q    Okay.   Tell me your daughters' names.
```

REDACTED

```
23     A    Of course.   My daughters.   Yes, sir.

24     Q    Do they have telephones?

25     A    No, they have tablets.
```



Page 46

1      Q     When you say tablets, are you talking about

2   like an iPad?

3      A     Yes, sir.

4      Q     And do you communicate with them on the

5   iPad?

6      A     Of course.

7   REDACTED

8

9

10     A     I call their -- I call their iPad.  I can --

11     Q     Okay.

12     A     -- call them directly.  Yes, sir.

13  REDACTED

14

15     A     Of course.

16     Q     And she either brings them to your home or

17  wherever it is you're going to meet them?

18     A     Wherever -- wherever I'm at, they come.

19  REDACTED

20

21

22

23

24

25     Q     What kind of activities do you do with your



Page 47

```
 1   daughters when you see them in person?

 2       A    What daddy and daughters do.  We -- we enjoy

 3   each other presence.

 4       Q    I understand.  What -- tell me some of the

 5   specific activities that you and your daughters do

 6   when you're in each other's presence.

 7       A    We -- we go -- we go to places.  Like, I

 8   take them to go jump.  I sit down while they jump.

 9   They got a -- they cheerleaders, they got a game, I

10   come to their game, you know -- you know, things that

11   fathers do.

12       Q    What -- what kind of -- in other words, are

13   they cheerleaders at football, basketball --

14       A    Sports.

15       Q    -- baseball?

16       A    All around -- all around -- all around

17   sports.

18       Q    And what's the name of the school they

19   attend?

20                          REDACTED

21

22

23

24

25
```



Page 48

REDACTED

```
 1

 2

 3     Q     Is that a private school?

 4     A     Semi.

 5     Q     What does that mean, semi?

 6     A     Like -- like private school -- you know.

 7     Q     And do you pay for their private school?

 8     A     No, sir.

 9     Q     Who pays for that?

10     A     It's -- it's -- it's nothing to pay for.

11     Q     It doesn't cost anything to go to this

12 private school?

13     A     No, sir.

14     Q     Okay.  What else do you do on a typical day

15 besides visit with your daughters?

16     A     Be chilling, minding my business, you know,

17 be trying to get myself together.  I go walk, do my

18 normal thing.

19     Q     Where do you walk?

20     A     At a park.

21     Q     Which park?

22     A     Out in Stone Mountain.

23     Q     You go to Stone Mountain Park and walk?

24     A     No, no, it's a park where the trail that

25 leads to Stone Mountain.  It's like around the corner
```



Page 49

1    from Stone Mountain.  It's a park.

2       Q    How often -- how often are you --

3       A    Every morning.  8:45 sharp.

4       Q    How far do you walk?

5       A    Like three and a half miles.

6       Q    Does anybody go with you?

7       A    No.  I do everything alone.

8       Q    I'm sorry?

9       A    Do everything alone.

10      Q    How long does it take you to walk those

11   three and a half miles?

12      A    About two hours.

13      Q    And that's every day?

14      A    Every day, every morning.

15      Q    Any other hobbies or activities that you

16   engage in on a routine basis?

17      A    No, sir.

18      Q    Okay.  Do you perform any other exercise

19   besides walking?

20      A    I do a little -- you know, a little --

21   little leg -- stuff I learned from the chiropractors

22   to get my muscles back on, to get my nerve back.

23      Q    Tell me about -- I'm sorry, go ahead.

24      A    Get my nerves back.  A little -- a little

25   leg, (inaudible), sway my legs a little bit, you



Page 50

```
 1    know.
 2        Q    Do you lift any weights?
 3        A    No, I don't lift no weights.  Not at all.
 4        Q    What has been your source of income since
 5    this accident on November 30th of 2021?
 6        A    EBT.
 7        Q    And how much are you getting through EBT?
 8        A    Like 200 and some change, something like
 9    that.
10        Q    Is that weekly?
11        A    Oh, that's monthly.  EBT is food stamps,
12    monthly food stamps.
13        Q    What other source of income do you have
14    besides the EBT?
15        A    I don't have a source of income, sir.  I
16    lost everything I own.  I have nothing but EBT.
17        Q    Okay.  Do you pay any rent to your sister?
18        A    I have nothing.  She let me live there for
19    free.  As of -- after the accident, I have nothing.
20        Q    Before the accident, were you contributing
21    to the household income or expenses?
22        A    Of course -- of course.  You can't live
23    nowhere for free.
24        Q    At the time of the accident on November 30th
25    of 2021, had your injuries from the previous accident
```



Page 51

1    in East Point healed?

2        A    Of course.  It been years ago.

3        Q    You had no residual problems from the

4    injuries in East Point when this accident on November

5    30, 2021 occurred?

6        A    No, sir.

7        Q    Was there any part of your body that you

8    were having problems with before this accident on

9    November 30, 2021?

10       A    No.

11       Q    Okay.  Before the accident on November 30,

12   2021 -- let's say on the day -- on that day, had you

13   consumed any alcohol?

14       A    I don't drink at all.

15       Q    So the answer's no?

16       A    No, sir.  I pass the drug test.  I don't

17   drink at all.

18       Q    When you say you pass a drug test, did you

19   take --

20       A    Of course.

21       Q    -- a drug test?

22       A    Yes, yes, sir.  Of course I did.  And I pass

23   with flying colors.  I work every day, sir.  I don't

24   have any habits.  I work every day.

25       Q    Did you take a drug test immediately after



Page 52

1    the accident on November 30, 2021?

2        A    No, I took a drug test the next day.  I was

3    forced to come into work to go take a drug test.

4    Didn't go to a hospital.  Yes, sir.

5        Q    Where -- where did you take that drug test?

6        A    Nova.  Passed with flying colors.

7        Q    Okay.  Was it a urine drug test?

8        A    Of course.  Hair sample, too.  They took a

9    hair sample this time, of course, too.

10       Q    They took a what?

11       A    A hair sample.

12       Q    Okay.

13       A    For what reason, I don't know.  I never had

14   a hair sample test, but that day they took one.

15       Q    Right.  Do you use recreational drugs?

16       A    Like what?  What are you containing to?

17       Q    Marijuana, cocaine?

18       A    No, I don't do no cocaine.  I have smoked

19   marijuana before.

20       Q    Okay.  When's the last time you -- when's

21   the last time?

22       A    Probably been like about a month ago, two

23   months ago.

24       Q    Okay.  When's the last time you smoked

25   marijuana before November 30, 2021?



Page 53

1      A     Said I wasn't smoking.

2      Q     Okay.  So before November 30, 2021, you

3  hadn't smoked marijuana?

4      A     No, I was clean, man.  I don't do that.  I

5  work, I was clean.  No drugs.

6      Q     I understand.  Listen to my question.  Did

7  you smoke any marijuana before November 30, 2021?

8      A     No, sir.  I was working, I was at work.

9      Q     On and before November 30, 2021, did you

10  take any medication?  Any --

11      A     No, I don't take medication.

12      Q     At the time of this accident in East Point

13  when you were injured, were you prescribed any

14  medication for those injuries?

15      A     I don't remember.

16      Q     Have you ever been arrested?

17      A     Of course.

18      Q     How many times?

19      A     I don't remember.

20      Q     More than two?

21      A     Yeah.

22      Q     More than five?

23      A     Probably so.  It was my past.

24      Q     When's the last time you were arrested?

25      A     I don't remember.  It was my past.



Page 54

```
 1     Q     Were you -- was -- has it been since this
 2 accident on November 30, 2021?
 3     A     I haven't been arrested at all.
 4     Q     Okay.
 5     A     I've been on a clean slate.  I don't --
 6     Q     For -- for how long?
 7     A     (Inaudible) since.
 8     Q     For how long?
 9     A     What you mean for how long?
10     Q     You said you've been on a clean slate.  For
11 how long?
12     A     What you mean for how long?  I've been on a
13 clean slate.  I haven't got in any trouble or
14 anything.
15           MR. FUNT:  Like when?  When --
16 BY MR. STONE:  (Resuming)
17     Q     Since when?
18     A     Since -- since the last time I got in
19 trouble.
20     Q     And when was the last time you got in
21 trouble?
22     A     I don't even remember.  It's been a minute
23 ago.  I've been clean, dude.  I've been on a clean
24 slate, man, you know.
25     Q     Have --
```



Page 55

```
 1       A    I've been --
 2       Q    Have you been -- listen to my question.
 3   Have you been arrested since 2011?
 4       A    I don't remember.  I've been clean, man.
 5   I've been out the way, I've been working, man.  I
 6   ain't been doing anything.
 7       Q    Have you been arrested since 2023?
 8       A    No.
 9       Q    Excuse me, 20 -- sorry, I'm going to start
10   over again.
11            Have you been arrested since 2013?
12       A    Not that I remember.
13       Q    Okay.  Have you ever been --
14       A    That's in the past, man.
15       Q    Have you ever been convicted of a felony?
16       A    When I was younger.
17       Q    What felony were you convicted of?
18       A    What was that?  I bought a car.  Yeah, I
19   bought a car and some -- something happened in the
20   car, some -- something like that.  It was just a lot
21   of bullishness.  Yeah, I was -- end up convicted for
22   it and, you know.
23       Q    As far as I know, buying a car is not
24   illegal.  What -- what was illegal?  What --
25       A    That car was -- it was reported stolen.
```



Page 56

1    Q    So you bought a stolen vehicle?

2    A    Yes, sir, with the paperwork.  And it was a

3  lot of mixed concepts and it wasn't working in my

4  favor, you know.

5    Q    All right.  Let's talk about your medical

6  history.

7    A    I'm listening.

8    Q    Tell me about the injuries you sustained in

9  this accident on November 30, 2021.  What parts of

10  your body were injured?

11    A    My right side, my muscles, my groin area, my

12  back.  Like, I got -- I'm -- I'm trying to get over

13  nerves damage to my head.  Like my nerves, like my

14  main nerves, they're damaged real bad.  My groin area

15  still damaged.  My right side, it throbs, you know.

16  That's why I try to walk and eat the right things,

17  you know.

18    Q    All right.  So I've written down that as a

19  result of this accident, you're claiming that you

20  have injuries on your right side, your groin, your --

21  your back, and -- and your nerves.

22    A    Yeah, my nerves are damaged.  My main nerve

23  damage in my body because of the wreck, sir.

24    Q    When you say main nerve, what does that

25  mean?



Page 57

```
 1       A     The nerves.  The main nerve in your body

 2   where your -- your whole body can barely function a

 3   little.

 4       Q     I'm not familiar with a main nerve.  Can you

 5   tell me what that is?

 6       A     What is that?  The -- the -- the custonium?

 7   It's my main nerve, sir.

 8       Q     What parts of your body are affected by your

 9   main nerves?

10       A     Everything.  My right side, my back, my

11   groin area.

12       Q     All right.  Let's talk about your right

13   side.

14       A     Let's talk about it.

15       Q     You say -- when you say your right side,

16   what specifically are you referring to?

17       A     Behind my rib cage when going back towards

18   my back.  They're like in my -- my -- my thigh, like

19   my groin area.  I still haven't healed from my groin

20   area, sir.

21       Q     All right.  So --

22       A     My back throbs.  When it rains, it throb.

23   My side throb when it rains.  When it's cold outside,

24   my body continuously throb, you know.

25       Q     Okay.  So in terms of your right side, you
```

Page 58

1   said it's your ribs going toward your back?

2       A    It's my right side damage that I had to let

3   heal that I was feeling weak for like a year and a

4   half, my back area, like it going around my leg and

5   like my groin area.

6       Q    When you say your groin, be more --

7       A    Yeah.

8       Q    -- specific?

9       A    Oh, I'm sorry, man, my penis.

10      Q    So you've got pain in your penis?

11      A    Of course.

12      Q    As a result of this accident?

13      A    Of course.  My -- my -- my nerves in my

14  penis, I don't have any kind of nerves in my penis.

15  I haven't had sex in almost two years.

16      Q    What about -- and is that -- are you

17  contending that's a result of this accident?

18      A    Of course.

19      Q    And what about -- is there any other

20  problems in your groin besides the pain in your

21  penis?

22      A    It was my nerves.  My nerves in my penis are

23  dead.  Feel like I have one side of my penis.  How'd

24  they work?  Exactly, you won't understand the pain,

25  sir.  You won't understand my pain.  You won't.



Page 59

```
 1     Q    That's why I'm asking you questions so you
 2  can help me to understand the pain.
 3     A    You won't understand.
 4     Q    Had you -- and any other issues in your
 5  groin besides the pain in your penis?
 6     A    My -- my groin area, my nerves in my groin.
 7  Feel like I got a blood clot here in my groin.  For
 8  my right side here, it's like -- it -- it throbs.  I
 9  be constantly having to walk or use the heat pad for
10  my back.
11     Q    Okay.  Let's talk about your back.  What
12  area of your back is hurting?
13     A    It's like my lower back.
14     Q    Okay.
15     A    After constantly having heat pad or use some
16  ice or I lay a certain way or I have to get somebody
17  to rub my back, you know?
18     Q    So is the pain -- the pain is localized or
19  -- or focused on your low back, is that true?
20     A    I don't think this pain will ever go away,
21  to be honest with you, the way I feel.
22     Q    That's not my question.  My question is, is
23  the pain --
24     A    I'm answering --
25     Q    -- is the pain --
```



Page 60

```
1        A     I'm answering your question.

2        Q     Is the pain in your low back only?

3        A     That's all -- it feel -- I can feel it up my

4   back.  I can feel it up my back.  It just don't hit

5   your lower back when your nerves are shot out, man.

6   Like it goes to your brain, it go to your nerve on

7   your head, you can't function.  They turn into

8   depression, they turn into stress.  You know, your

9   main nerve, it cause a lot of damage to your body.  I

10  don't know if you understand it or not, but it does.

11  It -- it's just not my groin area.  It's my right

12  side and my back as well.

13       Q     Yeah.  I -- I understand.  We -- we've

14  talked about your right side, we've talked about your

15  groin.  We've -- talking about your back, you're

16  having low back pain; correct?

17       A     Of course.

18       Q     Okay.  And what about your mid back and your

19  upper back, are they okay?

20       A     It's -- it's slight.  They get in pain.  The

21  nerves get to jumping, you know, you got your main

22  nerve that go through your back, it throbs all day

23  until you get something to lay on it cold or hot to

24  calm down your nerves.  You know, I had to learn

25  that.  You had to learn that as a patient.
```



Page 61

```
 1      Q      Are you saying that your mid-back and your
 2  upper back are also in pain?
 3      A      No, it's like the -- the mid or my lower
 4  back, I feel it like most because that's the most
 5  part that you use of your body, your -- more of your
 6  lower back, you know?
 7      Q      And -- and you talked about your nerves and
 8  a minute ago you mentioned something about
 9  depression.  Do you have depression?
10      A      Yeah.  Depression come with it.  Of course.
11  Of course.
12      Q      Right.  On a scale of zero to ten, zero
13  being no pain at all and ten being the worst pain
14  you've ever experienced, how is the pain in your
15  right side today?
16      A      Today is probably like a five and a half.
17      Q      Okay.
18      A      Because I'm still working in getting my --
19  getting my body back fitted so I could be able to go
20  back to work or, you know.
21      Q      What about the pain in your penis today on a
22  scale of zero to ten?
23      A      I don't think my penis will ever work again.
24  That's a 13 and a half, you want to be honest.
25      Q      Right.  Let me ask you this, you said -- you
```



Page 62

1    said you don't think your penis is ever going to work

2    again.

3        A    Not at all.

4        Q    Are you a -- are you able to get an

5    erection?

6        A    No, not at all.  I haven't had an erection

7    in almost two years.

8        Q    All right.

9        A    See, I'm angry.

10        Q    How about the pain in your low back; on a

11    scale of zero to ten how's that today?

12        A    It'd be about like a six.  It -- it -- it --

13    it broad, you know, you got to, I'm learning to calm

14    my nerves and use ice and heat when my back get the

15    aching.  Like before a walk, after a walk, before I

16    do anything, I have to put ice on my back, put ice on

17    my groin, put heat on my back, put heat on my groin.

18    You understand?

19        Q    Did the pain in your right side start

20    immediately after the accident?

21        A    It was -- I woke up the next morning and I

22    was in pain.  I actually woke up to a phone call from

23    my job because I had to immediately come in and do a

24    drug test.

25        Q    Okay.  My question is, when the accident



Page 63

1    happened, when the collision occurred, were you

2    feeling pain right away?

3        A    I didn't -- I didn't feel pain right away.

4    I felt pain when I got home that night, like early

5    that morning, that's when my groin -- I woke up to my

6    groin looking like I had a big old sandbag between my

7    legs or something.

8        Q    Right.  So the pain in your back, groin, and

9    side started the next day.  Is that your testimony?

10       A    Now, that's the truth.

11       Q    When you were at the accident scene, did you

12   have a conversation with the police officer who came?

13       A    Of course, I spoke with him.  I was telling

14   him I was hit on the right side.  I didn't really

15   feel the pain then until like the next morning, like

16   4:00 that morning when I got that call from my

17   supervisor.  I got up to answer my phone and it's

18   like, I just felt a lot of pressure, like nerve

19   damage, I just felt it, like my head was ringing.

20       Q    You've gotten treatment for the injuries

21   you're claiming occurred in this accident; right?

22       A    Yeah.  I'm not claiming, they're actually --

23   that's what happen.

24       Q    When you have gone for treatment --

25       A    Mm-hmm.



Page 64

1     Q     -- and you have filled out forms or spoken

2   with the medical providers, have you -- have you

3   always been truthful with them?

4     A     Of course.

5     Q     Have you always given them accurate and

6   complete information?

7     A     Of course.

8     Q     Have you ever exaggerated things with them?

9     A     Not at all.  I don't speak business to

10  others.

11    Q     Have you ever withheld any information from

12  your medical providers?

13    A     Not at all.

14    Q     Okay.  Before the accident on November 30th,

15  2021, had you ever experienced pain in your right

16  side?

17    A     No.

18    Q     Before the accident on November 30th, 2021,

19  had you ever experienced pain in your groin or your

20  penis?

21    A     No, not at all.

22    Q     Before the accident on November 30th, 2021,

23  had you ever experienced back pain?

24    A     No.

25    Q     Before the accident on November 30th, 2021,



Page 65

1   had you ever had pain with what you've described as

2   the main nerve?

3        A    No, I never had nerve damage at all.

4        Q    Before the accident on November 30th, 2021,

5   did you ever have depression?

6        A    No, I never had depression.

7        Q    Before the accident on November 30th, 2021,

8   did you ever have anxiety?

9        A    No.  Not at all.  I worked every day, man.

10  I'm a hard worker, man.  They'll tell you.  Even the

11  people in other states will tell you.  I work every

12  day.  I am hard worker.  I made my name out of

13  working hard.

14       Q    When the act -- when the pain started the

15  next day, was it in all of the areas that you've

16  already described, meaning your right side, your

17  groin, your penis, your low back?

18       A    Mm-hmm.

19       Q    Is that a yes?

20       A    That's my penis, my groin area, my back and

21  my right side.  Correct.

22       Q    Let me ask you this about the groin area.

23  Are you experiencing any pain -- well, since the

24  accident have you experienced any pain or discomfort

25  with your testicles?



Page 66

```
 1      A     My penis is numb, sir.  I keep repeating the
 2   same thing.  I have no feeling.  I have no feeling in
 3   my groin area.  You asked me this question like
 4   three, four times already.  I'm telling you the same
 5   thing.  I have no feeling in my groin area.
 6      Q     Do -- do you understand -- do you --
 7      A     I have a blood -- I have a blood clot on the
 8   right side of my penis.  And you want to know the
 9   truth.
10      Q     Do you understand what testicles are?
11      A     Of course.
12      Q     So listen to my question.  Is the pain only
13   -- since the accident, has the pain only been in your
14   penis or have you had problems, pain, discomfort with
15   your testicles as well?
16      A     Never had pain with my testicles before this
17   accident, sir.
18      Q     Since the accident, have you had any pain or
19   discomfort with your testicles that you relate to
20   this accident?
21      A     Of course.  You go two years without having
22   any sex, you'll feel how I feel.  Or you can't get an
23   erection.
24      Q     Have you ever --
25      A     It's not a joke, man.
```



Page 67

1     Q     Have you ever had a sexually transmitted

2  disease?

3     A     Probably have, don't remember.  That doesn't

4  cause an erection though.  That doesn't cause like

5  any damage to your nerves or your penis.  That

6  doesn't cause damage.

7     Q     What sexually transmitted diseases have you

8  had?

9     A     Probably trick ammonia, something like that.

10  Like a trick ammonia.

11     Q     Trick ammonia, is that what you're saying?

12     A     That's the name of it.  Like trick ammonia,

13  something like that.

14     Q     Okay.  Any other sexually transmitted

15  diseases you've had?

16     A     No, sir.  No, sir.

17     Q     When did you have that one?

18     A     I don't even remember.  I think I was young.

19     Q     Were you in your teens or your 20s?

20     A     I think I was a teen.

21     Q     Was that sexually transmitted disease

22  treated and cured?

23     A     Yeah, it was cured.

24     Q     Have you had any residual effects from it?

25     A     No.



Page 68

1      Q     When you had it, what were the symptoms?

2      A     It was like my pee was burning.  That's all

3  I remember, man.  It happened so fast and I was at

4  the -- the next thing, smoking at the clinic.

5      Q     Okay.  Is that the only time you've ever had

6  a sexually transmitted disease?

7      A     I'm aware of.

8      Q     Okay.

9      A     You know something I don't?

10     Q     All right.  I want to focus now for a minute

11  on the -- on the accident itself.  Tell me your

12  height.

13     A     Six foot.

14     Q     Six foot even?

15     A     Even.

16     Q     Okay.  What is your weight?

17     A     I was 256, about 240-something.

18     Q     Wow.  At the time of the accident, how much

19  did you weigh?

20     A     About 250-something.

21     Q     Okay.  And how much do you weigh now?

22     A     About 240-something.

23     Q     So you've lost some weight?

24     A     Yeah, I've been trying to walk, workout,

25  physical therapy, you know.



Page 69

```
1      Q     Okay.  Where were you seated in the truck

2   you were riding in?

3      A     In the passenger seat.

4      Q     Were you -- were you wearing your seatbelt?

5      A     Of course.  That's company policy.

6      Q     Were your feet touching the ground --

7   touching the floor?

8      A     Of course.  That's company policy.  We have

9   cameras in our truck, in our company truck.  That's

10  company policy.  That's mandatory.

11     Q     Do those cameras face inward as well as

12  outward?

13     A     Yes, sir.

14     Q     Have you seen any video from the camera that

15  was in your truck the night of the accident?

16     A     No, sir.

17     Q     I'm sorry.

18     A     Have you -- you seen it?

19     Q     I'm asking you, have you seen any video from

20  the -- from the camera --

21     A     No, sir.  Not at all.

22     Q     All right.  It's important that you let me

23  finish my question, please.  I'm going to ask it

24  again.

25           Have you seen any video from the camera
```



Page 70

1    inside your truck from the night of the -- from the

2    night of the accident?

3         A    No.  I haven't seen no footage from inside

4    the truck.

5         Q    Are you sure the camera was working?

6         A    Of course they are.  All the cameras work at

7    that job.  Everything work at Rovac that I'm

8    assuming.

9         Q    All right.  So you were seated.  Were you

10   leaning forward or was your back against the seat?

11        A    My back was against the seat.

12        Q    All right.  Were your windows up or down?

13        A    It was up.

14        Q    Were you having a conversation with the

15   driver?

16        A    Terio?

17        Q    Yes.

18        A    Of course.

19        Q    What were the two of you discussing?

20        A    I don't remember.

21        Q    Did you have anything in your hands?

22        A    No, I had a -- I had a drink.  I had, was

23   that a ginger ale?  It was a ice, some drink.  I had

24   to drink.  I had a drink bottle, like a bottle.

25   Because when we got -- when he hit the truck, I tried



Page 71

```
 1   to flag the dude down and I threw the bottle out the
 2   window.
 3       Q    Okay.
 4       A    Mm-hmm.
 5       Q    So, let's -- you -- you said you were
 6   seated, your seatbelt was on, your back was against
 7   the seat, your feet were on the floor?
 8       A    Mm-hmm.
 9       Q    Were you holding -- were you holding the
10   ginger ale bottle in one of your hands?
11       A    I had a ginger ale bottle between my legs,
12   where my legs closed.  It's only like a cup -- it
13   didn't have like the two cup holders.  The driver,
14   had to give him a cup holder to put on the little
15   rack that we had right there, it only was like a, in
16   the truck, like a little cubby where you could put
17   stuff in.  I had my drink between my legs.
18       Q    Okay.  Where was your phone?
19       A    On the dash.
20       Q    And you and Mr. -- and you and -- you called
21   him Terio or Terio (pronouncing)?
22       A    Mm-hmm.
23       Q    Yes?
24       A    Yeah, I called him Terio.
25       Q    Okay.  And when you call -- when you're
```



Page 72

1  referring to Terio, you're referring to Onterio Lay?

2       A     Correct.

3       Q     So you and Terio were having a discussion,

4  but you can't remember what you were discussing?

5       A     I don't know.  Not at all.

6       Q     All right.  And then tell me what happened

7  as you as the two of you were driving along.

8       A     Okay.  We was driving.  We got on the

9  expressway.  We was riding.  As we were riding, the

10  truck came from like the right side.  The truck hit,

11  boom.  So, when he hit, I'm like, oh, the man -- I'm

12  sorry, man, why that man just hit us and kept going?

13  So, Terio started hitting the horn, like tried to get

14  his attention.  So he drove up and he jumped in front

15  of us.  So, Terio looked in the mirror, found the

16  clearance, and he moved over in the next lane.  And

17  we got up on him like we was -- the button was side

18  by side and I was flagging him down through the

19  window, hey.  He kind of looked at me and turned.

20  So, I threw the bottle at him to get his attention.

21  He kept on going and I was able to get the picture of

22  the side of the -- you know what I'm saying? -- of

23  the truck, the DOT numbers and different things like

24  that, you know?

25       Q     I don't think I've seen that picture.  Was



Page 73

1   that on your phone?

2       A     No, you should have it.  You have everything

3   else.  You should have that for sure.

4       Q     I'm asking you, did you take a picture from

5   your phone?

6       A     Of course.  I grabbed my phone off the dash.

7       Q     And what was -- what the --

8       A     He tried flag him down.  He trying to flag

9   it, hey, hey, hey.  Now, my windows rolled down, hey,

10  hey, hey.  Trying to get his attention, hey, he kept

11  going.

12      Q     And you took a picture of the truck or of

13  the trailers?

14      A     No, I actually grabbed my phone off the

15  dashboard and I started texting the number, like a

16  text message.

17      Q     Who did you text?

18      A     And I gave it -- I didn't text nobody.

19  That's the first thing I did when I opened up my

20  phone is hit my text message button and I just

21  started texting the numbers and the letter that was

22  on side of the truck.

23      Q     Okay.  And what were those numbers and

24  letters?

25      A     I don't remember.  I have pictures in my



Page 74

1    email.  I got everything I need in my email.  Of

2    course.

3         Q    When you say pictures, are you talking about

4    pictures of the numbers you put in your text?

5         A    No, the number I text.  Yeah, I got a

6    picture of the number that I text.

7         Q    Okay.

8         A    Correct.

9         Q    Do you remember working with your attorney

10   to answer some written questions in this case?

11        A    What were they pertaining to?  What do you

12   mean questions?

13        Q    So they're questions that were -- that were

14   sent to your attorney for you to answer.  They're

15   called interrogatories.  Do you remember looking at

16   those and answering questions?

17        A    Mm-hmm.

18        Q    I'm sorry?

19        A    Mm-hmm.

20        Q    Yes?

21        A    The question that was contained into the

22   case to the --

23        Q    Yes.

24        A    -- to the wreck?

25        Q    Yes.



Page 75

```
 1      A    Of course.  I passed those with flying
 2  colors.
 3      Q    Okay.  So, I'm going to share my screen for
 4  a moment and put a document up on the -- up on the
 5  screen.  And we'll mark this as Defendant's Exhibit
 6  1.
 7                      - - -
 8                      (Whereupon, Exhibit No. D-1 was
 9                      marked for identification)
10                      - - -
11  BY MR. STONE:  (Resuming)
12      Q    Are you able to see my screen?
13      A    Not at all.  Oh, yeah, I see a picture of
14  me.
15      Q    Yeah, I don't know why that's there.  Hold
16  on.  Let me -- that's you.  Let me try sharing a
17  different -- I thought I was sharing the right
18  screen.
19      A    No.
20      Q    Okay.  All right.  Do you see that picture?
21  Excuse me.  Do you see that document?
22      A    Mm-hmm.
23      Q    Yes?
24      A    Yeah, I see it.
25      Q    Okay.  Let me see.  I got to get to the --
```



Page 76

```
 1   all right.

 2           So Defendant's Exhibit 1, I'm going to show

 3   you.  The title of the document is Plaintiff's

 4   Response to Defendant WHV Transportation, LLC's First

 5   Interrogatories to Plaintiff Taurean Stephens.

 6       A    Mm-hmm.

 7       Q    Okay.  This is going to be Defendant's

 8   Exhibit Number 1.

 9       A    Mm-hmm.

10       Q    Have you seen this document before?

11       A    Yeah.  With -- with my life in it?  Yeah, I

12   seen it.

13       Q    Okay.  And you provided the information in

14   here to your attorneys?

15       A    Of course.  About my life.

16       Q    Yep.  Is all of the information in here true

17   and correct?

18       A    Of course.

19       Q    All right.  Number 24 asks here, the

20   question, please provide a complete and detailed

21   description to include any and all physical

22   attributes of the tractor and trailer which you

23   allege struck your vehicle, including color, wording,

24   if any, on the vehicle, tag number, sticker or labels

25   on the vehicle, et cetera.
```



Page 77

1           In the bold information here, I'm going to

2    read it.  It says, it says response, Plaintiff states

3    that the at-fault vehicle consisted of tractor

4    2808143 USDOT Number 3291436 S-C-A-C-A-G-H-P-R and

5    trailer number 130264.  Plaintiff recalls that the

6    trailer tag number was P319212.

7           Did I read that correctly?

8    A    Yes, you did.

9    Q    That's information you provided to your

10   attorney about the tractor and trailer that collided

11   with the vehicle you were driving -- or you were

12   riding in?

13   A    Mm-hmm.

14   Q    Yes?

15   A    I wrote the number down.  Hold on, let me

16   check the numbers before I answer.

17   Q    Okay.  What are you checking?

18   A    I'm checking my notes.

19   Q    Okay.  Are you checking those in your phone?

20   A    Of course.  My notes.  I'm checking my

21   notes.  Let me see from that.

22   Q    Have you found the information, Mr.

23   Stephens?

24   A    Oh, not yet.  I'm digging.  I'm still

25   looking.  I'm trying to find it.  I have them here in



Page 78

 1    my email.

 2            MR. FUNT:  Matt, for the record, there was a

 3        -- a -- in the first production, Plaintiff's

 4        first production, there was a screenshot taken of

 5        a note on Mr. Stephens's phone.

 6            THE WITNESS:  It was on the black -- it was

 7        black with the -- and the white letters in it, it

 8        was in my notes.  I'm trying to find it for him

 9        so I can give it to him directly so there won't

10        be no mix-ups.

11            MR. FUNT:  That was included in the

12        documents produced with the initial disclosures.

13            MR. STONE:  Okay.

14            THE WITNESS:  You see it?  It's black and it

15        got, like, white -- it got all the -- the numbers

16        in white.  You don't see them?

17            MR. STONE:  I'm looking.

18            THE WITNESS:  Okay, I'll find them.  Don't

19        worry.

20            MR. STONE:  You're saying it was with the

21        initial disclosures or it was with your

22        production to us?

23            MR. FUNT:  It should be in both.  And the

24        document's called cell phone.

25            MR. STONE:  Okay.  Hang on.  Got it.  Cell



Page 79

1       phone note screenshot.

2             THE WITNESS:  You got it?

3             MR. STONE:  Yes, I got it.

4             THE WITNESS:  Can you share your screen with

5       me, please?

6             MR. STONE:  Yep.  Hang on just a second.

7       Can you see it?

8             THE WITNESS:  Yep.  That's it, from my phone

9       and yours.  That's it right there.

10   BY MR. STONE:  (Resuming)

11       Q    All right.  So, that -- those numbers are

12   different than the numbers in your interrogatory

13   response.

14       A    Oh, which I changed them?  Mm-hmm.

15       Q    Why are -- I'm going to put now your

16   interrogatory response.  You -- your interrogatory

17   response has more information.  I don't know -- I

18   don't think I -- well, maybe I can put them side by

19   side.  Hold on a minute.  No, I'm not sure I can.

20             My question, Mr. Stephens, is, is the

21   information in your interrogatory response

22   information that you provided to your attorney?

23             I put it back on the screen here so you can

24   see it.

25       A    Yeah, that -- that's what I had got off the



Page 80

1   side of the truck.  I got that off the side of the

2   truck.

3        Q    Okay.

4        A    Mm-hmm.

5        Q    So you had an opportunity to get a pretty

6   good look at the side of the truck and the trailer?

7        A    It was a -- it was a Hispanic guy driving

8   the truck.

9        Q    Okay.

10        A    It was a Hispanic guy driving the truck,

11   with a low cut, like a bald head.  I was trying to

12   flag him down.  We was on -- we was side by side.

13   That's how I was able to get the -- I'm flagging him,

14   heeey, trying to get his attention.

15        Q    Did he ever roll down his window?

16        A    No, he kept going.

17        Q    Okay.  All right.  Let's keep -- let's keep

18   going.

19             When the impact occurred, how would you

20   describe it?  Was it -- was it a hard impact?  Was it

21   a light impact?

22        A    It was a hard impact.  I didn't feel it

23   until like the next day.  It was kind of like -- and

24   like he hit and then he drag then he bounced over and

25   he kept on going.  Then he merged in front of us.



Page 81

1      Q     What part of his truck struck what part of

2  the truck you were in?

3      A     It's like his front area.  Like, he came and

4  hit like, boom, boom.  Like after his front area hit,

5  it was like the back part hit, too.  Boom, boom.  It

6  happened so fast.  He caught the wheel and we were

7  trying to speed up and tell him, hey, hey, hey, hey.

8  He jumped in front of us.

9      Q     Okay.

10     A     So it was a car, like two - three cars here

11  in front of us.  He jumped in, boom.  When they got

12  -- they got their little space and we moved over to

13  the next lane.  We stayed in our lane, but when we

14  tried to flag him down, he kind of jumped in front of

15  us once the coast was clear and the cars pushed on.

16  Because we tried to get his speed and flag him.  Hey,

17  hey, hey.  It did show on camera.  You have to get

18  the cameras out of the area.  It will show you.

19     Q     Before the collision occurred which lane

20  were you in?

21     A     There was one, two, the second lane from the

22  right side of the media.

23     Q     Okay.  And what lane was he in?

24     A     Oh, he was in the, like the -- the -- the

25  lane right here.  Like we was going side by side.



Page 82

1    Q    So he was in the lane to your right?

2    A    Mm-hmm.

3    Q    Yes?

4    A    We was in the lane.  Yes, sir.

5    Q    What part of his truck struck your truck

6  first?

7    A    It's like the front and the back.  We was

8  hit twice, like the front and back.  You just can't

9  hit a truck in the middle with your back part, sir.

10    Q    All right -- I -- now you -- you're familiar

11  with the term tractor-trailer?

12    A    Oh, I done seen him a couple times, a

13  million times.  I done seen him.

14    Q    So the tractor --

15    A    I never seen them in the accident.

16    Q    The tractor's the part where the driver sits

17  with the engine and the trailer's, the -- the -- the

18  box or whatever it might be behind the tractor.  You

19  understand that?

20    A    He came twice, boom, he bounce out in the

21  back.  It's like he was -- he was in our lane.  He

22  was in our space.  You know how that go.  When a

23  person's in your space, you know, you know how people

24  don't like people in their space?  He was in our

25  space basically.


MAGNA
LEGAL SERVICES

Page 83

```
 1      Q     Did his tractor hit your truck or did his
 2   tractor --
 3      A     Both of them, sir.  Both of them.  I
 4   answered this three times for you.  The same
 5   question.
 6      Q     If you would -- if you would let me ask a
 7   question and answer the question.
 8      A     You ask it three times.  You done asked the
 9   question three times and I done gave you the same
10   answer three times.  I'm not being funny.  I'm being
11   straight up and forward with you.  You -- you don't
12   -- you -- we -- we having this, and you don't
13   understand how much damage this wreck have done to my
14   life.  And you want to continuously ask the same
15   question.  I'm giving you the same answer.  I'm not
16   going to switch up my story.  I don't have no
17   different story.  Everything you got on paper is
18   facts what I'm saying out of my mouth.  I don't have
19   nothing in front of me to read off of.
20      Q     Are you done?
21      A     It damaged my life, sir.  You want to know
22   the truth.  My life --
23      Q     Are you done?
24      A     Yeah.  No, I'm not.  My life been hell since
25   this trial started, sir.
```



Page 84

1      Q     Are you done now?

2      A     Yeah, I'm done now.  You won't understand it

3   though.

4      Q     Listen to my question.

5      A     Okay.

6      Q     When the first impact occurred --

7      A     Mm-hmm.

8      Q     -- what part of his truck struck your truck?

9      A     Okay.  Again, if you could listen to me.  It

10  was the front part of his truck, because the -- the

11  gas tank, it dented the gas tank on the company truck

12  and knocked off the mirror.  And then when it came

13  again, it only hit like the side of the step part,

14  like up in that area.

15     Q     Was it his tractor that first struck your

16  truck?

17     A     It was -- no, the truck hit first where he

18  was at.  That's how I got a good sight of his face.

19  It hit us.  Then the tractor hit us, sir, for the

20  fourth, fifth time.

21     Q     You're saying the truck and you're saying

22  the tractor.  And I'm asking you, was it --

23     A     The truck hit first, sir.  When the truck

24  hit, it dented the gas tank, knocked off the mirror.

25  He was in our lane, sir.  This is us.  This is him.



Page 85

1   He kind of bounced, he couldn't straighten the back

2   of the trailer, so he hit it again, sir.  For the

3   second time that I've answered your question

4   correctly.

5       Q    Was it his tractor that first -- his

6   tractor-truck --

7       A    No, it was the truck first, sir.

8       Q    Okay.  And the second time, was it the

9   trailer or the truck?

10      A    It happened so fast.  It was the trailer.

11  Yes, sir.

12      Q    Okay.  Now we're heading somewhere.

13      A    Yeah, he tried to bounce.  He got -- jumped

14  in front of us, sir, for the eighth time that I'm

15  answering your question.

16      Q    And when the -- I want to talk about the

17  first impact.

18      A    Uh-huh.

19      Q    When the truck hit you -- when -- when the

20  tractor hit your truck, you're saying --

21      A    The first time?

22      Q    The first impact.  I'm focused on the first

23  impact here.

24      A    Okay.

25      Q    When that first impact occurred --



Page 86

```
 1      A     Mm-hmm.

 2      Q     -- his tractor struck the gas tank and

 3   mirror on your truck.  Is that your testimony?

 4      A     It hit the right side.  That's the impact.

 5   Boom.  When it hit the -- it hit the -- the side door

 6   impact the gas tank, shook the truck.  Then they --

 7   as he was trying to get off our truck, like we was

 8   running, like he tried to, boom, he got off our

 9   truck, he knocked the mirror off.  So when he knocked

10   the mirror off, he could not straight his truck up so

11   the back part hit us.  Do you know how long the truck

12   of a trailer is, sir?  You will understand what I'm

13   saying.

14      Q     What part of the trailer hit what part of

15   your truck?

16      A     I don't remember.  I remember the front

17   impact.  It was too fast impact, boom, boom.  Real

18   fast, sir.  Like the last time when I answered your

19   question.

20      Q     Was he traveling faster or slower than you?

21      A     I don't remember, sir.

22      Q     Okay.

23      A     It was on the expressway.

24      Q     Was there damage to the truck that you were

25   in?
```



Page 87

1    A    Of course, the mirror was off.  It was dent

2    inside -- on the side of the door.  The little

3    handle, the lift-up bar, it was damaged, the mirror

4    and the ditch (phonetic) right here where the gas

5    tank would've stepped -- side step, where you stepped

6    to get inside of the company structure.

7    Q    Do you have any photographs of that damage?

8    A    No, sir.  Do you don't have any?

9    Q    Are you aware of any photographs of that

10   damage?

11   A    I don't know, sir.  I haven't seen it.  I

12   was focusing on me.  I wasn't, you know --

13   Q    No, I was asking you --

14   A    -- people's property.  No, I was more

15   worried about the damages to my body.  The pictures,

16   sir.

17   Q    Have you ever seen any photographs of the

18   damage to your --

19   A    I haven't seen it.  I haven't -- I haven't

20   asked about any photos, sir.

21   Q    Okay.  You -- you -- you really need to let

22   me finish my question.

23   A    I have answered the question.

24   Q    Have you seen any photographs of the damage

25   to the truck you were in?



Page 88

1     A    No.  I said no.  And I asked you, have you

2   seen any photos?

3     Q    Have you -- have you seen any photographs of

4   the damage to the truck that hit the truck you were

5   in?

6     A    No, I haven't.  I haven't even seen the

7   truck again since that day, sir.

8     Q    Have you -- did you observe damage to the

9   truck that hit you while you were out there that

10  night?

11    A    How am I going to observe damage to a truck

12  that hit me when the truck kept going, sir?  That

13  doesn't make any sense.

14    Q    So, is the answer, no, you did not observe

15  any damage to that truck?

16    A    How would I observe -- how would I observe

17  anything if the truck kept going, sir?

18    Q    Just answer my question, yes or no?

19    A    Out of the window, besides the number that's

20  on the side, no, sir, I wasn't able to.  He kept

21  going.

22    Q    Okay.

23    A    That's a fair answer?

24    Q    How long did you and Terio follow the truck

25  in an effort to get him to pull over?



Page 89

1       A    He didn't pull over at all, sir.

2       Q    I said, how long did you and Terio follow

3   the truck in an effort to get him to pull over?

4       A    We chased him for like a minute and he kept

5   going.  He jumped in his gears and he got out of

6   there.

7       Q    And at that point, after about a minute,

8   what happened?

9       A    He was gone.  What you mean?  We flagging

10  him down.  Listen.

11      Q    What did Terio do after a minute of --

12      A    He kept driving.  He kept driving and he --

13  and we pulled over and we called our company.

14      Q    Okay.  So you pulled over.  Who called your

15  company?

16      A    And we called our company.  We both called.

17  He called the supervisor.  I called the supervisor.

18      Q    Did you call on separate phones?

19      A    Of course, we was pulled over.

20      Q    What did you tell the supervisor?

21      A    That we were just in a hit and run auto

22  accident.  And they told us to sit there till the

23  police come.

24      Q    Who called 911?

25      A    We both did.



Page 90

1    Q    You and Terio each called 911 independently?

2    A    At the same time.  Once we got off the phone

3    with the supervisor, we immediately dialed 911, of

4    course.  One state trooper showed up 15 - 20 minutes

5    later.  It's all on camera, sir.

6    Q    What did you tell 911?

7    A    What you mean what did I tell 911?  They

8    asked for our identification.  They asked us what

9    happened.  I told the truck hit us on the right side

10   and they kept going.  He seen like, yeah, the truck

11   hit y'all.  He like, what's the numbers?  Me and

12   Terio was like, hey, we had got the DOT, we got all

13   the information that we needed.  He said he going to

14   run the footage back on the interstate.  He went back

15   to his car for like 15 minutes and he ran the footage

16   on the interstate.

17   Q    Okay.  My question was, what did you tell

18   the 911 operator and you're describing a second --

19   A    We was in the auto accident.  That's what I

20   told him.  I told him what happened.

21   Q    What else did you tell them?

22   A    That's about it.  What else I supposed have

23   told him?

24   Q    Okay.  And the next thing that happened was

25   that the supervisor -- excuse me, the trooper came.



Page 91

```
 1      A     Trooper came.  Yes, sir.

 2      Q     Did you have any communication with the

 3  trooper?

 4      A     Of course.

 5      Q     What did you tell the trooper?

 6      A     He asked for my identification.  That's

 7  about it.

 8      Q     Okay.  Did you give him a driver's license?

 9      A     Yeah, I gave them to him.

10      Q     And what did you tell him when he asked you

11  what happened?

12      A     He did -- we told him the same thing I've

13  been telling you for about an hour and change, what

14  happened with the auto accident.

15      Q     Did you tell -- did you tell him anything

16  different than you've told us here today?

17      A     What was I supposed to tell him different?

18  I told him the truth.  What happened.  The same thing

19  I'm telling you, the truth.

20      Q     Did you tell him -- did you tell the

21  truth --

22      A     Of course.

23            MR. STONE:  All right.  We're at a good

24      stopping point.  It's 12:00, so we're going to

25      take a short break.
```



Page 92

1          And Eric, if you would talk to Mr. Stephens

2      and ask him to answer my questions as I ask them,

3      I think we may have a little smoother session in

4      the -- in the next session.

5          MR. FUNT:  What time do you want us to come

6      back?

7          MR. STONE:  Well, I've got 12:02, so let's

8      come back at 12:15 if that's suitable with

9      everybody.

10         MR. PEACOCK:  Works for me.

11         MR. FUNT:  Okay.

12         THE VIDEOGRAPHER:  We're going off.  The

13     time is 12:00 p.m.

14         MR. STONE:  Thank you.

15                   - - -

16         (Whereupon, there was a short break)

17                   - - -

18         THE VIDEOGRAPHER:  We are back on the

19     record.  The time is 12:17 p.m.

20 BY MR. STONE:  (Resuming)

21     Q   Okay.  So Mr. Stephens, the -- after the

22 impact, Terio followed and got beside the

23 tractor-trailer in an effort to get him to pull over,

24 but he wouldn't pull over.  And after about a minute

25 or so Terio pulled your truck over onto the right



Page 93

1    shoulder.  Is that true?

2        A    You said a minute or so, what now?

3        Q    After about a -- after about a minute --

4        A    Mm-hmm.

5        Q    -- where Terio got -- got beside the

6    tractor-trailer that struck your truck and the fellow

7    wouldn't pull over, Terio pulled over to the right

8    shoulder and that's when you guys called 911 and your

9    supervisor?

10       A    After -- after a minute of chasing him,

11   trying to get him to -- to stop?

12       Q    Yeah.

13       A    Correct.  Yeah.  That's what happened.

14       Q    Okay.  How long were you out at the accident

15   site with the state trooper?

16       A    We were sitting out there with them for like

17   maybe 15 minutes, ten - 15, maybe 20 minutes at the

18   most.

19       Q    Okay.  And once the state trooper told you

20   you're free to go, what -- where did you guys go from

21   there?

22       A    To the shop.

23       Q    How far away was the shop from where the --

24   where you were pulled over?

25       A    The shop was in Powder Springs, Linden --



Page 94

```
 1   Linden Street, Powder Springs, maybe 30 minutes, 20
 2   minutes from there.
 3        Q    What time did you get back to the shop?
 4        A    Don't remember.
 5        Q    Okay.  And where did you go from the shop?
 6        A    I went home.
 7        Q    Did you have your own vehicle there?
 8        A    Yeah, at the time I did.
 9        Q    All right.  So you drove home and what did
10   you do?
11        A    I drove like to my baby mama's house.  She
12   lived in Douglasville.  I drove to her house that
13   day.
14        Q    All right.  And is that where you spent the
15   night?
16        A    That's where I spent the night that night
17   because I had to -- I had a job supposedly -- I
18   supposed to went out of town at 4:00 the morning,
19   that next morning, but they called me and they
20   canceled my 4:00 job, and they was telling me I had
21   to even have a emergency drug test.
22        Q    All right.  And did -- did you go and have
23   that emergency drug test?
24        A    Of course.  And I passed with flying colors.
25        Q    And the night that -- what time of -- what
```



Page 95

1    time did you get to your baby mama's house?

2        A    I don't remember.

3        Q    Okay.  And when you got there what did you

4    do?

5        A    I took a shower and I laid down for a few

6    hours.  I got that phone call and that text message

7    at the same time.  My phone was ringing and a text

8    message came through.  It was Mr. Allen from my job,

9    one of the head supervisors, telling me he counseled

10   me on the job and that I need to report to work,

11   clock in, and they escort me to Nova Medical Center.

12       Q    Okay.  Before you got that call, did you get

13   any sleep?

14       A    No, not a -- not really.  I was -- I was

15   trying to doze off, you know, you -- you -- you go to

16   sleep for a little.  But when I started feeling that

17   pain, I was up, this was like 5:00 -- 4:30 - 5:00 in

18   the morning, this was a time to go to work.

19       Q    So, if I'm understanding you correctly, you

20   started experiencing pain before you got the call to

21   go back into work; is that right?

22       A    No, I started feeling pain when I rolled

23   over and heard my phone ringing.  My phone ringing,

24   and like everything hit at one time.  My -- my body

25   wasn't feeling right, my head wasn't feeling right.



Page 96

1    My -- my groin area felt heavy.  The guy was texting

2    me and I was getting a phone call from supervisor at

3    once.

4         Q    Okay.

5         A    Mm-hmm.

6         Q    And how soon after that phone call did you

7    go into -- into work?

8         A    I had to be in that morning at 5:30.  I came

9    in like at 7:00.  Canova (sic) had opened at 8:00.  I

10   came in at 7:00, and I was telling my supervisor, hey

11   man, my -- my body ain't feeling right, man, due to

12   the wreck man.  My -- my groin area kind of don't

13   feel right down -- I looked at it, I'm like, bro, my

14   body is swollen.  I'm telling him, my body is

15   swollen.  They wasn't worried about my body being

16   swollen.  They wanted me to -- to take that drug

17   test.  They weren't studying with all that.

18        Q    Did someone take you to Nova or did you

19   drive yourself?

20        A    No, they took me to Nova.  They took me to

21   Nova.

22        Q    And you had the urine drug test and a hair

23   sample taken.  What did you do?

24        A    I passed with flying colors.  That morning,

25   my baby mama, she dropped me off at work because she



Page 97

```
 1   knew I wasn't staying due to -- I was telling her my

 2   groin area, I was complaining, and she was trying to

 3   do what she can to help, so.

 4        Q    So, after you went to Nova, what happened

 5   next?

 6        A    After I went to Nova, they transported me to

 7   Nova in the company truck, the little duty truck we

 8   had.  I went and took the drug test and the hair

 9   sample.  I went back to the shop.  I spoke with my

10   supervisor for a minute about me having a couple of

11   days off.  He won't approve.  He was telling me, no

12   show, no call, no show, something like that.  He was

13   threatened me with or whatnot.  So I ended up leaving

14   work.  Baby mama came and got me and I went to the

15   hospital.

16        Q    Okay.  That was -- which day?  Was it that

17   -- was that the next day after the accident or two

18   days later?

19        A    It was a day or two after or something like

20   that.  I can't -- I went to the hospital, though, for

21   sure, because I was trying to see where my groin go

22   down with ice and put ice on my back and ice on my

23   side.  I was trying to, you know, home remedies, but

24   shit, they weren't working.

25        Q    I want to go back to the accident for just a
```



Page 98

 1    minute.

 2          Describe the tractor portion of the truck

 3    that hit you.  I want to know what color it was.

 4      A    I forgot the color, sir.  I have -- you --

 5    what color was that they have on truck?  I forgot the

 6    color of that truck, man, it has been so long.

 7      Q    Okay.  Did you see any logos on the truck?

 8      A    No, I only seen that box.  It's like a box

 9    that sat in the back.  Okay.  The driver part, the

10    door, it is like in that corner.  It was like a

11    little square little box that sit right there that

12    had the numbers on it.

13      Q    Okay.

14      A    And I remember it was a out of state tag.  I

15    seen the out of state tag when he got in front of us

16    and just gassed on.  He switched, he jumped in the

17    gear.  You see the truck rocking shade.  He was gone.

18      Q    Okay.  So, as far as the truck goes, you

19    didn't see -- you don't remember what color it was.

20    Was it -- did it have, like the extended cab where,

21    you know, the sleeper part of -- are you familiar

22    with the tractors that have the sleeper berths in

23    them?

24      A    It probably did.  I know that guy that was

25    driving, he was kind of like Mexican-Asian-looking



Page 99

```
 1   kind of guy.

 2       Q    Okay.

 3       A    I seen his face direct.

 4       Q    All right.  Was he wearing glasses?

 5       A    No, he didn't have no glasses on.

 6       Q    Did he have any facial hair?

 7       A    He had something like this, had like a low

 8   haircut, like, you know what I'm saying?

 9       Q    Okay.

10       A    He looked me dead in my face.  He looked at

11   me trying to look, and kept going.

12       Q    How old was he?

13       A    He like a older guy.  He like, he was short

14   maybe.  Like a Hispanic-Asian-looking type guy.

15       Q    All right.  So you -- you -- you don't

16   remember what color the truck was and you don't --

17   you didn't see any logos.  The only thing you saw was

18   the area that had the letters --

19       A    Only the numbers.  That's it.

20       Q    Okay.

21       A    I forgot the color.

22       Q    What about the -- the -- the trailer that he

23   was pulling?  Was it one of those box trailers or was

24   it a tank or was it just a flatbed?  What kind of a

25   trailer was it?
```



Page 100

```
 1      A     It was like a big old, you know, the
 2   trailer, the square trailer, you know those kind of
 3   trailers?
 4      Q     Okay, sure.
 5      A     Those ones.
 6      Q     And were there any logos on it?
 7      A     I don't remember.
 8      Q     All right.  What color was it?
 9      A     I don't remember.
10      Q     Okay.  When you -- when he got past you and
11   you could see the back of the trailer, did you see
12   any logos on -- on the back of the trailer?
13      A     I only remember it was an out-of-state tag.
14   That's all I remember out of -- if I could get in
15   contact Terio, Terio took a picture of that tag.  He
16   got that tag for sure, for sure.
17      Q     All right.
18      A     Yeah.
19      Q     Have you told me now everything you can
20   remember about the truck that hit you?
21      A     Of course.
22      Q     And you've described in as much detail as
23   you can the impacts -- the two impacts?
24      A     Of course.
25      Q     And you described what Terio did after the
```



Page 101

1   impacts?

2      A     Well, when he chased the guy, when we tried

3   to catch up with him and --

4      Q     Yes.

5      A     -- then we pulled over?  Of course.  Yes.

6      Q     You described your --

7      A     We follow company protocols.  We don't break

8   rules.

9      Q     And you follow -- you told me in full about

10  what you did in terms of waving at the guy and

11  yelling, hey, hey, hey and throwing your ginger --

12     A     Throwing the bottle at him?  Yeah.  I threw

13  the ginger ale bottle to get his attention.  Yes, I

14  did.

15     Q     Okay.  Anything else?  Any other details

16  that occurred that night?

17     A     Did you ever get the footage from the

18  expressway?  It should tell you everything you need

19  to know.

20     Q     I don't have any footage from the

21  expressway.

22           All right.  You told me that you were not

23  experiencing any pain or discomfort on the night of

24  the accident, but it started --

25     A     Early morning.



Page 102

1      Q     -- early morning.  Got it.  Okay.  You've

2   seen a number of medical providers for the injuries

3   that you're claiming in this accident, true?

4      A     Of course.

5      Q     Okay.  Those medical providers have given

6   you some directions about things you should and

7   should not do?

8      A     Correct.

9      Q     Have you followed their directions and

10  advice?

11     A     Of course.

12     Q     Okay.  Have you ever ignored any of their

13  directions or advice?

14     A     No, sir.

15     Q     Has your pain in your right side gotten any

16  better from the time it first started on the morning

17  after the accident?

18     A     Slightly.

19     Q     Okay.  And has the pain in your groin gotten

20  any better since the time that it first started on

21  the day -- on the morning after the accident?

22     A     Not at all.

23     Q     Has it gotten any worse?

24     A     No, it's just there.  You feel like you have

25  a dead penis.



Page 103

 1     Q     Has the pain in your back gotten any better

 2  or worse since it first started on the day after the

 3  accident?

 4     A     Probably a little better.  Just a little.

 5  It's still, you know, nerves take time to heal.

 6     Q     You've had chiropractic treatment --

 7     A     Of course.

 8     Q     -- for these injuries?

 9     A     Of course.

10     Q     Did the -- did you find that the

11  chiropractic treatment helped you?

12     A     Yeah, the last one I went to.

13     Q     Where was the last one you went to?

14     A     Where I went?  Staffmark -- the Staffmark.

15  No, I went to --

16     Q     BenchMark?

17     A     -- I went to Peachtree Orthopedic.  They did

18  a good job, too.  But, you know, dealing with your

19  nerves and your back, they just don't go away in the

20  quickness.  You have to work them, you have to work

21  your nerves back to the point -- they have taught me

22  that.  You have to work your nerve back to the point

23  where your mind functioning mentally and your body

24  functioning physically.

25     Q     Okay.  Did the treatment that you got at a



Page 104

1    BenchMark help you?

2        A     Yeah, they popped my back.  It gave me a

3    little relief, you know what I'm saying?

4        Q     Did the treatment that you got at AICA,

5    A-I-C-A, did that help you?

6        A     They did a little -- a little massage.  They

7    weren't really -- you know, it's a chiropractor, you

8    know, I had to --

9        Q     Did the treatment --

10       A     -- to go to another -- I had to go to

11   another chiropractor.  Like, nerves are different

12   from broken bones, you know?

13       Q     Did the treatment that you got at

14   OrthoAtlanta help you?

15       A     Yeah, like a -- a lot of them helped me in

16   certain way, you know, but you got to still work on

17   your body yourself.

18       Q     Did the treatment that you got at Nova help

19   you?

20       A     No.  Hell no.

21       Q     Okay.  You had -- you met with a doctor to

22   do what's called an Independent Medical Examination.

23   That was on August 3rd of last year.  Do you remember

24   that?

25       A     What -- what location?  Where was I?



Page 105

1      Q    It -- the name of the facility was

2 OrthoAtlanta.  And the doctor's name was Douglas

3 Kasow, K-A-S-O-W.  Do you remember meeting with Dr.

4 Kasow?

5      A    Mmm, Dr. Kasow.  What location was that?

6      Q    It says OrthoAtlanta in Lawrenceville.

7      A    Oh, the guy in Lawrenceville.  Yeah, I met

8 with him.  He's a pain in the ass.  He just asked

9 questions.  He didn't do anything.  He just asked

10 questions.  He didn't do nothing.

11     Q    Did you give him truthful, accurate, and

12 complete answers to his questions?

13     A    Already too much.  He was doing all the

14 talking.

15     Q    Well, he asked you questions and he --

16     A    He was a pain in the ass.

17     Q    When -- when he asked you questions, did you

18 give him truthful, accurate, and complete answers?

19     A    Yeah, actually there were two questions and

20 I was out of there.  I drove -- I had somebody drive

21 me an hour and a half in the Uber for two questions.

22 I wasn't even there ten minutes.

23     Q    Listen -- listen to my question, Mr.

24 Stephens.  When Dr. Kasow asked you questions at the

25 Independent Medical Examination, did you give him



Page 106

```
 1   truthful, accurate, and complete answers?
 2       A    Of course.  He only asked two questions.
 3       Q    Did you exaggerate anything?
 4       A    About what?
 5       Q    Did you exaggerate about anything?
 6       A    There wasn't nothing to exaggerate about.
 7       Q    So the answer's no, you did not exaggerate?
 8       A    I had nothing to exaggerate about.  What was
 9   it to exaggerate about?
10       Q    Mr. Stephens, when Dr. Kasow asked you
11   questions, did you exaggerate any of the information
12   you gave him?
13       A    I answered -- I answered the -- the -- the
14   two questions that he asked directly.
15       Q    Did you exaggerate any information that you
16   gave him?
17       A    No, I answered --
18       Q    That's a -- that's a yes or a no question.
19       A    I answered the two questions that he asked
20   me in the five-or-ten-minute time period that we had
21   together.
22       Q    For the questions that he asked you, did you
23   exaggerate?
24       A    No, sir.  And I answered that two, three
25   times.  I did not.
```



Page 107

1      Q      Did you withhold any information from him?

2      A      I don't withhold anything.

3      Q      Okay.

4      A      There was nothing to withhold, he only asked

5  two questions.

6      Q      Okay.  Are you still getting treatment for

7  the injuries that you're claiming from this accident?

8      A      I'm just -- I'm through -- I was just

9  getting treatment through somebody.  Not at the

10  moment.  I haven't been treated for, like, maybe two

11  weeks at the most.

12      Q      Okay.  Do you have any future appointments

13  with any medical providers?

14      A      I have one today -- Once I get off the

15  conference call with you -- to go sign back into a

16  physical therapy, sir.

17      Q      Where?

18      A      Hopefully, it is BenchMark.  Hopefully.

19      Q      Who's paying for your medical treatment?

20      A      I don't know.  I don't -- you know, that's

21  not information to be, you know --

22      Q      You signed some things, some documents,

23  called letter of protection.

24      A      Mm-hmm.

25      Q      Do you recall that?



Page 108

1       A       Mm-hmm.  So, if I signed, and you asked me

2    the question, like, what are you -- what are you

3    asking me?

4       Q       I'm asking you, did -- did you sign a letter

5    of protection?

6       A       Uh-huh, of course.

7       Q       Okay.  And do you understand that that means

8    you have to pay back these medical providers who are

9    giving you treatment?

10      A       Of course.

11      Q       Okay.  Workers' compensation pay for any of

12   your treatment?

13      A       No, sir.  Do you see them pay for anything?

14      Q       Okay.  Did you settle your claim with

15   workers' compensation?  But let me ask, I'm sorry.

16   Let me ask a different question.

17              Did you --

18      A       Did I have anything to do with this?

19      Q       Did you settle your workers' compensation

20   claim?

21      A       Yes, I did.

22      Q       Okay.  How much did you settle that claim

23   for?

24      A       They gave me like 7,500, something like

25   that.  Some --



Page 109

1    Q    Did you have to resign your job as part of

2    the -- as part of the settlement?

3    A    No, not that they -- they didn't say --

4    they've been calling me to come back, actually.

5    Q    Southern Hydro has been calling you to come

6    back to work?

7    A    Yes.  My hard --

8    Q    And did they --

9    A    I work hard every day.

10   Q    And --

11   A    I got a call last month from them.  I work

12   hard, sir.  I'm a hard worker.

13   Q    When they called you to come back to work

14   for them, what did you tell them?

15   A    I was at physical therapy, and I called them

16   later and I was at physical therapy.

17   Q    What did you tell them about coming back to

18   work for them?

19   A    I was at physical therapy, then I was going

20   to call them back.

21   Q    Okay.  Did you call them back?

22   A    No.  For what?

23   Q    Have you tried to find any employment that

24   you can do?

25   A    No, sir.  Not at all.



Page 110

1       Q     Okay.  What kind of employment are you

2  capable of doing given your current condition?

3       A     Nothing right now.  Healing my body.  That's

4  about it.

5       Q     Okay.  Are you capable of sitting at a desk

6  and answering a phone?

7       A     I don't know.  My body hurts sitting right

8  here talking to you right now.

9       Q     Do you know how to use a computer?

10      A     Not like that.

11      Q     Not like what?

12      A     Just a little, I like hands-on work, sir.  I

13  like hard work.  I'm not a computer-desk type of guy.

14  I've never been.  I like hard labor work.  I like to

15  be muddy, you know?

16      Q     Okay.  Have you --

17      A     I like to sweat -- I like to sweat a lot.

18      Q     Have you gotten any funding from any

19  litigation funding companies?

20      A     I ain't got nothing.  I've been out here

21  broke as hell.

22      Q     Okay.  We've gotten records that show you've

23  gotten some funding from a couple of companies, a

24  couple of loans related to your case.

25      A     Of course, I -- of course I got loans.  Of



Page 111

1    course.  Of course, I got loans.

2        Q    How much do those loans total?

3        A    Do I have to answer those?

4        Q    Yes.

5        A    Maybe I got a loan for, what's that, 2000

6    one time and $1000 the other time.  That's about it.

7        Q    And what are you using that money for?

8        A    For my kids?  Mm-hmm.

9        Q    All right.  And do you understand -- well,

10   what do you understand your obligation to repay those

11   loans?

12       A    I did.  I have to -- I have to repay.

13       Q    Okay.  Do you have any health insurance?

14       A    I have nothing, sir.  Nothing at all.  But

15   EBT.  I have nothing.

16       Q    How did you get to the doctors you've seen?

17   In other words, did someone refer you to those

18   doctors or did you find them on your own?

19       A    I was referred to them.  I had

20   transportation from ML Healthcare.  It was providing

21   Ubers, and I have my sister who has a vehicle who's

22   like my reliable transportation to take me where I

23   need to go.

24       Q    So -- so, that's fine.  Let me -- let me ask

25   the question a different way.  How did you know to go



Page 112

1    to the doctors that you saw?  In other words, did you

2    find them on your own or did someone suggest you go

3    to those doctors?

4        A     That what the lawyers are for, to make sure

5    their clients are happy.  That's their job.

6        Q     Is it your testimony that your lawyers

7    referred you to the doctors you -- you have seen as a

8    result of the injuries you're claiming from this

9    accident?

10            MR. FUNT:  Object -- Object to form.

11   BY MR. STONE:  (Resuming)

12       Q     All right.  You said your next -- you're --

13   you're trying to get another appointment with

14   BenchMark Physical Therapy?

15       A     Mm-hmm.

16       Q     Are you trying to get an appointment or do

17   you have any appointments with any other medical

18   providers?

19       A     I have -- I'm trying to get a new

20   appointment -- a new update appointment.  I supposed

21   to went in today, but I had a meeting with you guys

22   at eleven o'clock.

23       Q     Who are you supposed to go in to see today?

24       A     To meet someone at BenchMark.

25       Q     Okay.  So, that's physical therapy?



Page 113

```
 1        A     Uh-huh, of course.

 2        Q     All right.  I'm asking you, other than this

 3   physical therapy, are you trying to get treatment

 4   anywhere else?

 5        A     No, sir.

 6        Q     Tell me about the limitations you have as a

 7   result of the injuries you're claiming.

 8        A     What do you mean limitations?  To doing

 9   what?

10        Q     What things are you not able to do because

11   of the injuries you're claiming from this accident?

12        A     Nothing, sir?  Nothing.  I'm not to be

13   active with my kids.  I only go -- when they go play,

14   I sit down.  I'm not able to do anything, you know.

15        Q     What things were you doing with your kids

16   that were active that you're no longer able to do?

17        A     Anything that fathers do, kickball,

18   basketball.  Constantly little things, you know, to

19   kick it with your kids, soccer ball, kick the ball

20   with them, have play time, enjoy your kids like a

21   father's supposed to.  Those moments, I can't get

22   back, sir.  But once I see my kids, I have to sit

23   down and get hugs and kisses and let them run on by

24   they day.  You wouldn't understand that feeling.

25        Q     How old are they?
```



Page 114

```
 1      A     That's a totally different feeling.
 2  Totally --
 3      Q     How old are -- how old are your children?
 4      A     Oh, five and seven.  I have baby girls.
 5      Q     Tauryan is five -- or Tauryan is seven.
 6      A     She's seven.  Braelyne is five.
 7      Q     Okay.
 8      A     Mm-hmm.
 9      Q     What other things besides playing with your
10  children?  If there are any other things.
11      A     There -- There aren't any.
12      Q     Okay.  So those -- those are the -- the --
13  the only thing that your injuries are preventing you
14  from doing is -- is -- is playing with your children?
15      A     Surviving, making money to take care of my
16  kids, making money to be able to take care of my kids
17  and be a provider and a father.  That's what this --
18  this accident has done to me.  This accident has made
19  me miserable, has fucked my life all the way up 100
20  percent, and I'm not going to cut back from it.  It's
21  fucked me up, fucked up my groin area, it fucked up
22  my sexual life, it fucked up my mental health.  I'm
23  scratched still in depression, trying to ease out of
24  it slowly.  But surely this has been the worst
25  situation of my fucking life, you want to be honest.
```



Page 115

1  And that's the honest God truth.  I'm sorry for

2  cussing and -- and being disrespectful.

3      Q    You're fine.  All right.  I want to make

4  sure that I have a complete picture before we --

5  before I stop asking you questions.

6      A    Mm-hmm.

7      Q    So I -- I understand -- and I'm not going to

8  use the same words you've used -- but it's affected

9  your sexual life, your groin, your life 100 percent.

10 Just hang on -- hang on.  It's -- it's affected your

11 ability to work, and it's affected your ability to

12 play with your children.  Anything else?  Any other

13 things, any other ways that this accident and your

14 injuries have affected your life?

15     A    Groin, my whole life, sir.

16     Q    I understand.

17     A    I haven't -- I haven't had peace in almost

18 two and a half years.  There is no peace in my life

19 right now.  I'm always angry.  I'm continuously

20 angry.  That's my nerve in my head that's damaged

21 still.

22     Q    Were you angry on a regular basis before

23 this accident?

24     A    Not at all.  Ask anybody.  Everybody loves

25 me.  I've never been angry.  I'm a helping person,



Page 116

1   I'm a kind person, I'm a giving person.

2       Q    Have you sought any counseling?

3       A    No, I haven't seen any counseling.

4       Q    Why not?

5       A    Because I need to heal my body.  My body --

6   I need to see therapists.  I don't need to see

7   counselors.  I need therapists.  I'm trying to get my

8   body back right.  When your body is not fine, you

9   can't do the things that you need to do that needs to

10  be done.

11      Q    Okay.  When I say counseling, I'm -- I'm

12  talking about therapists who can help you with

13  emotional injuries, like anger and -- and stress and

14  depression and anxiety.

15      A    Not at all.

16      Q    Have you seen -- have you seen any

17  therapists for those issues?

18      A    Not at all.

19      Q    Why not?

20      A    Because I've been going to therapy trying to

21  heal my body, my mind.

22      Q    When you say therapy -- you've been going to

23  therapy, you're talking about physical therapy?

24      A    Yeah, physical therapy only.

25      Q    All right.



Page 117

1      A     Nothing else.

2      Q     Have you taken any trips anywhere in the

3  last two years?

4      A     I ain't been nowhere.  I want to go

5  somewhere.

6      Q     Where do you want to go?

7      A     Anywhere.  I want to heal first.

8      Q     So, the answer to my question is, you have

9  not taken any trips anywhere in the last two years.

10     A     Haven't been nowhere, man.  Nowhere.  I

11  haven't had any money to go nowhere.  My kids haven't

12  been nowhere.  I can barely provide for my kids now.

13  I'm trying to heal and go back to work so I can.

14                          REDACTED

15

16

17

18

19

20

21

22

23

24

25



Page 118

1     Q    I -- I understand.  My question is, what

2  grade does she teach?

3     A    My answer, I don't know what grade she

4  teaches.

5     Q    Okay.  That -- that's -- that's an answer.

6  Have you kept any sort of a journal or a diary thing,

7  something you write in about how you're feeling at

8  any particular time?

9     A    Man, I got like three, four, five, six

10 journals.

11    Q    Okay.  And what do you write in those

12 journals?

13    A    My life.  I got them in my head and I got

14 them on paper.

15    Q    Okay.  And describe for me on paper, are

16 they like in a booklet form that you open it up and

17 you write down whatever is in your mind?

18    A    I expressed some of that to you already.

19 About how I feel and what's running through my mind

20 and how my body feel and how my life is set up right

21 now and what I'm going through mentally.  Yeah.  I

22 already explained that to you numerous of times.

23    Q    Okay.  And -- and you put those things in

24 that same journal?

25    A    Of course.  And all six journals I have.



Page 119

```
 1    That's the notepad.

 2        Q    You said six -- six journals?

 3        A    Of my life, it's called my life.

 4        Q    Okay.  That's what it said?

 5        A    A detail of my life.  Yes.

 6        Q    Okay.

 7        A    My life.  How this day went, how that day

 8    went.  How this go, how that go?  My life.  That's

 9    what it's called.

10        Q    Do you have any social media accounts?

11        A    No, sir.  I don't do no type of social

12    media.  I don't even take pictures unless I'm taking

13    them with my kids.

14        Q    Do you know of anybody who has a social

15    media account where they've posted a picture of you

16    or information about you?

17        A    People -- people post anything on social

18    media?  I don't be on social media, so I wouldn't

19    know.

20
                    REDACTED          REDACTED

21

22

23        A    No.

24        Q    You're not aware of any social media?

25        A    I'm not aware of social media.
```



Page 120

REDACTED

```
 9      A     Oh, that's him.  And that's the house that I
10  live with my sister and my brother-in-Law.
11      Q     And John is your brother-in-law?
12      A     Exactly.  That's my sister's husband.
13      Q     Sure.  But when I was -- earlier you were
14  talking about the surveillance video and the --
15      A     Definitely, not me.
16      Q     I understand.  So, you've seen that
17  surveillance video?
18      A     Of course.  They sent it to me.  I guess it
19  was by mistake, but tell them they did a good job.
20      Q     Okay.  And was there more than one
21  surveillance video that you watched?
22      A     No.  That's the one I received.
23      Q     Okay.  And that one showed Johnny Shelton?
24      A     Mm-hmm.  Not me, not Taurean Stephens.
25      Q     Got it.
```



Page 121

```
 1          Okay.  Let's see.  In your interrogatory
 2   responses, when you were asked about your employment
 3   history, you identified a number of companies.  It
 4   says that the company you worked for before Southern
 5   Hydro Vac was a company called CKS Packaging.
 6      A    No.  False information.
 7      Q    Okay.  What was the -- you -- you told me
 8   you were doing some sort of construction work?
 9      A    Installing for Construction Resources, not
10   CKS Packaging, sir.
11      Q    Okay.
12      A    I was an installer.  I left doing that.  It
13   made more money doing hydro excavation.
14      Q    And -- and tell me the name of the company
15   you were working for as an installer?
16      A    Construction Resources.
17      Q    Construction Resources, where is that
18   company located?
19      A    It's like downtown Decatur.
20      Q    Okay.
21      A    Basically go out to people houses and
22   install marble, granite, you know, sinks, different
23   things like that, you know.  Hard labor type of work,
24   you know.
25      Q    And remind me, you may have said it earlier,
```



Page 122

1    how long did you work for Construction Resources?

2        A    I don't remember.

3        Q    More than a year.

4        A    Probably so.  I don't -- I don't remember.

5        Q    Okay.  And you left there for more money at

6    Southern Hydro Vac?

7        A    Yes, sir.

8        Q    How did you find the job at Southern Hydro

9    Vac?

10       A    I was riding one day with a friend of mine

11   and I seen the truck on -- on the street, and I just

12   decided to get online and fill out the app and they

13   called back.

14       Q    Okay.  While you worked for Southern Hydro

15   Vac, did you ever get disciplined for any -- either

16   bad performance or not following the rules?

17       A    I was a one man.  Call them and ask them,

18   they'll tell you.

19       Q    So, the answer is no?

20       A    No.  Call and ask them.  They'll tell you.

21   They know my performance from Atlanta to that -- to

22   Texas.  My name --

23       Q    This is my -- this is my --

24       A    Names of people I served in the -- in the

25   working field, sir.



Page 123

1      Q     This is my opportunity to ask you questions

2   under oath.

3            So, I can call Southern Hydro Vac and I may

4   do that, but I want to know from you.

5      A     Mm-hmm.

6      Q     Were you ever disciplined at Southern Hydro

7   Vac?

8      A     For what?

9      Q     For anything.

10     A     For what?  There's nothing to be disciplined

11  for.  I'm a grown man.

12     Q     So, is the answer no or yes?

13     A     No, not at all.  What am I being disciplined

14  for?

15     Q     All right.  When you worked at Construction

16  Resources, were you ever disciplined?

17     A     For what?  I do my job.  I don't have time

18  to be disciplined by nobody.  I do my job.  I come to

19  work.

20     Q     When you worked -- when you worked at

21  Construction Resources, were you ever disciplined for

22  anything?

23     A     Not at all.  From nobody.

24     Q     Who was your supervisor at Construction

25  Resources?



Page 124

1    A    His name was Ching something.

2    Q    Ching, C-H-I-N-G?

3    A    Anything like a -- a Asian.  Ching

4  something.

5    Q    All right.  And when you were at Southern

6  Hydro Vac, who was your supervisor?

7    A    Alan and Jan.

8    Q    What are Alan and Jan's last name?

9    A    What the -- Alan Kemp and Jan Swolo or

10  something like that.  I forgot their name.

11    Q    Is Jan a man or a woman?

12    A    It's a man.

13    Q    All right.  Are you and Terio friends?

14    A    I haven't spoke with Terio since like three,

15  four months after that accident.

16    Q    Okay.  When you spoke to Terio three or four

17  months after the accident, what was the conversation

18  about?

19    A    Nah, he just was touching bases, making sure

20  I was good.  How I had been feeling, you know.  How

21  everything is going, you know, stuff that -- that

22  real friends do to -- to make sure that -- that a

23  real working friend who work hard every day is okay,

24  you know.

25    Q    Were you -- are you -- do you consider Terio



Page 125

1    to be a friend?

2         A    He was a coworker.

3         Q    Okay.  Did you ever socialize together

4    outside of work?

5         A    No.

6         Q    Was Terio injured in the accident?

7         A    He what?

8         Q    Was Terio injured in the accident?

9         A    You have to ask him.  You have to get in

10   contact with him and ask him about his situation.

11   It's about me right now.

12        Q    I understand, but I'm asking you, did he

13   ever tell you he had any injuries as a result of the

14   accident?

15        A    I can't speak for other people.

16        Q    Listen to my question.  Did Terio ever tell

17   you that he was injured as a result of the accident

18   on November 30th, 2021?

19        A    No, he didn't tell me nothing.  I didn't ask

20   him.

21        Q    Okay.  Did you ever work at CKS Packaging?

22        A    Of course I did.

23        Q    Were you ever disciplined for any reason?

24        A    Not at all.  You can give them a call and

25   ask them.



```
 1      Q      When did you work at Green Trip Recycling?

 2      A      Mm-hmm.

 3      Q      Did you work at Green Trip Recycling?

 4      A      Of course.

 5      Q      Were you ever disciplined for any reason

 6   while you worked there?

 7      A      Not at all.  You can call them and ask them.

 8      Q      Did you work at Newell Recycling?

 9      A      Yes, sir.

10      Q      Were you ever disciplined for any reason at

11   all?

12      A      Not at all?  Give them a call and ask them.

13      Q      I'm sorry.  Did you answer yes or no?

14      A      No, not at all.

15      Q      Okay.  Did you work at Habersham Gardens

16   Landscape?

17      A      Of course.

18      Q      Were you ever disciplined for any reason

19   while you worked there?

20      A      Not at all.  Give them a call and ask them.

21      Q      Okay.  What was your job at CKS Packaging?

22      A      Packing and loading plastic bottles --

23   plastic bottles.  The whole container of plastic

24   bottle for my loads and all, that probably weighed

25   five pounds at the most.  I load up a trailer, the
```



Page 127

1    same trailer that hit our truck.  I might load the

2    whole trailer up, you know.

3        Q    Would you load it by hand or would you use

4    any equipment?

5        A    Hands or forklift.  By hands or forklift.

6        Q    So are you qualified to operate a forklift?

7        A    Of course.  I have almost every

8    certification.  If you can Google my name, you'll

9    see.

10        Q    Where did you get the certification to

11    operate a forklift?

12        A    They certified me.

13        Q    Who did?

14        A    CKS.  I've been certified.  Every duty

15    equipment machinery, I have a good certification,

16    sir.  My name is very good at every job I don't have,

17    sir.  For references, you should call them.

18        Q    Your interrogatory responses.  There's a

19    question about what -- what you have limited or

20    discontinued, any type of activities you've limited

21    or discontinued because of the accident.

22            One of the things it says in there is that

23    you have -- you no longer like to drive because of

24    fear and anxiety while driving.  Tell me about that.

25        A    I got to drive and my sister would take me



Page 128

1    where I need to go.

2        Q    And that's -- I thought that was because you

3    didn't have a car because you didn't have any money.

4        A    I don't have a car.  I don't have money.

5    That's my driver.  That's who drive me wherever I

6    need to go.

7        Q    So --

8        A    When I need food stuffs every month, I have

9    to go buy my kids things, she comes takes me.  When I

10   got here this morning, she brings me.  So what's the

11   problem?  She's outside now waiting on me to leave

12   from this interview.

13       Q    So you don't -- do you have fear or anxiety

14   while you're driving while you're in a car?

15       A    I don't even really drive.  My mom and

16   sister trying to get me back into driving so I can

17   get back right.  But you know how that go.

18       Q    So my question though is, do you have any

19   fear or anxiety when you're riding in a car?

20       A    Yeah.  Hell yeah.  I'm scared of trucks now,

21   man.  It did something to my nerve man.

22       Q    You weren't scared of trucks before?

23       A    No, hell no.  I hit the expressway and --

24   and go to work and handle my business.  I don't -- I

25   don't play with trucks.  But you won't understand my



Page 129

1    pain.

2        Q    Your interrogatory answers, you were asked

3    to identify the pharmacies where you have gotten

4    prescriptions in the last 15 years, and you

5    identified CVS on Ralph David Abernathy and Walgreens

6    on Metropolitan Parkway, as well as on Austell Road.

7    Are there any other pharmacies where you've gotten

8    prescriptions filled in the last 15 years?

9        A    Not that I can think of.  Not that I

10   remember.

11       Q    Okay.  And you were making 19.89 an hour at

12   Southern Hydro Vac?

13       A    Correct.

14       Q    And when you would get overtime, how much

15   was that?

16       A    You say what now?

17       Q    How -- when you were working overtime, how

18   much per hour did you make?

19       A    After 19-something, it went to like

20   20-something, I think.  I have to look at my check

21   stubs.  I got my whole check --

22       Q    So, you have -- you still have your check

23   stubs?

24       A    Yeah.  I got them on -- I got them at my

25   house, my old check stubs.  I think it -- after --



Page 130

1    after 40 hours, it was like time and a half,

2    something like that.  I think like 25, 24, something

3    like that.

4         Q    All right.

5         A    Twenty-three, something, you know, I was

6    working, man, you know.  You should give them a call,

7    they'll tell you.

8         Q    Before the accident, did you help with

9    household chores at your sister's house?

10        A    Hell yeah.  I took care of my whole family.

11        Q    What sort of household chores?

12        A    I took care of my whole family.  Even people

13   that didn't live in that house, I took care of them.

14   Of course I did.

15        Q    When you say you took care of people who

16   were outside --

17        A    Every one.  My whole family.

18        Q    What sort of things did you do for them?

19        A    Everything.  I got nieces and nephew.  I

20   take care of them.  I'm there favorite uncle.  I work

21   hard.  I'm the uncle that work hard.  I'm the uncle

22   they could call, they used to, could call for

23   anything.  I'm -- I'm that uncle.  It's not no limit

24   to when they come down to blood.  It never was.

25        Q    When you say you took care of them, what



Page 131

1    sort of things did you do for them?

2        A    What they need and their wants.  I made sure

3    I provided.

4        Q    Give me examples.

5        A    Everything.  Normal life expenses, hairdos,

6    cheerleader, pay for schools, uniforms.  I did that.

7        Q    Did you cut their grass?

8        A    Of course I did.

9        Q    How often did you do that?

10       A    I couldn't do nothing.  Of course.

11       Q    How often did you cut their grass?

12       A    Probably once a month.  That's a month

13   before -- I cut the grass.

14       Q    You're talking about at your sister's house?

15       A    Of course.  Where I've been living at for

16   the longest.

17       Q    And when you cut the grass, what kind of

18   machine did you use?

19       A    It was like a -- a pushing mower.  They got

20   the thing on it, the automatic.  Yeah.  One of them.

21   She got one of those.

22       Q    Is it gas or electric?

23       A    It's gas.

24       Q    Okay.  And how often would you cut the

25   grass?



Page 132

1       A     I told you maybe once a month.  That's --

2  that's my brother-in-law.  That's my sister's husband

3  job, not mines.  I was a -- I work, I go to work

4  every day.  Well, I went to work every day.

5       Q     What does Johnny Shelton do for work?

6       A     He's a painter.  A professional painter.

7       Q     Does he have his own company?  Does he work

8  for a company?

9       A     I don't know.

10      Q     What about your sister, Tiana?  What does

11 she do?

12      A     She has her own company.

13      Q     What is her company?

14      A     She do something.

15      Q     What does she do?

16      A     I can't think of right now.  She do

17 something like design, something like clothing design

18 for superstars, or something like that.  She's like a

19 clothing designer.

20      Q     Okay.  What other household chores did you

21 perform at your sister's house before the accident?

22      A     We used to have chores.  You just have to

23 keep the house swept basically.

24      Q     So did you vacuum and sweep?

25      A     Keep things clean where you -- of course,



Page 133

1  who doesn't like to clean up?

2       Q    Did you -- did you do the laundry?

3       A    Of course.  But I put -- I have my clothes

4  -- I work -- I work in the mud.

5       Q    Do you still do the laundry?  You still do

6  your own laundry?

7       A    I don't do nothing, man.

8       Q    You -- who does your laundry?

9       A    My sister.  She'll do what I need her to do

10  for me.  I've been at home, man.  I told you, I've

11  been surviving off EBT, man.  You're not -- you're

12  not understanding where I'm coming from.  It -- it is

13  a struggle right now.

14       Q    You -- do you ever -- since the accident, do

15  you ever vacuum or clean?

16       A    What?  The house?

17       Q    Yes.

18       A    No.

19       Q    Okay.  And since the -- before the accident,

20  I assume, but you'll tell me if I'm wrong, that you

21  could take care of all of your own bathing and

22  personal needs.

23       A    Of course.

24       Q    Since the accident, have you been able to

25  take care of your bathing and personal needs?



Page 134

1     A     Yeah, like -- for like now, it been like

2  seven months, I could take care of my own personal.

3  Since the accident I've been fucked up.

4     Q     So, before the last seven months, who was

5  helping you with your personal needs?

6     A     My sister.  She'll throw me in the shower.

7  My -- my baby mama come over, she'll wipe my ass,

8  she'll come clean me up, you know.  I ain't ashamed.

9  I'm come -- I'm coming out of a -- a -- a -- a dead

10  situation.  You want to know the truth.  I'm going to

11  tell you.  I was fucked up.

12     Q     What kind of an outcome would you like to

13  see from this lawsuit?

14     A     What you mean what kind of?  I want my life

15  better first, I want to be able to provide for my

16  kids.  I want to be able to -- to get my life back on

17  track and do all the right things that I need to do.

18  You understand what I'm saying?

19     Q     I do.  But the Defendants in this lawsuit,

20  the people and companies that you've sued, they can't

21  do anything to put your life back.  They can only pay

22  money.  So, what kind of an outcome would you like to

23  see?

24     A     Well, I want my -- I want my health.  It

25  ain't about no money.  I want my health.



Page 135

```
 1      Q    So, you don't have an amount in mind that
 2 you think would be fair to compensate you for your
 3 claimed injuries?
 4           MR. FUNT:  Object to form.
 5           THE WITNESS:  What I -- what do you want me
 6      to say?  $10 million.
 7 BY MR. STONE:  (Resuming)
 8      Q    I want you to say whatever you think.
 9      A    I want my health.  I want to be strong first
10 and foremost.  I --
11      Q    Understand -- understanding that it's --
12      A    I'm going to be healthy.  I want my health
13 back.
14      Q    Understanding that it's only money that my
15 clients or the other Defendants can -- can provide to
16 you, what do you think is a fair amount to compensate
17 you?
18      A    Twenty -- $20 million.
19      Q    Okay.
20      A    Think I'm being funny.
21           MR. FUNT:  Object to form.
22           THE WITNESS:  Crazy.
23 BY MR. STONE:  (Resuming)
24      Q    Is there anything else that's important that
25 you think I ought to know about you or your injuries?
```



Page 136

```
 1      A     Well, you know everything.

 2      Q     Okay.  Is there anything that you were

 3   worried I might ask you but I haven't?

 4      A     No.  I'm -- I'm all open.  What do you want

 5   to know?

 6      Q     Is there anything that you were worried

 7   about answering?

 8      A     No.  For what?

 9      Q     Okay.  Have all of your answers here been

10   true and accurate and complete?

11      A     Of course.

12      Q     Okay.  Those are all the questions I have.

13   The other attorneys in the case may have some

14   questions for you.

15                       - - -

16                  CROSS-EXAMINATION

17   BY MS. GREENE:

18      Q     Thank you for your time here today, Mr.

19   Stephens.  Again, my name's Melissa Greene.  I am the

20   attorney for WHV Transportation, which is one of the

21   Defendants that has been sued in this case.  And I've

22   got a few questions to ask for you.

23            I won't take too much more of your time, but

24   I want to ask you about your health and your

25   activities before the auto accident that we're here
```



Page 137

1 talking about today took place.

2     A     Mm-hmm?

3     Q     And we talked about today in your testimony,

4 your groin pain, when was the last time you had a

5 sexual encounter before the accident we're here for

6 today about?

7     A     Ma'am, like two days before the accident.

8     Q     Who was that with?

9     A     A lady friend of mine.  I -- I no longer

10 date with her.

11    Q     What was her name?

12    A     Regina.  I forgot her last name.  She was

13 just a cool little friend, you know.

14    Q     Any idea -- I'm sorry, I didn't mean to

15 interrupt you.  How do you spell her name?  Do you

16 know?

17    A     No.

18    Q     Okay.  You said Regina?

19    A     Yeah, it's just Ray, Regina.  We just call

20 her Ray.  She's just a cool little chick, you know.

21    Q     Do you still have her contact information?

22    A     Not at all.  For what?

23    Q     All right.  Do you know if Regina had any

24 type of sexually transmitted disease?

25    A     No.  She's too clean.



Page 138

1    Q    Okay.  Who were you with before Regina?  Do

2  you recall?

3    A    Nobody.

4    Q    Okay.  So in the a few months leading up to

5  the accident, how many sexual partners did you have?

6    A    One.

7    Q    Was that just Regina?

8    A    That's it.  I was working, I was too busy

9  working.  I was always at work.

10   Q    Okay.  Did Regina ever call you and tell you

11 that she had an STD?

12   A    Not at all.  If she had anything, we'd go

13 together.

14   Q    Okay.  Did you call Regina and ever tell her

15 that you had a sexually transmitted disease?

16   A    No.  What transmitted disease was it?  Tell

17 me something I don't know.

18   Q    I -- I don't know.

19   A    See.  I don't know either.

20   Q    All right.  I've got a couple more questions

21 for you.  Just give me one second.

22   A    Mm-hmm.

23   Q    All right.  At the time of the accident, was

24 it dark outside?

25   A    Half and half.  It was daylight, but it was



Page 139

1   getting -- you know, it's like the hour -- you know,

2   it like that six o'clock, you know.  Certain time of

3   the year, the time at six o'clock, it'd be daylight

4   and all of a sudden it -- it get dark.  You

5   understand, it get dark a little early.  It was like

6   6:00 and some change.

7         Q    Okay.

8         A    Friday.  Mm-hmm.

9         Q    Could you see things around you well

10  without --

11        A    When we rode it was daylight, but when the

12  officers and shit came, it was getting like a little

13  dark.

14        Q    Okay.  So, when the accident occurred, could

15  you see without use of flashlights or headlights?

16        A    Yeah, of course.  So, you could see in the

17  dark.  I'm not blind.

18        Q    Okay.  Is there anything at the time of the

19  accident that blocked your view of the -- the

20  tractor-trailer that hit you?

21        A    No, the tractor-trailer blocked the view

22  from my right side.  That's about it.  Nothing else.

23        Q    Okay.  Was there anything inside the vehicle

24  that you were riding that limited your view of the

25  tractor-trailer?



Page 140

```
 1        A      What's -- what -- was -- I'm in a dump
 2   truck.
 3        Q      Okay.  Was there anything that limited your
 4   -- your view like?
 5        A      Not at all.
 6        Q      Okay.  Let's see.  When you were impacted,
 7   the -- when the dump truck you were riding in was
 8   impacted by the tractor-trailer, did any part of your
 9   body strike any part of the vehicle that you were
10   riding in?
11        A      The door -- the door had like a handle.  The
12   -- the -- the arm rest area.  You know how -- you
13   ever been in the dump truck?
14        Q      I have not.
15        A      Okay.  If you don't -- you don't have the
16   thing, like the driver.  The driver got them on both
17   sides of his seat because he's safety and he got the
18   ones he can let up like this.  But in the passenger
19   seat, you only have the one that's on the door.  But
20   when your seatbelt is on, you don't have nothing but
21   elbow on.  So, when it hit, boom, it kind of boom,
22   boom.  It kind of balled you up like that, you know.
23        Q      Okay.  So, did the -- the handle on the door
24   to your right side strike your body?
25        A      Of course.  That's what made my body swell
```



Page 141

1  up from the impact of the truck.

2     Q    Did your body strike anything else besides

3  the door handle when the impact occurred?

4     A    No, shit.  When that -- when that -- that --

5  that truck impact struck, that's where the impact

6  come from that truck that was struck.

7     Q    Were you able to hold on to that bottle that

8  you testified, I believe it was between your legs?

9  Were you able to hold onto that well when the

10  accident happened?

11     A    No.  Hell no.  When it hit, I grabbed -- I

12  reached and grabbed my phone and I grabbed the bottle

13  and we trying to -- we are in traffic with him trying

14  to, hey.

15     Q    Okay.

16     A    I'm still -- I'm really -- I'm really trying

17  to take a picture of the dude, but I got the bottle

18  in this hand, so I threw the bottle like out the

19  window, trying to flag him down.  You know what I'm

20  saying?

21     Q    Mm-hmm.  So, your phone was right in front

22  of you on top of the dashboard?

23     A    Yeah.  The phone was there.  We in the dump

24  truck.  You are dead -- you got -- you got this much

25  space in the dump truck.  You don't have too much



Page 142

1    room laying in the dump truck.

2        Q      Okay.  Did your phone slide at all when the

3    accident happened?

4        A      Phone be like right there.  It's like --

5    it's, you know, the dump truck is leather, it go

6    down.  Like dump truck have like a -- a down slope.

7    So, you have to jump and stretch your seatbelt a

8    little bit and reach for your phone.

9        Q      Did you do that after the accident happened?

10       A      Yeah, because he hit.  Hey, I tried to flag

11   him down, of course.  How else I'm I going to get to

12   my phone?

13       Q      Was your phone in the same position?

14       A      I think.

15       Q      Was your phone -- was your phone in the same

16   position that it had been where you left it before

17   the accident?

18       A      What do you mean?  No, it was in my hand.

19   What you mean?

20       Q      No, no, no.  So this is -- this is what I'm

21   trying to ask you.

22       A      Mm-hmm.

23       Q      Where you had placed your phone at before

24   the accident?

25       A      Yeah, on the dash.



Page 143

1      Q     After the accident, was it still in that

2   same spot when you left?

3      A     Oh, it slid a little bit.  No, of course

4   not.  How did that sound?

5      Q     Well, I'm -- I'm asking you how far did

6   it --

7      A     You got to know how impact from a dump

8   truck, from an 18 wheeler, that's not -- that's not

9   something slight.  It shaked the whole truck.

10      Q     Well, that's what I'm asking you.  How far

11   did it slide?

12      A     It's like a thunder rock, to give you that

13   -- to give you that -- that impact, it slides and it

14   shakes, you know.

15      Q     Mr. -- Mr. Stephens, how far did your phone

16   slide?

17      A     Didn't slide too far.  Actually, like from

18   there, it slid like right over just a tab where I can

19   reach -- I could touch it.

20      Q     So it was still in your general vicinity?

21      A     It was still in the area.  Yeah.  You got

22   air, you got space area in the dump truck right here.

23   Yeah.  You should go look in one, you'll see.  Just

24   get in there, put on your seatbelt and imagine you're

25   riding and put your phone on the dash.



Page 144

1    Q    Did your seatbelt tighten up at the time of

2   impact?

3    A    Of course.  It did at the bottom.  But at

4   the top, like it'll pull a little bit.  That's how I

5   was able to reach for my phone.  And you should get

6   in the dump truck and put on a seatbelt and try it

7   out.

8    Q    Now, did anybody that you work with say that

9   they reviewed a video that was taken from your

10  vehicle at the time of the accident?

11   A    I want to see the video.  If it's a video, I

12  want to see it.

13   Q    What I'm just asking you, did anybody tell

14  you that they saw a video?

15   A    Nobody told me anything.

16   Q    Did you ask that any video be preserved?

17   A    I didn't ask any questions.  I was more

18  concerned about my safety, my health.

19   Q    Got you.  Do you owe any child support?

20   A    No, I don't owe child support.  For what?

21   Q    Did -- so is there a child support order for

22  -- for you to pay for any of your children's support?

23   A    You see one, let me know.  I support mine.

24   Q    I'm just here to --

25   A    Yeah, I work -- I work hard.  Like I was



Page 145

1   just telling the other guy, I work hard, ma'am.  I

2   don't do child support.  I don't need nobody in my

3   business.  I know how to handle my own business.

4       Q    So there's no order out there requiring you

5   to pay --

6       A    I don't know of.

7       Q    -- child support?  Yes or no.

8       A    Not at all.  No.  Show me, prove me wrong.

9       Q    Okay.  I might have some further questions

10  in a moment, but I'd like to see if Mr. Peacock has

11  any questions for you right now.

12          MR. PEACOCK:  Yeah, I'm going to have a

13      couple.  Not too much.  I think -- I think you

14      and Mr. Stone covered just about all of it.

15                       - - -

16              CROSS-EXAMINATION

17  BY MR. PEACOCK:

18      Q    Mr. Stephens, my name's Tim Peacock.  I

19  represent Amerisure Insurance.

20          And just to go over a couple things, I think

21  you testified earlier that you owned a car on

22  November 30th, 2021?

23      A    Yeah, I had a vehicle.

24      Q    What kind of car was it?

25      A    I had a -- what kind of vehicle that was?  I



Page 146

1   had a Infiniti.  Yeah.

2       Q    Okay.  Was that Infiniti, was that in your

3   name?

4       A    Yeah.  Was it?  I think it was.

5       Q    Okay.  How -- when -- when did you -- when

6   did you sell that Infiniti or get rid of it?

7       A    When I couldn't do anything.

8       Q    Well, when was that?  When -- when did you

9   -- when did you sell that Infiniti or get rid of it?

10      A    When I couldn't do anything.

11      Q    Well, when was that?

12      A    Like early November, some shit like that.

13      Q    Okay.  Well, the accident happened in -- in

14  late November of 2021.

15      A    Right.

16      Q    So it would've been early November of 2022

17  when you got rid of it?

18      A    Oh, it was like February or March when I got

19  rid of it.

20      Q    Okay.  So February or March of 2022 or 23?

21      A    2022.

22      Q    Okay.

23      A    A friend of mine, he kind of wrecked it and

24  hit something in my car.  I sold it.  I was already

25  -- I was messed up from this wreck.  My friend messed



Page 147

1   up my car.  I sold it.

2       Q     Okay.  So you -- you sold it be -- you sold

3   it because your friend wrecked it?

4       A     Yeah.  He wrecked it?  Yes, he did.

5       Q     Okay.  Did you have insurance on that

6   Infiniti?

7       A     Of course I did.

8       Q     Okay.  Who was your insurance carrier?

9       A     I don't remember.  Why is that so important

10  to this if you work for Amerisure?

11      Q     You don't remember the name of the insurance

12  carrier?

13      A     Not at all.  It wasn't Amerisure though.

14      Q     Excuse me?

15      A     It wasn't Amerisure.

16      Q     Well, I know it was not Amerisure, but I'm

17  asking you if you remember the name of the

18  insurance --

19      A     I don't remember at all that.

20      Q     -- that you had on your car.

21      A     Not at all.

22      Q     Okay.  Do you remember ever canceling an

23  insurance policy when you sold the Infiniti?

24      A     Not at all.

25      Q     Okay.  So, it's possible then that you just



Page 148

1    never canceled the policy?

2        A    Yeah.  It wasn't -- the insurance wasn't in

3    my name, if that's the question you're asking.

4        Q    Okay.  The -- the -- the Infiniti was in

5    your name though?  Correct.

6        A    Okay.  The insurance wasn't, so I don't

7    have, you know.

8        Q    Okay.  Whose -- whose name would the

9    insurance have been in?

10       A    I forgot.  I don't remember.

11       Q    You forgot?

12       A    Yeah, I don't remember.

13       Q    Okay.  Would it have been in your sister's

14   name?

15       A    It probably was.

16       Q    Okay.

17       A    Don't you see it as -- if you see it as my

18   sister's name, it probably was.

19       Q    Okay.  Could it have been in -- in Jason,

20   your sister's husband?

21       A    Her or my mom.  It could have been in one of

22   their names, sir.  You know.

23       Q    Okay.  But it was your car, but the

24   insurance policy was in someone else's name?

25       A    Sure.



Page 149

1       Q     Okay.  And -- and to be clear, you don't

2   remember who that -- who the carrier was?  Who the

3   insurance --

4       A     That could have been my mom or my sister,

5   one or the other.  Did you get any paperwork about

6   it?  Did you see any name on that?

7       Q     This is -- Mr. Stephens, this is a one-way

8   flow of information here.  I'm asking questions.

9       A     I'm telling you, I don't remember.  It's

10  either one or the other.  Either one or the other.

11      Q     All right.  Shifting gears here, going back

12  to the truck that -- that -- that hit you all in the

13  wreck.

14      A     Of course.

15      Q     I wanted to clarify something that Mr. --

16  that you discussed with Mr. Stone.

17            Mr. Stone asked you if that truck had a

18  sleeper berth, do you recall if that truck that hit

19  you had a sleeper berth?

20      A     I did what?

21      Q     Do you recall if the truck that hit you had

22  a sleeper berth?

23      A     I told him I don't remember.  Same thing I'm

24  asking you -- telling you.

25      Q     Okay.  That's -- that's -- that's what --



Page 150

1    that's what I'm trying to get clarified.  I -- I just

2    wanted to clarify whether your answer was that you

3    didn't remember if they I had --

4        A    I don't remember, of course.

5        Q    -- that it did not have one.

6        A    Yeah, I don't remember.

7        Q    Okay.  And you don't remember what color the

8    truck was?

9        A    No.  But I got the numbers off of it though.

10   Yeah, you can run the numbers for yourself if you

11   want to know.

12       Q    Sure.  I'm going to try to do a screen share

13   here real quick if I can.  You know what, actually,

14   let's -- let's not.

15       A    Yeah.  Let's share the screen.  I want to

16   see what you got, man.  Let's share the screen.

17       Q    Well, I'm not -- I'm not able to right now.

18   I was going to try to show you a -- a picture.

19       A    Of what?

20       Q    I'm going to try to show -- I was going to

21   try to show you a picture that I -- I understand that

22   you took, that was produced to us in discovery of the

23   -- of the truck.  But I'm -- I'm having some

24   technical issues getting it shared.

25       A    Who sent you a picture of the truck?



Page 151

1      Q      Excuse me?

2      A      Who sent you that picture?  You're saying I

3   took a picture of a truck?

4      Q      You testified earlier that you took a

5   picture of the other truck, did you not?

6      A      Hmm, did I?

7      Q      You --

8      A      When he asked me have I seen any pictures, I

9   asked him what picture does he have?  Same thing I'm

10  asking you, if you have any pictures, share them with

11  me.

12     Q      Did you take a picture of the other truck at

13  -- right after the accident?

14     A      No.  I took a picture of the truck while we

15  was chasing.  I took a picture of the -- I got the

16  numbers down as we was chasing the truck, sir.

17  That's what I did.  I didn't get a picture of the

18  truck.  I took the numbers that was on the side of

19  the truck in my phone.  That's what I told him I did,

20  and that's what I did.

21     Q      Okay.  Did Onterio take a picture of the

22  other truck?

23     A      I don't know.  I didn't ask Onterio.

24     Q      Okay.  You didn't -- you never saw Onterio

25  took a -- take a picture of the truck?



Page 152

1      A    I didn't ask him.  I -- I was doing what I

2  was supposed to do.  I -- I did what I needed to do.

3      Q    Okay.

4      A    Mm-hmm.

5          MR. PEACOCK:  Let me -- Melissa, I'll tell

6      you what, if you want to -- if you want to jump

7      back in here, I'm going to try to figure out this

8      technical issue real quick or we can -- or we can

9      take a break.

10         MR. STEPHENS:  No, I don't want to take a

11     break.  Let's finish, man.

12         MS. GREENE:  Well, I'll ask you a few

13     questions, well, while Tim gets that technical

14     issue cleared up, how's that?

15         MR. PEACOCK:  Sorry, about that.

16                    - - -

17                CROSS-EXAMINATION

18  BY MS. GREENE:

19     Q    So I'm going to ask you just real quick.

20  Before the accident happened, before the

21  tractor-trailer impacted the dump truck that you were

22  riding in, did you see the tractor-trailer driving

23  down the roadway?

24     A    No.  I didn't even see that man at all,

25  period.  I didn't see that man until he hit us.  I



Page 153

1  didn't -- I looked straight.  How could -- I'm -- I'm

2  looking -- I'm in the passenger seat.  I'm looking

3  straight ahead.  It's the driver's job to look in

4  both mirrors on both sides, not mines.  I was the

5  passenger, ma'am.

6      Q    So -- so can you describe to me, if you can

7  recall, what you were seeing in front of you just

8  before the accident happened?

9      A    Oh, cars.  Cars going the same direction we

10  were going, like two, three cars in front of us.

11  Like, that's all I can recall seeing on the

12  expressway, busy 285, you know.

13      Q    Do you -- do you know if the vehicle you

14  were riding in was to typical change lanes at all

15  just before the accident happened?

16      A    We didn't change lanes at all.  We stayed in

17  the same lane, one lane away from like over to the

18  media.  Then it was like, last thing I seen, it was

19  the exit and there was a -- a open lane and we was in

20  the second lane.  It was two, three cars in front of

21  us and that's when the truck hit.  It happened -- it

22  all happened so fast.  It happened real fast.

23      Q    Okay.  What -- do you know if the truck was,

24  like, merging into the highway?

25      A    Oh, no.  What they were doing, I ain't pay



Page 154

1   no attention to it.  I wasn't worried about it.  I

2   felt it.  I didn't see it, but I felt it.  That's

3   what I did do.

4        Q    So you didn't have your body braced for

5   impact?

6        A    Why do I need a body brace for if I'm at

7   work?

8        Q    I'm just asking, you said, you didn't

9   have --

10       A    I need a body brace on?  I'm on the clock,

11  ma'am.  I'm working.  I'm in the work vehicle, not my

12  personal --

13       Q    Mr. -- I think you misunderstood my question

14  and I'm going to ask you, Mr. Stephens, that if I'm

15  talking and asking a question, I'd like for you to

16  give me the courtesy of finishing my question before

17  you respond.

18       A    Yes, ma'am.

19       Q    If we can agree to that.

20       A    Okay.

21       Q    So, Mr. Stephens, did you have your body

22  braced for any type of impact before the impact

23  occurred?

24       A    What do you mean?

25       Q    Like, did you have your body stiffened up



Page 155

1    ready to take an impact from another vehicle?

2        A    No.  I was sitting in a seat like a normal

3    person with a seatbelt on.  What you mean?  I was in

4    the work truck.  Normally they have cameras inside of

5    our truck, ma'am.  I was in a work truck with a

6    seatbelt on.

7        Q    Okay.

8        A    I don't need nothing but a seatbelt for my

9    safety at work.  I'm in the work vehicle, I'm in the

10   dump truck.

11       Q    Got you.  Do you know if the truck that

12   struck the vehicle you were riding in, do you know if

13   the driver noticed that he had been involved in an

14   accident?

15       A    Yeah, we said at the same time, he felt it

16   like I felt it.  The whole truck rocked.

17       Q    Is this his truck that you saw rocking?

18       A    Oh, the truck we was in rocked, the whole

19   truck rocked.

20       Q    Mm-hmm.

21       A    It merged, just like slid over.  He had to

22   catch the steering wheel.  It rocked the truck.

23   That's where the impact came in from, ma'am.

24       Q    Did anything else inside the truck move at

25   the time of the impact?



Page 156

1      A     Yeah, he had a drink inside of a little,

2   like a -- a cup holder that he bought at the store.

3   The drink moved or whatever.  We had like gloves on

4   the dashboard, you know, like they slid on over

5   there.  Nothing too major.

6      Q     Did anything hit you in the groin when the

7   accident happened?

8      A     Yeah, the goddamn truck did that, went to me

9   down, that damn truck.  Then nothing hit me.  I

10  didn't have nothing around me to hit me.

11     Q     Okay.  So, nothing hit you in the groin, is

12  that what you're saying?

13     A     Okay.  Listen, I want you to -- when you get

14  off this meeting, could you google like the -- the

15  main nerves and what the damage are and what damage

16  it causes?

17     Q     Mr. Stephens, I just want to make sure

18  you've answered my question.

19     A     I -- I answered the question.

20     Q     Did -- did anything hit you specifically in

21  the groin?

22     A     Not at all, for the second time?  Did --

23  nothing hit me.  For the second time, I didn't have

24  nothing to hit me.

25     Q     Okay.



Page 157

```
 1     A    How can something hit me in the groin if I'm
 2  sitting down with a seatbelt on, how would something
 3  be able to hit me in the groin, you know.
 4          MS. GREENE:  All right.  I don't have any
 5     more questions right now.
 6          Tim, were you able to work on the screen
 7     share?
 8          MR. PEACOCK:  Yeah, I think so.  Let's see.
 9          MS. GREENE:  Okay.
10          THE WITNESS:  I want to see you, man.  Pull
11     it up.
12          MR. PEACOCK:  I'm doing my best here.  Hold
13     on.
14                        - - -
15                  CROSS-EXAMINATION
16  BY MR. PEACOCK:
17     Q    Okay.  Are you able to see that Mr.
18  Stephens?
19     A    Of course I see that.
20     Q    Okay.  Did you take this picture?
21     A    No.  You probably took it.
22     Q    Do you know if Mr. Lay (phonetic) took this
23  picture?
24     A    No.  I don't know.  You probably took it.
25     Q    Okay.  Does this look like the truck that
```



Page 158

1    you contend hit your -- your vehicle?

2         A    I don't remember.

3         Q    Okay.  And --

4         A    That look like something you pulled from

5    online or something, man.  So, where did you get that

6    picture from?

7              MR. PEACOCK:  All right.  I don't have

8         anything further.

9              THE WITNESS:  All right.

10             MS. GREENE:  No further questions for me as

11        well.

12             MR. STONE:  Nothing else.

13             MR. FUNT:  I know everyone's ready to jump

14        out of here.  I need five minutes just to go

15        through my notes and then I may have no

16        questions.  But can we take five minutes and come

17        back at 1:30?

18             MR. STONE:  Yep.

19             MS. GREENE:  That's fine.

20             THE VIDEOGRAPHER:  We're going off the

21        record.  The time is 1:25 p.m.

22                        - - -

23             (Whereupon, there was a short break)

24                        - - -

25             THE VIDEOGRAPHER:  We are back on the



Page 159

1    record.  The time is 1:28 p.m.

2         MR. FUNT:  All right.  I think all the

3    defense lawyers have asked all the questions that

4    they would like, as has the Amerisure's lawyer

5    and I have no questions today.

6         And Mr. Stephens will read and sign.

7         THE VIDEOGRAPHER:  Does anyone need a copy

8    of the video from today's deposition?

9         MR. STONE:  Not yet for me, but I will take

10   an eTran from the court reporter, Joy.

11        MS. GREENE:  Same thing on -- on our end.

12   Joy, if you wouldn't mind giving me the eTran

13   copy of the deposition transcript.  Thank you.

14        MR. PEACOCK:  Yeah, same -- same for us as

15   well.

16        MR. FUNT:  Yeah, same here.

17        THE COURT REPORTER:  Let me ask, Mr. Stone,

18   are you going to send me the exhibit that you

19   used?

20        MR. STONE:  Oh, yeah, I can do that.

21        THE COURT REPORTER:  You see my email

22   address up there?

23        MR. STONE:  Yeah.

24        THE COURT REPORTER:  If you don't I can --

25   okay.



Page 160

```
 1            MR. STONE:  Joy, dot, F-A -- no, F-R --
 2            THE COURT REPORTER:  F-R --
 3       F-R-A-S-S-R-A-N-D, Frassrand.
 4            MR. STONE:  Okay.
 5            THE COURT REPORTER:  @gmail.
 6            MR. STONE:  Got it.
 7            THE COURT REPORTER:  Uh-huh.
 8            THE VIDEOGRAPHER:  And I have one more
 9       question, Mr. Stone, do you have a standing
10       order?  Do you want MPEG or a sync?
11            MR. STONE:  No, I don't want a copy of the
12       video at this time.  I'll -- as long as you hang
13       on to it, then I'll get a synced copy when we
14       need it.
15            THE VIDEOGRAPHER:  Oh, okay.  You have a
16       standing order, so I'll just take an order.
17       Okay, no problem.
18            All right, this concludes today's
19       deposition.  The time is 1:30 p.m.
20            MR. STONE:  You know what, is it -- I'm
21       sorry, is it Jeremy?
22            THE VIDEOGRAPHER:  Yes.
23            MR. STONE:  Yeah -- yeah.  Go ahead and just
24       do -- just send me the synced copy.  My client
25       may want to see it.
```



Page 161

```
 1          THE VIDEOGRAPHER:  And is regular delivery
 2     fine?
 3          MR. STONE:  Yeah.
 4          THE VIDEOGRAPHER:  Okay.  All right.  Thank
 5     you very much, everybody.
 6          This concludes today's deposition.  Time is
 7     1:30 p.m.
 8          MR. STONE:  All right.  Everybody have a
 9     nice day.
10          MS. GREENE:  You, too.
11                    - - -
12          (Whereupon, the deposition was concluded at
13     1:30 p.m.)
14                    - - -
15
16
17
18
19
20
21
22
23
24
25
```



Page 162

1          E R R A T A   S H E E T

2     I have read the within and foregoing pages

3 numbered 5 through 161, and no changes are required.

4          This, the ____ day of _____ 2023.

5                    _____

               Taurean Stephens

6

7     I have read the within and foregoing pages

8 numbered 5 through 161, and the following changes are

9 required as a result of the transcription thereof:

10     Page ____ Line _____

11 Reason: _____

12     Page ____ Line _____

13 Reason: _____

14     Page ____ Line _____

15 Reason: _____

16     Page ____ Line _____

17 Reason: _____

18          This, the ____ day of _____ 2023.

19                    _____

               Taurean Stephens

20

21

    Sworn to and subscribed before me this,

22

    the _____ day of _____ 2023.

23

24 _____

    Notary Public

25 My commission expires: _____



Page 163

1                    ADDENDUM TO SWORN TESTIMONY

2           I have read the within and foregoing pages

3     numbered 5 through 161, and having executed the

4     Errata Sheet in the appropriate space, desire to

5     submit the following as an addendum thereto:

6           (Indicate page and line numbers applicable

7     and reason)

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23           This, the ____ day of _____ 2023.

24

                    _____

25           Taurean Stephens



Page 164

1                    DISCLOSURE

2   STATE OF GEORGIA      )

3   COUNTY OF FULTON      )

4            Pursuant to Article 10B of the Rules and

5   Regulations of the Board of Court Reporting of the

6   Judicial Council of Georgia, I make the following

7   disclosure:

8            I am a Georgia Certified Court Reporter

9   and an independent contractor for Magna Legal

10  Services.  I was contacted to provide court

11  reporting services for this deposition.  I will not

12  be taking this deposition under any contract that is

13  prohibited by the O.C.G.A. 15-14-37(a) and (b).

14           I have no contract/agreement to provide

15  court reporting services with any party to the case,

16  any counsel in the case.  I am not disqualified for

17  interest, personal or financial, under O.C.G.A.

18  9-11-28(c).  I will charge my usual and customary

19  rates to all parties in the case.

20           This, the 19th day of October, 2023.

21

22           *Joyce Frassrand*_____

23           Joyce Frassrand

24           Certified Court Reporter

25           Certificate B-1352



Page 165

1                      CERTIFICATE

2    STATE OF GEORGIA        )

3    COUNTY OF FULTON        )

4              I hereby certify that the foregoing

5    deposition was taken down, as stated in the caption,

6    and the questions and the answers thereto were

7    reduced to typewriting by me; that the foregoing

8    pages represent a true, correct, and complete

9    transcript of the evidence given by the deponent,

10   who was first duly sworn by me; that I am not a

11   relative, employee, attorney, or counsel of any of

12   the parties; am not a relative or employee of

13   attorney or counsel for any of said parties; that I

14   have no contract with either party nor am I

15   financially interested in the action.

16              This, the 1st day of November, 2023.

17

18

19         _Joyce Frassrand_____

20         Joyce Frassrand

21         Certified Court Reporter

22         Certificate B-1352

23

24

25



# Magna
## Key Contacts

Schedule a Deposition:
Scheduling@MagnaLS.com | 866-624-6221

Order a Transcript:
CustomerService@MagnaLS.com | 866-624-6221

General Billing Inquiries:
ARTeam@MagnaLS.com | 866-624-6221

Scheduling Operations Manager:
Patricia Gondor (E: PGondor@MagnaLS.com | C: 215-221-9566)

Customer Care:
Cari Hartley (E: CHartley@MagnaLS.com | C: 843-814-0841)

Director of Production Services:
Ron Hickman (E:RHickman@MagnaLS.com | C: 215-982-0810)

National Director of Discovery Support Services:
Carmella Mazza (E: CMazza@MagnaLS.com | C: 856-495-1920)

Billing Manager:
Maria Capetola (E: MCapetola@MagnaLS.com | C: 215-292-9603)

Director of Sales Operations:
Kristina Moukina (E: KMoukina@MagnaLS.com | C: 215-796-5028)



MAGNA
LEGAL SERVICES

**A**

**Abernathy**
129:5
**ability**
25:1 115:11,11
**able**
12:11 61:19 62:4
72:21 75:12 80:13
88:20 113:10,14,16
114:16 133:24
134:15,16 141:7,9
144:5 150:17 157:3
157:6,17
**abnormal**
25:9,15
**Academy**
47:22,23
**accident**
10:5 19:3,6,8,9,12
22:9 24:9,11 25:16
25:22,25 26:6,8,11
26:25 27:2 29:5
30:2,11,14,16,23,24
30:25 31:14,18
32:12,15,18,21,23
33:1,13,18 37:19
40:15 50:5,19,20,24
50:25 51:4,8,11
52:1 53:12 54:2
56:9,19 58:12,17
62:20,25 63:11,21
64:14,18,22,25 65:4
65:7,24 66:13,17,18
66:20 68:11,18
69:15 70:2 82:15
89:22 90:19 91:14
93:14 97:17,25
101:24 102:3,17,21
103:3 107:7 112:9
113:11 114:18,18
115:13,23 124:15
124:17 125:6,8,14
125:17 127:21
130:8 132:21
133:14,19,24 134:3

136:25 137:5,7
138:5,23 139:14,19
141:10 142:3,9,17
142:24 143:1
144:10 146:13
151:13 152:20
153:8,15 155:14
156:7
**accidents**
26:12,15,18
**account**
119:15
**accounts**
119:10
**accuracy**
8:6
**accurate**
64:5 105:11,18 106:1
136:10
**aching**
62:15
**act**
65:14
**action**
1:8 165:15
**active**
113:13,16
**activities**
46:25 47:5 49:15
127:20 136:25
**activity**
23:22
**addendum**
163:1,5
**address**
18:4 21:7 159:22
**advice**
102:10,13
**age**
16:8
**ago**
6:19 9:3 13:1 15:21
22:25 27:11,14
28:12 29:18,19
31:13,22 32:1,4,16
32:22,24 33:4,6,11

33:16 51:2 52:22,23
54:23 61:8
**agree**
154:19
**agreeable**
6:11
**agreed**
6:12,14
**agreement**
6:7
**ahead**
49:23 153:3 160:23
**AICA**
104:4
**ain't**
55:6 96:11 110:20
117:4 134:8,25
153:25
**air**
143:22
**al**
5:7
**Alan**
124:7,8,9
**alcohol**
51:13
**ale**
70:23 71:10,11
101:13
**Alison**
20:11
**allege**
76:23
**Allen**
95:8
**ambulance**
28:22
**AME**
39:13
**Amerisure**
2:18 5:21 145:19
147:10,13,15,16
**Amerisure's**
159:4
**ammonia**
67:9,10,11,12

**amount**
135:1,16
**Andrews**
14:16,22
**anger**
116:13
**angry**
62:9 115:19,20,22,25
**answer**
10:21 15:3 44:1,2
63:17 74:10,14
77:16 83:7,10,15
88:14,18,23 92:2
111:3 117:8,21
118:3,5 122:19
123:12 126:13
150:2
**answered**
83:4 85:3 86:18
87:23 106:13,13,17
106:19,24 156:18
156:19
**answering**
59:24 60:1 74:16
85:15 110:6 136:7
**answers**
105:12,18 106:1
129:2 136:9 165:6
**answer's**
51:15 106:7
**anxiety**
65:8 116:14 127:24
128:13,19
**anybody**
9:4 13:24 14:5,8
17:19 18:9,13 19:12
31:7 39:20 49:6
115:24 119:14
144:8,13
**app**
122:12
**appearances**
5:15
**applicable**
163:6
**apply**



8:8 38:9
**appointment**
112:13,16,20,20
**appointments**
107:12 112:17
**appropriate**
163:4
**approve**
97:11
**area**
16:16,16 26:2 27:1
27:18,25 28:11 38:9
56:11,14 57:11,19
57:20 58:4,5 59:6
59:12 60:11 65:20
65:22 66:3,5 81:3,4
81:18 84:14 96:1,12
97:2 99:18 114:21
140:12 143:21,22
**areas**
16:21 65:15
**ARIZONA**
1:10 2:8
**arm**
140:12
**arms**
37:15
**arrested**
53:16,24 54:3 55:3,7
55:11
**artery**
24:22
**Article**
164:4
**ashamed**
134:8
**Ashley**
18:24 45:1,2,8 46:8
46:14 117:14
119:20
**Asian**
124:3
**asked**
26:10 43:9 66:3 83:8
87:20 88:1 90:8,8
91:6,10 105:8,9,15

105:17,24 106:2,10
106:14,19,22 107:4
108:1 121:2 129:2
149:17 151:8,9
159:3
**asking**
29:18 30:15,15 32:3
44:15 59:1 69:19
73:4 84:22 87:13
108:3,4 113:2 115:5
125:12 143:5,10
144:13 147:17
148:3 149:8,24
151:10 154:8,15
**asks**
76:19
**ass**
105:8,16 134:7
**assume**
7:20 133:20
**assuming**
70:8
**Atlanta**
1:3 2:11,16,21 14:12
14:13 16:11,15 17:4
17:6,17,24 20:11
24:13 29:1,1 31:10
33:8 39:8,16 122:21
**attend**
38:25 47:19
**attention**
72:14,20 73:10 80:14
101:13 154:1
**attorney**
8:25 9:5 12:16 74:9
74:14 77:10 79:22
136:20 165:11,13
**attorneys**
76:14 136:13
**attributes**
76:22
**at-fault**
77:3
**audio**
10:8
**audios**

10:11
**August**
104:23
**Austell**
129:6
**auto**
25:22,25 26:6 89:21
90:19 91:14 136:25
**automatic**
131:20
**aware**
13:24 14:4,8 68:7
87:9 119:24,25
**A-I-C-A**
104:5
**a.m**
1:21 5:8
**A/K/A**
1:10

---

**B**

**b**
2:4 4:1 164:13
**baby**
94:11 95:1 96:25
97:14 114:4 134:7
**back**
22:6,6 30:18 36:18
37:1 38:6,12,14,18
49:22,22,24 56:12
56:21 57:10,17,18
57:22 58:1,4 59:10
59:11,12,13,17,19
60:2,4,4,5,12,15,16
60:18,19,22 61:2,4
61:6,19,20 62:10,14
62:16,17 63:8 64:23
65:17,20 70:10,11
71:6 79:23 81:5
82:7,8,9,21 85:1
86:11 90:14,14 92:6
92:8,18 94:3 95:21
97:9,22,25 98:9
100:11,12 103:1,19
103:21,22 104:2
107:15 108:8 109:4

109:6,13,17,20,21
113:22 114:20
116:8 117:13
122:13 128:16,17
134:16,21 135:13
149:11 152:7
158:17,25
**backed**
27:3,4 28:5,8,16
30:25
**bad**
56:14 122:16
**bald**
80:11
**ball**
113:19,19
**balled**
140:22
**Baptist**
39:11,12,13
**bar**
87:3
**barely**
38:16,16 57:2 117:12
**baseball**
47:15
**bases**
124:19
**basically**
38:12 82:25 121:21
132:23
**basis**
39:1 49:16 115:22
**basketball**
47:13 113:18
**bathing**
133:21,25
**began**
20:9
**begins**
5:4
**behalf**
1:16 5:17,18,20
**believe**
141:8
**belong**



38:21 40:6
**BenchMark**
103:16 104:1 107:18
    112:14,24
**berth**
149:18,19,22
**berths**
98:22
**best**
157:12
**better**
42:15 102:16,20
    103:1,4 134:15
**beyond**
14:21 15:8 16:21
**big**
63:6 100:1
**biggest**
27:15
**birth**
13:14,15,16,25 14:9
**bit**
35:15 49:25 142:8
    143:3 144:4
**black**
78:6,7,14
**blind**
139:17
**blocked**
139:19,21
**blood**
59:7 66:7,7 130:24
**Board**
164:5
**body**
22:2,6 25:21,24
    41:18 51:7 56:10,23
    57:1,2,8,24 60:9
    61:5,19 87:15 95:24
    96:11,14,14,15
    103:23 104:17
    110:3,7 116:5,5,8,8
    116:21 118:20
    140:9,24,25 141:2
    154:4,6,10,21,25
**bold**

77:1
**bones**
104:12
**booklet**
118:16
**boom**
72:11 81:4,4,5,5,11
    82:20 86:5,8,17,17
    140:21,21,22
**born**
14:11
**bottle**
70:24,24 71:1,10,11
    72:20 101:12,13
    126:24 141:7,12,17
    141:18
**bottles**
126:22,23
**bottom**
144:3
**bought**
55:18,19 56:1 156:2
**bounce**
82:20 85:13
**bounced**
80:24 85:1
**box**
82:18 98:8,8,11
    99:23
**brace**
154:6,10
**braced**
154:4,22
**Braelyne**
45:14,16,22 114:6
**brain**
60:6
**break**
3:4 91:25 92:16
    101:7 152:9,11
    158:23
**bring**
18:19 44:16
**brings**
46:14,16 128:10
**bro**

96:13
**broad**
62:13
**broke**
110:21
**broken**
104:12
**brother**
17:18 20:13,14,21
**brother's**
20:17 33:19,20
**brother-in-law**
120:10,11 132:2
**Brown**
27:23,24 28:2
**bullet**
24:21 25:14
**bullishness**
55:21
**burning**
68:2
**business**
35:24 48:16 64:9
    128:24 145:3,3
**busy**
138:8 153:12
**button**
72:17 73:20
**buy**
128:9
**buying**
55:23
**bystander**
24:4,16
**B-R-A**
45:18,19
**B-R-A-E-L-Y-N-E**
45:17,21
**B-R-E**
45:21
**B-1352**
164:25 165:22

———————
**C**
———————
**C**
1:23 2:1,14 3:9 5:1

15:15
**cab**
98:20
**cage**
57:17
**call**
13:7,10 42:6 46:10
    46:10,12 62:22
    63:16 71:25 89:18
    95:6,12,20 96:2,6
    97:12 107:15
    109:11,20,21
    122:17,20 123:3
    125:24 126:7,12,20
    127:17 130:6,22,22
    137:19 138:10,14
**called**
8:14 71:20,24 74:15
    78:24 89:13,14,16
    89:16,17,17,24 90:1
    93:8 94:19 104:22
    107:23 109:13,15
    119:3,9 121:5
    122:13
**calling**
109:4,5
**calm**
60:24 62:13
**camera**
69:14,20,25 70:5
    81:17 90:5
**cameras**
69:9,11 70:6 81:18
    155:4
**canceled**
94:20 148:1
**canceling**
147:22
**Canova**
96:9
**capable**
110:2,5
**caption**
165:5
**car**
33:17,19,22,23 34:3



55:18,19,20,23,25
81:10 90:15 128:3,4
128:14,19 145:21
145:24 146:24
147:1,20 148:23
**care**
40:17 43:22 114:15
114:16 130:10,12
130:13,15,20,25
133:21,25 134:2
**carrier**
147:8,12 149:2
**cars**
81:10,15 153:9,9,10
153:20
**Cascade**
39:8,14
**case**
6:23 7:13 11:9,11
74:10,22 110:24
136:13,21 164:15
164:16,19
**catch**
101:3 155:22
**caught**
81:6
**cause**
31:14 60:9 67:4,4,6
**caused**
25:15
**causes**
25:11 156:16
**CDL**
15:10
**cell**
78:24,25
**Center**
29:1 31:11 33:8
95:11
**certain**
59:16 104:16 139:2
**Certificate**
164:25 165:1,22
**certification**
127:8,10,15
**certified**

1:19 127:12,14 164:8
164:24 165:21
**certify**
165:4
**cetera**
76:25
**Chad**
27:21,22
**Chadrick**
27:23,24 28:2
**Chadrick's**
31:2
**Champion**
2:4
**change**
50:8 91:13 139:6
153:14,16
**changed**
39:25 79:14
**changes**
162:3,8
**charge**
164:18
**chased**
89:4 101:2
**chasing**
93:10 151:15,16
**check**
77:16 129:20,21,22
129:25
**checking**
77:17,18,19,20
**cheerleader**
131:6
**cheerleaders**
47:9,13
**Cherokee**
16:22
**chick**
137:20
**child**
144:19,20,21 145:2,7
**children**
16:4 18:25 114:3,10
114:14 115:12
**children's**

144:22
**chilling**
48:16
**Ching**
124:1,2,3
**chiropractic**
103:6,11
**chiropractor**
29:6,7,8,10,13,16,21
31:10 33:8 104:7,11
**chiropractors**
49:21
**chores**
130:9,11 132:20,22
**Christ**
40:2,2
**Christianity**
39:10
**church**
38:25 39:3,7,12,13
39:21 40:1,4
**citation**
31:7
**city**
18:17 24:13 29:12
**civic**
40:6
**Civil**
1:8 6:10
**CKS**
121:5,10 125:21
126:21 127:14
**claim**
30:10 108:14,20,22
**claimed**
135:3
**claiming**
22:8 56:19 63:21,22
102:3 107:7 112:8
113:7,11
**clarification**
12:4
**clarified**
150:1
**clarify**
149:15 150:2

**Class**
15:14,14
**clean**
53:4,5 54:5,10,13,23
54:23 55:4 132:25
133:1,15 134:8
137:25
**cleaning**
37:3,4
**clear**
15:1 81:15 149:1
**clearance**
72:16
**cleared**
152:14
**client**
160:24
**clients**
112:5 135:15
**clinic**
68:4
**clock**
95:11 154:10
**close**
24:22
**closed**
71:12
**clot**
59:7 66:7
**clothes**
133:3
**clothing**
132:17,19
**coast**
81:15
**Cobb**
16:18,23
**cocaine**
52:17,18
**cold**
57:23 60:23
**collided**
77:10
**collision**
63:1 81:19
**color**



76:23 98:3,4,5,6,19
99:16,21 100:8
150:7
**colors**
51:23 52:6 75:2
94:24 96:24
**come**
31:5 36:20,24 43:4,6
43:7,11,17,20 46:18
47:10 52:3 61:10
62:23 89:23 92:5,8
109:4,5,13 123:18
130:24 134:7,8,9
141:6 158:16
**comes**
128:9
**coming**
30:21 109:17 133:12
134:9
**commencing**
1:21
**commercial**
36:2
**commission**
162:25
**communicate**
46:4
**communication**
91:2
**comp**
12:7
**companies**
110:19,23 121:3
134:20
**company**
1:10 22:20 23:2
29:24 30:5 34:21
35:25 69:5,8,9,10
84:11 87:6 89:13,15
89:16 97:7 101:7
121:4,5,14,18 132:7
132:8,12,13
**compensate**
135:2,16
**compensation**
7:12 108:11,15,19

**complaining**
97:2
**complete**
64:6 76:20 105:12,18
106:1 115:4 136:10
165:8
**computer**
110:9
**computer-desk**
110:13
**concepts**
56:3
**concerned**
16:14,15 144:18
**concluded**
161:12
**concludes**
160:18 161:6
**condition**
22:5 110:2
**conference**
107:15
**confused**
11:18
**connection**
33:13
**consider**
37:8 124:25
**consisted**
77:3
**constantly**
59:9,15 113:18
**construction**
34:22,23 35:12 121:8
121:9,16,17 122:1
123:15,21,24
**consumed**
51:13
**contact**
45:8 100:15 125:10
137:21
**contacted**
164:10
**contained**
1:17 9:24 74:21
**container**

126:23
**containing**
10:18 52:16
**contend**
158:1
**contending**
58:17
**Continuity**
3:4
**continuously**
57:24 83:14 115:19
**contract**
36:22 164:12 165:14
**contractor**
164:9
**contract/agreement**
164:14
**contributing**
50:20
**conversation**
63:12 70:14 124:17
**convicted**
55:15,17,21
**cool**
137:13,20
**Copeland**
2:15
**copy**
12:10 159:7,13
160:11,13,24
**corner**
48:25 98:10
**correct**
7:14,22 8:2,10 12:21
13:18,23 19:7 60:16
65:21 72:2 74:8
76:17 93:13 102:8
129:13 148:5 165:8
**correctly**
77:7 85:4 95:19
**cost**
48:11
**Council**
164:6
**counsel**
4:8 5:14 6:8 164:16

165:11,13
**counseled**
95:9
**counseling**
116:2,3,11
**counselors**
116:7
**countertops**
35:4
**County**
16:18,18,20 17:23
164:3 165:3
**couple**
7:18 38:6,19 39:25
82:12 97:10 110:23
110:24 138:20
145:13,20
**course**
9:1 10:9 28:16,19
31:6 36:3,5 39:2
41:22,24 42:3,6
43:16,18 44:6,11,19
45:23 46:6,15,20,22
46:24 50:22,22 51:2
51:20,22 52:8,9
53:17 58:11,13,18
60:17 61:10,11
63:13 64:4,7 66:11
66:21 69:5,8 70:6
70:18 73:6 74:2
75:1 76:15,18 77:20
87:1 89:19 90:4
91:4,22 94:24
100:21,24 101:5
102:4,11 103:7,9
106:2 108:6,10
110:25,25 111:1,1
113:1 117:15
118:25 120:18
125:22 126:4,17
127:7 130:14 131:8
131:10,15 132:25
133:3,23 136:11
139:16 140:25
142:11 143:3 144:3
147:7 149:14 150:4



157:19
**court**
1:1,19 5:11,22 8:5,7
8:8 20:11 159:10,17
159:21,24 160:2,5,7
164:5,8,10,15,24
165:21
**courtesy**
154:16
**covered**
145:14
**Covia**
21:5
**coworker**
125:2
**Crazy**
135:22
**crew**
35:20
**Cross-Examination**
3:12,13,14 8:17
136:16 145:16
152:17 157:15
**CT**
33:5
**cubby**
71:16
**cup**
71:12,13,14 156:2
**cured**
67:22,23
**current**
22:4 110:2
**currently**
18:3 21:11
**Currie**
2:20
**cussing**
115:2
**customary**
164:18
**custonium**
57:6
**cut**
80:11 114:20 131:7
131:11,13,17,24

**CVS**
129:5
**C-H-I-N-G**
124:2

---
**D**
---

**D**
5:1
**daddy**
47:2
**damage**
56:13,23 58:2 60:9
63:19 65:3 67:5,6
83:13 86:24 87:7,10
87:18,24 88:4,8,11
88:15 156:15,15
**damaged**
56:14,15,22 83:21
87:3 115:20
**damages**
87:15
**damn**
156:9
**dark**
138:24 139:4,5,13,17
**dash**
71:19 73:6 142:25
143:25
**dashboard**
73:15 141:22 156:4
**date**
13:14,16,24 14:9
19:3,6,12 137:10
**daughter**
41:10 45:13
**daughters**
16:7 18:15,23,23
41:2,2,8,14,16,19
42:1,3,9,16,18,25
43:7,10,20 44:7,9
44:12 45:9,10,12,23
46:9 47:1,2,5 48:15
**daughter's**
44:21
**David**
129:5

**Davis**
20:25 21:2
**day**
1:20 8:22 21:23
36:16 37:24 42:13
43:1,8,12,13 44:3
44:13,14 48:14
49:13,14 51:12,12
51:23,24 52:2,14
60:22 63:9 65:9,12
65:15 80:23 88:7
94:13 97:16,17,19
102:21 103:2 109:9
113:24 119:7,7
122:10 124:23
132:4,4 161:9 162:4
162:18,22 163:23
164:20 165:16
**daylight**
138:25 139:3,11
**days**
21:19 37:21,22 38:7
43:14,19 44:10
97:11,18 137:7
**DC**
21:3
**dead**
58:23 99:10 102:25
134:9 141:24
**dealing**
103:18
**Decatur**
121:19
**December**
21:14,14,16
**decided**
122:12
**Defendant**
2:8,13 4:3 5:21 76:4
**Defendants**
1:12,16 4:8 134:19
135:15 136:21
**Defendant's**
75:5 76:2,7
**defense**
159:3

**Definitely**
120:15
**DeKalb**
16:18,19,22 17:23
**delivery**
161:1
**denomination**
39:9
**dent**
87:1
**dented**
84:11,24
**deponent**
165:9
**deposition**
1:15,18 5:5,8 7:8
8:20,25 9:8,23
11:23 12:23 15:2
19:18 120:1 159:8
159:13 160:19
161:6,12 164:11,12
165:5
**deposition's**
6:6
**depression**
60:8 61:9,9,10 65:5,6
114:23 116:14
**describe**
10:15 36:11,12 40:25
80:20 98:2 118:15
153:6
**described**
65:1,16 100:22,25
101:6
**describing**
90:18
**description**
4:2 36:16 37:7 76:21
**design**
132:17,17
**designer**
132:19
**desire**
163:4
**desk**
110:5



**detail**
100:22 119:5
**detailed**
76:20
**details**
101:15
**dialed**
90:3
**diary**
118:6
**different**
29:7 42:4 72:23
75:17 79:12 83:17
91:16,17 104:11
108:16 111:25
114:1 121:22
**differently**
7:21 42:15
**dig**
36:25
**digger**
35:22
**digging**
77:24
**direct**
10:21 99:3
**directed**
12:15
**direction**
153:9
**directions**
102:6,9,13
**directly**
46:12 78:9 106:14
**disappear**
41:6
**disciplined**
122:15 123:6,10,13
123:16,18,21
125:23 126:5,10,18
**disclosure**
164:1,7
**disclosures**
78:12,21
**discomfort**
65:24 66:14,19

101:23
**discontinued**
127:20,21
**discovery**
150:22
**discuss**
8:25
**discussed**
8:24 149:16
**discussing**
9:5 70:19 72:4
**discussion**
9:2 72:3
**disease**
67:2,21 68:6 137:24
138:15,16
**diseases**
67:7,15
**disqualified**
164:16
**disrespectful**
115:2
**distracted**
15:6
**DISTRICT**
1:1,2
**ditch**
87:4
**DIVISION**
1:3
**doctor**
104:21
**doctors**
111:16,18 112:1,3,7
**doctor's**
105:2
**document**
75:4,21 76:3,10
**documents**
9:7,10,13,15,15,18
9:20,22 78:12
107:22
**document's**
78:24
**DOE**
1:11

**doing**
12:9 27:18 55:6
105:13 110:2 113:8
113:15 114:14
121:8,12,13 152:1
153:25 157:12
**door**
28:10,11 86:5 87:2
98:10 140:11,11,19
140:23 141:3
**dot**
72:23 90:12 160:1
**doubt**
10:14
**Douglas**
16:22 105:2
**Douglasville**
18:18 46:19,23 47:24
48:1 94:12
**downtown**
121:19
**doze**
95:15
**Dr**
105:3,5,24 106:10
**drag**
80:24
**drain**
37:4
**drainage**
37:4
**drink**
51:14,17 70:22,23,24
70:24 71:17 156:1,3
**drive**
10:5 19:16,21,24,25
20:3,5 96:19 105:20
127:23,25 128:5,15
**driver**
70:15 71:13 82:16
98:9 128:5 140:16
140:16 155:13
**driver's**
15:12 28:15 91:8
153:3
**driving**

33:17 72:7,8 77:11
80:7,10 89:12,12
98:25 127:24
128:14,16 152:22
**dropped**
96:25
**drove**
72:14 94:9,11,12
105:20
**drug**
51:16,18,21,25 52:2
52:3,5,7 62:24
94:21,23 96:16,22
97:8
**drugs**
52:15 53:5
**dude**
33:15 54:23 71:1
141:17
**due**
38:11 96:11 97:1
**duly**
5:25 8:15 165:10
**dump**
140:1,7,13 141:23,25
142:1,5,6 143:7,22
144:6 152:21
155:10
**duty**
97:7 127:14
**D-1**
75:8

---
**E**
---
**E**
1:23,23,23 2:1,1 3:9
4:1 5:1,1 162:1,1,1
**earlier**
120:1,13 121:25
145:21 151:4
**early**
63:4 101:25 102:1
139:5 146:12,16
**earning**
38:2
**ease**



114:23
**East**
27:1,8 51:1,4 53:12
**eat**
56:16
**EBT**
50:6,7,11,14,16
  111:15 133:11
**education**
14:21 15:7
**effects**
67:24
**effort**
88:25 89:3 92:23
**efforts**
22:3
**eight**
37:22,23
**eighth**
85:14
**either**
30:3 46:16 122:15
  138:19 149:10,10
  165:14
**elbow**
140:21
**electric**
131:22
**eleven**
112:22
**Elizabeth**
14:16,21 39:4,6,13
**Elizabeth's**
39:7
**else's**
148:24
**email**
2:6,12,17,22 11:24
  74:1,1 78:1 159:21
**emergency**
94:21,23
**emotional**
116:13
**employed**
21:11,13,25 31:19,21
**employee**

34:23,25 165:11,12
**employment**
22:4 109:23 110:1
  121:2
**encounter**
137:5
**ended**
13:15 97:13
**ends**
13:20
**engage**
49:16
**engine**
82:17
**enjoy**
47:2 113:20
**equipment**
127:4,15
**erection**
62:5,6 66:23 67:4
**Eric**
2:4 5:16 92:1
**eric@thechampion...**
2:6
**Errata**
163:4
**escort**
95:11
**Esq**
2:4,9,14,19
**et**
5:7 76:25
**eTran**
159:10,12
**evasive**
10:19
**everybody**
6:11 92:9 115:24
  161:5,8
**everyone's**
158:13
**evidence**
165:9
**Exact**
3:3
**Exactly**

3:2 58:24 120:12
**exaggerate**
106:3,5,6,7,8,9,11,15
  106:23
**exaggerated**
64:8
**Examination**
104:22 105:25
**examined**
8:15
**example**
119:21
**examples**
131:4
**excavation**
35:25 36:9,10 121:13
**excuse**
15:14 55:9 75:21
  90:25 147:14 151:1
**executed**
163:3
**exercise**
32:6 49:18
**exhibit**
4:8 75:5,8 76:2,8
  159:18
**exit**
153:19
**expenses**
50:21 131:5
**experienced**
61:14 64:15,19,23
  65:24
**experiencing**
65:23 95:20 101:23
**expires**
162:25
**explain**
25:3
**explained**
118:22
**expressed**
118:18
**expressway**
72:9 86:23 101:18,21
  128:23 153:12

**extended**
98:20

---
**F**

**face**
69:11 84:18 99:3,10
**facial**
99:6
**facility**
105:1
**fact**
12:19
**facts**
83:18
**fair**
7:21 8:1 88:23 135:2
  135:16
**False**
121:6
**familiar**
25:2 57:4 82:10
  98:21
**family**
13:11 16:10,12 40:16
  40:17,24,25 130:10
  130:12,17
**far**
14:15 49:4 55:23
  93:23 98:18 143:5
  143:10,15,17
**fast**
68:3 81:6 85:10
  86:17,18 153:22,22
**faster**
86:20
**father**
17:6 41:4,14 42:13
  43:25 44:1,3 114:17
**fathers**
47:11 113:17
**father's**
113:21
**favor**
56:4
**favorite**
130:20



**fear**
127:24 128:13,19
**February**
146:18,20
**Federal**
6:9
**feel**
58:23 59:7,21 60:3,3
60:4 61:4 63:3,15
66:22,22 80:22
96:13 102:24
118:19,20
**feeling**
58:3 63:2 66:2,2,5
95:16,22,25,25
96:11 113:24 114:1
118:7 124:20
**feet**
69:6 71:7
**fellow**
93:6 120:7
**felony**
55:15,17
**felt**
63:4,18,19 96:1
154:2,2 155:15,16
**field**
122:25
**fifth**
84:20
**figure**
30:21 152:7
**file**
1:8 29:25 30:1
**filed**
6:5
**fill**
122:12
**filled**
64:1 129:8
**financial**
164:17
**financially**
165:15
**find**
10:19 22:4 77:25

78:8,18 103:10
109:23 111:18
112:2 122:8
**fine**
30:17 111:24 115:3
116:8 158:19 161:2
**finish**
14:7 15:2 26:17
69:23 87:22 152:11
**finishing**
154:16
**Firm**
2:4
**first**
4:4 11:20 28:25
45:15 73:19 76:4
78:3,4 82:6 84:6,15
84:17,23 85:5,7,17
85:21,22,22,25
102:16,20 103:2
117:7 134:15 135:9
165:10
**fishing**
40:19
**fitted**
61:19
**five**
41:20 43:19 44:10
53:22 61:16 114:4,5
114:6 118:9 126:25
158:14,16
**five-or-ten-minute**
106:20
**flag**
71:1 73:8,8 80:12
81:14,16 141:19
142:10
**flagging**
72:18 80:13 89:9
**flashlights**
139:15
**flatbed**
99:24
**floor**
69:7 71:7
**flow**

149:8
**flying**
51:23 52:6 75:1
94:24 96:24
**focus**
68:10
**focused**
59:19 85:22
**focusing**
87:12
**follow**
6:9 88:24 89:2 101:7
101:9
**followed**
92:22 102:9
**following**
122:16 162:8 163:5
164:6
**follows**
8:16
**food**
50:11,12 128:8
**foot**
25:10 68:13,14
**footage**
70:3 90:14,15 101:17
101:20
**football**
47:13
**forced**
38:11,13,13 52:3
**foregoing**
162:2,7 163:2 165:4
165:7
**foremost**
135:10
**forgot**
33:14,15 39:19 98:4
98:5 99:21 124:10
137:12 148:10,11
**forklift**
127:5,5,6,11
**form**
112:10 118:16 135:4
135:21
**forms**

64:1
**forward**
38:20 70:10 83:11
**found**
35:10 72:15 77:22
**four**
66:4 118:9 124:15,16
**fourth**
84:20
**Franklin**
2:5
**Frassrand**
1:19 5:12 160:3
164:23 165:20
**free**
50:19,23 93:20
**Friday**
38:5 139:8
**friend**
27:20 31:1 122:10
124:23 125:1 137:9
137:13 146:23,25
147:3
**friends**
124:13,22
**friend's**
27:19
**front**
42:19 72:14 80:25
81:3,4,8,11,14 82:7
82:8 83:19 84:10
85:14 86:16 98:15
141:21 153:7,10,20
**fucked**
114:19,21,21,21,22
134:3,11
**fucking**
114:25
**full**
6:24 7:3 101:9
**fully**
22:7 24:20
**Fulton**
16:18,22 164:3 165:3
**function**
57:2 60:7



**functioning**
103:23,24
**funding**
110:18,19,23
**funny**
83:10 135:20
**Funt**
2:4 5:16,16 6:14 12:3
   12:6 54:15 78:2,11
   78:23 92:5,11
   112:10 135:4,21
   158:13 159:2,16
**further**
145:9 158:8,10
**future**
107:12
**F-A**
160:1
**F-R**
160:1,2
**F-R-A-S-S-R-A-N-D**
160:3

**G**

**G**
1:23,23 5:1
**GA**
2:6,11,16,21
**gait**
25:2,5,9,15
**game**
47:9,10
**gardening**
40:22
**Gardens**
126:15
**gas**
84:11,11,24 86:2,6
   87:4 131:22,23
**gassed**
98:16
**Gateway**
2:5
**gear**
98:17
**gears**

89:5 149:11
**general**
143:20
**generally**
13:10
**Georgia**
1:2 14:12 15:12 18:5
   36:22,23,25 39:8,16
   164:2,6,8 165:2
**getting**
22:6 30:18 50:7
   61:18,19 96:2 107:6
   107:9 139:1,12
   150:24
**ginger**
70:23 71:10,11
   101:11,13
**girls**
114:4 119:22
**give**
29:12 36:15 71:14
   78:9 91:8 105:11,18
   105:25 125:24
   126:12,20 130:6
   131:4 138:21
   143:12,13 154:16
**given**
7:8 8:4,4 64:5 102:5
   110:2 165:9
**giving**
83:15 108:9 116:1
   159:12
**glasses**
99:4,5
**gloves**
156:3
**gmail**
160:5
**go**
7:17 14:15 19:22,23
   28:23,23 36:23
   38:11,14,18 43:4
   46:23 47:7,7,8,20
   47:22 48:11,17,23
   49:6,23 52:3,4
   59:20 60:6,22 61:19

66:21 82:22 93:20
93:20 94:5,22 95:15
95:18,21 96:7 97:21
97:25 103:19
104:10,10 107:15
111:23,25 112:2,23
113:13,13 117:4,6
117:11,13 119:8,8
121:21 128:1,6,9,17
128:24 132:3
138:12 142:5
143:23 145:20
158:14 160:23
**God**
8:21 40:2 115:1
**goddamn**
156:8
**goes**
60:6 98:18
**going**
7:19,24 23:18 25:17
   27:4 38:19 46:17
   55:9 57:17 58:1,4
   62:1 69:23 72:12,21
   73:11 75:3 76:2,7
   77:1 79:15 80:16,18
   80:25 81:25 83:16
   88:11,12,17,21 89:5
   90:10,13 91:24
   92:12 99:11 109:19
   114:20 115:7
   116:20,22 118:21
   124:21 134:10
   135:12 142:11
   145:12 149:11
   150:12,18,20,20
   152:7,19 153:9,10
   154:14 158:20
   159:18
**golfing**
40:20
**good**
5:3 6:13 10:1 37:7
   80:6 84:18 91:23
   103:18 120:19
   124:20 127:15,16

**google**
127:8 156:14
**gotten**
63:20 102:15,19,23
   103:1 110:18,22,23
   129:3,7
**government**
36:2
**grabbed**
73:6,14 141:11,12,12
**grade**
117:23 118:2,3
**graduate**
14:19
**graduated**
14:16
**Grady**
24:19
**granite**
121:22
**Granites**
35:4
**grass**
131:7,11,13,17,25
**Green**
126:1,3
**Greene**
2:14 3:13 5:18,18
   6:12 136:17,19
   152:12,18 157:4,9
   158:10,19 159:11
   161:10
**Greens**
18:5
**grew**
14:13
**groin**
38:9 56:11,14,20
   57:11,19,19 58:5,6
   58:20 59:5,6,6,7
   60:11,15 62:17,17
   63:5,6,8 64:19
   65:17,20,22 66:3,5
   96:1,12 97:2,21
   102:19 114:21
   115:9,15 137:4



156:6,11,21 157:1,3
**ground**
7:18 37:3 69:6
**groups**
40:6
**grown**
40:18 123:11
**guess**
29:22 120:18
**guy**
11:4,7 27:3 39:24
80:7,10 96:1 98:24
99:1,13,14 101:2,10
105:7 110:13 145:1
**guys**
37:1 39:25 93:8,20
112:21
**gym**
38:21,23
**G-A-I-T**
25:2

---

**H**

**H**
4:1 162:1
**Habersham**
126:15
**habits**
51:24
**hair**
52:8,9,11,14 96:22
97:8 99:6
**haircut**
99:8
**hairdos**
131:5
**half**
49:5,11 58:4 61:16
61:24 105:21
115:18 130:1
138:25,25
**halting**
3:5
**hand**
22:18 23:8 127:3
141:18 142:18

**handle**
87:3 128:24 140:11
140:23 141:3 145:3
**hands**
23:10 70:21 71:10
127:5,5
**hands-on**
110:12
**hang**
78:25 79:6 115:10,10
160:12
**happen**
63:23
**happened**
27:2 32:4 55:19 63:1
68:3 72:6 81:6
85:10 89:8 90:9,20
90:24 91:11,14,18
93:13 97:4 141:10
142:3,9 146:13
152:20 153:8,15,21
153:22,22 156:7
**happy**
112:5
**hard**
7:1 23:9 37:12,12,13
65:10,12,13 80:20
80:22 109:7,9,12,12
110:13,14 121:23
124:23 130:21,21
144:25 145:1
**head**
56:13 60:7 63:19
80:11 95:9,25
115:20 118:13
**heading**
85:12
**headlights**
139:15
**heal**
22:1 24:20 58:3
103:5 116:5,21
117:7,13
**healed**
51:1 57:19
**Healing**

**handle**
110:3
**health**
111:13 114:22
134:24,25 135:9,12
136:24 144:18
**Healthcare**
111:20
**healthy**
135:12
**heard**
95:23
**hearing**
7:2
**heat**
59:9,15 62:14,17,17
**heavy**
96:1
**heeey**
80:14
**height**
68:12
**held**
40:3
**hell**
83:24 104:20 110:21
128:20,23 130:10
141:11
**help**
12:4 59:2 97:3 104:1
104:5,14,18 116:12
130:8
**helped**
103:11 104:15
**helper**
35:22
**helpful**
15:2
**helping**
115:25 134:5
**hey**
72:19 73:9,9,9,10
73:10,10 81:7,7,7,7
81:16,17,17 90:12
96:10 101:11,11,11
141:14 142:10
**Hiers**

2:20
**high**
14:17,24 15:8 39:25
**highway**
153:24
**hip**
25:10
**Hispanic**
80:7,10
**Hispanic-Asian-lo...**
99:14
**history**
32:7 56:6 121:3
**hit**
26:24 27:3 30:8 31:3
60:4 63:14 70:25
72:10,11,12 73:20
80:24 81:4,4,5 82:8
82:9 83:1 84:13,17
84:19,19,23,24 85:2
85:19,20 86:4,5,5
86:11,14 88:4,9,12
89:21 90:9,11 95:24
98:3 100:20 127:1
128:23 139:20
140:21 141:11
142:10 146:24
149:12,18,21
152:25 153:21
156:6,9,10,11,20,23
156:24 157:1,3
158:1
**hitting**
72:13
**Hmm**
34:6 151:6
**hobbies**
40:14,19 49:15
**hold**
15:10 75:15 77:15
79:19 141:7,9
157:12
**holder**
71:14 156:2
**holders**
71:13



**holding**
71:9,9
**holes**
36:25 37:3,4
**home**
11:16 18:7 19:5,13
40:18 46:16 63:4
94:6,9 97:23 133:10
**honest**
59:21 61:24 114:25
115:1
**Hopefully**
107:18,18
**horn**
72:13
**hospital**
24:19 52:4 97:15,20
**hot**
60:23
**hour**
1:21 91:13 105:21
129:11,18 139:1
**hours**
37:24 38:1 41:20,23
42:2 49:12 95:6
130:1
**house**
23:22 27:19 31:2
36:18 40:13 94:11
94:12 95:1 120:9
129:25 130:9,13
131:14 132:21,23
133:16
**household**
20:4,6 50:21 130:9
130:11 132:20
**households**
42:5
**houses**
121:21
**How'd**
58:23
**how's**
62:11 152:14
**hugs**
113:23

**hundreds**
9:19,20
**hurt**
22:1
**hurting**
59:12
**hurts**
110:7
**husband**
18:12 120:12 132:2
148:20
**hydro**
21:24 34:19 35:7,10
35:16,19,24,25
36:10 37:18 109:5
121:5,13 122:6,8,14
123:3,6 124:6
129:12
**hydrovac**
36:21

_____

## I

**ice**
59:16 62:14,16,16
70:23 97:22,22,22
**idea**
137:14
**identification**
75:9 90:8 91:6
**identified**
19:14 20:14 121:3
129:5
**identify**
9:15 129:3
**identity**
14:2
**ignored**
102:12
**illegal**
55:24,24
**imagine**
143:24
**immediately**
34:19 51:25 62:20,23
90:3
**impact**

31:4 32:23 80:19,20
80:21,22 84:6 85:17
85:22,23,25 86:4,6
86:17,17 92:22
141:1,3,5,5 143:7
143:13 144:2 154:5
154:22,22 155:1,23
155:25
**impacted**
140:6,8 152:21
**impacts**
100:23,23 101:1
**important**
34:6 69:22 135:24
147:9
**inaudible**
37:16 49:25 54:7
**incident**
24:12
**include**
76:21
**included**
78:11
**including**
16:22 76:23
**income**
50:4,13,15,21
**independent**
104:22 105:25 164:9
**independently**
90:1
**Indicate**
163:6
**Indicates**
3:5
**individual**
12:11
**industrial**
36:17,17 37:6
**Infiniti**
33:23 146:1,2,6,9
147:6,23 148:4
**information**
14:3 32:7 64:6,11
76:13,16 77:1,9,22
79:17,21,22 90:13

106:11,15 107:1,21
119:16 121:6
137:21 149:8
**initial**
78:12,21
**injections**
32:17
**injure**
25:25
**injured**
22:15 23:20 26:22
38:5 53:13 56:10
125:6,8,17
**injuries**
22:8,14 25:20 29:5
31:14,18 32:12,15
32:18,21 33:1 50:25
51:4 53:14 56:8,20
63:20 102:2 103:8
107:7 112:8 113:7
113:11 114:13
115:14 116:13
125:13 135:3,25
**injury**
22:10 23:7,11,16,19
28:25
**innocent**
24:4,15
**inside**
23:22 70:1,3 87:2,6
139:23 155:4,24
156:1
**Instagram**
119:22
**install**
34:20,21 35:3 121:22
**installer**
121:12,15
**Installing**
121:9
**Installs**
35:2
**insurance**
29:24 30:5 111:13
145:19 147:5,8,11
147:18,23 148:2,6,9



148:24 149:3
**INSURED**
2:18
**interest**
164:17
**interested**
165:15
**interrogatories**
4:5 74:15 76:5
**interrogatory**
79:12,16,16,21 121:1
127:18 129:2
**interrupt**
137:15
**intersection**
27:15
**interstate**
90:14,16
**interview**
128:12
**introduced**
6:3
**involved**
10:21 11:9,11 26:16
26:19 155:13
**inward**
69:11
**iPad**
46:2,5,10
**IP-PIN**
14:2
**issue**
25:10 152:8,14
**issued**
31:7
**issues**
59:4 116:17 150:24
**it'd**
27:14 37:22 62:12
139:3
**it'll**
144:4
**I-285**
19:10

—————— **J** ——————

**J**
2:19
**Jackson**
17:13,14
**Jan**
124:7,9,11
**Jan's**
124:8
**Jason**
148:19
**Jeremy**
2:24 5:10 160:21
**job**
34:18 35:5,6,9,13,19
36:12,13 38:3 62:23
70:7 94:17,20 95:8
95:10 103:18 109:1
112:5 120:19 122:8
123:17,18 126:21
127:16 132:3 153:3
**John**
1:11 120:11
**Johnny**
11:21,22 12:20 18:10
18:11 120:2,7,23
132:5
**joke**
66:25
**journal**
118:6,24
**journals**
118:10,12,25 119:2
**Joy**
5:12 159:10,12 160:1
**Joyce**
1:19 164:23 165:20
**judge**
10:20
**Judicial**
164:6
**jump**
47:8,8 142:7 152:6
158:13
**jumped**
72:14 81:8,11,14
85:13 89:5 98:16

**jumping**
60:21

—————— **K** ——————

**Kalfus**
2:9 5:10
**Kasow**
105:3,4,5,24 106:10
**keep**
66:1 80:17,17 132:23
132:25
**Kemp**
124:9
**kept**
72:12,21 73:10 80:16
80:25 88:12,17,20
89:4,12,12 90:10
99:11 118:6
**kick**
113:19,19
**kickball**
113:17
**kids**
18:19 43:22 111:8
113:13,15,19,20,22
114:16,16 117:11
117:12 119:13
128:9 134:16
**kind**
33:22 35:24 46:25
47:12 58:14 72:19
80:23 81:14 85:1
96:12 98:25 99:1,24
100:2 110:1 116:1
131:17 134:12,14
134:22 140:21,22
145:24,25 146:23
**KIPP**
47:20,20,22,22
**kisses**
113:23
**knew**
97:1
**knocked**
84:12,24 86:9,9
**know**

11:4,7,13,14 12:2
16:24 17:1 18:19,19
23:6 24:4,14 28:13
30:1 31:4 32:7,24
34:4 36:12 39:20,24
40:1,18 41:6 42:6
42:14 47:10,10 48:6
48:16 49:20 50:1
52:13 54:24 55:22
55:23 56:4,15,17
57:24 59:17 60:8,10
60:21,24 61:6,20
62:13 66:8 68:9,25
72:5,22,24 75:15
79:17 82:22,23,23
83:21 86:11 87:11
87:12 95:15 97:23
98:3,21,24 99:8
100:1,2 101:19
103:5,18 104:3,7,8
104:12,16 107:20
107:20,21 110:7,9
110:15 111:25
113:14,18 117:19
117:21,22,24 118:3
119:14,19 120:2
121:22,23,24
122:21 123:4
124:20,21,24 127:2
128:17 130:5,6
132:9 134:8,10
135:25 136:1,5
137:13,16,20,23
138:17,18,19 139:1
139:1,2 140:12,22
141:19 142:5 143:7
143:14 144:23
145:3,6 147:16
148:7,22 150:11,13
151:23 153:12,13
153:23 155:11,12
156:4 157:3,22,24
158:13 160:20
**knows**
11:14
**Kovacs**



2:24 5:11
**K-A-S-O-W**
105:3
**K-I-P-P**
47:22

**L**

**L**
1:23,23
**labels**
76:24
**labor**
37:8,12,12,13 110:14
121:23
**lady**
137:9
**laid**
95:5
**lake**
36:18,21
**Landscape**
126:16
**lane**
72:16 81:13,13,19,21
81:23,25 82:1,4,21
84:25 153:17,17,19
153:20
**lanes**
153:14,16
**late**
146:14
**laundry**
133:2,5,6,8
**Lawrenceville**
105:6,7
**lawsuit**
6:5 30:10 134:13,19
**lawyer**
33:12 159:4
**lawyers**
6:23 112:4,6 159:3
**lay**
59:16 60:23 72:1
157:22
**laying**
142:1

**leadership**
39:20 40:3
**leading**
138:4
**leads**
48:25
**leaning**
70:10
**learn**
60:24,25
**learned**
49:21
**learning**
62:13
**leather**
142:5
**leave**
128:11
**leaving**
27:19 28:3 35:9
97:13
**left**
26:1,1,4,22 28:17
31:1 35:6 121:12
122:5 142:16 143:2
**leg**
24:3,22,22 25:10
26:2 49:21,25 58:4
**legal**
5:11,12 30:10 164:9
**Legend**
3:1
**legs**
37:15 49:25 63:7
71:11,12,17 141:8
**letter**
73:21 107:23 108:4
**letters**
73:24 78:7 99:18
**let's**
30:13 42:7,7 51:12
56:5 57:12,14 59:11
71:5 80:17,17 92:7
121:1 140:6 150:14
150:14,15,16
152:11 157:8

**license**
15:12,17,19 91:8
**life**
9:24 40:2 76:11,15
83:14,21,22,24
114:19,22,25 115:9
115:9,14,15,18
118:13,20 119:3,3,5
119:7,8 131:5
134:14,16,21
**lift**
50:2,3
**lift-up**
87:3
**light**
36:25 80:21
**lights**
36:23
**limit**
44:7 130:23
**limitations**
113:6,8
**limited**
43:21 127:19,20
139:24 140:3
**Linden**
93:25 94:1
**line**
162:10,12,14,16
163:6
**listen**
22:12 53:6 55:2
66:12 84:4,9 89:10
105:23,23 125:16
156:13
**listening**
56:7
**litigation**
110:19
**little**
15:6 26:2 28:11
35:14,23 49:20,20
49:21,24,24,25 57:3
71:14,16 81:12 87:2
92:3 95:16 97:7
98:11,11 103:4,4

104:3,6,6 110:12
113:18 137:13,20
139:5,12 142:8
143:3 144:4 156:1
**live**
16:12 17:3,16,21
18:3,15 19:14,15
20:4,6,9,12,22 21:2
21:3,7 27:24 42:4
46:19,21 50:18,22
120:10 130:13
**lived**
20:11 94:12
**lives**
16:10 17:6 18:7 21:3
40:1
**living**
16:19 19:2,4,5 20:9
131:15
**LLC**
1:9,10 2:13 5:6
**LLC's**
4:4 76:4
**LLP**
2:9,15,20 5:10
**load**
126:25 127:1,3
**loading**
126:22
**loads**
126:24
**loan**
111:5
**loans**
110:24,25 111:1,2,11
**localized**
59:18
**located**
29:10,13 121:18
**locating**
35:23
**location**
104:25 105:5
**logos**
98:7 99:17 100:6,12
**long**



22:25 23:1,11 28:13
29:15 31:22 32:1,11
32:16,22,24 33:10
33:11,15 35:5,12,16
49:10 54:6,8,9,11
54:12 86:11 88:24
89:2 93:14 98:6
122:1 160:12
**longer**
113:16 127:23 137:9
**longest**
131:16
**look**
80:6 99:11 129:20
143:23 153:3
157:25 158:4
**looked**
72:15,19 96:13 99:10
99:10 153:1
**looking**
63:6 74:15 77:25
78:17 153:2,2
**lost**
19:25 50:16 68:23
**lot**
17:1 37:6 41:17,17
41:17,18 55:20 56:3
60:9 63:18 104:15
110:17
**loves**
115:24
**low**
59:19 60:2,16 62:10
65:17 80:11 99:7
**Lowell**
2:15
**lower**
26:1 59:13 60:5 61:3
61:6
**L-Y-N-E**
45:19

_____

**M**

_____

**M**
1:23
**Mableton**

**mark**
39:24 75:5
**marked**
75:9
**married**
15:25 16:2 120:5
**massage**
104:6
**material**
3:6
**Matt**
5:17 6:4,18 78:2
**matter**
5:5 11:10 37:25 41:9
**MATTHEW**
2:9
**matt.stone@stone...**
2:12
**ma'am**
16:1 137:7 145:1
153:5 154:11,18
155:5,23
**Mcghee**
2:20
**mean**
48:5 54:9,12 56:25
74:12 89:9 90:7
113:8 134:14
137:14 142:18,19
154:24 155:3
**meaning**
65:16
**means**
25:4 42:19 108:7
**media**
81:22 119:10,12,15
119:18,18,24,25
153:18
**medical**
28:21 29:1 30:6 31:4
31:10 33:7,8 56:5
64:2,12 95:11 102:2
102:5 104:22
105:25 107:13,19
108:8 112:17
**medication**

**mark**
39:24 75:5

**meet**
44:19 46:17 112:24
**meeting**
105:3 112:21 156:14
**Melissa**
2:14 5:18 136:19
152:5
**member**
35:20
**members**
40:25
**membership**
38:23
**Memorial**
24:19
**mental**
114:22
**mentally**
103:23 118:21
**mentioned**
61:8
**Meques**
6:25 7:3 13:1,2,3,4
**merged**
80:25 155:21
**merging**
153:24
**message**
73:16,20 95:6,8
**messed**
146:25,25
**met**
6:18 104:21 105:7
**Methodist**
39:11
**Metro**
16:11,15 17:4,6,16
17:24
**Metropolitan**
129:6
**Mexican-Asian-loo...**
98:25
**mgreene@csvl.law**
2:17
**MHV**

**mark**
47:25 48:1,2
**machine**
131:18
**machinery**
127:15
**Magna**
5:11,12 164:9
**main**
24:22 56:14,22,24
57:1,4,7,9 60:9,21
65:2 156:15
**major**
156:5
**making**
6:10 114:15,16
124:19 129:11
**mama**
96:25 97:14 134:7
**mama's**
94:11 95:1
**man**
12:19 29:17 30:19
31:13 32:1,16,22,22
32:24 33:16 34:1
43:22 53:4 54:24
55:4,5,14 58:9 60:5
65:9,10 66:25 68:3
72:11,12,12 96:11
96:11,12 98:6
117:10 118:9
122:17 123:11
124:11,12 128:21
128:21 130:6 133:7
133:10,11 150:16
152:11,24,25
157:10 158:5
**mandatory**
44:8 69:10
**marble**
121:22
**March**
146:18,20
**Marietta**
2:6
**marijuana**
52:17,19,25 53:3,7



**MHV**
2:13
**mid**
60:18 61:3
**middle**
7:5 28:10 82:9
**Midtown**
2:10
**mid-back**
61:1
**miles**
49:5,11
**million**
82:13 135:6,18
**mind**
22:2 103:23 116:21
118:17,19 135:1
159:12
**minding**
48:16
**mine**
122:10 137:9 144:23
146:23
**mines**
132:3 153:4
**minute**
27:11,14,17 28:12
29:9,11,14,17 31:13
54:22 61:8 68:10
79:19 89:4,7,11
92:24 93:2,3,10
97:10 98:1
**minutes**
12:25 25:18 90:4,15
93:17,17 94:1,2
105:22 158:14,16
**mirror**
72:15 84:12,24 86:3
86:9,10 87:1,3
**mirrors**
153:4
**miserable**
114:19
**mispronounce**
13:1
**missed**

31:17
**mistake**
120:19
**misunderstood**
154:13
**mixed**
56:3
**mix-ups**
78:10
**ML**
111:20
**Mmh**
34:20
**Mmm**
105:5
**Mm-hmm**
10:2 21:10,17 22:13
25:6,8,13 37:20
39:14 47:20 48:2
63:25 65:18 71:4,8
71:22 74:17,19
75:22 76:6,9 77:13
79:14 80:4 82:2
84:7 86:1 93:4 96:5
107:24 108:1 111:8
112:15 114:8 115:6
120:3,24 123:5
126:2 137:2 138:22
139:8 141:21
142:22 152:4
155:20
**mom**
18:16 128:15 148:21
149:4
**moment**
6:19 17:5 23:1 75:4
107:10 145:10
**moments**
113:21
**money**
111:7 114:15,16
117:11 121:13
122:5 128:3,4
134:22,25 135:14
**month**
52:22 109:11 128:8

131:12,12 132:1
**monthly**
50:11,12
**months**
52:23 124:15,17
134:2,4 138:4
**morning**
5:3 8:21 38:16 49:3
49:14 62:21 63:5,15
63:16 94:18,19
95:18 96:8,24
101:25 102:1,16,21
128:10
**mortgage**
11:16
**mother**
18:22,25 44:16,21
**mother's**
18:21
**motor**
26:15,18
**Mountain**
17:22 18:5 46:21
48:22,23,25 49:1
**mouth**
83:18
**move**
38:19 155:24
**moved**
72:16 81:12 156:3
**mower**
131:19
**MPEG**
160:10
**MRI**
33:3
**mud**
36:18,20 37:3 133:4
**muddy**
110:15
**muscles**
37:14 49:22 56:11
**M-E-Q-U-E-S**
7:6,7

_____
**N**
_____

**N**
1:23 2:1 3:9,9 5:1
**Nah**
124:19
**name**
6:24 7:3,5 11:8,11,12
11:20 12:25 13:2,4
13:6,25 14:9 17:7,9
17:12,12,18,24
18:21,24,24 20:17
20:24,25 21:1 27:9
27:10,12,13,20 30:8
33:9,15,15,20,21
34:8,21 39:17,18,19
44:20,22 45:1,13
47:18 65:12 67:12
105:1,2 120:6
121:14 122:22
124:1,8,10 127:8,16
137:11,12,15 146:3
147:11,17 148:3,5,8
148:14,18,24 149:6
**named**
12:19 39:24 120:2
**names**
13:12 17:3 39:23
45:12 122:24
148:22
**name's**
6:18 136:19 145:18
**nature**
23:7
**NE**
2:10,15,20
**near**
27:15 31:1
**necessary**
10:22
**need**
19:21,23 74:1 87:21
95:10 101:18
111:23 116:5,6,6,7
116:9 128:1,6,8
131:2 133:9 134:17
145:2 154:6,10
155:8 158:14 159:7



160:14
**needed**
90:13 152:2
**needs**
116:9 133:22,25
134:5
**negative**
41:5
**neighborhood**
27:6,7,9,11 36:24
**nephew**
130:19
**nerve**
49:22 56:22,24 57:1
57:4,7 60:6,9,22
63:18 65:2,3 103:22
115:20 128:21
**nerves**
22:2 30:18 49:24
56:13,13,14,21,22
57:1,9 58:13,14,22
58:22 59:6 60:5,21
60:24 61:7 62:14
67:5 103:5,19,21
104:11 156:15
**never**
31:17 52:13 65:3,6
66:16 82:15 110:14
115:25 130:24
148:1 151:24
**new**
45:4,4 112:19,20
**Newell**
126:8
**nice**
161:9
**nicknames**
13:7
**nieces**
130:19
**night**
63:4 69:15 70:1,2
88:10 94:15,16,16
94:25 101:16,23
**non-disclosure**
12:1

**norm**
29:7
**normal**
25:5,12 29:6 48:18
131:5 155:2
**Normally**
155:4
**NORTHERN**
1:2
**Notary**
162:24
**note**
78:5 79:1
**notepad**
119:1
**notes**
77:18,20,21 78:8
158:15
**notice**
6:7
**noticed**
155:13
**Nova**
52:6 95:11 96:18,20
96:21 97:4,6,7
104:18
**November**
19:3,9 22:9,15 26:8
26:12,16,19 50:5,24
51:4,9,11 52:1,25
53:2,7,9 54:2 56:9
64:14,18,22,25 65:4
65:7 125:18 145:22
146:12,14,16
165:16
**numb**
66:1
**number**
4:2 5:4 13:19,21 14:9
34:5 45:2,5 73:15
74:5,6 76:8,19,24
77:4,5,6,15 88:19
102:2 121:3
**numbered**
162:3,8 163:3
**numbers**

72:23 73:21,23 74:4
77:16 78:15 79:11
79:12 90:11 98:12
99:19 150:9,10
151:16,18 163:6
**numerous**
118:22

___

**O**

**O**
3:9 5:1
**oath**
8:3,4 123:2
**Object**
112:10,10 135:4,21
**objections**
6:10
**obligation**
111:10
**observe**
88:8,11,14,16,16
**occasions**
44:17
**occur**
24:12 26:25
**occurred**
51:5 63:1,21 80:19
81:19 84:6 85:25
101:16 139:14
141:3 154:23
**October**
1:21 5:7 164:20
**office**
12:10
**officer**
63:12
**officers**
139:12
**oh**
11:2,7 28:1 31:3,8
34:8 35:10 50:11
58:9 72:11 75:13
77:24 79:14 81:24
82:12 105:7 114:4
120:9 143:3 146:18
153:9,25 155:18

159:20 160:15
**okay**
6:17 7:7 8:3,23 9:2
10:1,7 12:22,25
14:4,13 15:3,10,12
15:14,19 16:10,21
17:19,23 18:1,11
19:2,5,18,21 21:9
23:7,25 25:17 27:7
27:24 28:22 32:5,8
32:11 34:18,23 35:5
36:1,11 37:7 38:2
38:18,25 39:9,11,13
40:14 41:25 42:23
43:7,11,19 45:12
46:11 48:14 49:18
50:17 51:11 52:7,12
52:20,24 53:2 54:4
55:13 57:25 59:11
59:14 60:18,19
61:17 62:25 64:14
67:14 68:5,8,16,21
69:1 71:3,18,25
72:8 73:23 74:7
75:3,20,25 76:7,13
77:17,19 78:13,18
78:25 80:3,9,17
81:9,23 84:5,9 85:8
85:12,24 86:22
87:21 88:22 89:14
90:17,24 91:8 92:11
92:21 93:14,19 94:5
95:3,12 96:4 97:16
98:7,9,13,18 99:2,9
99:20 100:4,10
101:15 102:1,5,12
102:19 103:25
104:21 107:3,6,12
108:7,11,14,22
109:21 110:1,5,16
110:22 111:13
112:25 114:7,12
116:11 118:5,11,15
118:23 119:4,6
120:1,20,23 121:1,7
121:11,20 122:5,14



124:16,23 125:3,21
126:15,21 129:11
131:24 132:20
133:19 135:19
136:2,9,12 137:18
138:1,4,10,14 139:7
139:14,18,23 140:3
140:6,15,23 141:15
142:2 145:9 146:2,5
146:13,20,22 147:2
147:5,8,22,25 148:4
148:6,8,13,16,19,23
149:1,25 150:7
151:21,24 152:3
153:23 154:20
155:7 156:11,13,25
157:9,17,20,25
158:3 159:25 160:4
160:15,17 161:4
**old**
31:24 63:6 99:12
100:1 113:25 114:3
114:3 129:25
**older**
30:15 99:13
**omission**
3:5
**once**
81:15 90:2 93:19
96:3 107:14 113:22
131:12 132:1
**ones**
9:9,11,17 10:10,11
100:5 140:18
**one-way**
149:7
**online**
122:12 158:5
**Onterio**
72:1 151:21,23,24
**open**
118:16 136:4 153:19
**opened**
73:19 96:9
**operate**
127:6,11

**operator**
90:18
**opportunity**
80:5 123:1
**opposed**
42:9
**option**
44:8
**order**
144:21 145:4 160:10
160:16,16
**OrthoAtlanta**
104:14 105:2,6
**Orthopedic**
103:17
**other's**
47:6
**ought**
135:25
**outcome**
134:12,22
**outside**
57:23 125:4 128:11
130:16 138:24
**outward**
69:12
**out-of-state**
100:13
**overtime**
129:14,17
**owe**
144:19,20
**owned**
145:21
**o'clock**
112:22 139:2,3
**O.C.G.A**
164:13,17

――――――――――
**P**
――――――――――
**P**
2:1,1,9 5:1
**Packaging**
121:5,10 125:21
126:21
**Packing**

126:22
**pad**
59:9,15
**page**
3:10 4:2 162:10,12
162:14,16 163:6
**pages**
9:20,22 162:2,7
163:2 165:8
**paid**
29:21
**pain**
58:10,20,24,25 59:2
59:5,18,18,20,23,25
60:2,16,20 61:2,13
61:13,14,21 62:10
62:19,22 63:2,3,4,8
63:15 64:15,19,23
65:1,14,23,24 66:12
66:13,14,16,18
95:17,20,22 101:23
102:15,19 103:1
105:8,16 129:1
137:4
**painter**
132:6,6
**pallet**
22:20 23:2
**paper**
44:23 83:17 118:14
118:15
**paperwork**
56:2 149:5
**Pardon**
120:4
**park**
48:20,21,23,24 49:1
**parking**
15:23
**Parkway**
129:6
**part**
25:21 28:9 32:5 51:7
61:5 81:1,1,5 82:5,9
82:16 84:8,10,13
86:11,14,14 98:9,21

109:1,2 140:8,9
**particular**
118:8
**parties**
5:14 164:19 165:12
165:13
**partners**
138:5
**parts**
25:24 56:9 57:8
**party**
164:15 165:14
**pass**
51:16,18,22
**passed**
52:6 75:1 94:24
96:24
**passenger**
69:3 140:18 153:2,5
**pastor**
39:17,18
**patient**
60:25
**Paulding**
16:23
**pay**
30:5 48:7,10 50:17
108:8,11,13 131:6
134:21 144:22
145:5 153:25
**paying**
35:10 107:19
**pays**
11:16 48:9
**peace**
115:17,18
**Peachtree**
2:10,15,20 103:17
**Peacock**
2:19 3:14 5:20,20
6:13 92:10 145:10
145:12,17,18 152:5
152:15 157:8,12,16
158:7 159:14
**pee**
68:2



**penis**
58:9,10,14,14,21,22
  58:23 59:5 61:21,23
  62:1 64:20 65:17,20
  66:1,8,14 67:5
  102:25
**people**
13:7,10 16:19 17:2
  19:14,15 39:22
  40:18 65:11 82:23
  82:24 119:17,17
  121:21 122:24
  125:15 130:12,15
  134:20
**people's**
87:14
**percent**
114:20 115:9
**perform**
49:18 132:21
**performance**
122:16,21
**period**
106:20 152:25
**perjury**
8:7
**Perry**
17:10,12,14
**person**
11:2,3,5 24:14 30:8
  40:17 42:17,25 44:9
  44:12,18 46:7,14
  47:1 115:25 116:1,1
  120:2 155:3
**personal**
14:2 133:22,25 134:2
  134:5 154:12
  164:17
**person's**
82:23
**pertaining**
74:11
**pharmacies**
129:3,7
**phone**
10:25 34:5 42:10

45:2,4,6 62:22
63:17 71:18 73:1,5
73:6,14,20 77:19
78:5,24 79:1,8 90:2
95:6,7,23,23 96:2,6
110:6 141:12,21,23
142:2,4,8,12,13,15
142:15,23 143:15
143:25 144:5
151:19
**phones**
89:18
**phonetic**
3:3 21:1 87:4 157:22
**photographs**
10:7 87:7,9,17,24
  88:3
**photos**
87:20 88:2
**physical**
37:8 68:25 76:21
  107:16 109:15,16
  109:19 112:14,25
  113:3 116:23,24
**physically**
42:9 103:24
**picture**
72:21,25 73:4,12
  74:6 75:13,20
  100:15 115:4
  119:15,21 141:17
  150:18,21,25 151:2
  151:3,5,9,12,14,15
  151:17,21,25
  157:20,23 158:6
**pictures**
73:25 74:3,4 87:15
  119:12 151:8,10
**piling**
36:19
**place**
9:2 24:3 28:25 137:1
**placed**
142:23
**places**
47:7

**Plaintiff**
1:7 2:3 4:5 5:16 76:5
  77:2,5
**Plaintiff's**
4:3 76:3 78:3
**plastic**
126:22,23,23
**play**
113:13,20 115:12
  128:25
**playing**
114:9,14
**Plaza**
2:10
**please**
5:23 6:24 7:5 9:16
  10:15,23 14:7 34:10
  44:21,24 45:3,18
  47:21 69:23 76:20
  79:5
**point**
27:1,8 51:1,4 53:12
  89:7 91:24 103:21
  103:22
**poles**
36:25
**police**
31:5 63:12 89:23
**policy**
69:5,8,10 147:23
  148:1,24
**pond**
36:21
**popped**
104:2
**portion**
98:2
**position**
35:21 40:3 142:13,16
**positions**
35:22
**possible**
147:25
**post**
119:17
**posted**

119:15
**pounds**
126:25
**Powder**
93:25 94:1
**power**
36:22,23,25 37:1
**prefer**
10:20
**preparation**
9:7,22 11:23 12:23
**prepare**
8:19
**prescribed**
53:13
**prescriptions**
129:4,8
**presence**
47:3,6
**present**
2:23 5:14 9:4
**preserved**
144:16
**pressure**
63:18
**pretty**
80:5
**preventing**
114:13
**previous**
50:25
**previously**
8:14 11:15
**prior**
22:23 25:22
**Prisons**
36:7
**private**
48:3,6,7,12 117:20
**probably**
22:17 26:20 52:22
  53:23 61:16 67:3,9
  98:24 103:4 122:4
  126:24 131:12
  148:15,18 157:21
  157:24



**problem**
128:11 160:17
**problems**
51:3,8 58:20 66:14
**Procedure**
6:10
**produced**
78:12 150:22
**production**
78:3,4,22
**professional**
132:6
**prohibited**
164:13
**projects**
37:4
**pronouncing**
13:2 71:21
**properties**
36:2,2,4 37:5
**property**
87:14
**propose**
6:9
**protection**
107:23 108:5
**protocols**
101:7
**prove**
145:8
**provide**
12:3 76:20 117:12
134:15 135:15
164:10,14
**provided**
76:13 77:9 79:22
131:3
**provider**
12:7 33:7 114:17
**providers**
64:2,12 102:2,5
107:13 108:8
112:18
**providing**
111:20
**public**

117:20 162:24
**pull**
88:25 89:1,3 92:23
92:24 93:7 144:4
157:10
**pulled**
89:13,14,19 92:25
93:7,24 101:5 158:4
**pulling**
99:23
**purported**
12:8
**purpose**
13:25 32:5
**pursuant**
1:17 6:7 164:4
**pushed**
81:15
**pushing**
131:19
**put**
36:25 62:16,16,17,17
71:14,16 74:4 75:4
79:15,18,23 97:22
118:23 119:21
133:3 134:21
143:24,25 144:6
**P.C**
2:4
**p.m**
92:13,19 158:21
159:1 160:19 161:7
161:13
**P319212**
77:6

_____
**Q**
_____
**qualified**
127:6
**question**
7:19,23 12:15 14:4,7
15:3 22:12 25:14
42:8,15 43:9,24,24
43:25 44:2 53:6
55:2 59:22,22 60:1
62:25 66:3,12 69:23

74:21 76:20 79:20
83:5,7,7,9,15 84:4
85:3,15 86:19 87:22
87:23 88:18 90:17
105:23 106:18
108:2,16 111:25
117:8 118:1 125:16
127:19 128:18
148:3 154:13,15,16
156:18,19 160:9
**questions**
10:20,22 29:18 30:15
32:3,6 44:15 59:1
74:10,12,13,16 92:2
105:9,10,12,15,17
105:19,21,24 106:2
106:11,14,19,22
107:5 115:5 117:22
117:24 123:1
136:12,14,22
138:20 144:17
145:9,11 149:8
152:13 157:5
158:10,16 159:3,5
165:6
**quick**
7:18 150:13 152:8,19
**quickness**
103:20
**Quoted**
3:6

_____
**R**
_____
**R**
1:23 2:1 5:1 162:1,1
**rack**
71:15
**rains**
57:22,23
**raise**
38:4
**raised**
14:11
**Ralph**
129:5
**ran**

90:15
**rates**
164:19
**Ray**
137:19,20
**reach**
46:8 142:8 143:19
144:5
**reached**
141:12
**read**
77:2,7 83:19 159:6
162:2,7 163:2
**reading**
1:18 3:5
**ready**
155:1 158:13
**real**
56:14 86:17 124:22
124:23 150:13
152:8,19 153:22
**really**
17:4 28:12 38:11
63:14 87:21 95:14
104:7 128:15
141:16,16
**reason**
35:8 52:13 125:23
126:5,10,18 162:11
162:13,15,17 163:7
**recall**
23:1,6 24:7 26:7,21
28:23 107:25 138:2
149:18,21 153:7,11
**recalls**
77:5
**receive**
12:11 24:17
**received**
120:22
**reconnect**
37:1
**record**
5:4 6:3,6,19,23 9:16
13:15 78:2 92:19
158:21 159:1



recorded
11:15
records
110:22
recovered
22:7
recreational
23:21 52:15
Recycling
126:1,3,8
reduced
165:7
refer
111:17
references
127:17
referred
111:19 112:7
referring
19:9 57:16 72:1,1
refine
42:7
regarding
8:7
Regina
137:12,18,19,23
138:1,7,10,14
regular
38:25 115:22 161:1
Regulations
164:5
relate
66:19
related
110:24
relates
30:2
relative
165:11,12
relatives
17:3,16 18:1
reliable
20:1 21:8 111:22
relief
104:3
rely

7:24
remedies
97:23
remember
15:23 28:12 29:2,9
29:11,14,17,20 30:4
30:7,9,12,14,16,23
31:3,3,8,12,22,23
31:25 32:13,16,19
32:23,23 33:2,4,6,9
33:10 34:1,3 35:6
35:14 53:15,19,25
54:22 55:4,12 67:3
67:18 68:3 70:20
72:4 73:25 74:9,15
86:16,16,21 94:4
95:2 98:14,19 99:16
100:7,9,13,14,20
104:23 105:3 122:2
122:4 129:10 147:9
147:11,17,19,22
148:10,12 149:2,9
149:23 150:3,4,6,7
158:2
remind
23:18 121:25
remotely
5:9
rent
50:17
repairable
33:25
repaired
33:25
repay
111:10,12
repeat
6:15,16
repeating
66:1
rephrase
8:1
report
95:10
reported
55:25

reporter
1:19 5:12,22 159:10
159:17,21,24 160:2
160:5,7 164:8,24
165:21
reporting
164:5,11,15
represent
5:15 6:4,20 145:19
165:8
represented
33:12
request
5:9
required
8:5 37:14 162:3,9
requiring
145:4
reserved
1:18
residence
36:24
residential
36:1
residual
51:3 67:24
resign
109:1
resolve
23:12
Resources
34:22,24 121:9,16,17
122:1 123:16,21,25
respond
154:17
response
4:3 42:15 76:4 77:2
79:13,16,17,21
responses
121:2 127:18
responsive
43:23
rest
140:12
result
30:11 31:17 32:14,17

32:20,25 56:19
58:12,17 112:8
113:7 125:13,17
162:9
Resuming
12:13 54:16 75:11
79:10 92:20 112:11
135:7,23
retained
4:8
review
9:7 10:7
reviewed
9:21 10:15,24 144:9
revoked
15:20
rib
57:17
ribs
58:1
rid
146:6,9,17,19
riding
69:2 72:9,9 77:12
122:10 128:19
139:24 140:7,10
143:25 152:22
153:14 155:12
right
6:2 7:17 9:4 15:25
16:25 17:14 19:8
21:2 24:3 38:18
42:21,24 45:15
52:15 56:5,11,15,16
56:18,20 57:10,12
57:12,15,21,25 58:2
59:8 60:11,14 61:12
61:15,25 62:8,19
63:2,3,8,14,21
64:15 65:16,21 66:8
68:10 69:22 70:9,12
71:15 72:6,10 75:17
75:20 76:1,19 79:9
79:11 80:17 81:22
81:25 82:1,10 86:4
87:4 90:9 91:23



92:25 93:7 94:9,14
94:22 95:21,25,25
96:11,13 98:11 99:4
99:15 100:8,17
101:22 102:15
110:3,7,8 111:9
112:12 113:2 115:3
115:19 116:8,25
118:20 123:15
124:5,13 125:11
128:17 130:4
132:16 133:13
134:17 137:23
138:20,23 139:22
140:24 141:21
142:4 143:18,22
145:11 146:15
149:11 150:17
151:13 157:4,5
158:7,9 159:2
160:18 161:4,8
**ringing**
63:19 95:7,23,23
**Road**
39:8 129:6
**roadway**
152:23
**rock**
143:12
**rocked**
155:16,18,19,22
**rocking**
98:17 155:17
**rode**
139:11
**roll**
80:15
**rolled**
73:9 95:22
**room**
142:1
**routine**
49:16
**Rovac**
70:7
**rub**

59:17
**rules**
6:9 7:18 8:7 101:8
122:16 164:4
**run**
89:21 90:14 113:23
150:10
**running**
86:8 118:19
**Ryan**
39:24

---

**S**

**S**
1:23,23 2:1 3:9 4:1
5:1 162:1
**safety**
140:17 144:18 155:9
**sample**
52:8,9,11,14 96:23
97:9
**sandbag**
63:6
**sat**
98:9
**saw**
99:17 112:1 144:14
151:24 155:17
**saying**
61:1 67:11 72:22
78:20 83:18 84:21
84:21 85:20 86:13
99:8 104:3 134:18
141:20 151:2
156:12
**says**
77:2,2 105:6 121:4
127:22
**scale**
61:12,22 62:11
**scan**
33:5
**scared**
128:20,22
**scene**
10:5 63:11

**school**
14:15,17,24 15:8
37:3 39:25 42:21,22
43:13 46:23 47:18
48:3,6,7,12 117:17
117:19,19,20,20
**schools**
37:2 131:6
**scratched**
114:23
**screen**
75:3,5,12,18 79:4,23
150:12,15,16 157:6
**screenshot**
78:4 79:1
**SE**
2:5
**seat**
69:3 70:10,11 71:7
140:17,19 153:2
155:2
**seatbelt**
69:4 71:6 140:20
142:7 143:24 144:1
144:6 155:3,6,8
157:2
**seated**
69:1 70:9 71:6
**second**
79:6 81:21 85:3,8
90:18 138:21
153:20 156:22,23
**Security**
13:19,21,25 14:9
**see**
12:12 33:7 36:19
42:11,16,18,25 43:3
43:11,17,20 44:5,9
44:12,17,17 46:7,8
46:13 47:1 62:9
75:12,13,20,21,24
75:25 77:21 78:14
78:16 79:7,24 97:21
98:7,17,19 99:17
100:11,11 108:13
112:23 113:22

116:6,6 121:1 127:9
134:13,23 138:19
139:9,15,16 140:6
143:23 144:11,12
144:23 145:10
148:17,17 149:6
150:16 152:22,24
152:25 154:2 157:8
157:10,17,19
159:21 160:25
**seeing**
44:7 153:7,11
**seen**
39:18 69:14,18,19,25
70:3 72:25 76:10,12
82:12,13,15 87:11
87:17,19,24 88:2,3
88:6 90:10 98:8,15
99:3 102:2 111:16
112:7 116:3,16,16
120:16 122:11
151:8 153:18
**self**
38:17
**sell**
146:6,9
**semi**
48:4,5
**send**
159:18 160:24
**sense**
88:13
**sent**
11:24,25 74:14
120:18 150:25
151:2
**sentence**
3:5
**separate**
89:18
**served**
122:24
**services**
5:11,13 164:10,11,15
**session**
92:3,4



set
118:20
settle
108:14,19,22
settlement
109:2
seven
114:4,5,6 134:2,4
sex
58:15 66:22
sexual
114:22 115:9 137:5
138:5
sexually
67:1,7,14,21 68:6
137:24 138:15
shade
98:17
shaked
143:9
shakes
143:14
share
75:3 79:4 150:12,15
150:16 151:10
157:7
shared
150:24
sharing
75:16,17
sharp
49:3
Sheet
163:4
Shelton
11:12,13,23 12:20
17:25 18:8,10,11
20:16 120:2,7,23
132:5
Shelton's
11:20
Sherwood
18:5 21:8
she'll
133:9 134:6,7,8
Shifting

149:11
shit
97:24 139:12 141:4
146:12
shook
86:6
shop
93:22,23,25 94:3,5
97:9
short
91:25 92:16 99:13
158:23
shot
23:23,25,25 24:1,2,3
24:14 26:2 60:5
shoulder
93:1,8
show
11:1,4 12:8 76:2
81:17,18 97:12,12
110:22 145:8
150:18,20,21
showed
90:4 120:23
shower
95:5 134:6
shows
11:5 12:11
siblings
20:20
sic
3:2 34:5 96:9
side
26:1,1,2,4,23 28:15
28:17 31:1 56:11,15
56:20 57:10,13,15
57:23,25 58:2,23
59:8 60:12,14 61:15
62:19 63:9,14 64:16
65:16,21 66:8 72:10
72:17,18,22 73:22
79:18,19 80:1,1,6
80:12,12 81:22,25
81:25 84:13 86:4,5
87:2,5 88:20 90:9
97:23 102:15

139:22 140:24
151:18
sides
140:17 153:4
sight
84:18
sign
107:15 108:4 159:6
signed
107:22 108:1
signing
1:18
simple
20:8
sinks
121:22
sir
7:16 9:24,25 10:4,6
10:16 12:24 13:13
14:10,14,18,23,25
15:4,9,11,13,16,18
15:21 16:1,3,5,9,13
17:15 18:2,14 19:1
19:11 20:15,15,19
21:12,19 22:6 23:6
23:15,18 24:15,25
26:5 28:1,4,7 30:3,4
34:15 36:10 37:6
39:14 40:5 44:4
45:23 46:3,12 48:8
48:13 49:17 50:15
51:6,16,22,23 52:4
53:8 56:2,23 57:7
57:20 58:25 66:1,17
67:16,16 69:13,16
69:21 82:4,9 83:3
83:21,25 84:19,23
84:25 85:2,7,11,14
86:12,18,21 87:8,11
87:16,20 88:7,12,17
88:20 89:1 90:5
91:1 98:4 102:14
106:24 107:16
108:13 109:12,25
110:12 111:14
113:5,12,22 115:15

119:11 121:10
122:7,25 126:9
127:16,17 148:22
151:16
sister
17:21 18:8,8 19:2,4
19:20 20:5,10,21,22
21:1 50:17 111:21
120:5,10 127:25
128:16 132:10
133:9 134:6 149:4
sister's
120:12 130:9 131:14
132:2,21 148:13,18
148:20
sit
47:8 89:22 98:11
113:14,22
site
93:15
sits
82:16
sitting
42:19 93:16 110:5,7
155:2 157:2
situation
24:5 114:25 125:10
134:10
six
62:12 68:13,14 118:9
118:25 119:2,2
139:2,3
Six-seven
37:22
skip
31:15
slate
54:5,10,13,24
sleep
95:13,16
sleeper
98:21,22 149:18,19
149:22
slid
143:3,18 155:21
156:4



**slide**
142:2 143:11,16,17
**slides**
143:13
**slight**
60:20 143:9
**Slightly**
102:18
**slope**
142:6
**slower**
86:20
**slowly**
114:24
**smoke**
53:7
**smoked**
52:18,24 53:3
**smoking**
53:1 68:4
**smoother**
92:3
**soccer**
113:19
**social**
13:19,21,21,25 14:5
14:8 40:6 119:10,11
119:14,17,18,24,25
**socialize**
125:3
**sold**
146:24 147:1,2,2,23
**somebody**
11:15 59:16 105:20
107:9
**soon**
96:6
**sorry**
7:1 13:1 15:5 34:9,14
39:5 45:20 49:8,23
55:9 58:9 69:17
72:12 74:18 108:15
115:1 126:13
137:14 152:15
160:21
**sort**

40:14 118:6 121:8
130:11,18 131:1
**sought**
116:2
**sound**
143:4
**source**
50:4,13,15
**Southern**
21:24 34:19 35:7,10
35:16,19,24 37:18
109:5 121:4 122:6,8
122:14 123:3,6
124:5 129:12
**space**
81:12 82:22,23,24,25
141:25 143:22
163:4
**speak**
64:9 125:15
**speaking**
16:16
**specific**
47:5 58:8
**specifically**
16:17 57:16 156:20
**speech**
3:4,5
**speed**
81:7,16
**speeding**
27:4
**spell**
7:5 34:9 45:15,18
47:21 137:15
**spelling**
3:3
**spend**
40:24 41:7,9,13,14
41:15,18,20 42:8,12
**spending**
40:16
**spent**
94:14,16
**spoke**
28:1 63:13 97:9

124:14,16
**spoken**
3:6 64:1
**sports**
47:14,17
**spot**
143:2
**Springs**
93:25 94:1
**square**
98:11 100:2
**Staffmark**
103:14,14
**Stair**
2:15
**stamps**
50:11,12
**standing**
160:9,16
**start**
55:9 62:19
**started**
6:4,20 13:15,20
14:25 37:18 63:9
65:14 72:13 73:15
73:21 83:25 95:16
95:20,22 101:24
102:16,20 103:2
**state**
5:14 6:24 90:4 93:15
93:19 98:14,15
164:2 165:2
**stated**
165:5
**statements**
6:22
**states**
1:1 20:23 21:3 65:11
77:2
**stayed**
19:13 81:13 153:16
**staying**
97:1
**stays**
17:22
**STD**

138:11
**steering**
155:22
**step**
84:13 87:5
**Stephens**
1:6,16 3:11 4:6 5:5,6
6:2,25 7:4,8 8:13
10:19 12:8,10,15
13:4 17:7,18 20:17
20:18,19 21:1 30:13
33:21 34:16,16
45:13,14,16,17,21
45:22 76:5 77:23
79:20 92:1,21
105:24 106:10
120:24 136:19
143:15 145:18
149:7 152:10
154:14,21 156:17
157:18 159:6 162:5
162:19 163:25
**Stephenson**
34:14
**Stephens's**
78:5
**stepped**
87:5,5
**sticker**
76:24
**stiffened**
154:25
**stipulations**
1:17
**stolen**
55:25 56:1
**Stone**
2:9,9 3:12 5:10,17,17
6:2,4,16,18,18 7:1,5
7:7,12,15,17,23 8:3
8:18 12:5,12,13
17:22 18:5 46:21
48:22,23,25 49:1
54:16 75:11 78:13
78:17,20,25 79:3,6
79:10 91:23 92:7,14



92:20 112:11 135:7
135:23 145:14
149:16,17 158:12
158:18 159:9,17,20
159:23 160:1,4,6,9
160:11,20,23 161:3
161:8
**stop**
93:11 115:5
**stopping**
91:24
**store**
20:7 156:2
**story**
83:16,17
**straight**
27:4 83:11 86:10
153:1,3
**straighten**
85:1
**street**
2:10,15,20 27:5,12
27:13,16 94:1
122:11
**stress**
60:8 116:13
**stretch**
142:7
**strike**
28:9,14,14 140:9,24
141:2
**strong**
135:9
**struck**
76:23 81:1 82:5 84:8
84:15 86:2 93:6
141:5,6 155:12
**structure**
87:6
**struggle**
133:13
**stubs**
129:21,23,25
**studying**
96:17
**stuff**

40:18 49:21 71:17
124:21
**stuffs**
128:8
**submit**
163:5
**subscribed**
162:21
**subside**
23:12
**substance**
8:24
**sucking**
36:20
**sudden**
139:4
**sued**
134:20 136:21
**suggest**
112:2
**suitable**
22:4 92:8
**Suite**
2:5,11,16,21
**superstars**
132:18
**supervisor**
63:17 89:17,17,20
90:3,25 93:9 96:2
96:10 97:10 123:24
124:6
**supervisors**
95:9
**support**
144:19,20,21,22,23
145:2,7
**supposed**
12:18 38:4 90:22
91:17 94:18 112:20
112:23 113:21
152:2
**supposedly**
94:17
**sure**
9:14 10:13,14 12:5
25:19 70:5 73:3

79:19 97:21 100:4
100:16,16 112:4
115:4 120:13
124:19,22 131:2
148:25 150:12
156:17
**surely**
114:24
**surgery**
32:14
**surveillance**
12:7,14 120:14,17,21
**surviving**
114:15 133:11
**suspended**
15:19
**sustained**
22:9 25:20 56:8
**sway**
49:25
**swear**
5:23
**sweat**
110:17,17
**sweep**
38:10 132:24
**swell**
140:25
**swelling**
22:18
**swellings**
23:9
**swept**
132:23
**Swift**
1:9,10 2:8,20 5:17
6:4,20
**switch**
83:16
**switched**
98:16
**swollen**
38:9 96:14,15,16
**Swolo**
124:9
**sworn**

5:25 8:15 162:21
163:1 165:10
**symptoms**
68:1
**sync**
160:10
**synced**
160:13,24
**S-C-A-C-A-G-H-P...**
77:4

---

**T**

**T**
3:9,9 4:1 13:11 162:1
162:1
**tab**
143:18
**tablets**
45:10,11,25 46:1
**tag**
76:24 77:6 98:14,15
100:13,15,16
**take**
9:2 23:11 40:17
43:22 47:8 49:10
51:19,25 52:3,5
53:10,11 73:4 91:25
96:16,18 103:5
111:22 114:15,16
119:12 127:25
130:20 133:21,25
134:2 136:23
141:17 151:12,21
151:25 152:9,10
155:1 157:20
158:16 159:9
160:16
**taken**
1:16 5:9 6:7 12:6
28:18,20 78:4 96:23
117:2,9 144:9 165:5
**takes**
128:9
**talk**
56:5 57:12,14 59:11
85:16 92:1



**talked**
60:14,14 61:7 120:1
137:3
**talking**
40:25 46:1 60:15
74:3 105:14 110:8
116:12,23 120:14
131:14 137:1
154:15
**tank**
84:11,11,24 86:2,6
87:5 99:24
**tapes**
10:8
**Tara**
20:25 21:2
**taught**
103:21
**Taurean**
1:6,15 3:11 4:5 5:5,6
6:25 7:3 8:13 13:1
76:5 120:24 162:5
162:19 163:25
**Tauryan**
45:13,22 114:5,5
**teach**
117:23 118:2
**teacher**
117:17,22,25
**teaches**
118:4
**technical**
150:24 152:8,13
**teen**
67:20
**teens**
67:19
**telephones**
45:24
**tell**
7:20,25 10:23 15:7
17:3 27:2 33:20
44:20,24 45:12 47:4
49:23 56:8 57:5
65:10,11 68:11 72:6
81:7 89:20 90:6,7

90:17,21 91:5,10,15
91:15,17,20,20
101:18 109:14,17
113:6 120:19
121:14 122:18,20
125:13,16,19
127:24 130:7
133:20 134:11
138:10,14,16
144:13 152:5
**telling**
8:23 9:21 38:10
63:13 66:4 91:13,19
94:20 95:9 96:10,14
97:1,11 145:1 149:9
149:24
**ten**
41:23 61:12,13,22
62:11 93:17 105:22
**Terio**
70:16 71:21,21,24
72:1,3,13,15 88:24
89:2,11 90:1,12
92:22,25 93:5,7
100:15,15,25
124:13,14,16,25
125:6,8,16
**Terious**
17:18 33:21 34:8,9
34:14
**term**
25:2 82:11
**terms**
6:10 57:25 101:10
**Terry's**
34:5
**test**
51:16,18,21,25 52:2
52:3,5,7,14 62:24
94:21,23 96:17,22
97:8
**testicles**
65:25 66:10,15,16,19
**testified**
8:15 141:8 145:21
151:4

**testify**
8:5
**testimony**
12:17 46:13 63:9
86:3 112:6 137:3
163:1
**Texas**
122:22
**text**
73:16,17,18,20 74:4
74:5,6 95:6,7
**texting**
73:15,21 96:1
**Thank**
15:5 37:7 92:14
136:18 159:13
161:4
**Thanked**
8:21
**theft**
14:2
**therapists**
116:6,7,12,17
**therapy**
68:25 107:16 109:15
109:16,19 112:14
112:25 113:3
116:20,22,23,23,24
**thereof**
162:9
**thereto**
163:5 165:6
**thigh**
57:18
**thing**
48:18 66:2,5 68:4
73:19 90:24 91:12
91:18 99:17 114:13
118:6 131:20
140:16 149:23
151:9 153:18
159:11
**things**
8:9 29:7 32:3 38:19
47:10 56:16 64:8
72:23 102:6 107:22

113:10,15,18 114:9
114:10 115:13
116:9 118:23
121:23 127:22
128:9 130:18 131:1
132:25 134:17
139:9 145:20
**think**
27:10,13,17 28:21
29:2 31:12 32:10
33:14,18 48:1 59:20
61:23 62:1 67:18,20
72:25 79:18 92:3
129:9,20,25 130:2
132:16 135:2,8,16
135:20,25 142:14
145:13,13,20 146:4
154:13 157:8 159:2
**Thomas**
18:24 45:1 46:8,14
117:14 119:20
**Thomas's**
45:2
**thought**
75:17 120:7 128:2
**thoughts**
30:18 41:6
**thousands**
9:20,21
**threatened**
97:13
**three**
9:3 21:19 36:6 43:14
49:5,11 66:4 81:10
83:4,8,9,10 106:24
118:9 124:14,16
153:10,20
**threw**
71:1 72:20 101:12
141:18
**throb**
57:22,23,24
**throbs**
56:15 57:22 59:8
60:22
**throw**



134:6
throwing
101:11,12
thunder
143:12
Thursday
5:7
Tiana
17:25 18:8 132:10
tickets
15:24,24
tighten
144:1
till
89:22
Tim
5:20 145:18 152:13
157:6
time
5:8 7:2 21:13,21,22
24:4 28:13 31:20
32:24 37:18,19
40:10,16,24 41:7,9
41:10,12,14,15,17
41:18 42:8,12 43:21
50:24 52:9,20,21,24
53:12,24 54:18,20
68:5,18 84:20 85:3
85:8,14,21 86:18
90:2 92:5,13,19
94:3,8,25 95:1,7,18
95:24 102:16,20
103:5 106:20 111:6
111:6 113:20 118:8
123:17 130:1
136:18,23 137:4
138:23 139:2,3,18
144:1,10 155:15,25
156:22,23 158:21
159:1 160:12,19
161:6
times
7:15 23:16 41:17
53:18 66:4 82:12,13
83:4,8,9,10 106:25
118:22

TIMOTHY
2:19
tim.peacock@swift...
2:22
title
76:3
today
5:7 19:19 61:15,16
61:21 62:11 91:16
107:14 112:21,23
136:18 137:1,3,6
159:5
today's
8:19 32:5 159:8
160:18 161:6
told
89:22 90:9,20,20,23
91:12,16,18 93:19
100:19 101:9,22
119:21 121:7 132:1
133:10 144:15
149:23 151:19
top
141:22 144:4
total
111:2
totaled
34:2,4
totally
114:1,2
touch
143:19
touching
69:6,7 124:19
town
39:15 94:18
track
134:17
tractor
76:22 77:3,10 82:14
82:18 83:1,2 84:15
84:19,22 85:5,20
86:2 98:2
tractors
98:22
tractor's

82:16
tractor-trailer
82:11 92:23 93:6
139:20,21,25 140:8
152:21,22
tractor-truck
85:6
traffic
141:13
trail
48:24
trailer
76:22 77:5,6,10 80:6
85:2,9,10 86:12,14
99:22,25 100:2,2,11
100:12 126:25
127:1,2
trailers
73:13 99:23 100:3
trailer's
82:17
transcript
3:1 15:1 159:13
165:9
transcription
162:9
transmitted
67:1,7,14,21 68:6
137:24 138:15,16
transportation
1:9,9,10 2:8,13 4:4
5:6,19 6:5,21 20:2
21:8 76:4 111:20,22
136:20
transported
97:6
traveling
86:20
treat
29:4,15 32:11
treated
28:25 67:22 107:10
treatment
23:14 24:17 28:18,24
30:6 31:4,9 63:20
63:24 103:6,11,25

104:4,9,13,18 107:6
107:9,19 108:9,12
113:3
trial
83:25
trick
67:9,10,11,12
tried
70:25 72:13 73:8
81:14,16 85:13 86:8
101:2 109:23
142:10
Trip
126:1,3
trips
117:2,9
trooper
90:4,25 91:1,3,5
93:15,19
trouble
54:13,19,21
truck
25:16 69:1,9,9,15
70:1,4,25 71:16
72:10,10,23 73:12
73:22 80:1,2,6,8,10
81:1,2 82:5,5,9 83:1
84:8,8,10,11,16,17
84:21,23,23 85:7,9
85:19,20 86:3,6,7,9
86:10,11,15,24
87:25 88:4,4,7,9,11
88:12,15,17,24 89:3
90:9,10 92:25 93:6
97:7,7 98:2,5,6,7,17
98:18 99:16 100:20
122:11 127:1 140:2
140:7,13 141:1,5,6
141:24,25 142:1,5,6
143:8,9,22 144:6
149:12,17,18,21
150:8,23,25 151:3,5
151:12,14,16,18,19
151:22,25 152:21
153:21,23 155:4,5,5
155:10,11,16,17,18



155:19,22,24 156:8
156:9 157:25
**trucks**
128:20,22,25
**true**
59:19 76:16 93:1
102:3 136:10 165:8
**truth**
63:10 66:9 83:22
91:18,19,21 115:1
134:10
**truthful**
64:3 105:11,18 106:1
**truthfulness**
8:6
**try**
56:16 75:16 144:6
150:12,18,20,21
152:7
**trying**
22:1 38:9 48:17
56:12 68:24 73:8,10
77:25 78:8 80:11,14
81:7 86:7 93:11
95:15 97:2,21,23
99:11 112:13,16,19
113:3 114:23 116:7
116:20 117:13
128:16 141:13,13
141:16,19 142:21
150:1
**turn**
60:7,8
**turned**
72:19
**Twenty**
135:18
**Twenty-three**
130:5
**twice**
82:8,20
**two**
16:7 21:19 23:13
49:12 52:22 53:20
58:15 62:7 66:21
70:19 71:13 72:7

81:10,21 97:17,19
100:23 105:19,21
106:2,14,19,24
107:5,10 115:18
117:3,9 137:7
153:10,20
**Tycovia**
21:1,4
**type**
24:4 38:11 99:14
110:13 119:11
121:23 127:20
137:24 154:22
**typed**
3:6
**typewriting**
165:7
**typical**
36:16 48:14 153:14
**T-A-U-R-Y-A-N**
45:16
**T-E-R-I-O-U-S**
34:11,12

———————————
**U**
**Uber**
105:21
**Ubers**
111:21
**Uh-huh**
34:17 85:18 108:6
113:1 160:7
**uncle**
130:20,21,21,23
**understand**
7:24,25 8:9 36:8,15
41:12 42:4 47:4
53:6 58:24,25 59:2
59:3 60:10,13 62:18
66:6,10 82:19 83:13
84:2 86:12 108:7
111:9,10 113:24
115:7,16 118:1
120:16 125:12
128:25 134:18
135:11 139:5

150:21
**understanding**
95:19 133:12 135:11
135:14
**understood**
7:20
**unfinished**
3:5
**uniforms**
131:6
**UNITED**
1:1
**unknown**
3:3
**Unnamed**
2:18 5:21
**unpaid**
15:23,24
**upcoming**
37:4
**update**
112:20
**upper**
60:19 61:2
**urine**
52:7 96:22
**USDOT**
77:4
**use**
23:10 37:14,16 52:15
59:9,15 61:5 62:14
110:9 115:8 127:3
131:18 139:15
**usual**
164:18

———————————
**V**
**V**
1:23
**Vac**
21:24 34:19 35:7,10
35:17,19,24 37:19
121:5 122:6,9,15
123:3,7 124:6
129:12
**vacuum**

132:24 133:15
**Valz**
2:15
**vehicle**
19:16,17 20:1,5
26:15,18 28:5,8,9
28:15 31:1 33:25
34:2 56:1 76:23,24
76:25 77:3,11 94:7
111:21 139:23
140:9 144:10
145:23,25 153:13
154:11 155:1,9,12
158:1
**vehicles**
20:3
**versus**
5:6
**vicinity**
143:20
**video**
10:11,25 11:5,22
12:6,8,9,14,18,18
12:19 69:14,19,25
120:8,14,17,21
144:9,11,11,14,16
159:8 160:12
**videoconferencing**
1:20
**videographer**
2:24 5:3,10,22 92:12
92:18 158:20,25
159:7 160:8,15,22
161:1,4
**videos**
10:16,17,18,23 12:22
**videotape**
5:4 6:20
**videotaped**
1:15
**videotapes**
10:8
**view**
139:19,21,24 140:4
**virtual**
1:15



visit
48:15
visiting
28:2
volunteer
40:10
vs
1:8

_____ **W** _____

waiting
128:11
Walgreens
129:5
walk
24:24 25:1,4,11
    48:17,19,23 49:4,10
    56:16 59:9 62:15,15
    68:24
walking
23:22 25:5 49:19
want
38:18 41:11 44:14
    46:7,8 61:24 66:8
    68:10 83:14,21
    85:16 92:5 97:25
    98:3 114:25 115:3
    117:4,6,7 123:4
    134:10,14,15,16,24
    134:24,25 135:5,8,9
    135:9,12 136:4,24
    144:11,12 150:11
    150:15 152:6,6,10
    156:13,17 157:10
    160:10,11,25
wanted
96:16 149:15 150:2
wants
131:2
wash
38:16
wasn't
22:17 31:19,19 53:1
    56:3 87:12 88:20
    95:25,25 96:15 97:1
    105:22 106:6

147:13,15 148:2,2,6
154:1
watched
12:18,22 120:8,21
watching
11:15,22
water
36:19
water's
36:20
waving
101:10
way
24:11,23 25:11 30:13
    55:5 59:16,21
    104:16 111:25
    114:19
ways
115:13
weak
58:3
wearing
69:4 99:4
week
19:13 21:14 23:13
    37:21 38:1 41:20,23
    42:2 43:14,19 44:10
weekly
50:10
weeks
9:3 107:11
weigh
68:19,21
weighed
126:24
weight
68:16,23
weights
50:2,3
went
28:22 29:6 34:3 35:6
    38:6 39:25 90:14
    94:6,18 97:4,6,8,9
    97:14,20 103:12,13
    103:14,15,17
    112:21 119:7,8

129:19 132:4 156:8
weren't
23:20 31:21 96:17
    97:24 104:7 128:22
we'll
36:20,24 75:5
we're
38:19 85:12 91:23,24
    92:12 136:25 137:5
    158:20
we've
60:13,14,15 110:22
whatnot
97:13
wheel
81:6 155:22
wheeler
143:8
when's
52:20,20,24 53:24
white
78:7,15,16
WHV
1:9 4:4 5:6,18 76:4
    136:20
window
71:2 72:19 80:15
    88:19 141:19
windows
70:12 73:9
wipe
134:7
Wish
21:12
withheld
64:11
withhold
107:1,2,4
witness
3:10 5:23,25 6:15,17
    6:25 7:3,6,10,14,16
    7:22 8:2,10,14 78:6
    78:14,18 79:2,4,8
    135:5,22 157:10
    158:9
woke

8:21 62:21,22 63:5
woman
124:11
wording
76:23
words
25:1 43:4 47:12
    111:17 112:1 115:8
    119:20
word(s)
3:5
work
21:23 22:7,20 23:9
    31:15,17 35:5,12,16
    36:17,17 37:6,11,12
    37:12,13,21,24 38:6
    38:11,12,14 40:17
    51:23,24 52:3 53:5
    53:8 58:24 61:20,23
    62:1 65:11 70:6,7
    95:10,18,21 96:7,25
    97:14 103:20,20,22
    104:16 109:6,9,11
    109:13,18 110:12
    110:13,14 115:11
    117:13,14,16 121:8
    121:23 122:1
    123:19 124:23
    125:4,21 126:1,3,8
    126:15 128:24
    130:20,21 132:3,3,4
    132:5,7 133:4,4
    138:9 144:8,25,25
    145:1 147:10 154:7
    154:11 155:4,5,9,9
    157:6
worked
21:21 23:1 65:9
    121:4 122:14
    123:15,20,20 126:6
    126:19
worker
23:10 65:10,12
    109:12
workers
7:12 12:7 108:11,15



108:19
**working**
14:25 22:10,11,11,16
23:17,21 36:1 37:25
53:8 55:5 56:3
61:18 65:13 70:5
74:9 97:24 121:15
122:25 124:23
129:17 130:6 138:8
138:9 154:11
**workout**
68:24
**Works**
92:10
**worried**
87:15 96:15 136:3,6
154:1
**worry**
78:19
**worse**
102:23 103:2
**worst**
61:13 114:24
**wouldn't**
92:24 93:7 113:24
119:18 159:12
**would've**
87:5 146:16
**wound**
24:18,20
**Wow**
68:18
**wreck**
21:15,20 56:23 74:24
83:13 96:12 146:25
149:13
**wrecked**
146:23 147:3,4
**write**
44:24 118:7,11,17
**written**
44:22 56:18 74:10
**wrong**
24:3,4 25:7 120:6
133:20 145:8
**wrote**

77:15 120:6
**www.MagnaLS.com**
1:25

───────────
**X**

**X**
4:1
**X-rays**
32:20,25

───────────
**Y**

**yeah**
9:9 13:11 16:19,19
21:7 22:17 23:4
24:1,11,22 26:20,24
34:13 38:8,8 41:3
42:21 44:3 53:21
55:18,21 56:22 58:7
60:13 61:10 63:22
67:23 68:24 71:24
74:5 75:13,15,24
76:11,11 79:25
83:24 84:2 85:13
90:10 91:9 93:12,13
94:8 100:18 101:12
103:12 104:2,15
105:7,19 116:24
118:21 128:20,20
129:24 130:10
131:20 134:1
137:19 139:16
141:23 142:10,25
143:21,23 144:25
145:12,23 146:1,4
147:4 148:2,12
150:6,10,15 155:15
156:1,8 157:8
159:14,16,20,23
160:23,23 161:3
**year**
13:16 14:19 24:7
26:6 28:1 58:3
104:23 122:3 139:3
**years**
15:21 22:21,23 25:22
29:18,19 32:4 33:4

33:6 51:2 58:15
62:7 66:21 115:18
117:3,9 129:4,8
**yelling**
101:11
**Yep**
76:16 79:6,8 158:18
**young**
67:18
**younger**
55:16
**y'all**
90:11

───────────
**Z**

**zero**
61:12,12,22 62:11
**Zoom**
1:20 5:9

───────────
**$**

**$10**
135:6
**$1000**
111:6
**$20**
135:18

───────────
**1**

**1**
4:3 5:4 75:6 76:2,8
**1st**
21:14 165:16
**1:22-CV-01403-JPB**
1:8
**1:25**
158:21
**1:28**
159:1
**1:30**
158:17 160:19 161:7
161:13
**10B**
164:4
**10:27**
1:21 5:8

**100**
2:5 114:19 115:9
**12:00**
91:24 92:13
**12:02**
92:7
**12:15**
92:8
**12:17**
92:19
**1250**
2:11
**13**
61:24
**130264**
77:5
**136/152**
3:13
**1360**
2:10
**14**
16:8
**1420**
2:20
**145/157**
3:14
**15**
90:4,15 93:17,17
129:4,8
**15-14-37(a)**
164:13
**161**
162:3,8 163:3
**18**
143:8
**19th**
1:20 5:7 164:20
**19-something**
129:19
**19.89**
129:11
**191**
2:15
**1985**
38:4
**1990**



13:16

**2**

**20**
42:2 55:9 90:4 93:17
94:1
**20s**
32:9 67:19
**20-something**
129:20
**200**
50:8
**2000**
111:5
**2009**
14:20
**2011**
55:3
**2013**
55:11
**2015**
23:5
**2018**
19:4 20:10
**2019**
35:18
**2020**
5:7 23:3 24:9
**2021**
19:9 21:16 22:9,15
24:10 26:9,13,19
50:5,25 51:5,9,12
52:1,25 53:2,7,9
54:2 56:9 64:15,18
64:22,25 65:4,7
125:18 145:22
146:14
**2022**
146:16,20,21
**2023**
1:21 55:7 162:4,18
162:22 163:23
164:20 165:16
**23**
146:20
**24**

76:19 130:2
**240-something**
68:17,22
**25**
130:2
**250-something**
68:20
**256**
68:17
**2808143**
77:4
**285**
153:12

**3**

**3rd**
104:23
**30**
19:9 22:9 26:8,13,19
51:5,9,11 52:1,25
53:2,7,9 54:2 56:9
94:1
**30th**
19:3 22:15 50:5,24
64:14,18,22,25 65:4
65:7 125:18 145:22
**30057**
2:6
**30087**
18:6
**30303**
2:16
**30309**
2:11,21
**3291436**
77:4
**3479**
13:20
**3600**
2:16

**4**

**4:00**
63:16 94:18,20
**4:30**
95:17

**40**
130:1
**404-819-4385**
34:8
**445**
2:5

**5**

**5**
162:3,8 163:3
**5:00**
95:17,17
**5:30**
96:8
**563**
18:5 21:7

**6**

**6:00**
139:6

**7**

**7,500**
108:24
**7:00**
96:9,10
**75**
4:6 37:25

**8**

**8**
3:12
**8:00**
96:9
**8:45**
49:3
**80**
37:25
**800**
2:21
**866-624-6221**
1:24

**9**

**9-11-28(c)**
164:18

**911**
89:24 90:1,3,6,7,18
93:8

