# THOMAS REPKO

## Date: December 01, 2023

## Case: Taurean Stephens vs Swift Transportation Co of Arizona



METRO ATLANTA REPORTERS INC.

**Metro Atlanta Reporters, Inc.**
Phone: 770.985.2344
Fax: 770.985.5044
Internet: metroatlantareporters.com

1            UNITED STATES DISTRICT COURT

2         FOR THE NORTHERN DISTRICT OF GEORGIA

3                          :

4    TAUREAN STEPHENS,        :    CIVIL ACTION FILE NO.:

5           Plaintiff,        :    1:22-CV-01403-JPB

6    VS.                      :

7    SWIFT TRANSPORTATION CO. :

8    OF ARIZONA, LLC a/k/a    :

9    SWIFT TRANSPORTATION     :     **CERTIFIED**

10   COMPANY, WHV            :     **TRANSCRIPT**

11   TRANSPORTATION, LLC and  :

12   JOHN DOE,                :

13           Defendant(s).:

14

15       The 30(b)6 deposition of SWIFT TRANSPORATION

16   COMPANY taken on Friday, December 1, 2023, via Zoom

17   video deposition.  The reading and signing of this

18   deposition were reserved.  The deposition is being

19   taken before Samantha Huston, Certified Court

20   Reporter, Georgia Certificate No. 6475660392148992

21   commencing at 11:04 a.m.

22

23

24

25

Thomas Repko                                              12/01/2023

Page 2

1                          APPEARANCES

2

3    ON BEHALF OF PLAINTIFF:

4    ERIC B. FUNT, ESQUIRE
     THE CHAMPION FIRM
5    445 FRANKLIN GATEWAY, SE, SUITE 100
     MARIETTA, GEORGIA 30067
6    ERIC@THECHAMPIONFIRM.COM
             (404)596-8044

7

8    ON BEHALF OF THE DEFENDANT, SWIFT TRANSPORTATION COMPANY
     OF ARIZONA:

9

     MATTHEW P. STONE, ESQUIRE
10   STONE KALFUS LLP
     ONE MIDTOWN PLAZA
11   1360 PEACHTREE STREET, NE, SUITE 1250
     ATLANTA, GEORGIA 30309
12   MATT.STONE@STONEKALFUS.COM
             (404)736-2602

13

14   ON BEHALF OF DEFENDANT, WHV TRANSPORTATION:

15   SHARON OPILA, ESQUIRE
     COPELAND, STAIR, VALZ & LOVELL, LLP
16   191 PEACHTREE STREET, NE, SUITE 3600
     ATLANTA, GEORGIA 30303-1740
17   SOPILA@CSVL.LAW
             (404)221-2277

18

19   ON BEHALF ON AMERISURE:

20   TIMOTHY PEACOCK, ESQUIRE
     SWIFT, CURRIE, MCGHEE & HEIRS, LLP
21   1420 PEACHTREE STREET, NE, SUITE 800
     ATLANTA, GEORGIA 30309
22   TIM.PEACOCK@SWIFTCURRIE.COM
             (404)888-6234

23

24

25

Thomas Repko

12/01/2023

1                          INDEX                    Page 3

2

3    WITNESS
                                                   PAGE
4    THOMAS REPKO

5    Cross-examination by Mr. Funt. . . . . . . . . 5

6    Cross-examination by Ms. Opila . . . . . . . . 76

7    Cross-examination by Mr. Peacock . . . . . . . 92

8    Recross-examination by Mr. Funt. . . . . . . . 98

9    Direct examination by Mr. Stone. . . . . . . . 99

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Metro Atlanta Reporters, Inc.
770-985-2344

Thomas Repko                                                    12/01/2023

```
 1                        EXHIBITS                    Page 4
 2
       PLAINTIFF'S              DESCRIPTION        PAGE IDENTIFIED
 3     EXHIBIT NUMBER

 4     EX 1              Deposition Notice            18

 5     EX 2            Bates stamp Numbers            34
           (STEPHENS-OD-11 through STEPHENS-OD-12)
 6
       EX 3              GPS tracker log              37
 7                    (Trailer spreadsheet)

 8     EX 4           E-mail correspondence           45

 9     EX 5       Amazon yard management records     52

10     EX 6          WHV order records               59

11     EX 7         City dispatch order              68

12     EX 8       Swift inbound volume report        70

13     EX 9          Dispatch history                73

14

15

16

17

18

19

20

21
```

```
22                   TRANSCRIPT LEGEND

23   ...(ellipsis). . . . . . . . . . . . . .Trailing off
     --(dashes). . . . . . . . . . . . . . . Interruption
24   (Ph). . . . . . . . . . . . . . . Spelled phonetically
     (Sic). . . . . . . . . . . . . . .In its original form
25   **. . . . . . . . . . . . . . . . . . Unidentified
```

Thomas Repko

12/01/2023

| | |
|---|---|
| 1 | P R O C E E D I N G S                    Page 5 |
| 2 | (11:04 a.m.) |
| 3 | (Whereupon, the court reporter complied with |
| 4 | the requirements of O.C.G.A. §9-11-28(d).) |
| 5 | MR. FUNT:  This will be the corporate |
| 6 | representative deposition of Defendant, Swift |
| 7 | Transportation Co of Arizona, LLC, taken pursuant to |
| 8 | Federal Rule of Civil Procedure 30(b)6, as well as |
| 9 | Notice and agreement of counsel for purposes of |
| 10 | discovery, cross-examination and any other purpose |
| 11 | allowed by law.  If there are no objections to this |
| 12 | deposition being conducted remotely, nor to the |
| 13 | witness being sworn remotely and all objections |
| 14 | except those going to the form of the question or |
| 15 | responsiveness of the answer are reserved until first |
| 16 | use of the deposition.  Is all that agreeable to |
| 17 | counsel? |
| 18 | MR. STONE:  Yes. |
| 19 | MR. PEACOCK:  Yes. |
| 20 | MR. FUNT:  Would our court reporter please swear |
| 21 | in the witness. |
| 22 | MADAM COURT REPORTER:  Mr. Repko, if you'll raise |
| 23 | your right hand for me, so I may administer an oath. |
| 24 | (Whereupon, the witness was sworn.) |
| 25 | CROSS-EXAMINATION |

Metro Atlanta Reporters, Inc.
770-985-2344

Thomas Repko

12/01/2023

```
 1   BY MR. FUNT:                                    Page 6
 2       Q.  Mr. Repko, would you please state and spell your
 3   name for us.
 4       A.  Yes.  T-h-o-m-a-s, Repko, R-e-p-k-o.
 5       Q.  And, Mr. Repko, where are you right now?  Like,
 6   where are you located?
 7       A.  In Phoenix, Arizona.
 8       Q.  Okay.  And it looks like the only person with you
 9   is your counsel, Mr. Stone; is that correct?
10       A.  That is correct.
11       Q.  And it doesn't look like you have anything in
12   front of you; is that also correct?
13       A.  That is correct.
14       Q.  Have you ever been deposed before?
15       A.  I have not.
16       Q.  Have you ever been designated as a corporate
17   representative before?
18       A.  I have not.
19       Q.  Well, before we start our question and answer,
20   Mr. Repko, I want to just go over a few points to make
21   this process go smoothly.  The first is the easiest, but
22   it's also the most important.  And that is to tell the
23   truth.  You do understand that you're under oath,
24   correct?
25       A.  I do.  Yes.
```

Metro Atlanta Reporters, Inc.
770-985-2344

Thomas Repko                                    12/01/2023

Page 7

1    Q.  Just as you did there, please do answer out loud.

2    Head shakes and verbal sounds like uh-huh or huh-uh

3    don't make it onto the transcript nicely.  So if you

4    could please answer out loud like you've been doing,

5    that would be great.  The next thing is a little bit

6    more difficult.  And that is that you and I should try

7    not to talk over each other.  Please let me finish my

8    question, even if you're a hundred percent certain you

9    know how the question will end, and I'll try to do the

10   same for you with your answers.  Is that fair?

11   A.  Yes, that's understood.

12   Q.  And if you don't hear any part of my

13   question -- perhaps, Zoom cuts out, or there's some

14   other issue, don't hesitate to ask me to repeat or

15   rephrase a question.  And the same goes for if I ask a

16   question that you just simply don't understand, don't

17   hesitate to ask me to repeat or rephrase it.  But if you

18   do answer, we'll assume you're heard and understood it;

19   is that fair?

20   A.  Understood.

21   Q.  Mr. Repko, are you currently employed

22   with -- with Swift Transportation?

23   A.  Yes, I am.

24   Q.  What is the official name of your employer?

25   A.  Swift Transportation.

Thomas Repko

12/01/2023

Page 8

1    Q.   Is that Swift Transportation Co of Arizona, LLC
2    or some other entity?

3    A.   To my knowledge, yes.

4    Q.   How long have you been employed with Swift?

5    A.   Seven years and five months.

6    Q.   What's your current title?

7    A.   I am the director of Trailer Network Management.

8    Q.   How long have you had that position?

9    A.   About two weeks.

10   Q.   Okay.   What are your roles and responsibilities
11   in that position?

12   A.   I coordinate with operations, our drivers, our
13   customers, to provide trailers to our customers.

14   Q.   And you said you've had that position about two
15   weeks?

16   A.   The director of Trailer Network Management role,
17   yes.

18   Q.   What position did you have before that?

19   A.   I was the trailer network leader.

20   Q.   How long were you in that role?

21   A.   Since July 2021.

22   Q.   Okay.   And what were your roles and
23   responsibilities as the trailer network leader?

24   A.   To provide trailers to our customers through
25   operations, our drivers, and coordinate with our

Thomas Repko

12/01/2023

|   |   |
|---|---|
| 1 | customers, as well.    Page 9 |
| 2 | Q.  So is it -- the role, essentially, the same as |
| 3 | what you're in now? |
| 4 | A.  I have additional responsibilities and tasks.  I |
| 5 | work with our IT department, as well as our shops, on |
| 6 | projects.  I also handle our trailer leasing department. |
| 7 | Q.  So understanding kind of the general overview of |
| 8 | the roles and responsibilities that you just described, |
| 9 | can you give me an idea of what your day to day is like? |
| 10 | A.  I communicate with operations to provide the |
| 11 | necessary trailers to our customers.  I communicate with |
| 12 | our shops to assist them with projects that we are |
| 13 | working on.  I -- I communicate with our IT teams to |
| 14 | help them with projects, as well. |
| 15 | Q.  When you mentioned that part of your role is to |
| 16 | coordinate with operations and drivers and customers to |
| 17 | provide trailers to customers, what -- what customers, |
| 18 | generally, are you referring to? |
| 19 | MR. STONE:  Just a minute.  Are you asking for |
| 20 | the names of customers? |
| 21 | MR. FUNT:  No.  Like what kinds of customers does |
| 22 | Swift have? |
| 23 | MR. STONE:  So, you're just asking generically, |
| 24 | like is it a grocery store or something like that? |
| 25 | MR. FUNT:  Correct. |

Metro Atlanta Reporters, Inc.
770-985-2344

Thomas Repko                                          12/01/2023

Page 10

1       MR. STONE:  You're not asking for the names?

2       MR. FUNT:  Correct.

3       MR. STONE:  Okay.  That's fine.  I don't have any

4    objection.

5  BY THE DEPONENT: (Resuming)

6    A.  We have a number of customers.  Big box

7  retailers, grocery stores.  A large number of customers.

8  So we would coordinate with our operation folks

9  that -- that work with those customers, as well.

10    Q.  So your role is to provide trailers to those

11  types of customers?

12    A.  Yes.

13    Q.  Are those customers leasing the trailers or just

14  tell me how that works?

15    A.  We do have customers that lease trailers from us.

16  But when I'm working with accountants, it's to provide

17  trailers to our customers so they can load those

18  trailers with their product.  And then Swift can hold

19  those trailers and deliver them to the final

20  destination.  When it comes to leasing trailers, we do

21  provide trailers to our customers that are leasing the

22  trailers.  And we would -- I and my team would

23  coordinate with operations and our customer account

24  folks to provide those trailers.

25    Q.  So are you coordinating the movement of the

Thomas Repko

12/01/2023

Page 11

1    trailers or just the provision of the trailers to the
2    customers?
3        A.  Customers will ask for a number of trailers, and
4    we will provide that number to the customer.  Whether
5    it's for their outbound freight or if they are trying to
6    lease the trailers, when referring to coordinating with
7    customers or operations, so that would be through
8    e-mails, phone calls, Zoom calls, Teams calls, as well,
9    which would be throughout the week or whenever
10   they -- they need the trailers.
11       Q.  The trailers that you are coordinating, is Swift
12   hauling all of those trailers?
13       A.  It would depend on the circumstance.  We do have
14   Swift drivers that will deliver those trailers.  If a
15   customer needs additional trailers for increased, you
16   know, expected volume.  So, Swift drivers, in some
17   particular cases, will deliver those trailers so that
18   the -- the customer has enough trailers.  There are
19   other circumstances where we would use approved or
20   authorized carriers to deliver those trailers to the
21   customer.
22       Q.  You talked about delivering trailers to the
23   customer.  But are -- are you responsible, again, for
24   coordinating kind of the movement of those trailers,
25   both not only the delivery to the customers, but also

Thomas Repko

12/01/2023

Page 12

1   where they're -- where they will be going?

2       A.   When it comes to delivering freight, that would

3   go through -- and coordinating with the customer, that

4   would go through our operations teams.   Customer

5   accounts would provide etas to our -- to our customers.

6   Our -- our drivers would provide updates on whether

7   there are delays or not.   What my team particularly

8   focuses on is providing the trailers necessary for

9   that -- that customer to -- to operate.   To have enough

10  trailers so that they can load their outbound freight in

11  a timely fashion.

12      Q.   What role did you have before becoming trailer

13  network leader in July of 2021?

14      A.   I was a project manager that dealt with a

15  specific trailer project.

16      Q.   How long were you in that role?

17      A.   It was, if I recall, October or November of 2020

18  to the end of June 2021.   And then I moved on to the

19  trailer network leader role.

20      Q.   Just, generally, what was that specific trailer

21  project?

22      A.   They needed additional trailers in a certain

23  market on a short term notice for storage.

24      Q.   Then before that role, what were you doing?

25      A.   I was a team leader for a customer service

Thomas Repko

12/01/2023

1    accounts team.                                          Page 13

2       Q.  How long were you in that role?

3       A.  Since -- between August 2017 -- sorry.  It would

4    be early 2018 until my move over to the project manager

5    in the November -- October/November 2020.

6       Q.  As a team leader, were you also coordinating

7    trailers?

8       A.  Our customers would come to us and ask for

9    additional trailers, or they would come to us and say we

10   have too many trailers.  We would work with operations

11   and, at the time, the trailer network team, to remove

12   trailers if they had too many or provide the additional

13   trailers to them if they needed additional trailers.

14      Q.  Okay.  And how about before that role?

15      A.  I was a account manager between August 2017 and

16   then when I moved over to my team leader role early

17   2018.

18      Q.  Did you have any responsibility for trailers in

19   that role?

20      A.  Yes.  I managed, if I recall, four to five

21   locations where we did outbound or inbound business, and

22   I would work with, again, operations.  And on occasion,

23   our trailer network team, at the time, to provide them

24   additional trailers if they have an increase in volume

25   or remove trailers if they -- if they had too many

Thomas Repko

12/01/2023

1    trailers.                                          Page 14

2        Q.   In any of your roles, have you been responsible

3    for coordinating with drivers?

4        A.   Yes.   In the -- the account manager role, as well

5    as the team leader role for account managements or

6    account management.   We routinely communicated with our

7    drivers to ask for updates on their ETAs.   We would

8    relay that to the customer to provide timely service.

9    We would also communicate with our drivers if, let's

10   say, a shipment was ready early or if a shipment was

11   cancelled or delayed.   Prior to that, I -- prior to my

12   account manager role, I did have a part of a development

13   program, and I would coordinate with drivers during one

14   of my rotations.

15       Q.   Have you ever, in your career, driven a tractor?

16       A.   No, I have not.

17       Q.   And you mentioned this a few moments ago, but

18   Swift has it's own drivers that often haul Swift

19   trailers; is that correct?

20       A.   That is correct.

21       Q.   Do you have any estimate of how many drivers

22   Swift has?

23       A.   If I recall, it is a little over 10,000.

24       Q.   And I believe you also mentioned that Swift also

25   uses approved or authorized carriers to haul some of

Thomas Repko

12/01/2023

Page 15

1   it's trailers; is that correct?

2       A.   That is correct.

3       Q.   Do you have any estimate of how many drivers haul

4   Swift trailers for approved or authorized carriers?

5       A.   I do not at this time.

6       Q.   Would you say that it's more or less than the

7   10,000 Swift employees?

8           MR. STONE:  I'm going to object.  I'm going to

9       object to the form.  It's really outside of the scope

10      of what you put into your Notice.  To the extent he

11      can answer, I'll let him.

12  BY THE DEPONENT: (Resuming)

13      A.   At this time, I would not be able to tell you if

14  there's a significant difference.  I don't have that

15  number.

16      Q.   Okay.  And it's not something you're aware of,

17  based on your experience working at Swift?

18      A.   The number of carriers that are approved or

19  authorized, that fluctuates.

20      Q.   Would you know, based on your experience working

21  at Swift in the roles that you've described, whether a

22  majority of the trailers that are being hauled on just a

23  general day in and day out basis are being hauled by a

24  Swift employee or an employee of an authorized carrier?

25          MR. STONE:  I'll assert the same objection.  It's

Thomas Repko

12/01/2023

Page 16

1    really outside the scope topics, and you're asking

2    him based on his experience.  He's not here to

3    testify in his individual capacity.  He's only here

4    to testify to topics that you set forth in your

5    Notice.  I kind of lost the details of your question

6    to decide whether to let him answer if he knows.

7         MR. FUNT:  Sure.  Well, Matt, before we can

8    continue, I -- I would say that any corporate

9    representative can be asked questions about their

10   individual experience and in their individual

11   capacity.  And saying that a corporate representative

12   is limited to testifying to just the topics, I think,

13   is flatly wrong. He -- he's got individual

14   experience.  I can ask any questions about that.

15        MR. STONE:  And I -- I don't agree with you that.

16   But I'll -- yeah, I'll let him -- I'll let him

17   testify to the extent he knows, but you can't bind

18   him or the company if he doesn't know, because it

19   wasn't set forth in your topics.  So if you want to

20   re-ask your question or have the court reporter read

21   it back, subject to my same objections, I'll let him

22   answer it, if he knows.

23   BY MR. FUNT: (Resuming)

24   Q.   Okay.  Mr. Repko, my question is: Do you know in

25   your individual capacity, based on your experience at

Thomas Repko

12/01/2023

1   Swift, whether the majority of Swift trailers that are

2   being hauled just generally on a day in and day out

3   basis, are being driven by Swift employees or by

4   employees that are not employed by Swift?  They're,

5   instead, employed by an approved or authorized carrier.

6        MR. STONE:  Subject to the same objections, you

7   can answer, if you know.

8   BY THE DEPONENT:  (Resuming)

9     A.  Our load counts, the number of orders that we

10  haul on a day-to-day basis, they would fluctuate

11  depending on various circumstances.  I -- I would not be

12  able to give you a definitive answer, based on the fact

13  that our -- our load count or volume changes from day to

14  day.  But I believe Swift drivers would haul a larger

15  portion of the loads in our system compared to approved

16  or authorized carriers.

17    Q.  When the Swift drivers are hauling the loads, are

18  they driving in Swift-owned tractors?

19    A.  Our company drivers, yes, they are driving in

20  Swift-owned tractors.  We do have owner/operators that

21  own and operate their own trucks.

22    Q.  Okay.  So, when Swift drivers are driving,

23  they're in Swift-owned tractors, and then when the

24  authorized or approved carriers drivers are driving,

25  they are in those carriers' tractors; is that correct?

Metro Atlanta Reporters, Inc.
770-985-2344

Thomas Repko

12/01/2023

Page 18

1     MR. STONE:  I'm just going to object to the form.

2   BY THE DEPONENT: (Resuming)

3     A.  If they're Swift drivers, they are driving in

4   Swift tractors.  To my knowledge, if they are an

5   approved or authorized carrier, they will not be in

6   Swift tractors.  And to my knowledge, they would be in

7   a -- a tractor that is not owned by Swift.

8     Q.  I want to show you what we'll mark as Exhibit 1.

9   And it's going to be the deposition Notice.  Not quite

10  as difficult to see as some of the spreadsheets, so just

11  let me know if you need to view this on a computer.

12    A.  I do not.  I can see it.  Thank you.

13    Q.  Okay.  Have you seen this before?

14    A.  Yes, I have.

15    Q.  Have you had an opportunity to review all the

16  matters for examination on this Notice?

17    A.  Yes.  I have reviewed the documents produced.

18    Q.  And you've reviewed all of these topics listed

19  here?

20    A.  Yes, I have.

21           (Whereupon, Plaintiff's Exhibit No. 1 was

22           identified for the purposes of the record.)

23  BY MR. FUNT: (Resuming)

24    Q.  And do you understand that, today, you're

25  testifying as Swift's corporate representative on these

Thomas Repko

12/01/2023

1  topics?                                              Page 19

2      A.  Yes, I do.

3      Q.  Do you understand that your testimony today binds

4  Swift?

5      A.  Yes, I do.

6      Q.  And do you accept responsibility to testify as

7  Swift's corporate representative?

8      A.  Yes, I do.

9      Q.  Are you prepared to testify today on all of these

10  topics?

11      A.  Yes, I am.

12      Q.  What has Swift done to gather all the knowledge

13  known or reasonably available to it to testify on these

14  topics?

15      A.  We -- would it be, specifically, for each topic?

16      Q.  We can go topic by topic, if you think that would

17  be easier, or we can go -- you can tell me for all the

18  topics what Swift has done.

19      A.  We looked at the dispatch history of the -- of

20  the trailer; the Swift trailer in question.  And we

21  pulled that information, and we provided that.  We also

22  looked at communications between Swift and Amazon with

23  regards to this trailer in question.  We looked in our

24  operating systems to see if there was any tractor that

25  was matching the Topic three.

Thomas Repko

12/01/2023

Page 20

1    We also worked with our claims team to provide the
2  necessary information for this case.  We also looked at
3  the GPS tracking on the -- on the trailer in question.
4  We looked at inbound loads into -- Swift inbound loads
5  into the Amazon facility where this trailer was taken
6  from.  We looked at the Power Only order history.  That
7  would be for carriers that are approved or authorized to
8  pull Swift freight.  So we looked at the Power Only or
9  work history for that particular trailer.
10    And then we looked at -- there might be some other
11  things that we looked into, but to my knowledge, that's
12  what we completed.
13    Q.  Everything that you just described there, who,
14  specifically, was involved in doing that?
15    A.  Our claims team.  We worked with our claims team
16  to determine or provide the information or documentation
17  outline in this -- these topics.  Also, consulted with
18  legal counsel.
19    Q.  The claims team, it -- that's what it sounds
20  like.  They're -- they're responsible for claims against
21  Swift?
22    A.  From my understanding, yes.
23    Q.  So, those folks wouldn't be knowledgeable about,
24  for example, trailer movement; is that correct?
25        MR. STONE:  Object to the form.

Metro Atlanta Reporters, Inc.
770-985-2344

Thomas Repko

12/01/2023

1   BY THE DEPONENT: (Resuming)                    Page 21

2       A.  They would be familiar with trailer movement, but

3   they would consult with the trailer network team and

4   other operations departments.

5       Q.  So, for example, the first thing you mentioned

6   Swift did to prepare for today was looking at the

7   dispatch history of the trailer.  Do you know who,

8   specifically, was involved in looking at the dispatch

9   history for the trailer?

10      A.  I know our claims team looked into it.  And, if I

11  recall, they got that from our operations teams or from

12  the trailer network team.

13      Q.  But you don't have any specific names of the

14  people in those teams who were responsible for doing

15  that?

16      A.  I do not recall.  If that's something that is in

17  the documentation, whether it's an e-mail communication,

18  I would be able to look at that and determine.

19      Q.  Were you responsible for doing any of those items

20  of preparation that you listed?

21      A.  I wasn't involved in the e-mail communication

22  with Amazon, initially, and I did review that e-mail

23  communication.  I also reviewed the

24  dispatching -- dispatch history of the trailer, and I

25  provided some more information to our claims team and

Thomas Repko

12/01/2023

1   other teams that needed the additional information.

2   I provided the GPS history of that trailer and explained

3   the details or provided some more information to our

4   claims team and other departments.   I reviewed

5   the -- the inbound -- Swift inbound volume into the

6   Amazon facility.   In particular, MGE5.   I reviewed that

7   and provided additional information to our claims team.

8       Q.   Were there any specific individuals you can think

9   of who were consulted to help Swift prepare for this

10  deposition?

11      A.   In our claims team, Tammy or Tamara, Heather and

12  working with legal counsel.   In addition, Dan Provolo

13  (ph), who is on our Power Only Risk Team.

14      Q.   Did Swift consult with anybody from Co-Defendant,

15  WHV, to prepare for this deposition?

16      A.   There were communications with WHV after this

17  incident, but not in preparation for this.   We looked at

18  documents of the communication prior to me getting

19  involved.   So it was prior to this -- this notification

20  of this deposition.

21      Q.   When was the last communication between Swift and

22  WHV regarding anything to do with this lawsuit?

23      A.   I cannot recall the specific dates.   If that's in

24  the documents, I could take a look at them and give you

25  a definitive answer.

Metro Atlanta Reporters, Inc.
770-985-2344

Thomas Repko                                          12/01/2023

Page 23

1    Q.  Do you know if it was in the last few months?

2    A.  I am not sure.

3    Q.  Would those communications have been by e-mail?

4    A.  With regarding to preparation for this

5  deposition?

6    Q.  Or this lawsuit?

7    A.  I know that there were e-mail communications

8  about the incident with this trailer, in particular,

9  when that incident -- after that incident occurred, when

10 we reached out to WHV to get more information.

11   Q.  What was the substance of those communications?

12   A.  Those specific e-mails?

13   Q.  Yes.

14   A.  We -- in March of 2022, we had a -- prior to

15 that, we had reached out to Amazon about this trailer

16 that had left the Amazon facility.  And Amazon provided

17 WHV as the carrier that had taken that.  That should

18 be -- it is one of the topics further down regarding a

19 case number with Amazon.  And when they provided that

20 information that WHV had taken that trailer from that

21 facility, our PO Risk Team reached out to that carrier

22 and started a communication about this particular

23 trailer.

24   Q.  And then what happened next?

25   A.  We identified that that trailer was not pulled

Thomas Repko                                                12/01/2023

Page 24

1    from that facility with authorization.  So it was not

2    pulled with authorization.  And between March and June,

3    they conducted an investigation into that trailer being

4    pulled from that facility by WHV.  And then in June of

5    2022, they suspended WHV indefinitely from running Swift

6    Power Only loads.

7        Q.  Who, from Swift, was involved in those

8    communications?

9        A.  It would be our Power Only Risk Team, as well as

10   our -- our Power Only Trailer Team.  Those two

11   departments coordinate together with our -- our approved

12   or authorized carriers to provide them trailers.  And if

13   there are instances where a trailer is taken without

14   approval, they will coordinate with those carriers.

15       Q.  Have you seen those e-mails that went back and

16   forth between WHV and Swift about this incident?

17       A.  Yes.  If I recall, I have seen those.

18       Q.  Do you remember the names of the people who were

19   involved in the e-mails?

20       A.  Not all of them.  I -- Dan Provolo (ph) was part

21   of that.  He was part of the PO Risk Team.  But I can't

22   recall the specific names on those e-mails.  If that is

23   in the documents here, I could look at that and provide

24   those names, as well.

25       Q.  As part of those communications between WHV and

Thomas Repko                                                12/01/2023

Page 25

1    Swift, did WHV take a position on whether it hauled that

2    trailer?

3       A.   I don't recall.  If that's in the documents, I

4    can review that again.

5            MR. STONE:   Eric, can we take a quick break?

6            MR. FUNT:   Sure.

7            MR. STONE:   Thanks.

8                (Whereupon, the proceedings went off the

9                record briefly.)

10               (Whereupon, the court reporter read back the

11               previous two Questions and Answers to

12               Attorney Funt.)

13           MR. FUNT:   Thank you.

14   BY THE DEPONENT: (Resuming)

15      A.   I did want to make a correction regarding the

16   e-mails that I was mentioning.  That actually -- it was

17   a separate incident that took place in December of 2021

18   and was not associated with this trailer.

19      Q.   Okay.  Well, let me ask about that.  So you were

20   testifying before our break about communications between

21   WHV and Swift regarding a Swift trailer that was

22   involved in a wreck; is that correct?

23      A.   The e-mails that you were referring to, that was

24   regarding an incident that was in -- a separate incident

25   in December 2021.  And so, I remembered that it was a

Metro Atlanta Reporters, Inc.
770-985-2344

Thomas Repko                                    12/01/2023

                                                      Page 26
1   separate incident, so I wanted to make that correction.

2       Q.   Were there communications between Swift and WHV

3   regarding the incident we're here to talk about today?

4       A.   I believe so.  I can look at the documents that

5   are provided and provide an answer.

6       Q.   When you're referring to the documents provided,

7   what -- what are you referring to?

8       A.   If there was an e-mail communication between

9   Swift and WHV.

10      Q.   The documents provided to who?

11      A.   The documents produced for this deposition.

12      Q.   The documents that would have been produced to

13  me?

14      A.   Yes.

15      Q.   So if there are no e-mail communications between

16  Swift and WHV that were produced to me, then does that

17  mean they never occurred?

18      A.   I believe that the -- if it's part of the topics

19  of discussion, and it was part of discovery, that Swift

20  produced those documents.

21      Q.   Have you seen the e-mail communications between

22  Swift and WHV regarding this incident?

23      A.   I don't recall.  There were e-mails regarding

24  that previous incident.  There may have been some

25  internal e-mails regarding this -- this incident between

Metro Atlanta Reporters, Inc.
770-985-2344

Thomas Repko                                                    12/01/2023

Page 27

1    Swift and our claims team.

2        Q.   What did Swift do to search for e-mails between

3    WHV and Swift regarding this incident?

4        A.   Swift would go through e-mail databases that we

5    use, whether it's through e-mail communications with

6    operations, e-mail communications with our Power Only

7    Team, e-mail communications with our Power Only Risk

8    Team, to identify e-mails or e-mail communication

9    between Swift and WHV.

10       Q.   Has Swift done that?

11       A.   Yes.

12       Q.   And all communications between Swift and WHV,

13   regarding this incident, have been produced?

14       A.   To my understanding, yes.

15       Q.   Is Swift aware of any phone calls between Swift

16   and WHV regarding this incident?

17       A.   Regarding this incident, not to my knowledge.

18       Q.   And that's not to Swift's knowledge, correct?

19       A.   Not to Swift's knowledge.  No.

20       Q.   Okay.  Now as Swift's corporate representative,

21   you're aware that my client, Mr. Taurean Stephens,

22   claims that he was hit in a hit and run wreck on

23   November 30, 2021, correct?

24       A.   Yes, I'm aware.

25       Q.   And you're aware that this wreck happened in Cobb

Thomas Repko                                          12/01/2023

Page 28

1  County, Georgia on I-285 southbound near the North Paces

2  Ferry Road exit?

3      A.  I believe that's where the report was taken.

4      Q.  And do you --

5      A.  From my understanding, it was in that vicinity.

6      Q.  And then you're also aware that my client claims

7  that the tractor that hit him was a tractor trailer, and

8  it was pulling trailer Number 130264?

9      A.  From my understanding, yes.

10     Q.  And then you're also aware that within minutes of

11  the wreck, he recorded, in his cell phone, this

12  identifier from the trailer that hit him; SWFZ130264?

13     A.  To my understanding, yes.

14     Q.  Going back to the Notice of deposition and the

15  topics, which is Exhibit 1.  Are you able to see that on

16  your screen?

17     A.  Yes, I am.  Thank you.

18     Q.  Great.  I want to ask you about Topic Number 11.

19  All facts, documents, communications and witnesses

20  regarding Swift's defense that an individual driving for

21  or on behalf of Swift was not driving the tractor

22  involved in the wreck described in Plaintiff's

23  Complaint.  Do you see that?

24     A.  Yes, I do.  Thank you.

25     Q.  We will look at some of the documents produced

Thomas Repko                                          12/01/2023

                                                              Page 29
1    yesterday and in the last few weeks, including the

2    trailer movement history.  But can you describe, to me,

3    generally, Swift's position on this topic?

4        A.   Yes.  At the time, we -- our operating system did

5    not show any Swift truck attached to that trailer.  We

6    looked at the inbound volume into that Amazon facility,

7    MGE5, and we looked at our operating system, and we saw

8    that no Swift tractor had taken that trailer from that

9    facility during that time period.  We also looked at

10   the -- the Power Only orders or loads.  So Power Only is

11   the approved or authorized carriers hauling Swift

12   freight or Swift trailers.  And we were not able to

13   identify any load associated with the trailer in

14   question.

15       So we didn't -- prior to this event and during this

16   incident, we have no record of an approved carrier or an

17   authorized carrier taking this trailer.

18       Q.   So tell me if this is correct.  But, generally,

19   Swift looked for records of it's own tractors pulling

20   out this trailer from this Amazon facility, and it

21   didn't find any records; is that correct?

22       A.   During the -- it was a couple of days before

23   the -- the incident and a couple days afterwards, I

24   didn't have any record of Swift pulling that tractor.

25   It did deliver on a load into that facility on a Swift

Metro Atlanta Reporters, Inc.
770-985-2344

Thomas Repko

12/01/2023

Page 30

1  tractor, and that's actually Topic one.  That was a load

2  that we delivered into that facility, and then Amazon

3  unloaded it.  And then it wasn't until further on after

4  this incident that we -- we connected to this trailer in

5  the Houston, Texas market.

6      Q.  So, Swift looked for records of it's tractors

7  pulling out this trailer for a few days before November

8  30th and a few days after from this Amazon facility.

9  And it found no such record; is that correct?

10     A.  We looked back to the last incident that we had

11  pulled this trailer via Swift truck -- which was, again,

12  Topic one -- delivered into MGE5.  And then we looked

13  until the -- the next time that we had a Swift tractor

14  connected to this -- to this trailer, and that was in

15  the Houston market.  And the -- I believe that's

16  dispatch history.  One of the documents that we could

17  review and I could provide the specific date on when it

18  was connected to -- a Swift truck was connected to that

19  trailer in question in the Houston market.

20     Q.  But in addition to looking for records of Swift

21  tractors pulling this trailer from this Amazon yard at

22  this time, Swift also looked for records of tractors

23  owned by approved carriers pulling this trailer from

24  this Amazon yard at this time?  Is that also correct?

25     A.  Yes, we did.  We looked in our records to

Metro Atlanta Reporters, Inc.
770-985-2344

Thomas Repko                                    12/01/2023

Page 31

1    determine if there was -- if this particular trailer was
2    associated with a -- with a Swift authorized load.  A
3    load that was going to be hauled by a -- an approved
4    carrier.  And prior to the -- during this incident and
5    prior to that, we didn't have any record that this
6    trailer was used by an approved carrier or an authorized
7    carrier.
8        Q.  Does Swift maintain records for every time any of
9    it's trailers are pulled from one warehouse to another
10   or from one yard to another?
11       A.  Could you please clarify your question with
12   the -- with a Swift tractor?
13       Q.  Let's start with the Swift tractor and a
14   non-Swift tractor.  When Swift's trailers are pulled
15   with Swift tractors, does Swift have a record of that?
16       A.  Yes.  Swift would have a record of that.
17       Q.  Where are those records kept?
18       A.  It would be in our operating system.  And to my
19   knowledge, they would be in our internal servers.
20       Q.  So when Swift's tractors are pulling it's
21   trailers, there is a record created of that; is that
22   fair to say?
23       A.  There should be a record.  In this particular
24   case, we have the dispatch history of this trailer, and
25   we can determine which Swift tractors had hooked to it,

Thomas Repko                                               12/01/2023

Page 32

1    had been hauling it.  And in -- for this particular

2    trailer, we don't have a record of a Swift tractor

3    taking it from that MGE5 facility.

4        Q.  Does Swift also maintain and have records of when

5    tractors owned by approved carriers are pulling Swift's

6    trailers?

7        A.  So, that would be an approved or authorized

8    carrier, correct?

9        Q.  Correct.

10       A.  So, we do have records if that trailer is

11   associated with a Swift Power Only load, an approved

12   Swift load.  The trailer will be associated with that

13   load.  And in our system, that Swift load, the Power

14   Only load will be associated with that approved or

15   authorized carrier.  And, again, in this particular

16   case, we didn't have any records that that trailer was

17   associated with a load or an approved carrier.

18       Q.  For Topic Number 11, is there anything else that

19   we haven't just discussed?

20       A.  There's the -- we might have discussed this.  The

21   e-mail communication between Swift and Amazon, it would

22   be Sonia over at Amazon.  When Swift had reached out to

23   determine which carrier or identify which tractor had

24   taken this trailer from the Swift facility, and I

25   believe it's one of the topics higher up that provides

Thomas Repko                                    12/01/2023

Page 33

1    more specifics.  It would be Topic Number two, and that

2    would be the tractor number that Amazon provided to us,

3    as well as in e-mail communication that it was WHV.

4        We also had -- we looked at the yard management

5    documentation from Amazon that indicated that this

6    trailer was brought in on -- the load ID, the VRID is

7    Amazon's version of calling it a load.  On Topic Number

8    one, got brought in by a Swift tractor, and it didn't

9    indicate that there was a load associated with it.

10       Q.  It didn't indicate what?  I'm sorry.

11       A.  We should be able to -- I can review the

12   documents.  But Amazon's yard management didn't have a

13   Swift load associated with it when it left that

14   facility.

15       Q.  For Topic Number four: All facts, documents,

16   communications and witnesses regarding the movement of

17   trailer Number 130264 between November 27, 2021 and

18   December 4, 2021, are you prepared to testify on that?

19       A.  Yes, I am.

20       Q.  So I want to show you what we'll mark as Exhibit

21   2.  Have you seen this two-page document Bates numbered

22   Stephens-OD-11 to Stephens-OD-12?

23       A.  Yes, I have.

24       Q.  So what -- what is this showing?

25       A.  If you could, are you scrolling -- are you at the

Thomas Repko                                        12/01/2023

Page 34

1  top?

2      Q.   I am.

3      A.   Okay.  So if we read it to the left to the right,

4  the shipper BOL is the Amazon load ID.  The order number

5  is our Swift number.  The unit is the tractor with the

6  license plate.  The loaded trailer is the trailer that

7  we hauled from the origin facility to -- to the

8  destination back when it was delivered.  And then the

9  trailer out is the trailer that our driver had taken

10  when they left the facility.  So they would drop a

11  loaded trailer, 130264.  And then they would take 181928

12  out as an empty trailer.

13          MR. STONE:  Eric, could I ask you to just scroll

14      or identify the document by a Bates number?

15          MR. FUNT:  I did.  I did.

16          MR. STONE:  Stephens-OD-11 to Stephens-OD-12.

17              (Whereupon, Plaintiff's Exhibit No. 2 was

18              identified for the purposes of the record.)

19          MR. FUNT:  Sorry.

20          MR. FUNT:  That's okay.

21  B YMR. FUNT:  (Resuming)

22      Q.   So just to confirm I have this correct, the

23  shipper BOL number is Amazon's number for this load that

24  came into it's yard?

25      A.   Yes.

Thomas Repko

12/01/2023

Page 35

1     Q.   And the order number on this chart is Swift's

2     internal number for the load that came into this Amazon

3     yard?

4     A.   Correct.

5     Q.   And then the unit, what -- what does that refer

6     to?

7     A.   That is the truck number.

8     Q.   When you say truck number, is that like the

9     license plate, or is that the -- what does that refer

10     to?

11     A.   No.   It's the -- the identification for that

12     specific trailer -- or sorry, specific truck, so that we

13     can -- we can identify it.   The -- the license plate is

14     something different.

15     Q.   And then the loaded trailer column, that's for

16     the trailer number?

17     A.   It is for the loaded trailer number.   So, it's

18     the one that we haul our customer's freight on from the

19     origin to the final.

20     Q.   And then the PU appointment date, can you tell me

21     that again?

22     A.   That's the pickup appointment date.   That's the

23     date that -- the date and the time that Amazon had

24     scheduled us to pick it up.

25     Q.   Do you know where MEM6 is located?

Thomas Repko                                          12/01/2023

Page 36

1    A.  It is in Olive Branch, Mississippi.

2    Q.  So let's go to Page two of Exhibit 2.  And so

3  what does this show?

4    A.  So, reading from left to right, the destination

5  code is MGE5.  That is the Amazon facility that this

6  load and trailer was delivered to.  The lane -- if you

7  recall the origin from the first page, MEM6.  And then

8  going to MGE5.  So it would pick up at MEM6 and go to

9  MGE5.  The OM field is your order message field.

10  It's -- it's to allow us to provide some additional

11  details to our operations folks, as well as our drivers.

12  Sort, in particular here, we'll identify this -- this

13  specific load as being time sensitive.  The origin city

14  state is Olive Branch, Mississippi, which is the MEM6.

15  The destination city state is Jefferson, Georgia.  That

16  it's MGE5.

17    The order miles are the loaded miles from origin to

18  destination and the empty call date time is when the

19  order was delivered, and as we call it, it was emptied

20  out.

21    Q.  So the load into MGE5 was delivered on November

22  29, 2021 at 9:41 p.m.?

23    A.  Yes.  For this particular order.

24    Q.  Is that Eastern or UTC?

25    A.  I believe that's Phoenix time.  I would need to

Metro Atlanta Reporters, Inc.
770-985-2344

Thomas Repko                                          12/01/2023

Page 37

1    look at the records again just to confirm, but from my
2    understanding, it's Phoenix time.
3        Q.  I'm going to show you what we'll mark as Exhibit
4    3.  It is a three-page document.  Starts with
5    Stephens-OD-1816, and it goes through Stephens-OD-1818.
6    Are you able to see that?
7        A.  I am actually not.  I was hoping to use the
8    computer.  Thank you.
9        Q.  Sure.
10       A.  And if you could zoom in a little bit more, that
11   would be helpful.
12       Q.  Sure.
13       A.  That would work.  Thank you.
14       Q.  Okay.  Now, the times and the dates and the
15   latitudes and the longitudes on this spreadsheet, are
16   those derived from a GPS tracker?
17       A.  They are, yes.
18               (Whereupon, Plaintiff's Exhibit No. 3 was
19               identified for the purposes of the record.)
20   BY MR. FUNT:  (Resuming)
21       Q.  Can you tell me how that GPS tracker works?
22       A.  It will provide the -- the GPS coordinates for
23   that -- for that particular trailer that it is assigned
24   to.  It -- in this particular case for this -- for this
25   trailer, it was updating multiple times per day.  That

Thomas Repko

12/01/2023

Page 38

1   will happen if it's hooked to a -- a power source, which
2   is a tractor.  But our GPS units do have battery to
3   provide multiple updates during the day if they're not
4   hooked to a -- a tractor.
5        Q.  So there's a GPS tracker embedded somewhere in
6   the trailer; is that correct?
7        A.  Yes, that is correct.
8        Q.  Is it pre-programmed to provide updates at
9   certain intervals or at certain times?
10       A.  So, we, typically, would -- it would provide
11  updates depending on a variety of circumstances.  If
12  it's underneath a bridge, it might not be able to
13  provide it, because it doesn't have a -- a -- a
14  connection with the -- with the satellite.  But with the
15  right conditions, it would provide it about
16  every -- every hour.  And then if it was sitting idle
17  and not moving, it would go into a sleep mode and
18  provide updates once or twice a day.
19       Q.  So, for example, the GPS tracker on this trailer
20  during this time period, when the trailer is moving,
21  it's supposed to be providing a location once an hour?
22       A.  Yes.  About once an hour.  And if you -- if you
23  scroll a little bit to the right, you're going to have a
24  column that says position quality -- quality.  That
25  indicates for this time period for this trailer,

Thomas Repko

12/01/2023

Page 39

1   position quality is excellent.  So, it should be

2   providing a update every hour, or it would be multiple

3   times an hour.

4       Q.   Now the cargo stat- -- status column, does that

5   refer to whether the trailer has product in it or not?

6       A.   Yes, it does.  Loaded would indicate that it is

7   loaded with cargo.  Empty would indicate that it is

8   empty and does not have cargo in it.

9       Q.   The landmark name column, what does that refer

10  to?

11      A.   The landmark name is the -- the closest landmark

12  or address or facility closest to that trailer at the

13  time when it was connected to the -- to the satellite.

14  So it provided an update.  And those landmarks are in

15  our -- in our vendor system, which is Skybitz.

16      Q.   Now, my client's wreck happened at,

17  approximately, 6:30 p.m. Eastern on November 30, 2021.

18  Would you agree with that?

19      A.   Can you repeat the -- the date and time again,

20  please.

21      Q.   November 30, 2021 at, approximately, 6:30 p.m.

22      A.   Yes, to my understanding --

23      Q.   Eastern?

24      A.   Yes.  Eastern.  Yes.

25      Q.   So, at that time, based on this spreadsheet, are

Thomas Repko                                                    12/01/2023

Page 40

1   you able to tell where this trailer was?

2       A.  Yes.  Based on the GPS coordinates, it would be

3   in -- in between that timeframe.  So, between 1817 and

4   2233, it would be in that vicinity of those GPS

5   coordinates.

6       Q.  The time here is in UTC; is that correct?

7       A.  That is correct.

8       Q.  And that is five hours ahead of Eastern time

9   during this time of the year; is that correct?

10      A.  I would need to do further looking into that to

11  confirm that.

12      Q.  If we assume, for a moment, that UTC is five

13  hours ahead of Eastern time on November 30, 2021,

14  wouldn't you need to go to the 2330 time period on this

15  spreadsheet to find out where this trailer was?

16      A.  Correct.  That is my error.

17      Q.  Okay.  Would you agree with me, and would Swift

18  agree with me, that this spreadsheet that we're looking

19  at in Exhibit 3 has the trailer in Marietta around the

20  time of the wreck?

21          MR. STONE:  I'm going to object to the form.

22  BY THE DEPONENT: (Resuming)

23      A.  Based on the -- the GPS that we have here from

24  this spreadsheet and the -- the timeframe, it is within

25  the vicinity of the incident.

Metro Atlanta Reporters, Inc.
770-985-2344

Thomas Repko

12/01/2023

Page 41

1    Q.   Now, you testified about -- or on Topic 11 that

2    Swift had records of this trailer going into Amazon

3    facility MGE5, and we just looked at those, correct?

4    A.   Correct.

5    Q.   But Swift could find no record of either it's

6    tractor or an approved carrier's tractor pulling this

7    trailer until days later from Houston, Texas; is that

8    also correct?

9    A.   We looked at our inbound volume into that

10   facility.  And we looked at our records of Swift

11   tractors attached to that trailer during that timeframe,

12   and we don't have any record of a Swift tractor taking

13   that trailer from there.  In addition, we looked at

14   that -- this trailer, in particular, to see if there

15   were any approved Power Only loads that were associated

16   with this trailer, and we found none.

17   Q.   Tell me the timeframe where Swift doesn't know

18   who was pulling this trailer?

19   A.   It would be when it left the Amazon facility and

20   then when it was stationary in Houston.  I can -- if you

21   bring up the -- I believe one of the documents in the

22   dispatch history, I can provide more specific details.

23   The --

24   Q.   What --

25   A.   -- (Indiscernible/parties speaking over one

1  another) would also be able to provide details, as well.

2  So if you went down, you can see actually where you are

3  at the top is Olive Branch; those GPS coordinates in the

4  column, Landmark Name.  So it's a little to the right.

5  Yep.  Right there.  So, Olive Branch, that's where that

6  trailer was loaded at Amazon. If you remember Olive

7  Branch, Mississippi is MEM6.  And then if we go down,

8  that is -- and then it delivers to Pendergrass, so it

9  would after the 30th of November later in the day where

10  it departed that facility.  We could also review, again,

11  the dispatch history.  And then also the communication

12  with Amazon; Sonya at Amazon.

13     Q.  So, am I correct then that once the trailer

14  leaves MEM5 (sic) on November 30, 2021 at 11:57 or

15  around there -- UTC -- that from that point until it

16  gets to Houston, Texas, Swift is unaware who was driving

17  it?

18        MR. STONE:  Object to the form.  You stated MEM5.

19     I think you meant MGE5.

20  BY MR. FUNT: (Resuming)

21     Q.  Sure.  And let -- let me re-ask the question.

22  Would you agree with me that based on this spreadsheet,

23  that Swift trailer left the Amazon facility in

24  Pendergrass, around 1715 UTC on November 30, 2021?

25     A.  If you could actually go to the -- to the right.

Thomas Repko                                          12/01/2023

Page 43

1    So, when you see in that -- where it says moving, and

2    then it says idle right before then.  And then you can

3    see the -- right where your cursor is, there is a start

4    and moving.  It would be around that time that it would

5    have departed from MGE5.

6        Q.  So around 1700 UTC?

7        A.  Around that time.  You would also be able to look

8    at the specific GPS coordinates and look at those to

9    determine if it was in the -- the MGE5 yard compared to

10   maybe outside the yard.  So you would need to review

11   those GPS coordinates.

12       Q.  Well, the GPS coordinate shows that it leaves

13   Pendergrass and that it's in Braselton around 1715; is

14   that correct?

15       A.  Yes.  It would be -- from the GPS update, it

16   would be in Pendergrass at that 11:57 UTC, and then it

17   would be in Braselton at 1715.  But that refers to the

18   specific landmarks, based on our Skybitz vendor system,

19   so it'd be the city.

20       Q.  And you can see that there are updates, it

21   appears, in 15 minute increments here.  Why is it doing

22   that if it's only supposed to update once per hour?

23       A.  They do have the capability of updating multiple

24   times in an hour, based on the connection to the -- to

25   the satellite and other conditions.  But as you can see,

Thomas Repko                                                12/01/2023

Page 44

1  on the right in the column, it says that their position

2  is excellent when it comes to the connection.

3      Q.  So is there any rhyme or reason for how often

4  it's supposed to update?

5      A.  It -- it depends on the circumstances.  In this

6  particular case, it had a good connection with

7  this -- with the satellite on, so it was able to provide

8  the additional information.

9      Q.  And then you said that Swift doesn't know who was

10  pulling the trailer until it arrived in Houston, Texas?

11     A.  We did not know who was hauling it when it

12  arrived at Houston, as well.  Or who had taken it at

13  that time from that MGE5 facility.  In the communication

14  with Amazon, they indicated that WHV had taken that

15  trailer from MGE5.

16     Q.  The communication with Amazon that you're

17  referring to, is that what is now on your screen and

18  that I will mark as Exhibit 4?

19     A.  If we could go through from the top.  Like

20  from --

21     Q.  Well, from the top or bottom?

22     A.  Looking at the dates, we can start at the top,

23  so... and if you could scroll down.  Keep on scrolling

24  down.  Okay.  Please scroll down a little further.  And

25  if you could scroll down a little further.  Okay.  Thank

Thomas Repko                                          12/01/2023

Page 45

1    you.  Yes.  The -- the top of the -- the e-mail, that

2    communication from Sonya from an e-mail from Swift to

3    Sonya.  They were -- Amazon indicated that WHV had taken

4    it from that facility.

5                    (Whereupon, Plaintiff's Exhibit No. 4 was

6                    identified for the purposes of the record.)

7    BY MR. FUNT: (Resuming)

8        Q.  Now, going back briefly just to Exhibit 1, the

9    Notice of deposition, one of the topics was Topic Number

10   ten: All facts, documents, communications and witnesses

11   regarding your defense that an individual driving for or

12   on behalf of WHV was driving the tractor involved in the

13   wreck.  Do you see that?

14       A.  Yes.

15       Q.  Go -- is there anything else besides Exhibit 4,

16   besides this e-mail communication, that supports that

17   defense?

18       A.  It would -- in this e-mail communication, I

19   believe they reference the case, as well.  If not,

20   that's one of the other topics of discussion.

21       Q.  And so what does the case number have to do with

22   that?

23       A.  Their case number in this -- in this portion

24   here, the 9720654831, that -- if -- I might need to

25   review that -- that document again.  But that could have

Thomas Repko

12/01/2023

Page 46

1   that information in there, as well.

2      Q.   Could have what information?

3      A.   The WHV, as they were the one that pulled the

4   trailer from that facility.

5      Q.   How did that case number get created?

6      A.   That is a -- an Amazon case number.  I am

7   unfamiliar with how they -- how they operate, but that's

8   an Amazon case number.  And if you don't mind, I would

9   like to take a quick break.

10     Q.   Sure.  How long do you need?

11     A.   Five minutes, if that works.  Unless anybody else

12  needs a little longer.

13     Q.   Okay.

14          (Whereupon, the proceedings went off the

15          record briefly.)

16  BY MR. FUNT: (Resuming)

17     Q.   Mr. Repko, I want to go back with you to Exhibit

18  3, which is this trailer spreadsheet that was produced.

19  Now, we saw in Exhibit 2 that Swift claims the trailer

20  was brought into MGE5 on November 29, 2021; is that

21  correct?

22     A.   Yes.

23     Q.   Does Swift know who was pulling that trailer on

24  November 30, 2021?

25     A.   From our records, which would be from that

Thomas Repko

12/01/2023

Page 47

1    previous document, it would be Phoenix local time.  So

2    it was delivered at the end of the day on 11/29.  So

3    whoever pulled that trailer on the 30th from MGE5 would

4    have that information.

5        A.   My question for you, as Swift's corporate

6    representative, is does Swift know who was pulling the

7    trailer on November 30th?

8            MR. STONE:  Object to the form.

9    BY THE DEPONENT:  (Resuming)

10       A.   Could you clarify on the 30th, is that Phoenix

11   local time, or are you referring to the UTC time here?

12       Q.   At any -- at any time.  Using any time zone.

13           MR. STONE:  Just so I'm clear, are you talking

14       about any time on the 30th, who was pulling it?

15           MR. FUNT:  Yes.

16           MR. STONE:  Okay.

17   BY THE DEPONENT:  (Resuming)

18       A.   So, if we could go back to the other document,

19   which showed our order history, so that one.  So if you

20   went down -- so, based on Phoenix time from this

21   information, it was delivered into Jefferson, Georgia on

22   the 29th.  And then if you go into the other document,

23   which was the GPS coordinates, based on -- if you go

24   down to Pendergrass, Georgia, based on the UTC time, it

25   was delivered on the 30th, UTC time.  But after it was

Thomas Repko                                          12/01/2023

Page 48

1  delivered, per our records, a Swift tractor did not take

2  that from MGE5 and neither did an approved carrier or

3  authorized carrier take it from MGE5.

4      Q.  Would you agree with me that Swift does not know

5  who was pulling this trailer after it left MGE5?

6      A.  When it departed MGE5, after we delivered it on

7  the load ID that was on that previous document, we don't

8  have any record of who took that trailer from any record

9  in our system to show that a Swift tractor had taken

10  that from MGE5.  In addition, we don't have any Power

11  Only -- Swift Power Only loads, which are associated

12  with approved carriers or authorized carriers.  We don't

13  have any loads associated with that trailer being pulled

14  from that facility.

15      Q.  So then, is it fair to say that Swift doesn't

16  know who was pulling the trailer from the time it left

17  MGE5 until it arrived at it's next warehouse in Texas?

18      A.  From the communication from Amazon, they

19  indicated that WHV had taken it from that facility, and

20  they also indicated a tractor number, as well.

21      Q.  Other than this e-mail chain, does Swift have any

22  basis to say that WHV was pulling the trailer when it

23  left MGE5?

24      A.  I believe there would be communication in that

25  case number that was listed here in this e-mail

Page 49

1    communication.

2        Q.  And has the communication in that case number

3    been produced?

4        A.  I'm not certain.  We would need to review the

5    documents and go through them.

6        Q.  Do you have them with you?

7        A.  No.  They would be the ones that were produced

8    for this deposition.

9        MR. STONE:  Eric, I can tell you we don't have

10       anything relating -- anything more relating to that

11       case, if it helps you.

12       MR. FUNT:  So, there was no further production

13       about the case number, Matt; is that correct?

14       MR. STONE:  That's correct.  We -- we looked.  We

15       didn't have anything else relating to that specific

16       case number.

17   BY MR. FUNT: (Resuming)

18       Q.  Okay.  Mr. Repko, having heard that, is there

19   anything else, besides this e-mail chain, that suggests

20   or that Swift believes shows WHV pulled the trailer out

21   of MGE5 on November 30th?

22       A.  Not to my knowledge.

23       Q.  And that's not to Swift's knowledge, correct?

24       A.  I recall seeing WHV in some other e-mails, e-mail

25   communication, but not to Swift's knowledge.

Thomas Repko                                          12/01/2023

Page 50

1    Q.  What -- what other e-mails about WHV are you

2  referring to?

3    A.  It would have been the previous incident that

4  occurred in December.  But that is not associated with

5  this trailer leaving MGE5?

6    Q.  What -- what did those communications show?

7    A.  Those e-mail communications about the incident in

8  mid December of 2021?

9    Q.  Yes.

10   A.  We were notified -- or we were made aware of

11 trailers being taken from a customer facility in the

12 state of Washington, and it was indicated that WHV was

13 the carrier that was pulling the trailers without

14 authorization from that facility.  Our PO Trailer Team,

15 as well as our PO Power Only Risk Team reached out to

16 WHV and they explained or they communicated with them

17 about the unauthorized use of that trailer or those

18 trailers, and WHV advised that they would complete

19 corrective action to not use trailers without

20 authorization.  Our PO Trailer Team and Power Only PO

21 Risk Team found that satisfactory.

22   Q.  I thought you testified earlier that Swift

23 suspended WHV after that?

24   A.  So they did suspend.  After the incident in

25 December, they suspended them after W- -- we

Thomas Repko                                          12/01/2023

Page 51

 1   learned -- Swift learned that WHV had taken the trailers
 2   from that facility in Washington.  And they suspended
 3   them.  They reached out to WHV.  There was communication
 4   about corrective behavior.  And then they were taken off
 5   suspension.  They were suspended in June 2022
 6   indefinitely after finding out about the -- this
 7   incident that we're talking about today, and then they
 8   were never taken off suspension after June 2022.
 9       Q.  The communications about the incident in
10   Washington, did that involve Tractor 2808143?
11       A.  I cannot recall.
12       Q.  Did it involve the trailer involved in this
13   incident?
14       A.  No, it did not.
15       Q.  Exhibit Number 5 is a one-page document Bates
16   labeled Stephens-OD-1819.  Are you able to see that?
17       A.  Yes, I am.  Thank you.
18       Q.  What does this show?
19       A.  So this is records from Amazon's yard management
20   of MGE5, and if you'd like to read it in -- from -- from
21   past to future, it's from the bottom up.  So, the
22   building name is on the left, and that's MGE5.  And then
23   Amazon includes some additional material or information.
24       Q.  Where did Swift get this spreadsheet?
25       A.  From Amazon, I believe.

Thomas Repko

12/01/2023

Page 52

1              (Whereupon, Plaintiff's Exhibit No. 5 was

2              identified for the purposes of the record.)

3    BY MR. FUNT: (Resuming)

4        Q.  When did it get this from Amazon?

5        A.  I cannot recall.

6        Q.  Who from Amazon sent this?

7        A.  I do not recall who specifically provided this

8    information.

9        Q.  Do you have a general timeframe of when Swift

10   received this spreadsheet from Amazon?

11       A.  It would be after March 2022, we got the

12   information from Amazon that WHV had taken this trailer,

13   but it could have been beforehand.  I don't recall the

14   specific timeframe.

15       Q.  So Swift has had this document for, likely, at

16   least, a year and a half?

17       A.  I wouldn't be able to answer that without the

18   specific date that it was provided.

19       Q.  Is that something you could find out?

20       A.  I think it would depend on the circumstances.  I

21   think we would have to look at the records of the

22   communication between Swift and Amazon.  I think it

23   would also depend on how long Amazon kept it's records

24   with the communication between Amazon and Swift.  We

25   could look into it, but I'm not certain at this time.

Thomas Repko

12/01/2023

Page 53

1    Q.  Do you know if this spreadsheet was e-mailed to
2  Swift?

3    A.  That is most likely the form of communication
4  they used.

5    Q.  Does Swift have a process of deleting it's
6  e-mails either automatically or manually?

7    A.  I'm not familiar with the IT policies at Swift.
8  I -- I know that some e-mails will be deleted if they're
9  not necessary anymore.  But I'm -- I'm not familiar with
10  the -- with the policies.

11    Q.  So you believe that this spreadsheet was e-mailed
12  to Swift, but you don't know when and you don't know by
13  whom and you don't know if you could figure out when it
14  was e-mailed or by whom; is that correct?

15    A.  I can't specify the date that it was sent over to
16  Swift.  But this information here is information we
17  might have.  We would have the load ID if you go over to
18  the right.  That's the Amazon load IDs, the second
19  column from the -- from the right.  But the other
20  information here is from Amazon.  It would indicate, you
21  know, which user ID, who would check in that trailer or
22  let it out.  And this is not a format that Swift uses.
23  This is a -- this is an Amazon format.  So this is
24  information that would be -- only be able to be provided
25  from Amazon.

Thomas Repko                                        12/01/2023

Page 54

1     Q.  Do you know or are you familiar with what the

2   information on here means?

3     A.  I'm familiar with some of it.  There are some

4   aspects or pieces of data here that I would not be able

5   to provide any additional information as it's

6   specifically regarding Amazon or Amazon personnel.

7   But there are some aspects here that I could provide

8   some context.

9     Q.  What does pre registration mean?  Do you know?

10    A.  I'm not familiar.  But because it occurs before

11  check in, that -- it -- it is possible that it's part of

12  the pre check-in process.  But, again, I'm not sure.

13    Q.  Would check in have been when this trailer

14  arrived at MGE5?

15    A.  Again, unfamiliar with Amazon's procedures or

16  processes.  But looking at this, that's what it would

17  indicate per Amazon system.

18    Q.  Are you familiar with any of these user IDs?

19    A.  No, I'm not.

20    Q.  Are you familiar with what checkout and exit gate

21  means?

22    A.  Not specifically, when it comes to general

23  terminology.  You know, in transportation operations, a

24  check in would indicate that's when it's checked in, and

25  checked out was when it's checked out.  But, again, this

Page 55

1   is Amazon information and terminology.  So I wouldn't be

2   very familiar with it.

3       Q.   Do you see the license plate listed here?

4       A.   Yes, I do.

5       Q.   Is Swift aware of whose license plate that is?

6       A.   From what I recall, that is the license plate of

7   the trailer in question.  But if you could pull up

8   the -- I believe it's topics of discussion -- I'd be

9   able to confirm.

10      Q.   Exhibit 1?

11      A.   No.  It would be the license plate of the

12  trailer.  It might be in some other documentation.

13      Q.   But when it was checked in to MGE5, it was

14  checked in with that license plate?

15      A.   From this information -- again, I'm not familiar

16  with Amazon's process or procedures.  But if that

17  license plate is in reference to 130624 or 130264, then

18  they are checking in that license plate off that

19  trailer.

20      Q.   So Swift's trailers -- they -- they have license

21  plates; is that correct?

22      A.   Swift trailers have license plates.  Yes.

23      Q.   And are those license plates, are they affiliated

24  with just the trailer or also the tractors in some way?

25      A.   No.  It's just with the -- with the trailer.

Page 56

1   Tractors will have their own license plate.

2       Q.  So for any given trailer, is it fair to say that

3   it has a trailer number and a license plate number that

4   really don't change?

5       A.  I think there are circumstances where it might

6   change.  But, typically, the license plate is associated

7   with that specific trailer.

8       Q.  Is Swift aware of any records of inspections

9   created from the time that this trailer was at MGE5 on

10  either November 29th or November 30, 2021?

11      A.  Can you please clarify what you mean by

12  inspections?

13      Q.  Any records that the trailer was inspected by

14  anyone or looked at by any- -- anyone?

15      A.  I don't recall of having any records of the

16  inspection of this trailer while it was at MGE5.  It is

17  possible that it was inspected while at that facility.

18      Q.  The VRID, are you familiar with what that is?

19      A.  Yes.  That's the vehicle run ID.  It is Amazon's

20  order number for their system.  And you might see it on

21  our other -- the other documentation with our -- our

22  order number.  We would list as like, a BOL.  It's a

23  Bill of Lading.

24      Q.  Is there anything on this spreadsheet here that

25  Swift believes supports it's defense that it's driver

Thomas Repko

12/01/2023

Page 57

1   was not pulling the trailer at the time of the wreck?
2        A.   Yes.   If you scroll over to the right, please.
3   Under the V- -- VRID column, that -- and, again, we are
4   reading it from the bottom.   It is in the past.   And
5   then you're -- you're going up to into the future or
6   closer to the present.   That load ID -- or sorry, that
7   VRID, which is a Swift load, was entered into that
8   facility.   And that corresponds with the load that we
9   have in our system.   And you can see on the column to
10  the left of VRID, it says it is inbound.   So that
11  corresponds with our information, as well.
12       This VRID was delivered to MGE5.   And then,
13  typically, they will unload it for this particular type
14  of order.   And then it'll be -- that trailer would be
15  available for the next approved load or driver that
16  comes into that facility.   As you go up, you can see
17  that in that VRID column, there are -- thereafter, it
18  becomes blank.   So there is no VRID associated with it.
19  That would suggest that Amazon loaded this on another
20  approved load.   If that were the case, there would be a
21  VRID there.
22       Based on this information, as well as our operating
23  system showing that there was no Swift tractor attached
24  to it, and doing research into any Power Only.   So
25  that's approved carriers, authorized carriers of Power

Metro Atlanta Reporters, Inc.
770-985-2344

Thomas Repko                                        12/01/2023

Page 58

1    Only approved loads associated with this trailer, we

2    determined that this trailer was taken from this

3    facility without authorization.

4        Q.  Anything else that supports Swift's defense that

5    you haven't discussed?

6        A.  Just what I was -- I discussed before.  The

7    communication between Amazon and Swift about this

8    trailer being taken from this facility.  The research

9    into any Power Only loads associated with this trailer.

10   When we looked into this trailer and saw -- or tried to

11   find out if there were any Power Only loads associated

12   with it, we found that there were none.  That and the

13   GPS tracking indicates that this was moving and not

14   connected to a -- a Swift truck for our system.

15       And then we have discussed this prior.  The load

16   inbound into the facility, that was the last time that

17   a -- a Swift truck had hooked to it before it was moving

18   at -- via an authorized carrier.  And then the next time

19   that Swift -- a Swift tractor had connected to it was in

20   Houston in a -- a different market.

21       Q.  Are you familiar with what the event descriptions

22   on here mean?

23       A.  Not very familiar.  It would be an estimate,

24   because this is an Amazon -- it's Amazon terminology and

25   an Amazon -- and Amazon information.

Metro Atlanta Reporters, Inc.
770-985-2344

Thomas Repko                                          12/01/2023

Page 59

1        Q.   I want to look at Exhibit 6 now, which is 45

2   pages, and the first page is Stephens-OD-1821, and it

3   goes through Stephens-OD-1865.   Are you able to see

4   that?

5        A.   I am.   There might be a couple of requests to

6   zoom in like this one.

7        Q.   Have you seen this document before?

8        A.   Yes, I have.

9                 (Whereupon, Plaintiff's Exhibit No. 6 was

10                identified for the purpose of the record.)

11  BY MR. FUNT:  (Resuming)

12       Q.   Okay.   It starts with a spreadsheet that's four

13  pages.   What is the spreadsheet showing?

14       A.   This spreadsheet here, it is -- it shows order

15  numbers, reference numbers and it'll indicate some other

16  pieces of information.   But these are Swift Power Only

17  loads that WHV Transportation had run for us during a

18  set period of time.

19       Q.   Does this spreadsheet reflect any runs that WHV

20  did for Swift from MGE5?

21       A.   Most of the -- the loads that they had run were

22  out of Walmart in Statesboro, Georgia to Florida.   But

23  there were some other ones, as well.   But we don't have

24  any indication that this trailer was taken from -- the

25  trailer in question from MGE5.   From -- by a authorized

Thomas Repko                                              12/01/2023

Page 60

1    carrier or approved carrier.

2        Q.   Is there anything on this spreadsheet that

3    supports Swift's defenses in this case?

4        A.   Could you please scroll down a little bit?  And

5    then scroll up a little bit.  Just kind of going through

6    the -- the origins, which is the fourth column.  Could

7    you please repeat the question?

8        Q.   Sure.  So I don't -- Swift generated this

9    spreadsheet, correct?

10       A.   Correct.

11       Q.   I'm trying to understand if Swift generated it

12   because -- or if Swift believes that the spreadsheet

13   supports it's defenses in this case that it's driver was

14   not pulling the trailer at the time of the wreck?

15       A.   Well --

16       Q.   So my question is: Does Swift believe that this

17   spreadsheet supports it's defense that it's driver was

18   not pulling the trailer at the time of the wreck?

19            MR. STONE:  So, I'm going to object to the

20       leading to the question.  The question, itself, he

21       can answer but you asked us to produce a lot of

22       things.  Not just documents that might support the

23       defense.  This one may or may not.  I'll let him

24       answer that question.  But I think you're just trying

25       to pigeonhole, and I want to make sure that we're all

Thomas Repko                                    12/01/2023

Page 61

1    on the same page here.  You know, you asked us for a
2    specific range of documents, and we produced those.
3    BY MR. FUNT:  (Resuming)
4       Q.  So does Swift believe that the spreadsheet
5    supports it's defenses that either it's driver was not
6    driving the trailer, pulling the trailer at the time of
7    the wreck, or that WHV's driver was pulling the trailer
8    at the time of the wreck?
9       A.  We determined, based on this spreadsheet and the
10   other material that we have produced for this
11   deposition, that a Swift driver was not pulling this
12   trailer at the time of the incident.  It did not pull
13   the trailer -- a Swift tractor did not pull the trailer
14   from MGE5.  This document here shows the approved Power
15   Only loads for WHV Transportation.
16       The communication with Amazon indicates that WHV took
17   the trailer from MGE5.  And based on these documents
18   that were produced and the information that we have, the
19   trailer was taken without authorization from MGE5.  And,
20   again, the communication e-mail from Amazon indicated it
21   was WHV.
22       Q.  Exhibit 6, starting on Page five.  What does this
23   show?
24       A.  It's order history, or it's details of a -- of an
25   order.  If you were to go up, please.  We can go one

Metro Atlanta Reporters, Inc.
770-985-2344

Thomas Repko                                          12/01/2023

Page 62

 1   down.  That one's perfect.  Thank you.  This is order

 2   details.  So -- and it's...

 3      Q.  Are these the order details for the orders that

 4   are reflected in the spreadsheet?

 5      A.  No.  These would be -- these would be orders run

 6   by, typically, a Swift tractor.  This one is a -- the

 7   order number on the top left begins with a DH.  That

 8   indicates a deadhead order.  It's, typically, an order

 9   that's non revenue.  It's for our drivers to go retrieve

10   a trailer for their next load.

11      Q.  So why -- why did Swift produce these pages?

12      A.  From my understanding -- and I could -- would

13   need to look at some other documents.  But if I recall,

14   this is the order history or the dispatch history of the

15   trailer in question and any specifics regarding that

16   order.  So for this one here, again, if you look at the

17   top left, there's an order number there and it begins

18   with DH.  DH indicates deadhead order, which is,

19   typically, a non revenue load.  It's to retrieve a

20   trailer for the driver's next load.

21      And if you look at the Load At code, which is center

22   and just kind of like the one down, you know, right

23   below that is the location that they picked up.  And

24   then the Consignee code, typically, is that same

25   location.  So, what this information indicates is this

Metro Atlanta Reporters, Inc.
770-985-2344

Page 63

1   trailer was picked up from this location via this dead

2   head order.

3       Q.  And is it Swift's position that there is no

4   similar record for the trailer leaving MGE5 on November

5   30, 2021?

6       A.  As in a Swift order number that indicates the

7   trailer in question left MGE5?  Was that your question?

8       Q.  Yes.

9       A.  Correct.  We do not have an order in the system,

10  a Swift order in the system, indicating that that

11  trailer had left that facility via a Swift tractor.

12  And, actually, if you don't mind, I'd like to do a

13  five-minute break.

14      Q.  Sure.

15      A.  Perfect.  Thank you.

16              (Whereupon, the proceedings went off the

17              record briefly.)

18  BY MR. FUNT:  (Resuming)

19      Q.  Mr. Repko, I want to go back with you to Exhibit

20  3, which is the GPS coordinate spreadsheet.  Are you

21  able to see that?

22      A.  Yes, I am.  Thank you.

23      Q.  Okay.  When the GPS on the trailer is sending

24  it's coordinates, is anybody monitoring that at Swift?

25      A.  It would depend on the -- the circumstances.  You

Thomas Repko

12/01/2023

Page 64

1    know, for example, if it was load shipments, we would go

2    ahead and monitor that GPS coordinates or the GPS

3    movement.  But there are -- there are circumstances in

4    which that would be the case.

5        Q.  Okay.  Where do the GPS coordinate -- where do

6    they go to?  Like, is it on a computer system?  How does

7    that work?

8        A.  From my understanding, they would go to our GPS

9    vendor.  In this case, for this specific trailer, it

10   would be Skybitz.  But we also house it internally, you

11   know, so it's our internal servers, as well.

12       Q.  Is Swift able to track the location of it's

13   trailers in real time, assuming the GPS tracker has

14   excellent service?

15       A.  In the scenario that it has excellent service,

16   we -- Swift would be able to track them very close to

17   real time.  There might be some -- a little delay from

18   the time of the event, but if it is -- it would be

19   significant.

20       Q.  So for this trailer, would Swift have been able

21   to track the trailer through the GPS coordinates on

22   December 1st and December 2nd and December 3rd of 2021?

23       MR. STONE:  Object to the form.

24   BY THE DEPONENT:  (Resuming)

25       A.  For this particular trailer, if there was a

Thomas Repko                                          12/01/2023

Page 65

1    request, we could pull that information.

2       Q.  So in other words, if Swift had a reason to, it

3    would pull -- it could pull the information?

4       A.  I think it would depend on the circumstances.

5    But with this particular trailer, we can go back and

6    look at the -- the GPS history of this trailer.  And if

7    it has excellent connection with the -- the GPS

8    satellite, we could ping it at the moment that the

9    request came through.

10      Q.  So you mentioned that the GPS coordinates go to

11   two places.  One is with the vendor, Skybitz.  Do I have

12   that name correct?

13      A.  Yes, that is correct.

14      Q.  And then the second place is it also goes

15   directly to Swift.  Is that also correct?

16      A.  Yes.  We have that information on our internal

17   servers.  If I didn't have access to Skybitz's website,

18   I could pull this information myself.  Or anybody at

19   Swift could.  Correction there.  If they have access,

20   they'll be able to pull the information.

21      Q.  So Swift could have seen that it's trailer was

22   being pulled from Jefferson, Georgia to Texas during

23   this time; is that correct?

24          MR. STONE:  Object to the form.

25   BY THE DEPONENT:  (Resuming)

Thomas Repko                                            12/01/2023

Page 66

1    A.   If a request had came -- had come up to look at
2    this trailer between 12/1 and 12/2 or 12/3, the GPS
3    coordinates for this trailer would indicate that it
4    moved from Georgia to Texas.
5    Q.   There was a Swift order for this trailer to be
6    brought from MGE6 (sic) to MGE5 on November 29th of
7    2021.  And we looked at that; is that correct?
8    A.   Could you please clarify?  Was it MEM6 to MGE5?
9    Q.   Yes, that's correct.
10   A.   Yes.  And that would be the order that delivered
11   to MGE5.
12   Q.   Those orders to all Swift trailers from one place
13   to another, those are planned in advance of the order
14   being carried out; is that correct?
15   A.   It would depend on the circumstances.  In this
16   particular case, with this specific order, I could look
17   back to find out.  If I had the information, I could
18   give you a more definitive answer.  But, again, it would
19   depend on the -- the scenario.
20   Q.   After this trailer was planned to come into MGE5,
21   what was the next plan or the next order that this
22   trailer was expected to be involved in?
23   A.   That would, again, depend on the circumstances.
24   When this trailer was delivered to MGE5, it was
25   delivered as a loaded trailer for Amazon at an Amazon

Metro Atlanta Reporters, Inc.
770-985-2344

Thomas Repko                                          12/01/2023

Page 67

1    retailer.  And once it was unloaded, it would be

2    assigned to the next inbound authorized driver, whether

3    that's a Swift driver, an approved carrier, so they

4    could use that on their next Swift approved load.

5        In this particular case, this trailer was taken from

6    this facility without authorization.  So it could not be

7    used on the next potentially planned load

8        Q.  Was it assigned to a Swift driver or a driver for

9    an authorized carrier before it was taken out of MGE5?

10       A.  Through our system and the information that we

11   investigated, it was not assigned to an approved carrier

12   or a Swift driver after it was delivered to MGE5.

13       Q.  And is it correct that the next time it was

14   assigned to a Swift driver or a driver for an approved

15   carrier would have been when it was in Texas?

16       A.  Yes, in Houston, Texas or in that vicinity.

17       Q.  Exhibit 7 is a one-page document with the Bates

18   label Stephens-OD-1872 at the bottom.  Are you able to

19   see that?

20       A.  Yes, I am.  Thank you.

21       Q.  What is this showing?

22           MR. STONE:  Sorry.  This is Exhibit 6?

23           MR. FUNT.  No.  It should be Exhibit 7.

24           MR. STONE:  Seven.  Sorry.

25   BY THE DEPONENT: (Resuming)

Thomas Repko                                                12/01/2023

Page 68

1      A.   Was the question what is this showing?

2      Q.   Yes.

3      A.   This is a order.   That's the top left.   And it's

4  an order that begins with CD, so Charlie Delta.   This is

5  what we call that city dispatch order, and it's when we

6  manually update the trailer in our operating system to a

7  different location than it was already at.

8                  (Whereupon, Plaintiff's Exhibit No. 7 was

9                   identified for the purposes of the record.)

10 BY MR. FUNT: (Resuming)

11     Q.   So I'm still not understanding what -- am I

12 correct that this is showing the trailer being updated

13 from one location to another?

14     A.   That would be the -- the order number CD11478.

15 It is being -- that's an order number indicating that it

16 was moved to a -- sorry.   I don't want to use moved.   It

17 was updated internally in our operating system to

18 another location.

19     Q.   And is this showing information particular to the

20 trailer that we've been discussing?

21     A.   Yes, I believe so.

22     Q.   Where is that reflected on this spreadsheet or on

23 this sheet?

24     A.   Unfortunately, we don't have that information in

25 this -- in -- in this document.

Thomas Repko                                              12/01/2023

Page 69

1    Q.  What does that order number refer to?

2    A.  The CD11478?

3    Q.  Yes.

4    A.  It's an order number generated by Swift, and what

5    it indicates is that Swift manually updated the trailer

6    to a different location in our operating system.

7    Q.  Do you know if that order number relates to the

8    location of the trailer being updated from the

9    Pendergrass, Georgia Amazon facility to a facility in

10   Texas?

11   A.  If I looked at the -- the dispatch history and

12   order history of this trailer, I could give you a more

13   definitive answer.  That might -- it should be in one of

14   the documents.

15   Q.  Do you know which document?

16   A.  I -- I do not.

17   Q.  Exhibit 8 is 1873 to 1874.  It's a two-page

18   document.  Are you able to see that?

19   A.  Yes, I am.  Thank you.

20   Q.  What is this showing?

21   A.  This is showing the Swift inbound volume into the

22   Amazon facility, MGE5, during a certain period of time.

23              (Whereupon, Plaintiff's Exhibit No. 8 was

24              identified for the purposes of the record.)

25   BY MR. FUNT: (Resuming)

Thomas Repko                                          12/01/2023

Page 70

1      Q.  So just Swift hauls into MGE5 during this period

2   of time?

3      A.  Yes, that is correct.

4      Q.  And it doesn't show any hauls that are leaving

5   the facility; is that correct?

6      Q.  When a driver -- a Swift driver is delivering a

7   Swift load -- so one of these loads to an MGE5 facility,

8   they will drop off their loaded trailer and then they

9   will move -- take an empty trailer with them.  From

10  previous documents and the information that we obtained,

11  we showed that the trailer in question was taken without

12  authorization.

13     Q.  So am I correct then that the spreadsheet is

14  showing that Swift was taking loads out of this

15  facility, for example, on December 1, 2021?

16     A.  Could you please clarify which facility?  Would

17  it be the Olive Branch or the Jefferson, Georgia

18  facility?

19     Q.  The Jefferson, Georgia facility?

20     A.  This indicates that we were delivering loads

21  inbound, so to the MGE5 or Jefferson Georgia facility.

22     Q.  Does Swift maintain a similar spreadsheet showing

23  the loads out of the facility?

24     A.  Yes.  We -- if we had them -- it depends on the

25  circumstances.  If we had the outbound volume, we would

Thomas Repko                                          12/01/2023

Page 71

1   have those records.

2      Q.  Has -- has that been produced in this case?

3      A.  Not to my knowledge.

4      Q.  So, on November 30, 2021, for example, a Swift

5   driver or a driver for an authorized carrier could be

6   pulling out a Swift load from this facility; is that

7   correct?

8          MR. STONE:  Object to the form.

9   BY THE DEPONENT:  (Resuming)

10     A.  Could you clarify the facility?  Is --

11     Q.  MGE5.

12     A.  So on the 30th of November in 2021, we

13  would -- Swift would have delivered a loaded trailer or

14  a load, loaded trailer and load to MGE5.

15     Q.  I'm interested in whether Swift has records of

16  loads that it took out of MGE5 on November 30, 2021.

17  Does Swift have those records?

18     A.  If that was -- from my understanding, if that was

19  not produced, then we do not have that -- those records

20  or we did not do outbound volume out of MGE- -- MGE5 out

21  of that -- during that timeframe.

22     Q.  So as we see here on Exhibit 7, Swift has all of

23  these jobs that are coming into MGE5 during this

24  timeframe, but didn't do any jobs out of this facility,

25  MGE5, during this timeframe?

Thomas Repko                                                    12/01/2023

Page 72

1      A.   For -- if we had removed trailers from MGE5, we
2   would have records of removing that trailer.   As
3   referenced before, an example would be a dead head
4   order.   We do not have those records for the trailer in
5   question 130264 if we didn't remove it with a Swift
6   tractor.
7      Q.   How about for any other trailers?
8           MR. STONE:   I'm going to just object that it's
9      beyond the scope of the -- the deposition Notice and
10     also of Request for Productions.   But you can answer.
11   BY THE DEPONENT:  (Resuming)
12     A.   I do not have that information at the time -- at
13   this time.
14     Q.   Topic Number five is: All Swift loads that came
15   in or out of Amazon yard, MGE5, in Jefferson, Georgia
16   between November 23, 2021 and December 7, 2021.   Do you
17   see that?
18     A.   Yes, I do.   Thank you.
19     Q.   What did Swift do to prepare to testify about the
20   Swift loads that came out of MGE5 during that timeframe?
21     A.   We looked at the inbound and outbound volume out
22   of MGE5.
23     Q.   Where are the records of the outbound volume from
24   MGE5 during that timeframe?
25     A.   From my understanding, if we did not produce it

Thomas Repko                                          12/01/2023

Page 73

1    here as a document, that we don't have that -- we did

2    not do outbound during that timeframe.

3        Q.   Are you certain, as Swift's corporate

4    representative, that Swift looked for the outbound loads

5    that came out of MGE5 during that timeframe?

6        A.   I'm confident that Swift looked into that to see

7    if there were outbound loads out of that facility, MGE5,

8    during that timeframe.

9        Q.   And there were none?

10       A.   From my knowledge, that is correct.

11       Q.   This will be Exhibit 9.  It's Bates 1875 to 1876.

12   Do you see that?

13       A.   Yes, I do.  Thank you.

14       Q.   Okay.  What does this show?

15       A.   This is the movement display or the dispatch

16   history of trailer 130264, and you can see that in the

17   top left.

18                (Whereupon, Plaintiff's Exhibit No. 9 was

19                identified for the purposes of the record.)

20   BY THE DEPONENT: (Resuming)

21       A.   And you can see the dispatch dates and the order

22   numbers associated along with other information.

23       Q.   So is it fair to say that the -- the order

24   numbers here are approved orders on Swift's behalf?

25       A.   For the ones that begin with CD, those are manual

Page 74

1   updates in our system.  Those would be moving

2   the -- sorry.  Updating the trailers to the correct

3   location and it would depend on the circumstance.  If

4   the order number began with a DH, that is a dead head

5   order, that would be approved, and then the other

6   numbers that don't begin with CD, they would be approved

7   orders.

8       Q.   So order WX75949 with a dispatch date of December

9   3rd, what is that?

10      A.   That is an order that was a Swift approved order

11  that was dispatched on the 3rd of December.

12      Q.   And is that order leaving from Houston, Texas?

13      A.   It -- from the information on the left over

14  there, it indicates it picked up in Houston and

15  delivered in Houston for the trailer movement.

16      Q.   Are there additional records relating to this

17  order number that have not been produced?

18      A.   I do not recall.

19      Q.   Would there be records showing, for example, what

20  driver and what tractor carried out order number

21  WX75949?

22      A.   Yes.  To the left of that, you can see 220264.

23  If you go up, it indicates it's the unit that is the

24  truck number.  To the right of that is the driver code.

25      Q.   How about the second page?  What does this show?

Thomas Repko                                          12/01/2023

Page 75

1     A.  If you could go up one page.  I believe this is a

2  transcription or just a variation of this screen here.

3     Q.  Going back to Exhibit 1, the Notice of

4  deposition, Topic Number nine, which we've touched on

5  already is: All facts, documents, communications and

6  witnesses regarding Case Number 9720654831.  And you

7  said that that is a case number that Amazon would have

8  assigned?

9     A.  It would be a case number that Amazon created,

10 and then they would assign it to someone internal.  It's

11 a -- it's an Amazon case number.

12    Q.  Did somebody from Swift open up that case number?

13       MR. STONE:  Object to the form.

14 BY THE DEPONENT: (Resuming)

15    A.  From my knowledge, Swift opened up that case to

16 communicate with Amazon.

17    Q.  About the wreck that my client was in?

18    A.  It would have been about the trailer departing

19 from MGE5 and trying to determine who took it from MGE5.

20    Q.  For the Topics 10 and 11, is there anything that

21 we haven't discussed yet today?

22    A.  Not to my knowledge.

23    Q.  So I've reached the end of my questions.  I would

24 like a few minutes to just go over my notes.  I'm happy

25 to pass questioning over to other counsel.

Thomas Repko                                      12/01/2023

Page 76

1          MR. STONE:  Yeah, let's do that.

2          MS. OPILA:  Can we take a break.

3          MR. STONE:  Tim, are you ready?

4          MR. PEACOCK:  Say again?

5          MS. OPILA:  Sorry.  Did somebody ask for a break?

6          MS. OPILA:  Yes.  I asked for a break.

7          MR. STONE:  Yeah.  How long are we going to take?

8          MS. OPILA:  Ten minutes, if that's okay.

9          MR. STONE:  Yeah.  I just want to make sure I

10    have enough time.  I got a flight.  It's not for a

11    couple of hours, but --

12         MS. OPILA:  Okay.

13         MR. STONE:  -- I don't think I'm going to be

14    having a problem with that.  So, yeah, let's take a

15    break.  Ten minutes.

16         MR. FUNT:  Okay.

17              (Whereupon, the proceedings went off the

18              record briefly.)

19                   CROSS-EXAMINATION

20    BY MS. OPILA:

21     Q.  Good afternoon.  My name is Sharon Opila, and I

22    am an attorney for WHV.  So, I just wanted to go back

23    and talk about that MGE5 facility.  So, is it correct

24    that that's an Amazon only facility?

25     A.  From my understanding, yes.

Thomas Repko                                                12/01/2023

Page 77

1      Q.   Okay.   Do you know how -- do you have any

2   knowledge as to how access is given into that facility?

3        MR. STONE:   I think -- all right.   I was going to

4      say I think it's beyond the scope of this deposition.

5      But if he knows, he can answer.

6   BY THE DEPONENT: (Resuming)

7      A.   Specific information, we would need to get that

8   from Amazon.   But from the information, the document

9   that was provided, that was their yard audit.   There was

10  a phrase there that indicated a gate check in or

11  checkout.

12     Q.   Okay.   And -- and Swift -- obviously, Swift

13  truckers have access to that facility; is that correct?

14     A.   Yes.

15       MR. STONE:   Object to the form.

16  BY MS. OPILA: (Resuming)

17     Q.   Swift delivers loads to that facility; is that

18  correct?

19     A.   It would depend on the facility, and I'm not

20  aware of Amazon's policies.

21       MR. STONE:   Well, I think -- hang on.   I think

22     she's asked you a different question.

23       THE DEPONENT:   Okay.

24       MS. OPILA:   Can I -- I'll restate the question.

25     I restated it.

Thomas Repko                                          12/01/2023

Page 78

1    BY MS. OPILA: (Resuming)
2        Q.  So as far as that specific facility, MGE5, Swift
3    delivers loads to that facility, correct?
4        A.  At the time, yes.
5        Q.  Okay.  So Swift does have some type of access to
6    that facility; is that correct?
7        A.  Yes, to deliver the loads.
8        Q.  Okay.  And I wanted to talk about Sonya, you
9    referenced Sonya and Amazon.  And I believe this was
10   Exhibit 4, although, I have it, so I'll share my screen.
11   Let's see.  Okay.  So this is the -- the e-mail that
12   that you referenced as the -- as, I guess, the proof
13   that WHV was driving this -- this trailer; is that
14   correct?
15       A.  This e-mail communication with Amazon shows that
16   Amazon indicated that WHV had taken that trailer from
17   MGE5.
18       Q.  Okay.  And -- and do you know what information
19   Amazon had?
20       A.  I don't.  I don't have access to that -- to
21   Amazon's information.
22       Q.  Okay.  Well, have you reviewed this e-mail?
23       A.  Yes, I have.
24       Q.  Okay.  And I'm looking at it here, and it appears
25   to say that from Sonya Nussbaum.  "I contacted the

Metro Atlanta Reporters, Inc.
770-985-2344

Thomas Repko                                          12/01/2023

Page 79

1   facility and was notified that WHV Transportation pulled

2   the trailer out with tractor 2808143."  Do you know who

3   she contacted?

4       A.  I do not have information.

5       Q.  Okay.  Has Swift been able to verify the

6   information that -- that statement that she made?

7       A.  I don't believe we have that information.

8       Q.  Well, when you say you don't have that

9   information, have -- did the Swift have any type of

10  independent verification that WHV pulled that

11  trailer -- that trailer?

12      A.  Outside of this document?

13      Q.  Yes.

14      A.  Not that I'm aware of.

15      Q.  Okay.  And do you know when the last time Swift

16  has communicated with Sonya Nussbaum?

17      A.  I cannot recall that information.  The specific

18  date, I cannot recall.

19      Q.  Do you know if it -- if there's been any

20  communications since this e-mail?

21      A.  I cannot recall.

22      Q.  Okay.  And as far as the specific tractor number

23  that she provided, which is 2808143, do you know how she

24  got that tractor number?

25      A.  I do not have that information.

Thomas Repko                                      12/01/2023

Page 80

1      Q.   So, you do not know how she got that tractor

2   number; is that correct?

3      A.   I do not know.

4      Q.   And do you know if there was any surveillance

5   video from this facility from -- from MGE5?

6      A.   I do not know.

7      Q.   Okay.  Has Swift reviewed any

8   surveillance -- surveillance video from this facility?

9      A.   From what I understand, Swift has not.

10     Q.   Okay.  And Swift also doesn't have a copy of any

11  surveillance video; is that correct?

12     A.   Surveillance videos of MGE5 during this time

13  period?

14     Q.   Yes.  MGE5 on the date of November 3oth.

15     A.   From my understanding, we do not.

16     Q.   Okay.  And do you have any records showing WHV's

17  SCAC, which is the standard carrier Alpha code as being

18  AGHPR?

19     A.   I'm sorry.  Can -- could you repeat the question?

20     Q.   Okay.  Do you have any records showing WHV's

21  standard carrier carrier Alpha code to be AGHPR?

22     A.   I would need to look into that a little further

23  to confirm it.  I don't have that knowledge at this

24  time.

25     Q.   Okay.  So were you aware that WHV's standard

Thomas Repko                                          12/01/2023

1    carrier -- carrier Alpha code is not AGHPR?

2        A.   I recall that there was communication about that.

3    It might have been in an e-mail about that SCAC code

4    being different than what we had in the system for WHV.

5        Q.   Do you know who that communication was with?

6        A.   I cannot recall.

7        Q.   Okay.  And as far as Sonya Nussbaum, do you

8    know -- I mean, you say that she works for Amazon.  Do

9    you know what her position is with Amazon?

10       A.   I do not.

11       Q.   And do you know how Swift came into contact with

12   Sonya Nussbaum?

13       A.   Swift would create cases.  Cases are a form of

14   communication for Amazon.  In this particular scenario,

15   Swift opened up a case with Amazon, and an Amazon

16   employee would reply to that case.

17       Q.   And do you know how Swift got Sonya -- was

18   there -- let me rephrase.  Was there just a general

19   e-mail that this was sent to, or did Swift somehow

20   receive Sonya Nussbaum's specific e-mail address?

21       A.   I cannot recall.

22       Q.   Okay.  Do you have any other information about

23   Sonya Nussbaum?

24           MR. STONE:  Object to the form.

25   BY THE DEPONENT: (Resuming)

Thomas Repko                                                12/01/2023

Page 82

1   A.   Can you clarify what type of information would

2   you be requesting?

3   Q.   Do you have any other information as far as her

4   contact information or -- or if she's currently working

5   for Amazon or any other information, other than what

6   you've testified to?

7   A.   I do not believe so that I have -- that Swift has

8   any other information, but there could be other

9   circumstances not related to this -- to this particular

10  trailer case.

11  Q.   Okay.  And going to Swift and WHV, what was the

12  nature of their relationship in November of 2021?

13  A.   WHV had an agreement with Swift Transportation to

14  haul Swift Power Only loads.

15  Q.   And -- stop share.  Were there specific locations

16  that WHV hauled trailers for Swift?

17  A.   They hauled Swift Power Only loads out of

18  Statesboro, a Walmart location, down to Florida.  But we

19  looked at the history of WHV loads in the previous

20  documents that we viewed during a certain time period.

21  There were some other loads out of other origins.

22  Q.   And I believe that was Exhibit 6.  I'm going to

23  share my screen again.  Okay.  Can you see that?

24  A.   Yes.  Thank you.

25  Q.   So I'm going to scroll up.  So this was Exhibit

Thomas Repko                                          12/01/2023

Page 83

1    6, which is 45 pages.  So let me zoom in.  So this

2    appears to be the load keys that the customers -- I

3    guess, the WHV carried loads for and the locations that

4    those loads were traveling in between; is that correct?

5        A.   Can you zoom in a little more, please?

6        Q.   Sure.

7        A.   One more, please.

8        Q.   Okay.

9        A.   If it's possible.  Thank you.

10       Q.   So --

11       A.   Yes, these are -- sorry, go ahead.

12       Q.   I was going to ask if you could just tell me,

13   generally, what is this document?

14       A.   It is a list of approved Swift Power Only loads

15   run by WHV Transportation during a set period of time.

16       Q.   Okay.  And have you reviewed this document

17   before?

18       A.   Yes.

19       Q.   Okay.  Were you able to locate any -- any times

20   within this document when -- when WHV carried loads from

21   the MGE5 location?

22       A.   No.

23       Q.   Okay.  And were there any times when WHV carried

24   loads specifically for Amazon within this document?

25       A.   No.

Thomas Repko                                          12/01/2023

Page 84

1    Q.  Does Swift have any records of WHV hauling any

2    loads for Amazon?

3    A.  I don't believe so.  This document here was a set

4    period of time.  But it's my understanding that they did

5    not.

6    Q.  And Swift does not have any records of WHV

7    pulling a trailer out of the MGE5 location; is that

8    correct?

9    A.  We have no information of an approved carrier

10   pulling that trailer from MGE5, and we don't have, in

11   our system, WHV assigned to a load pulling that trailer

12   from that facility.

13   Q.  So it's fair to say that you don't have any

14   records of WHV pulling a trailer out of that MGE5

15   facility, correct?

16        MR. STONE:  Object to the form.

17   BY THE DEPONENT: (Resuming)

18   A.  Could you clarify what you mean by records?

19   Q.  Well, other than that e-mail from Sonya Nussbaum,

20   you don't have anything else -- anything like this

21   document indicating that WHV pulled a load out of the

22   MGE5 facility?

23   A.  Outside of the e-mail communication from Amazon,

24   no, we don't information in our system indicating who

25   pulled that trailer from MGE5 at that time.

Thomas Repko                                              12/01/2023

Page 85

1    Q.  Okay.  And does Swift have any records of a WHV

2    tractor or driver ever pulling trailer number 130264,

3    which is at issue in this litigation?

4    A.  There were previous -- we looked at all Power

5    Only, so loads that would be moved by an approved

6    carrier or an authorized -- a -- an authorized carrier

7    associated with that trailer, and we found none.

8    Q.  And so then it's also fair to say that Swift does

9    not have any records of a WHV tractor or driver pulling

10   the trailer number 130264 on November 30, 2021?

11        MR. STONE:   Object to the form.

12   BY THE DEPONENT:  (Resuming)

13   A.  Can you clarify, would that be Swift records?

14   Q.  Other than -- again, other than the Amazon

15   e-mails, Swift does not have any records of a WHV

16   tractor driver pulling that trailer on November 30,

17   2021; is that correct?

18   A.  That is correct.

19   Q.  Okay.  And you know what other approved carriers

20   Swift had pulling loads from that MGE5 location?

21   A.  I don't have that information at this time.

22   Q.  Okay.  And then I wanted to scroll down in this

23   document and go to -- so I'm looking at Page -- what's

24   marked as Stephens-OD-1838.  Is this -- well, I'm not

25   going to tell you what it is, because I'm not sure what

Thomas Repko                                    12/01/2023

Page 86

1   it is.  But can you tell me what -- what this shows?

2       A.  It is a order information for a Swift order.  And

3   that order number is to the top left.  It went from

4   Amazon in Olive Branch, Mississippi to Amazon in

5   Jefferson, Georgia.

6       Q.  Okay.  So I am scrolling down.  What is this

7   information here?  What is this showing?

8       A.  That's updates, or those are comments.  Some of

9   them are autopopulated, but some are just comments on

10  the progress of that order as it is picked up and then

11  delivered to Amazon.

12      Q.  Okay.  Okay.  And on Stephens-OD-1839, it

13  indicates that it was -- arrived at final destination on

14  November 29th, which is -- it appears to be Jefferson,

15  Georgia; is that correct?

16      A.  Yes, that is correct.

17      Q.  Okay.  And then can -- can you explain this

18  information that's below that where it says arrived at

19  final destination?  What is -- what is this information

20  below that?  What does that indicate?

21      A.  Yeah, so the -- the line right before arrived at

22  final destination where it says 11/29 2141 PENDGA, that

23  E indicates that the order was empty or completed.

24      Q.  Okay.  And then --

25      A.  Below that -- below that, are GPS updates from

Metro Atlanta Reporters, Inc.
770-985-2344

Thomas Repko                                            12/01/2023

Page 87

1    our trailer.

2        Q.  Okay.  And when say below that, is that this?

3    These are times, correct?

4        A.  It would be a date and a time.

5        Q.  Okay.  Is there a reason that it goes back and

6    forth between -- like, it says PENDGA 11/30.  And then

7    it says -- seems to be Houston, Texas 12/3.  And then

8    again, it says BRASGA 11/30.  And then again, 12/03,

9    Houston, Texas?

10       A.  I do not know why it's out of order, but those

11   dates and times indicate the -- the city and state that

12   the GPS is -- is pinging the trailer.

13       Q.  Okay.  But it -- it does appear to be out of

14   order; is that correct?

15       A.  Based on the -- if you wanted to do sequential,

16   it seems like it is -- you have 11/29 2134, and then you

17   have 11/30, and it goes to 12/3, and it jumps back down

18   to 11/30.  But those are dates timestamps for the GPS on

19   the trailer.

20       Q.  Okay.  And this is the Bill of Lading for that

21   order; is that correct?  Which, I'm looking at

22   Stephens-OD-1842.  Is that correct?  This is the Bill of

23   Lading?

24       A.  From my understanding, yes.  That is correct.

25       Q.  Okay.  Okay.  And I believe you were -- earlier,

Thomas Repko                                        12/01/2023

Page 88

1    we were talking about the order in Houston, Texas.   And

2    is -- is this order, does this appear to be the next

3    order after the order that was delivered in Jefferson,

4    Georgia at MGE5?

5         MR. STONE:  Since you're just referring to this,

6       can you identify it by document number, please?

7    BY MS. OPILA: (Resuming)

8         Q.  I'm sorry.  It's Stephens-OD-1848.

9         A.  From this information here, I could not give you

10   a definitive answer.  If we looked at the dispatch

11   history of the trailer, I could give you more of a

12   definitive answer.

13        Q.  Okay.  Is there -- it -- here on this page, it

14   says deliver- -- it says DELAPTNDEL, and then it says

15   12/03, 12/04.  And then above it, it appears to say

16   pickup, perhaps; is that correct?  Does this appear to

17   be pickup and drop off information?

18        A.  Yes.  It's the pickup appointment and delivery

19   appointments.

20        Q.  Okay.  Is there any information within this

21   document that you're aware of that shows when this order

22   was made?

23        A.  Sorry.  Can you repeat the question?

24        Q.  Is it -- is there any information within this

25   document that shows when Swift, I guess, was aware of

Thomas Repko                                          12/01/2023

Page 89

1    this order or when this order was made?

2        A.  Was made?

3        Q.  Well, so --

4        A.  (Indiscernible/parties speaking over one

5    another) --

6        Q.  I'm sorry.  I didn't hear what you said.

7        A.  Was your question was -- when that order was made

8    or created?

9        Q.  I guess, created, if that's the -- the

10   terminology.

11       A.  No.  Not from this information.

12       Q.  And so is it correct that this was the trailer

13   that apparently was -- was taken without authority to

14   Houston, Texas?  Is that -- is that this same trailer?

15       A.  When reviewing the dispatch history of the

16   trailer in question, it was next connected to a Swift

17   tractor in the Houston market, and then it was sourced

18   as an empty trailer and then taken over to another

19   customer in the Houston market.

20       Q.  Okay.  Do you know --

21       A.  When --

22       Q.  I'm sorry.  I didn't mean to cut you off.

23       A.  When reviewing the -- the dispatch history, we

24   sourced the -- Swift had sourced the trailer from a

25   customer in Houston and it dropped off another customer

Metro Atlanta Reporters, Inc.
770-985-2344

Thomas Repko                                          12/01/2023

Page 90

1   in Houston.

2       Q.   Okay.   Do you know what facility it was at in

3   Houston?

4       A.   I believe it was Home Depot when we -- the Swift

5   driver had picked up the empty trailer.

6       Q.   Do you know where the Swift driver picked up the

7   empty trailer from?

8       A.   It would have been the Home Depot in the

9   Houston -- in Houston, Texas.

10      Q.   Has anyone tried to contact that Swift driver to

11  find out if, perhaps, he's the one that took it to

12  Houston, Texas?

13      A.   Not to my knowledge.   But based on the -- the

14  dispatch history of this trailer, the next time that a

15  Swift tractor had hooked to it after it left MGE5 was in

16  Houston, Texas.

17      Q.   Oh, I did have -- sorry.   I wanted to find

18  out -- so how -- how do drivers, when they're picking up

19  loads, how -- how do they tell a facility that they're

20  picking up the load?   How is that indicated to the

21  facility?

22           MR. STONE:   I'm going to object to the form as

23      being outside of the scope of the topics in the

24      Notice.   You're asking such a broad question.   If you

25      want to try to create something within the scope of

Metro Atlanta Reporters, Inc.
770-985-2344

Thomas Repko                                                    12/01/2023

Page 91

1    the Notice, he can answer it.

2    BY MS. OPILA: (Resuming)

3       Q.  I'll narrow it to -- specifically, to the MGE5

4    location.  If a driver is picking up -- or -- or picking

5    up a trailer from that location, how do they give notice

6    to Swift and to the location that they're -- they're

7    picking up a trailer?

8           MR. STONE:  And I'm sorry to keep interrupting.

9        Maybe I didn't hear it.  Did you say if a Swift

10       driver?

11   BY MS. OPILA: (Resuming)

12      Q.  Yes.  If a Swift driver is picking up a trailer

13   from MGE5, how do they give notice to Swift and the

14   facility that they're picking up that trailer?

15      A.  For the -- for the load that was associated with

16   the particular trailer in question, they would deliver

17   that loaded trailer to Amazon, and they would show them

18   or check in with the -- that VRID that Amazon provides.

19   And then once they've dropped off the -- the trailer and

20   followed procedures, Amazon would provide a empty

21   trailer to the Swift driver.

22      Q.  And when a Swift driver goes to pick up a

23   trailer, how do they notify Swift that they've done so?

24      A.  It would be through a procedure that would give

25   us the trailer number.  And they would indicate their

Thomas Repko                                          12/01/2023

Page 92

1  tractor number.

2      Q.  Is that done like, through dispatch, or do they

3  somehow input something or -- or some- --

4      A.  It depends on the circumstances.  It depends on

5  the circumstances.  It could done through a message, a

6  phone call.  But, again, depends on the circumstances.

7      Q.  All right.  I believe those are all -- all the

8  questions that I had.  Thank you.

9                    CROSS-EXAMINATION

10  BY MR. PEACOCK:

11      Q.  I'm just going have a couple real quick, and we

12  can -- we can keep going, unless anybody needs to take a

13  break.

14          MR. STONE:  No.  Let's keep going.

15  BY MR. PEACOCK: (Resuming)

16      Q.  All right.  Mr. Repko, you've testified a couple

17  of times now that Swift's position is that it delivered

18  a load to MGE5 on November 29th in trailer number

19  130264, correct?

20      A.  That is correct.

21      Q.  Okay.  And then it's also Swift's position that

22  the next time that that trailer was used for an

23  authorized purpose, that the trailer was in Houston,

24  Texas, correct?

25      A.  That is correct.

Thomas Repko                                                12/01/2023

Page 93

1    Q.  I mean, doesn't the company find it unusual that

2    the trailer moved 400 miles between authorized trips?

3    A.  When we deliver the trailer into the Amazon

4    facility, it's the expectation that Amazon releases it

5    to the next inbound approved driver.  And that did not

6    happen in this case.

7    Q.  And -- and Swift would have known that that did

8    not happen on December 3, 2021, correct?

9        MR. STONE:  Object to the form.

10   BY THE DEPONENT: (Resuming)

11   A.  We looked back at the GPS of that trailer to see

12   that it was in Georgia prior.  And the last previous

13   authorized load that it ran on was in- -- inbound into

14   Georgia.

15   Q.  When -- when did Swift look back at that GPS

16   data?

17   A.  I don't recall the specific date that Swift

18   looked at the GPS data.

19   Q.  Well, my -- my question, though, is that -- I

20   mean, Swift knew on December 3rd that this trailer was

21   in Houston, Texas.  I mean, wouldn't the company

22   have -- have tried to determine, at that time, how it

23   got there?

24   A.  There would be circumstances where we would look

25   into that.  And in March, we reached out to Amazon to

Metro Atlanta Reporters, Inc.
770-985-2344

Thomas Repko                                        12/01/2023

Page 94

1   provide -- to request additional information about who

2   took that trailer from that facility.

3       Q.   Four -- four months after the fact, you reached

4   out to Amazon, correct?

5       A.   That is correct.

6       Q.   What's the circumstance then when Swift would

7   want to know that information immediately?

8           MR. STONE:   Object to the form.

9   BY THE DEPONENT: (Resuming)

10      A.   Could you clarify the -- the types of

11  circumstances?

12      Q.   I'm asking you to clarify the types of

13  circumstances.   You said in certain circumstances, Swift

14  would try to ascertain that information.   What -- what

15  kind of circumstance would lead Swift to want to know

16  that immediately, as opposed to four months later?

17      A.   I think that there are possibilities where Swift

18  would look into it, but that requires an investigation

19  and looking into details regarding that trailer.

20      Q.   Well, again, I mean, what are those

21  possibilities?

22          MR. STONE:   Object to the form.

23  BY THE DEPONENT: (Resuming)

24      A.   If there was an incident that required us to look

25  at it right away, we would look at it right away.

Thomas Repko                                                12/01/2023

Page 95

1    Q.   You testified repeatedly that the trailer 130264

2    was taken impermissibly from MGE5, correct?

3    A.   It was taken without authorization from MGE5.

4    That's correct.

5    Q.   Okay.  Without authorization and also

6    impermissibly, correct?

7    A.   Correct.

8    Q.   And so I mean, if a piece of equipment is taken

9    without authorization and impermissibly, that piece of

10   equipment is stolen, correct?

11        MR. STONE:  Object to the form.  Leading.

12   BY THE DEPONENT: (Resuming)

13   A.   It would be taken without authorization.

14   Q.   Does Swift see a difference between taking

15   something without authorization and stealing something?

16        MR. STONE:  Object to the form.  And, you know,

17    again, this is also beyond the scope of the Notice.

18   BY THE DEPONENT: (Resuming)

19   A.   It would depend on the circumstances.

20   Q.   And I'll -- and I'll just say that the Topic

21   Number four on the Notice is: All facts, documents,

22   communications and witnesses, et cetera, regarding the

23   movement of trailer 130264 between November 27th and

24   December 4th.  Whether that -- Swift has taken the

25   position that the trailer was taken impermissibly.

Thomas Repko                                          12/01/2023

Page 96

 1   I'm -- I'm asking if -- if impermissibly is somehow
 2   different from being stolen.  And that -- that's a fact
 3   of the trailer movement.
 4        MR. STONE:  I think you're asking him for a legal
 5        opinion on the difference between somebody taking a
 6        trailer without authorization and somebody stealing a
 7        trailer.  And, you know, he's not here to talk about
 8        how it's characterized, whether it's quote unquote,
 9        stealing or quote unquote, impermissible.  He's
10        answered your question.  I don't think he's going to
11        give you any kind of legal opinion on -- on whether
12        it's stolen.
13   BY MR. PEACOCK: (Resuming)
14        Q.  Well, I would say that, you know, something being
15   stolen is not a legal opinion in the first place.  But
16   regardless of the terminology, Swift should have known
17   on December 3rd, that this trailer was taken without
18   permission from MGE5 in Georgia once the trailer
19   reappeared in Texas, correct?
20        A.  The expectation is that Amazon releases the
21   trailers to the approved drivers or carriers.  In this
22   case, it did not.  I am not familiar with their -- their
23   policies, but they did not notify us -- Amazon notify us
24   this was taken by this carrier until March.
25        Q.  Well, but I -- I guess, I'm confused as to why

Thomas Repko                                        12/01/2023

Page 97

1    Amazon would have had to notify you.  Swift's -- Swift's

2    hooking up that trailer in -- in Houston, Texas on

3    December 3rd was notification, wasn't it?

4        A.  It allowed us to determine that that trailer was

5    in Georgia previously on a authorized load that

6    delivered into Georgia.  And it was now in Houston,

7    Texas.  And there was no Swift order associated that

8    moved it from Georgia to Texas.

9        Q.  And Swift didn't try to ascertain why that

10   happened for three months, correct -- or four months?

11       A.  Can you please repeat the question?

12       Q.  Swift didn't try to ascertain why that happened?

13   Why that trailer went from Jefferson, Georgia to

14   Houston, Texas for four months, correct?

15       A.  We reached out to Amazon in -- in March regarding

16   who took that trailer from that facility.

17       Q.  Right.  And that was four months after December

18   3rd, correct?

19       A.  Correct.  It was in March 2022.

20       Q.  Okay.  And Swift never filed any kind of police

21   report over any of this stuff, correct?

22       A.  Not to my knowledge.  No.

23       Q.  Okay.  And there's -- there's no internal

24   documentation from Swift trying to -- that hasn't been

25   produced yet that tries to explain how this happened,

Thomas Repko                                          12/01/2023

Page 98

1    correct?

2        A.   That is correct.

3        Q.   I mean, I -- is it -- is it customary for Swift

4    to notice that a piece of equipment appears in a

5    different place of the country and then not do anything

6    for four months to figure out why that happened?

7            MR. STONE:   Object to the form.

8    BY THE DEPONENT:  (Resuming)

9        A.   It would depend on the circumstance.   In this

10   particular scenario with this trailer, it was taken from

11   MGE5 in Georgia from the Amazon facility without

12   authorization.   And it wound up in Houston, Texas, and

13   our driver was able to connect to it in Houston, Texas

14   and drop it off at one of our customers in Houston for

15   their outbound volume.

16       Q.   I don't have anything further.

17                    RECROSS-EXAMINATION

18   BY MR. FUNT:

19       Q.   I have -- I'll be very brief.   Does Swift know

20   whether -- when this trailer ended up in Houston, Texas,

21   whether it was filled with any product or merchandise or

22   anything in it?

23       A.   I don't believe we have that information.

24       Q.   So it could have been filled with product or

25   merchandise?

Metro Atlanta Reporters, Inc.
770-985-2344

Thomas Repko

12/01/2023

Page 99

1   A.   That is possible.

2   Q.   Okay.  That's my only other question.  Thank you.

3        MADAM COURT REPORTER:  We'll go off the record.

4        MR. STONE:  Anybody else?  Okay.  We'll go off

5   the record.

6        MADAM COURT REPORTER:  And I don't need any --

7        MR. STONE:  Give me one minute.

8        MADAM COURT REPORTER:  Sorry.  Go ahead.

9            (Whereupon, the proceedings went off the

10           record briefly.)

11       MR. STONE:  Okay.  I have one quick follow up.

12   I want to just clarify something that was asked.

13                   DIRECT EXAMINATION

14   BY MR. STONE:

15   Q.   When WHV's counsel was questioning you, she said

16   did anybody contact that Swift driver to find out if he

17   took the trailer to Houston.  I think she was referring

18   to the Swift driver who was dispatched to pick up the

19   trailer in Houston and drop it at another customer's

20   facility in Houston.  So let me go back.  That -- did

21   anybody contact that Swift driver?  Did you look into

22   whether the Swift driver who picked up the trailer in

23   Houston and dropped at another customer's facility in

24   Houston had any involvement with that trailer from

25   Georgia to Texas?

Metro Atlanta Reporters, Inc.
770-985-2344

Thomas Repko                                          12/01/2023

Page 100

1     A.   We looked at the dispatch history of that truck,

2     and they did not take that trailer from Georgia to

3     Texas.

4     Q.   That's it.

5          MR. STONE:  Paige.

6          MADAM COURT REPORTER:  Yes, sir?

7          MR. STONE:  He's going to read and sign.

8          MADAM COURT REPORTER:  Thank you.

9          MR. STONE:  And I'd like to an ex- -- I'd like to

10    get an expedited copy.  Can you tell me when I might

11    be able to get it?

12         MADAM COURT REPORTER:  Sure.  You know, I can

13    always put things on the back burner.  You just tell

14    me when you want it, and I'll get it to you.

15         MR. STONE:  Monday.

16         MADAM COURT REPORTER:  Got it.

17         MR. STONE:  Thank you.  And then was this also

18    video?

19         MADAM COURT REPORTER:  It -- it wasn't,

20    but -- well, I really haven't even looked at the

21    Notice.  That would be a question for the attorneys

22    if it was.  I -- I don't think it was.  I think we

23    would have a videographer here if it was...

24         MR. STONE:  Okay.  Yeah.  So then I don't need to

25    sync the copy -- well, I wouldn't have to get a

Thomas Repko                                          12/01/2023

Page 101

1   synced copy.

2        MADAM COURT REPORTER:  And would either attorney

3   or any attorney like a copy of the transcript, as

4   well, at this time?

5        MS. OPILA:  Yes.

6        MR. PEACOCK:  Yes.

7        MS. OPILA:  On behalf of WHV -- on behalf of WHV,

8   we would like an E-Transcript with exhibits.

9        MADAM COURT REPORTER:  Thank you.

10       MR. STONE:  And, I'm sorry.  I should have said I

11  want an E-Tran.

12       MADAM COURT REPORTER:  No -- no worries.  Okay.

13  Mr. Peacock?

14       MR. PEACOCK:  I'll take an E-Tran, as well,

15  please.

16       MADAM COURT REPORTER:  And, Mr. Funt?

17       MR. FUNT:  I'm going to hold off just for right

18  now, but I will let you know if that changes.

19       MADAM COURT REPORTER:  Sure.  And, Mr. Stone, are

20  you willing to incur the cost of the original, or do

21  you want to hold off until the original is ordered?

22       MR. STONE:  I don't want the original.

23       MADAM COURT REPORTER:  Well, until Mr. Funt

24  orders -- until taking attorney orders, if anyone

25  else orders, and he hasn't, then the agency will

Thomas Repko                                         12/01/2023

Page 102

1  charge that order as the original.  You see where I'm

2  going?

3      MR. STONE:  Yeah.  I'll take it.

4      MADAM COURT REPORTER:  All right.

5          [Whereupon, the proceedings concluded at

6          2:24 p.m.]

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Thomas Repko                                          12/01/2023

Page 103

1    REPKO 12-01-2023

2                        ERRATA SHEET

3

4          In Re: TAUREAN STEPHENS VS. SWIFT TRANSPORTATION

5    CO. OF ARIZONA, LLC a/k/a SWIFT TRANSPORTATION

6    COMPANY, WHV TRANSPORTATION, LLC and JOHN DOE; CIVIL

7    ACTION FILE NO.: 1:22-CV-01403-JPB.  Testimony taken

8    of Swift Transportation corporate representative,

9    Thomas Repko by Attorney Eric Funt.

10

11   I have read the foregoing 102 pages of the transcript

12   and wish to make the following changes:

13   PAGE(S) LINE(S) REASON(S)

14   _____ _____  _____

15   _____ _____  _____

16   _____ _____  _____

17   _____ _____  _____

18   _____ I wish to make no changes.

19   Sworn to and subscribed before me, this _____ day of

20   _____, 2023.

21

22                        _____

23                        Notary Public, Georgia

24                        _____

25                        Thomas Repko

Metro Atlanta Reporters, Inc.
770-985-2344

Thomas Repko                                          12/01/2023

Page 104

1                         CERTIFICATE

2    STATE OF GEORGIA )

3    COUNTY OF DOUGLAS )

4

5        I hereby certify that the foregoing proceedings

6    were taken down by me, as stated in the caption; and

7    the questions and answers were reduced to print by

8    me; that the foregoing pages 4 through 102 represent

9    a true, correct, and complete transcript of the

10   evidence given on December 1, 2023, by the witness,

11   THOMAS REPKO on behalf of SWIFT TRANSPORTATION CO. OF

12   ARIZONA, LLC, who was first duly sworn by me; that I

13   am not a relative, employee, attorney or counsel of

14   any of the parties; am not a relative or employee of

15   attorney or counsel for any of said parties; nor am I

16   financially interested in the action.  The reading

17   and signing of this testimony under oath was

18   reserved.

19       This certification is expressly withdrawn and

20   denied upon the disassembly or photocopying of the

21   foregoing transcript of proceedings or any part

22   thereof, including exhibits, unless said disassembly

23   or photocopying is done by the undersigned certified

24   court reporter and/or under the auspices of Metro

25   Atlanta Court Reporters, Inc and the signature and

Thomas Repko                                              12/01/2023

Page 105

1    original seal is attached thereto.

2         Pursuant to the Article 8.B of the Rules and

3    Regulations of the Board of Court Reporting of the

4    Judicial Council of Georgia, I make the following

5    disclosure: I am a Certified Court Reporter.  I am

6    here as an independent contractor of Metro Atlanta

7    Court Reporters, Inc.  The firm was contacted by the

8    offices of THE CHAMPION FIRM to provide court

9    reporting services for this deposition.  I will not

10   be taking this deposition under any contract that is

11   prohibited by O.C.G.A. § 15-14-37(a) and (b).

12        I do not have a contract to provide reporting

13   services with any party to the case, any counsel in

14   the case, or any reporter or reporting agency from

15   whom a referral might have been made to cover this

16   deposition.  I will charge my usual and customary

17   rates to all parties in the case.

18

19   This 4th day of December, 2023.

20

21                        _Samantha Huston_

22                        _____

23                        Samantha Huston, CVR, CCR

24                        Certified Court Reporter

25                        GA Cert No: 6475604392148992

Metro Atlanta Reporters, Inc.
770-985-2344

Thomas Repko

**Exhibits**

**SWIFT DEFENDANTS EXHIBIT NO 1** 18:8,21
28:15 45:8 55:10 75:3

**SWIFT DEFENDANTS EXHIBIT NO 2** 33:20,21
34:17 36:2 46:19

**SWIFT DEFENDANTS EXHIBIT NO 3** 37:3,4,18
40:19 46:17,18 63:19,20

**SWIFT DEFENDANTS EXHIBIT NO 4** 44:18 45:5,
15 78:10

**SWIFT DEFENDANTS EXHIBIT NO 5** 51:15 52:1

**SWIFT DEFENDANTS EXHIBIT NO 6** 59:1,9 61:22
67:22 82:22,25 83:1

**SWIFT DEFENDANTS EXHIBIT NO 7** 67:17,23
68:8 71:22

**SWIFT DEFENDANTS EXHIBIT NO 8** 69:17,23

**SWIFT DEFENDANTS EXHIBIT NO 9** 73:11,18

**1**

**1** 18:8,21 28:15 45:8 55:10
70:15 75:3

**10** 75:20

**10,000** 14:23 15:7

**11** 28:18 32:18 41:1 75:20

**11/29** 47:2 86:22 87:16

**11/30** 87:6,8,17,18

**11:04** 5:2

**11:57** 42:14 43:16

**12/03** 87:8 88:15

**12/04** 88:15

**12/1** 66:2

**12/2** 66:2

**12/3** 66:2 87:7,17

**130264** 28:8 33:17 34:11
55:17 72:5 73:16 85:2,10
92:19 95:1,23

**130624** 55:17

**15** 43:21

**1700** 43:6

**1715** 42:24 43:13,17

**1817** 40:3

**181928** 34:11

**1873** 69:17

**1874** 69:17

**1875** 73:11

**1876** 73:11

**1st** 64:22

**2**

**2** 33:21 34:17 36:2 46:19

**2017** 13:3,15

**2018** 13:4,17

**2020** 12:17 13:5

**2021** 8:21 12:13,18 25:17,
25 27:23 33:17,18 36:22
39:17,21 40:13 42:14,24
46:20,24 50:8 56:10 63:5
64:22 66:7 70:15 71:4,12,
16 72:16 82:12 85:10,17
93:8

**2022** 23:14 24:5 51:5,8
52:11 97:19

**2134** 87:16

**2141** 86:22

**220264** 74:22

**2233** 40:4

**23** 72:16

**2330** 40:14

**27** 33:17

**27th** 95:23

**2808143** 51:10 79:2,23

**29** 36:22 46:20

**29th** 47:22 56:10 66:6
86:14 92:18

**2:24** 102:6

**2nd** 64:22

**3**

**3** 37:4,18 40:19 46:18 63:20
93:8

**30** 27:23 39:17,21 40:13
42:14,24 46:24 56:10 63:5
71:4,16 85:10,16

**30(b)6** 5:8

**30th** 30:8 42:9 47:3,7,10,
14,25 49:21 71:12

**3oth** 80:14

**3rd** 64:22 74:9,11 93:20
96:17 97:3,18

**4**

**4** 33:18 44:18 45:5,15 78:10

**400** 93:2

**45** 59:1 83:1

**4th** 95:24

**5**

**5** 51:15 52:1

**6**

**6** 59:1,9 61:22 67:22 82:22
83:1

**6:30** 39:17,21

**7**

**7** 67:17,23 68:8 71:22 72:16

Thomas Repko

**8**

**8** 69:17,23

**9**

**9** 73:11,18

**9720654831** 45:24 75:6

**9:41** 36:22

**A**

**a.m.** 5:2

**accept** 19:6

**access** 65:17,19 77:2,13 78:5,20

**account** 10:23 13:15 14:4, 5,6,12

**accountants** 10:16

**accounts** 12:5 13:1

**action** 50:19

**addition** 22:12 30:20 41:13 48:10

**additional** 9:4 11:15 12:22 13:9,12,13,24 22:1,7 36:10 44:8 51:23 54:5 74:16 94:1

**address** 39:12 81:20

**administer** 5:23

**advance** 66:13

**advised** 50:18

**affiliated** 55:23

**afternoon** 76:21

**agency** 101:25

**AGHPR** 80:18,21 81:1

**agree** 16:15 39:18 40:17,18 42:22 48:4

**agreeable** 5:16

**agreement** 5:9 82:13

**ahead** 40:8,13 64:2 83:11 99:8

**allowed** 5:11 97:4

**Alpha** 80:17,21 81:1

**Amazon** 19:22 20:5 21:22 22:6 23:15,16,19 29:6,20 30:2,8,21,24 32:21,22 33:2, 5 34:4 35:2,23 36:5 41:2,19 42:6,12,23 44:14,16 45:3 46:6,8 48:18 51:23,25 52:4, 6,10,12,22,23,24 53:18,20, 23,25 54:6,17 55:1 57:19 58:7,24,25 61:16,20 66:25 69:9,22 72:15 75:7,9,11,16 76:24 77:8 78:9,15,16,19 81:8,9,14,15 82:5 83:24 84:2,23 85:14 86:4,11 91:17,18,20 93:3,4,25 94:4 96:20,23 97:1,15 98:11

**Amazon's** 33:7,12 34:23 51:19 54:15 55:16 56:19 77:20 78:21

**answers** 7:10 25:11

**any-** 56:14

**anymore** 53:9

**apparently** 89:13

**appears** 43:21 78:24 83:2 86:14 88:15 98:4

**appointment** 35:20,22 88:18

**appointments** 88:19

**approval** 24:14

**approved** 11:19 14:25 15:4,18 17:5,15,24 18:5 20:7 24:11 29:11,16 30:23 31:3,6 32:5,7,11,14,17 41:6,15 48:2,12 57:15,20, 25 58:1 60:1 61:14 67:3,4, 11,14 73:24 74:5,6,10 83:14 84:9 85:5,19 93:5 96:21

**approximately** 39:17,21

**Arizona** 5:7 6:7 8:1

**arrived** 44:10,12 48:17 54:14 86:13,18,21

**ascertain** 94:14 97:9,12

**aspects** 54:4,7

**assert** 15:25

**assign** 75:10

**assigned** 37:23 67:2,8,11, 14 75:8 84:11

**assist** 9:12

**assume** 7:18 40:12

**assuming** 64:13

**attached** 29:5 41:11 57:23

**attorney** 25:12 76:22 101:2,3,24

**attorneys** 100:21

**audit** 77:9

**August** 13:3,15

**authority** 89:13

**authorization** 24:1,2 50:14,20 58:3 61:19 67:6 70:12 95:3,5,9,13,15 96:6 98:12

**authorized** 11:20 14:25 15:4,19,24 17:5,16,24 18:5 20:7 24:12 29:11,17 31:2,6 32:7,15 48:3,12 57:25 58:18 59:25 67:2,9 71:5 85:6 92:23 93:2,13 97:5

**automatically** 53:6

**autopopulated** 86:9

**aware** 15:16 27:15,21,24, 25 28:6,10 50:10 55:5 56:8 77:20 79:14 80:25 88:21,25

**B**

**back** 16:21 24:15 25:10 28:14 30:10 34:8 45:8 46:17 47:18 63:19 65:5 66:17 75:3 76:22 87:5,17 93:11,15 99:20 100:13

**based** 15:17,20 16:2,25 17:12 39:25 40:2,23 42:22 43:18,24 47:20,23,24 57:22 61:9,17 87:15 90:13

**basis** 15:23 17:3,10 48:22

**Bates** 33:21 34:14 51:15 67:17 73:11

**battery** 38:2

**began** 74:4

**begin** 73:25 74:6

**begins** 62:7,17 68:4

**behalf** 28:21 45:12 73:24
101:7

**behavior** 51:4

**believes** 49:20 56:25 60:12

**Big** 10:6

**Bill** 56:23 87:20,22

**bind** 16:17

**binds** 19:3

**bit** 7:5 37:10 38:23 60:4,5

**blank** 57:18

**BOL** 34:4,23 56:22

**bottom** 44:21 51:21 57:4
67:18

**box** 10:6

**Branch** 36:1,14 42:3,5,7
70:17 86:4

**Braselton** 43:13,17

**BRASGA** 87:8

**break** 25:5,20 46:9 63:13
76:2,5,6,15 92:13

**bridge** 38:12

**briefly** 25:9 45:8 46:15
63:17 76:18 99:10

**bring** 41:21

**broad** 90:24

**brought** 33:6,8 46:20 66:6

**building** 51:22

**burner** 100:13

**business** 13:21

---

**C**

**call** 36:18,19 68:5 92:6

**calling** 33:7

**calls** 11:8 27:15

**cancelled** 14:11

**capability** 43:23

**capacity** 16:3,11,25

**career** 14:15

**cargo** 39:4,7,8

**carried** 66:14 74:20 83:3,
20,23

**carrier** 15:24 17:5 18:5
23:17,21 29:16,17 31:4,6,7
32:8,15,17,23 48:2,3 50:13
58:18 60:1 67:3,9,11,15
71:5 80:17,21 81:1 84:9
85:6 96:24

**carrier's** 41:6

**carriers** 11:20 14:25 15:4,
18 17:16,24 20:7 24:12,14
29:11 30:23 32:5 48:12
57:25 85:19 96:21

**carriers'** 17:25

**case** 20:2 23:19 31:24
32:16 37:24 44:6 45:19,21,
23 46:5,6,8 48:25 49:2,11,
13,16 57:20 60:3,13 64:4,9
66:16 67:5 71:2 75:6,7,9,
11,12,15 81:15,16 82:10
93:6 96:22

**cases** 11:17 81:13

**CD** 68:4 73:25 74:6

**CD11478** 68:14 69:2

**cell** 28:11

**center** 62:21

**cetera** 95:22

**chain** 48:21 49:19

**change** 56:4,6

**characterized** 96:8

**charge** 102:1

**Charlie** 68:4

**chart** 35:1

**check** 53:21 54:11,13,24
77:10 91:18

**check-in** 54:12

**checked** 54:24,25 55:13,
14

**checking** 55:18

**checkout** 54:20 77:11

**circumstance** 11:13 74:3
94:6,15 98:9

**circumstances** 11:19
17:11 38:11 44:5 52:20
56:5 63:25 64:3 65:4 66:15,
23 70:25 82:9 92:4,5,6
93:24 94:11,13 95:19

**city** 36:13,15 43:19 68:5
87:11

**Civil** 5:8

**claims** 20:1,15,19,20
21:10,25 22:4,7,11 27:1,22
28:6 46:19

**clarify** 31:11 47:10 56:11
66:8 70:16 71:10 82:1
84:18 85:13 94:10,12 99:12

**clear** 47:13

**client** 27:21 28:6 75:17

**client's** 39:16

**close** 64:16

**closer** 57:6

**closest** 39:11,12

**Co-defendant** 22:14

**Cobb** 27:25

**code** 36:5 62:21,24 74:24
80:17,21 81:1,3

**column** 35:15 38:24 39:4,9
42:4 44:1 53:19 57:3,9,17
60:6

**comments** 86:8,9

**communicate** 9:10,11,13
14:9 75:16

**communicated** 14:6
50:16 79:16

**communication** 21:17,21,
23 22:18,21 23:22 26:8
27:8 32:21 33:3 42:11
44:13,16 45:2,16,18 48:18,

Thomas Repko

24 49:1,2,25 51:3 52:22,24
53:3 58:7 61:16,20 78:15
81:2,5,14 84:23

**communications** 19:22
22:16 23:3,7,11 24:8,25
25:20 26:2,15,21 27:5,6,7,
12 28:19 33:16 45:10 50:6,
7 51:9 75:5 79:20 95:22

**company** 16:18 17:19
93:1,21

**compared** 17:15 43:9

**Complaint** 28:23

**complete** 50:18

**completed** 20:12 86:23

**complied** 5:3

**computer** 18:11 37:8 64:6

**concluded** 102:5

**conditions** 38:15 43:25

**conducted** 5:12 24:3

**confident** 73:6

**confirm** 34:22 37:1 40:11
55:9 80:23

**confused** 96:25

**connect** 98:13

**connected** 30:4,14,18
39:13 58:14,19 89:16

**connection** 38:14 43:24
44:2,6 65:7

**Consignee** 62:24

**consult** 21:3 22:14

**consulted** 20:17 22:9

**contact** 81:11 82:4 90:10
99:16,21

**contacted** 78:25 79:3

**context** 54:8

**continue** 16:8

**coordinate** 8:12,25 9:16
10:8,23 14:13 24:11,14
43:12 63:20 64:5

**coordinates** 37:22 40:2,5
42:3 43:8,11 47:23 63:24

64:2,21 65:10 66:3

**coordinating** 10:25 11:6,
11,24 12:3 13:6 14:3

**copy** 80:10 100:10,25
101:1,3

**corporate** 5:5 6:16 16:8,11
18:25 19:7 27:20 47:5 73:3

**correct** 6:9,10,12,13,24
9:25 10:2 14:19,20 15:1,2
17:25 20:24 25:22 27:18,23
29:18,21 30:9,24 32:8,9
34:22 35:4 38:6,7 40:6,7,9,
16 41:3,4,8 42:13 43:14
46:21 49:13,14,23 53:14
55:21 60:9,10 63:9 65:12,
13,15,23 66:7,9,14 67:13
68:12 70:3,5,13 71:7 73:10
74:2 76:23 77:13,18 78:3,6,
14 80:2,11 83:4 84:8,15
85:17,18 86:15,16 87:3,14,
21,22,24 88:16 89:12
92:19,20,24,25 93:8 94:4,5
95:2,4,6,7,10 96:19 97:10,
14,18,19,21 98:1,2

**correction** 25:15 26:1
65:19

**corrective** 50:19 51:4

**corresponds** 57:8,11

**cost** 101:20

**counsel** 5:9,17 6:9 20:18
22:12 75:25 99:15

**count** 17:13

**country** 98:5

**counts** 17:9

**County** 28:1

**couple** 29:22,23 59:5 76:11
92:11,16

**court** 5:3,20,22 16:20
25:10 99:3,6,8 100:6,8,12,
16,19 101:2,9,12,16,19,23
102:4

**create** 81:13 90:25

**created** 31:21 46:5 56:9
75:9 89:8,9

**cross-examination** 5:10,

25 76:19 92:9

**current** 8:6

**cursor** 43:3

**customary** 98:3

**customer** 10:23 11:4,15,
18,21,23 12:3,4,9,25 14:8
50:11 89:19,25

**customer's** 35:18 99:19,
23

**customers** 8:13,24 9:1,11,
16,17,20,21 10:6,7,9,11,13,
15,17,21 11:2,3,7,25 12:5
13:8 83:2 98:14

**cut** 89:22

**cuts** 7:13

---

**D**

**Dan** 22:12 24:20

**data** 54:4 93:16,18

**databases** 27:4

**date** 30:17 35:20,22,23
36:18 39:19 52:18 53:15
74:8 79:18 80:14 87:4
93:17

**dates** 22:23 37:14 44:22
73:21 87:11,18

**day** 9:9 15:23 17:2,13,14
37:25 38:3,18 42:9 47:2

**day-to-day** 17:10

**days** 29:22,23 30:7,8 41:7

**dead** 63:1 72:3 74:4

**deadhead** 62:8,18

**dealt** 12:14

**December** 25:17,25 33:18
50:4,8,25 64:22 70:15
72:16 74:8,11 93:8,20
95:24 96:17 97:3,17

**decide** 16:6

**Defendant** 5:6

**defense** 28:20 45:11,17
56:25 58:4 60:17,23

Thomas Repko

**defenses** 60:3,13 61:5

**definitive** 17:12 22:25 66:18 69:13 88:10,12

**DELAPTNDEL** 88:14

**delay** 64:17

**delayed** 14:11

**delays** 12:7

**deleted** 53:8

**deleting** 53:5

**deliver** 10:19 11:14,17,20 29:25 78:7 91:16 93:3

**deliver-** 88:14

**delivered** 30:2,12 34:8 36:6,19,21 47:2,21,25 48:1, 6 57:12 66:10,24,25 67:12 71:13 74:15 86:11 88:3 92:17 97:6

**delivering** 11:22 12:2 70:6, 20

**delivers** 42:8 77:17 78:3

**delivery** 11:25 88:18

**Delta** 68:4

**departed** 42:10 43:5 48:6

**departing** 75:18

**department** 9:5,6

**departments** 21:4 22:4 24:11

**depend** 11:13 52:20,23 63:25 65:4 66:15,19,23 74:3 77:19 95:19 98:9

**depending** 17:11 38:11

**depends** 44:5 70:24 92:4,6

**DEPONENT** 10:5 15:12 17:8 18:2 21:1 25:14 40:22 47:9,17 64:24 65:25 67:25 71:9 72:11 73:20 75:14 77:6,23 81:25 84:17 85:12 93:10 94:9,23 95:12,18 98:8

**deposed** 6:14

**deposition** 5:6,12,16 18:9 22:10,15,20 23:5 26:11

**Depot** 90:4,8

**derived** 37:16

**describe** 29:2

**descriptions** 58:21

**designated** 6:16

**destination** 10:20 34:8 36:4,15,18 86:13,19,22

**details** 16:5 22:3 36:11 41:22 42:1 61:24 62:2,3 94:19

**determine** 20:16 21:18 31:1,25 32:23 43:9 75:19 93:22 97:4

**determined** 58:2 61:9

**development** 14:12

**DH** 62:7,18 74:4

**difference** 15:14 95:14 96:5

**difficult** 7:6 18:10

**DIRECT** 99:13

**directly** 65:15

**director** 8:7,16

**discovery** 5:10 26:19

**discussed** 32:19,20 58:5, 6,15 75:21

**discussing** 68:20

**discussion** 26:19 45:20 55:8

**dispatch** 19:19 21:7,8,24 30:16 31:24 41:22 42:11 62:14 68:5 69:11 73:15,21 74:8 88:10 89:15,23 90:14 92:2 100:1

**dispatched** 74:11 99:18

**dispatching** 21:24

**display** 73:15

**document** 33:21 34:14 37:4 45:25 47:1,18,22 48:7 51:15 52:15 59:7 61:14 67:17 68:25 69:15,18 73:1

28:14 45:9 49:8 61:11 72:9 75:4 77:4

77:8 79:12 83:13,16,20,24 84:3,21 85:23 88:6,21,25

**documentation** 20:16 21:17 33:5 55:12 56:21 97:24

**documents** 18:17 22:18, 24 24:23 25:3 26:4,6,10,11, 12,20 28:19,25 30:16 33:12,15 41:21 45:10 49:5 60:22 61:2,17 62:13 69:14 70:10 75:5 82:20 95:21

**driven** 14:15 17:3

**driver** 34:9 56:25 57:15 60:13,17 61:5,7,11 67:2,3, 8,12,14 70:6 71:5 74:20,24 85:2,9,16 90:5,6,10 91:4, 10,12,21,22 93:5 98:13 99:16,18,21,22

**driver's** 62:20

**drivers** 8:12,25 9:16 11:14, 16 12:6 14:3,7,9,13,18,21 15:3 17:14,17,19,22,24 18:3 36:11 62:9 90:18 96:21

**driving** 17:18,19,22,24 18:3 28:20,21 42:16 45:11, 12 61:6 78:13

**drop** 34:10 70:8 88:17 98:14 99:19

**dropped** 89:25 91:19 99:23

---

E

**e-mail** 21:17,21,22 23:3,7 26:8,15,21 27:4,5,6,7,8 32:21 33:3 45:1,2,16,18 48:21,25 49:19,24 50:7 61:20 78:11,15,22 79:20 81:3,19,20 84:19,23

**e-mailed** 53:1,11,14

**e-mails** 11:8 23:12 24:15, 19,22 25:16,23 26:23,25 27:2,8 49:24 50:1 53:6,8 85:15

**E-TRAN** 101:11,14

**E-TRANSCRIPT** 101:8

Thomas Repko

**earlier** 50:22 87:25

**early** 13:4,16 14:10

**easier** 19:17

**easiest** 6:21

**Eastern** 36:24 39:17,23,24 40:8,13

**embedded** 38:5

**employed** 7:21 8:4 17:4,5

**employee** 15:24 81:16

**employees** 15:7 17:3,4

**employer** 7:24

**emptied** 36:19

**empty** 34:12 36:18 39:7,8 70:9 86:23 89:18 90:5,7 91:20

**end** 7:9 12:18 47:2 75:23

**ended** 98:20

**entered** 57:7

**entity** 8:2

**equipment** 95:8,10 98:4

**Eric** 25:5 34:1 49:9

**error** 40:16

**essentially** 9:2

**estimate** 14:21 15:3 58:23

**etas** 12:5 14:7

**event** 29:15 58:21 64:18

**ex-** 100:9

**examination** 18:16 99:13

**excellent** 39:1 44:2 64:14, 15 65:7

**Exhibit** 18:8,21 28:15 33:20 34:17 36:2 37:3,18 40:19 44:18 45:5,8,15 46:17,19 51:15 52:1 55:10 59:1,9 61:22 63:19 67:17, 22,23 68:8 69:17,23 71:22 73:11,18 75:3 78:10 82:22, 25

**exhibits** 101:8

**exit** 28:2 54:20

**expectation** 93:4 96:20

**expected** 11:16 66:22

**expedited** 100:10

**experience** 15:17,20 16:2, 10,14,25

**explain** 86:17 97:25

**explained** 22:2 50:16

**extent** 15:10 16:17

**F**

**facility** 20:5 22:6 23:16,21 24:1,4 29:6,9,20,25 30:2,8 32:3,24 33:14 34:7,10 36:5 39:12 41:3,10,19 42:10,23 44:13 45:4 46:4 48:14,19 50:11,14 51:2 56:17 57:8, 16 58:3,8,16 63:11 67:6 69:9,22 70:5,7,15,16,18,19, 21,23 71:6,10,24 73:7 76:23,24 77:2,13,17,19 78:2,3,6 79:1 80:5,8 84:12, 15,22 90:2,19,21 91:14 93:4 94:2 97:16 98:11 99:20,23

**fact** 17:12 94:3 96:2

**facts** 28:19 33:15 45:10 75:5 95:21

**fair** 7:10,19 31:22 48:15 56:2 73:23 84:13 85:8

**familiar** 21:2 53:7,9 54:1,3, 10,18,20 55:2,15 56:18 58:21,23 96:22

**fashion** 12:11

**Federal** 5:8

**Ferry** 28:2

**field** 36:9

**figure** 53:13 98:6

**filed** 97:20

**filled** 98:21,24

**final** 10:19 35:19 86:13,19, 22

**find** 29:21 40:15 41:5 52:19 58:11 66:17 90:11,17 93:1

99:16

**finding** 51:6

**fine** 10:3

**finish** 7:7

**five-minute** 63:13

**flatly** 16:13

**flight** 76:10

**Florida** 59:22 82:18

**fluctuate** 17:10

**fluctuates** 15:19

**focuses** 12:8

**folks** 10:8,24 20:23 36:11

**follow** 99:11

**form** 5:14 15:9 18:1 20:25 40:21 42:18 47:8 53:3 64:23 65:24 71:8 75:13 77:15 81:13,24 84:16 85:11 90:22 93:9 94:8,22 95:11, 16 98:7

**format** 53:22,23

**found** 30:9 41:16 50:21 58:12 85:7

**fourth** 60:6

**freight** 11:5 12:2,10 20:8 29:12 35:18

**front** 6:12

**Funt** 5:5,20 6:1 9:21,25 10:2 16:7,23 18:23 25:6,12, 13 34:15,19,20,21 37:20 42:20 45:7 46:16 47:15 49:12,17 52:3 59:11 61:3 63:18 67:23 68:10 69:25 76:16 98:18 101:16,17,23

**future** 51:21 57:5

**G**

**gate** 54:20 77:10

**gather** 19:12

**general** 9:7 15:23 52:9 54:22 81:18

Thomas Repko

**generally** 9:18 12:20 17:2 29:3,18 83:13

**generated** 60:8,11 69:4

**generically** 9:23

**Georgia** 28:1 36:15 47:21, 24 59:22 65:22 66:4 69:9 70:17,19,21 72:15 86:5,15 88:4 93:12,14 96:18 97:5,6, 8,13 98:11 99:25 100:2

**give** 9:9 17:12 22:24 66:18 69:12 88:9,11 91:5,13,24 96:11 99:7

**good** 44:6 76:21

**GPS** 20:3 22:2 37:16,21,22 38:2,5,19 40:2,4,23 42:3 43:8,11,12,15 47:23 58:13 63:20,23 64:2,5,8,13,21 65:6,7,10 66:2 86:25 87:12, 18 93:11,15,18

**great** 7:5 28:18

**grocery** 9:24 10:7

**guess** 78:12 83:3 88:25 89:9 96:25

---

**H**

**half** 52:16

**hand** 5:23

**handle** 9:6

**hang** 77:21

**happen** 38:1 93:6,8

**happened** 23:24 27:25 39:16 97:10,12,25 98:6

**happy** 75:24

**haul** 14:18,25 15:3 17:10, 14 35:18 82:14

**hauled** 15:22,23 17:2 25:1 31:3 34:7 82:16,17

**hauling** 11:12 17:17 29:11 32:1 44:11 84:1

**hauls** 70:1,4

**head** 7:2 63:2 72:3 74:4

---

**hear** 7:12 89:6 91:9

**heard** 7:18 49:18

**Heather** 22:11

**helpful** 37:11

**helps** 49:11

**hesitate** 7:14,17

**higher** 32:25

**history** 19:19 20:6,9 21:7, 9,24 22:2 29:2 30:16 31:24 41:22 42:11 47:19 61:24 62:14 65:6 69:11,12 73:16 82:19 88:11 89:15,23 90:14 100:1

**hit** 27:22 28:7,12

**hold** 10:18 101:17,21

**Home** 90:4,8

**hooked** 31:25 38:1,4 58:17 90:15

**hooking** 97:2

**hoping** 37:7

**hour** 38:16,21,22 39:2,3 43:22,24

**hours** 40:8,13 76:11

**house** 64:10

**Houston** 30:5,15,19 41:7, 20 42:16 44:10,12 58:20 67:16 74:12,14,15 87:7,9 88:1 89:14,17,19,25 90:1,3, 9,12,16 92:23 93:21 97:2,6, 14 98:12,13,14,20 99:17, 19,20,23,24

**huh-uh** 7:2

**hundred** 7:8

---

**I**

**I-285** 28:1

**ID** 33:6 34:4 48:7 53:17,21 56:19 57:6

**idea** 9:9

**identification** 35:11

---

**identified** 18:22 23:25 34:18 37:19 45:6 52:2 59:10 68:9 69:24 73:19

**identifier** 28:12

**identify** 27:8 29:13 32:23 34:14 35:13 36:12 88:6

**idle** 38:16 43:2

**IDS** 53:18 54:18

**immediately** 94:7,16

**impermissible** 96:9

**impermissibly** 95:2,6,9,25 96:1

**important** 6:22

**in-** 93:13

**inbound** 13:21 20:4 22:5 29:6 41:9 57:10 58:16 67:2 69:21 70:21 72:21 93:5,13

**incident** 22:17 23:8,9 24:16 25:17,24 26:1,3,22, 24,25 27:3,13,16,17 29:16, 23 30:4,10 31:4 40:25 50:3, 7,24 51:7,9,13 61:12 94:24

**includes** 51:23

**including** 29:1

**increase** 13:24

**increased** 11:15

**increments** 43:21

**incur** 101:20

**indefinitely** 24:5 51:6

**independent** 79:10

**indicating** 63:10 68:15 84:21,24

**indication** 59:24

**indiscernible/parties** 41:25 89:4

**individual** 16:3,10,13,25 28:20 45:11

**individuals** 22:8

**information** 19:21 20:2,16 21:25 22:1,3,7 23:10,20 44:8 46:1,2 47:4,21 51:23 52:8,12 53:16,20,24 54:2,5

Thomas Repko

55:1,15 57:11,22 58:25
59:16 61:18 62:25 65:1,3,
16,18,20 66:17 67:10
68:19,24 70:10 72:12 73:22
74:13 77:7,8 78:18,21 79:4,
6,7,9,17,25 81:22 82:1,3,4,
5,8 84:9,24 85:21 86:2,7,
18,19 88:9,17,20,24 89:11
94:1,7,14 98:23

**initially** 21:22

**input** 92:3

**inspected** 56:13,17

**inspection** 56:16

**inspections** 56:8,12

**instances** 24:13

**interested** 71:15

**internal** 26:25 31:19 35:2
64:11 65:16 75:10 97:23

**internally** 64:10 68:17

**interrupting** 91:8

**intervals** 38:9

**investigated** 67:11

**investigation** 24:3 94:18

**involve** 51:10,12

**involved** 20:14 21:8,21
22:19 24:7,19 25:22 28:22
45:12 51:12 66:22

**involvement** 99:24

**issue** 7:14 85:3

**items** 21:19

**J**

**Jefferson** 36:15 47:21
65:22 70:17,19,21 72:15
86:5,14 88:3 97:13

**jobs** 71:23,24

**July** 8:21 12:13

**jumps** 87:17

**June** 12:18 24:2,4 51:5,8

**K**

**keys** 83:2

**kind** 9:7 11:24 16:5 60:5
62:22 94:15 96:11 97:20

**kinds** 9:21

**knew** 93:20

**knowledge** 8:3 18:4,6
19:12 20:11 27:17,18,19
31:19 49:22,23,25 71:3
73:10 75:15,22 77:2 80:23
90:13 97:22

**knowledgeable** 20:23

**L**

**label** 67:18

**labeled** 51:16

**Lading** 56:23 87:20,23

**landmark** 39:9,11 42:4

**landmarks** 39:14 43:18

**lane** 36:6

**large** 10:7

**larger** 17:14

**latitudes** 37:15

**law** 5:11

**lawsuit** 22:22 23:6

**lead** 94:15

**leader** 8:19,23 12:13,19,25
13:6,16 14:5

**leading** 60:20 95:11

**learned** 51:1

**lease** 11:5 11:6

**leasing** 9:6 10:13,20,21

**leaves** 42:14 43:12

**leaving** 50:5 63:4 70:4
74:12

**left** 23:16 33:13 34:3,10
36:4 41:19 42:23 48:5,16,
23 51:22 57:10 62:7,17

**legal** 20:18 22:12 96:4,11,
15

**license** 34:6 35:9,13 55:3,
5,6,11,14,17,18,20,22,23
56:1,3,6

**limited** 16:12

**list** 56:22 83:14

**listed** 18:18 21:20 48:25
55:3

**litigation** 85:3

**LLC** 5:7 8:1

**load** 10:17 12:10 17:9,13
29:13,25 30:1 31:2,3 32:11,
12,13,14,17 33:6,7,9,13
34:4,23 35:2 36:6,13,21
48:7 53:17,18 57:6,7,8,15,
20 58:15 62:10,19,20,21
64:1 67:4,7 70:7 71:6,14
83:2 84:11,21 90:20 91:15
92:18 93:13 97:5

**loaded** 34:6,11 35:15,17
36:17 39:6,7 42:6 57:19
66:25 70:8 71:13,14 91:17

**loads** 17:15,17 20:4 24:6
29:10 41:15 48:11,13 58:1,
9,11 59:17,21 61:15 70:7,
14,20,23 71:16 72:14,20
73:4,7 77:17 78:3,7 82:14,
17,19,21 83:3,4,14,20,24
84:2 85:5,20 90:19

**local** 47:1,11

**locate** 83:19

**located** 6:6 35:25

**location** 38:21 62:23,25
63:1 64:12 68:7,13,18 69:6,
8 74:3 82:18 83:21 84:7
85:20 91:4,5,6

**locations** 13:21 82:15 83:3

**long** 8:4,8,20 12:16 13:2
46:10 52:23 76:7

**longer** 46:12

**longitudes** 37:15

Thomas Repko

**looked** 19:19,22,23 20:2,4,
6,8,10,11 21:10 22:17 29:6,
7,9,19 30:6,10,12,22,25
33:4 41:3,9,10,13 49:14
56:14 58:10 66:7 69:11
72:21 73:4,6 82:19 85:4
88:10 93:11,18 100:1,20

**lost** 16:5

**lot** 60:21

**loud** 7:1,4

---

**M**

**MADAM** 5:22 99:3,6,8
100:6,8,12,16,19 101:2,9,
12,16,19,23 102:4

**made** 50:10 79:6 88:22
89:1,2,7

**maintain** 31:8 32:4 70:22

**majority** 15:22 17:1

**make** 6:20 7:3 25:15 26:1
60:25 76:9

**managed** 13:20

**management** 8:7,16 14:6
33:4,12 51:19

**managements** 14:5

**manager** 12:14 13:4,15
14:4,12

**manual** 73:25

**manually** 53:6 68:6 69:5

**March** 23:14 24:2 52:11
93:25 96:24 97:15,19

**Marietta** 40:19

**mark** 18:8 33:20 37:3 44:18

**marked** 85:24

**market** 12:23 30:5,15,19
58:20 89:17,19

**matching** 19:25

**material** 51:23 61:10

**Matt** 16:7 49:13

**matters** 18:16

**means** 54:2,21

**meant** 42:19

**MEM5** 42:14,18

**MEM6** 35:25 36:7,8,14 42:7
66:8

**mentioned** 9:15 14:17,24
21:5 65:10

**mentioning** 25:16

**merchandise** 98:21,25

**message** 36:9 92:5

**MGE-** 71:20

**MGE5** 22:6 29:7 30:12 32:3
36:5,8,9,16,21 41:3 42:19
43:5,9 44:13,15 46:20 47:3
48:2,3,5,6,10,17,23 49:21
50:5 51:20,22 54:14 55:13
56:9,16 57:12 59:20,25
61:14,17,19 63:4,7 66:6,8,
11,20,24 67:9,12 69:22
70:1,7,21 71:11,14,16,20,
23,25 72:1,15,20,22,24
73:5,7 75:19 76:23 78:2,17
80:5,12,14 83:21 84:7,10,
14,22,25 85:20 88:4 90:15
91:3,13 92:18 95:2,3 96:18
98:11

**MGE6** 66:6

**mid** 50:8

**miles** 36:17 93:2

**mind** 46:8 63:12

**minute** 9:19 43:21 99:7

**minutes** 28:10 46:11 75:24
76:8,15

**Mississippi** 36:1,14 42:7
86:4

**mode** 38:17

**moment** 40:12 65:8

**moments** 14:17

**Monday** 100:15

**monitor** 64:2

**monitoring** 63:24

**months** 8:5 23:1 94:3,16
97:10,14,17 98:6

**move** 13:4 70:9

**moved** 12:18 13:16 66:4
68:16 85:5 93:2 97:8

**movement** 10:25 11:24
20:24 21:2 29:2 33:16 64:3
73:15 74:15 95:23 96:3

**moving** 38:17,20 43:1,4
58:13,17 74:1

**multiple** 37:25 38:3 39:2
43:23

---

**N**

**names** 9:20 10:1 21:13
24:18,22,24

**narrow** 91:3

**nature** 82:12

**needed** 12:22 13:13 22:1

**network** 8:7,16,19,23
12:13,19 13:11,23 21:3,12

**nicely** 7:3

**non-swift** 31:14

**North** 28:1

**notes** 75:24

**notice** 5:9 12:23 15:10 16:5
18:9,16 28:14 45:9 72:9
75:3 90:24 91:1,5,13 95:17,
21 98:4 100:21

**notification** 22:19 97:3

**notified** 50:10 79:1

**notify** 91:23 96:23 97:1

**November** 12:17 13:5
27:23 30:7 33:17 36:21
39:17,21 40:13 42:9,14,24
46:20,24 47:7 49:21 56:10
63:4 66:6 71:4,12,16 72:16
80:14 82:12 85:10,16 86:14
92:18 95:23

**number** 10:6,7 11:3,4
15:15,18 17:9 23:19 28:8,
18 32:18 33:1,2,7,15,17
34:4,5,14,23 35:1,2,7,8,16,
17 45:9,21,23 46:5,6,8
48:20,25 49:2,13,16 51:15
56:3,20,22 62:7,17 63:6

Thomas Repko

68:14,15 69:1,4,7 72:14
74:4,17,20,24 75:4,6,7,9,
11,12 79:22,24 80:2 85:2,
10 86:3 88:6 91:25 92:1,18
95:21

**numbered** 33:21

**numbers** 59:15 73:22,24
74:6

**Nussbaum** 78:25 79:16
81:7,12,23 84:19

**Nussbaum's** 81:20

**O**

**O.C.G.A.** 5:4

**oath** 5:23 6:23

**object** 15:8,9 18:1 20:25
40:21 42:18 47:8 60:19
64:23 65:24 71:8 72:8
75:13 77:15 81:24 84:16
85:11 90:22 93:9 94:8,22
95:11,16 98:7

**objection** 10:4 15:25

**objections** 5:11,13 16:21
17:6

**obtained** 70:10

**occasion** 13:22

**occurred** 23:9 26:17 50:4

**occurs** 54:10

**October** 12:17

**October/november** 13:5

**official** 7:24

**Olive** 36:1,14 42:3,5,6
70:17 86:4

**OM** 36:9

**one's** 62:1

**one-page** 51:15 67:17

**open** 75:12

**opened** 75:15 81:15

**operate** 12:9 17:21 46:7

**operating** 19:24 29:4,7
31:18 57:22 68:6,17 69:6

**operation** 10:8

**operations** 8:12,25 9:10,
16 10:23 11:7 12:4 13:10,
22 21:4,11 27:6 36:11
54:23

**Opila** 76:2,5,6,8,12,20,21
77:16,24 78:1 88:7 91:2,11
101:5,7

**opinion** 96:5,11,15

**opportunity** 18:15

**opposed** 94:16

**order** 20:6 34:4 35:1 36:9,
17,19,23 47:19 56:20,22
57:14 59:14 61:24,25 62:1,
3,7,8,14,16,17,18 63:2,6,9,
10 66:5,10,13,16,21 68:3,4,
5,14,15 69:1,4,7,12 72:4
73:21,23 74:4,5,8,10,12,17,
20 86:2,3,10,23 87:10,14,
21 88:1,2,3,21 89:1,7 97:7
102:1

**ordered** 101:21

**orders** 17:9 29:10 62:3,5
66:12 73:24 74:7 101:24,25

**origin** 34:7 35:19 36:7,13,
17

**original** 101:20,21,22
102:1

**origins** 60:6 82:21

**outbound** 11:5 12:10
13:21 70:25 71:20 72:21,23
73:2,4,7 98:15

**outline** 20:17

**overview** 9:7

**owned** 18:7 30:23 32:5

**owner/operators** 17:20

**P**

**p.m.** 36:22 39:17,21 102:6

**Paces** 28:1

**pages** 59:2,13 62:11 83:1

**Paige** 100:5

**part** 7:12 9:15 14:12 24:20,
21,25 26:18,19 54:11

**pass** 75:25

**past** 51:21 57:4

**Peacock** 5:19 76:4 92:10,
15 96:13 101:6,13,14

**Pendergrass** 42:8,24
43:13,16 47:24 69:9

**PENDGA** 86:22 87:6

**people** 21:14 24:18

**percent** 7:8

**perfect** 62:1 63:15

**period** 29:9 38:20,25 40:14
59:18 69:22 70:1 80:13
82:20 83:15 84:4

**permission** 96:18

**person** 6:8

**personnel** 54:6

**ph** 22:13 24:20

**Phoenix** 6:7 36:25 37:2
47:1,10,20

**phone** 11:8 27:15 28:11
92:6

**phrase** 77:10

**pick** 35:24 36:8 91:22
99:18

**picked** 62:23 63:1 74:14
86:10 90:5,6 99:22

**picking** 90:18,20 91:4,7,
12,14

**pickup** 35:22 88:16,17,18

**piece** 95:8,9 98:4

**pieces** 54:4 59:16

**pigeonhole** 60:25

**ping** 65:8

**pinging** 87:12

**place** 25:17 65:14 66:12
96:15 98:5

**places** 65:11

**Plaintiff's** 18:21 28:22

34:17 37:18 45:5 52:1 59:9
68:8 69:23 73:18

**plan** 66:21

**planned** 66:13,20 67:7

**plate** 34:6 35:9,13 55:3,5,6,
11,14,17,18 56:1,3,6

**plates** 55:21,22,23

**PO** 23:21 24:21 50:14,15,20

**point** 42:15

**points** 6:20

**police** 97:20

**policies** 53:7,10 77:20
96:23

**portion** 17:15 45:23

**position** 8:8,11,14,18 25:1
29:3 38:24 39:1 44:1 63:3
81:9 92:17,21 95:25

**possibilities** 94:17,21

**potentially** 67:7

**power** 20:6,8 22:13 24:6,9,
10 27:6,7 29:10 32:11,13
38:1 41:15 48:10,11 50:15,
20 57:24,25 58:9,11 59:16
61:14 82:14,17 83:14 85:4

**pre** 54:9,12

**pre-programmed** 38:8

**preparation** 21:20 22:17
23:4

**prepare** 21:6 22:9,15 72:19

**prepared** 19:9 33:18

**present** 57:6

**previous** 25:11 26:24 47:1
48:7 50:3 70:10 82:19 85:4
93:12

**previously** 97:5

**prior** 14:11 22:18,19 23:14
29:15 31:4,5 58:15 93:12

**problem** 76:14

**procedure** 5:8 91:24

**procedures** 54:15 55:16
91:20

**proceedings** 25:8 46:14
63:16 76:17 99:9 102:5

**process** 6:21 53:5 54:12
55:16

**processes** 54:16

**produce** 60:21 62:11 72:25

**produced** 18:17 26:11,12,
16,20 27:13 28:25 46:18
49:3,7 61:2,10,18 71:2,19
74:17 97:25

**product** 10:18 39:5 98:21,
24

**production** 49:12

**Productions** 72:10

**program** 14:13

**progress** 86:10

**project** 12:14,15,21 13:4

**projects** 9:6,12,14

**proof** 78:12

**provide** 8:13,24 9:10,17
10:10,16,21,24 11:4 12:5,6
13:12,23 14:8 20:1,16
24:12,23 26:5 30:17 36:10
37:22 38:3,8,10,13,15,18
41:22 42:1 44:7 54:5,7
91:20 94:1

**provided** 19:21 21:25 22:2,
3,7 23:16,19 26:5,6,10 33:2
39:14 52:7,18 53:24 77:9
79:23

**providing** 12:8 38:21 39:2

**provision** 11:1

**Provolo** 22:12 24:20

**PU** 35:20

**pull** 20:8 55:7 61:12,13
65:1,3,18,20

**pulled** 19:21 23:25 24:2,4
30:11 31:9,14 46:3 47:3
48:13 49:20 65:22 79:1,10
84:21,25

**pulling** 28:8 29:19,24 30:7,
21,23 31:20 32:5 41:6,18
44:10 46:23 47:6,14 48:5,
16,22 50:13 57:1 60:14,18

61:6,7,11 71:6 84:7,10,11,
14 85:2,9,16,20

**purpose** 5:10 59:10 92:23

**purposes** 5:9 18:22 34:18
37:19 45:6 52:2 68:9 69:24
73:19

**pursuant** 5:7

**put** 15:10 100:13

**Q**

**quality** 38:24 39:1

**question** 5:14 6:19 7:8,9,
13,15,16 16:5,20,24 19:20,
23 20:3 29:14 30:19 31:11
42:21 47:5 55:7 59:25 60:7,
16,20,24 62:15 63:7 68:1
70:11 72:5 77:22,24 80:19
88:23 89:7,16 90:24 91:16
93:19 96:10 97:11 99:2
100:21

**questioning** 75:25 99:15

**questions** 16:9,14 25:11
75:23 92:8

**quick** 25:5 46:9 92:11
99:11

**quote** 96:8,9

**R**

**R-E-P-K-O** 6:4

**raise** 5:22

**ran** 93:13

**range** 61:2

**re-ask** 16:20 42:21

**reached** 23:10,15,21 32:22
50:15 51:3 75:23 93:25
94:3 97:15

**read** 16:20 25:10 34:3
51:20 100:7

**reading** 36:4 57:4

**ready** 14:10 76:3

**real** 64:13,17 92:11

Thomas Repko

reappeared 96:19

reason 44:3 65:2 87:5

recall 12:17 13:20 14:23 21:11,16 22:23 24:17,22 25:3 26:23 36:7 49:24 51:11 52:5,7,13 55:6 56:15 62:13 74:18 79:17,18,21 81:2,6,21 93:17

receive 81:20

received 52:10

record 18:22 25:9 29:16,24 30:9 31:5,15,16,21,23 32:2 34:18 37:19 41:5,12 45:6 46:15 48:8 52:2 59:10 63:4, 17 68:9 69:24 73:19 76:18 99:3,5,10

recorded 28:11

records 29:19,21 30:6,20, 22,25 31:8,17 32:4,10,16 37:1 41:2,10 46:25 48:1 51:19 52:21,23 56:8,13,15 71:1,15,17,19 72:2,4,23 74:16,19 80:16,20 84:1,6, 14,18 85:1,9,13,15

RECROSS-EXAMINATION 98:17

refer 35:5,9 39:5,9 69:1

reference 45:19 55:17 59:15

referenced 72:3 78:9,12

referring 9:18 11:6 25:23 26:6,7 44:17 47:11 50:2 88:5 99:17

refers 43:17

reflect 59:19

reflected 62:4 68:22

registration 54:9

related 82:9

relates 69:7

relating 49:10,15 74:16

relationship 82:12

relay 14:8

releases 93:4 96:20

remember 24:18 42:6

remembered 25:25

remotely 5:12,13

remove 13:11,25 72:5

removed 72:1

removing 72:2

repeat 7:14,17 39:19 60:7 80:19 88:23 97:11

repeatedly 95:1

rephrase 7:15,17 81:18

Repko 5:22 6:2,4,5,20 7:21 16:24 46:17 49:18 63:19 92:16

reply 81:16

report 28:3 97:21

reporter 5:3,20,22 16:20 25:10 99:3,6,8 100:6,8,12, 16,19 101:2,9,12,16,19,23 102:4

representative 5:6 6:17 16:9,11 18:25 19:7 27:20 47:6 73:4

request 65:1,9 66:1 72:10 94:1

requesting 82:2

requests 59:5

required 94:24

requirements 5:4

requires 94:18

research 57:24 58:8

reserved 5:15

responsibilities 8:10,23 9:4,8

responsibility 13:18 19:6

responsible 11:23 14:2 20:20 21:14,19

responsiveness 5:15

restate 77:24

restated 77:25

Resuming 10:5 15:12

16:23 17:8 18:2,23 21:1 25:14 34:21 37:20 40:22 42:20 45:7 46:16 47:9,17 49:17 52:3 59:11 61:3 63:18 64:24 65:25 67:25 68:10 69:25 71:9 72:11 73:20 75:14 77:6,16 78:1 81:25 84:17 85:12 88:7 91:2,11 92:15 93:10 94:9, 23 95:12,18 96:13 98:8

retailer 67:1

retailers 10:7

retrieve 62:9,19

revenue 62:9,19

review 18:15 21:22 25:4 30:17 33:11 42:10 43:10 45:25 49:4

reviewed 18:17,18 21:23 22:4,6 78:22 80:7 83:16

reviewing 89:15,23

rhyme 44:3

Risk 22:13 23:21 24:9,21 27:7 50:15,21

Road 28:2

role 8:16,20 9:2,15 10:10 12:12,16,19,24 13:2,14,16, 19 14:4,5,12

roles 8:10,22 9:8 14:2 15:21

rotations 14:14

routinely 14:6

Rule 5:8

run 27:22 56:19 59:17,21 62:5 83:15

running 24:5

runs 59:19

**S**

satellite 38:14 39:13 43:25 44:7 65:8

satisfactory 50:21

SCAC 80:17 81:3

Metro Atlanta Reporters, Inc.
770-985-2344

Thomas Repko

**scenario** 64:15 66:19 81:14 98:10

**scheduled** 35:24

**scope** 15:9 16:1 72:9 77:4 90:23,25 95:17

**screen** 28:16 44:17 75:2 78:10 82:23

**scroll** 34:13 38:23 44:23, 24,25 57:2 60:4,5 82:25 85:22

**scrolling** 33:25 44:23 86:6

**search** 27:2

**sending** 63:23

**sensitive** 36:13

**separate** 25:17,24 26:1

**sequential** 87:15

**servers** 31:19 64:11 65:17

**service** 12:25 14:8 64:14, 15

**set** 16:4,19 59:18 83:15 84:3

**shakes** 7:2

**share** 78:10 82:15,23

**Sharon** 76:21

**sheet** 68:23

**shipment** 14:10

**shipments** 64:1

**shipper** 34:4,23

**shops** 9:5,12

**short** 12:23

**show** 18:8 29:5 33:20 36:3 37:3 48:9 50:6 51:18 61:23 70:4 73:14 74:25 91:17

**showed** 47:19 70:11

**showing** 33:24 57:23 59:13 67:21 68:1,12,19 69:20,21 70:14,22 74:19 80:16,20 86:7

**shows** 43:12 49:20 59:14 61:14 78:15 86:1 88:21,25

**sic** 42:14 66:6

**sign** 100:7

**significant** 15:14 64:19

**similar** 63:4 70:22

**simply** 7:16

**sir** 100:6

**sitting** 38:16

**Skybitz** 39:15 43:18 64:10 65:11

**Skybitz's** 65:17

**sleep** 38:17

**smoothly** 6:21

**some-** 92:3

**Sonia** 32:22

**Sonya** 42:12 45:2,3 78:8,9, 25 79:16 81:7,12,17,20,23 84:19

**Sort** 36:12

**sounds** 7:2 20:19

**source** 38:1

**sourced** 89:17,24

**southbound** 28:1

**speaking** 41:25 89:4

**specific** 12:15,20 21:13 22:8,23 23:12 24:22 30:17 35:12 36:13 41:22 43:8,18 49:15 52:14,18 56:7 61:2 64:9 66:16 77:7 78:2 79:17, 22 81:20 82:15 93:17

**specifically** 19:15 20:14 21:8 52:7 54:6,22 83:24 91:3

**specifics** 33:1 62:15

**spell** 6:2

**spreadsheet** 37:15 39:25 40:15,18,24 42:22 46:18 51:24 52:10 53:1,11 56:24 59:12,13,14,19 60:2,9,12, 17 61:4,9 62:4 63:20 68:22 70:13,22

**spreadsheets** 18:10

**standard** 80:17,21,25

**start** 6:19 31:13 43:3 44:22

**started** 23:22

**starting** 61:22

**starts** 37:4 59:12

**stat-** 39:4

**state** 6:2 36:14,15 50:12 87:11

**stated** 42:18

**statement** 79:6

**Statesboro** 59:22 82:18

**stationary** 41:20

**status** 39:4

**stealing** 95:15 96:6,9

**Stephens** 27:21

**Stephens-od-11** 33:22 34:16

**Stephens-od-12** 33:22 34:16

**Stephens-od-1816** 37:5

**Stephens-od-1818** 37:5

**Stephens-od-1819** 51:16

**Stephens-od-1821** 59:2

**Stephens-od-1838** 85:24

**Stephens-od-1839** 86:12

**Stephens-od-1842** 87:22

**Stephens-od-1848** 88:8

**Stephens-od-1865** 59:3

**Stephens-od-1872** 67:18

**stolen** 95:10 96:2,12,15

**Stone** 5:18 6:9 9:19,23 10:1,3 15:8,25 16:15 17:6 18:1 20:25 25:5,7 34:13,16 40:21 42:18 47:8,13,16 49:9,14 60:19 64:23 65:24 67:22,24 71:8 72:8 75:13 76:1,3,7,9,13 77:3,15,21 81:24 84:16 85:11 88:5 90:22 91:8 92:14 93:9 94:8, 22 95:11,16 96:4 98:7 99:4, 7,11,14 100:5,7,9,15,17,24

Thomas Repko

101:10,19,22 102:3

**stop** 82:15

**storage** 12:23

**store** 9:24

**stores** 10:7

**stuff** 97:21

**subject** 16:21 17:6

**substance** 23:11

**suggest** 57:19

**suggests** 49:19

**support** 60:22

**supports** 45:16 56:25 58:4 60:3,13,17 61:5

**supposed** 38:21 43:22 44:4

**surveillance** 80:4,8,11,12

**suspend** 50:24

**suspended** 24:5 50:23,25 51:2,5

**suspension** 51:5,8

**swear** 5:20

**SWFZ130264** 28:12

**Swift** 5:6 7:22,25 8:1,4 9:22 10:18 11:11,14,16 14:18, 22,24 15:4,7,17,21,24 17:1, 3,4,14,17,22 18:3,4,6,7 19:4,12,18,20,22 20:4,8,21 21:6 22:5,9,14,21 24:5,7,16 25:1,21 26:2,9,16,19,22 27:1,2,3,4,9,10,12,15 28:21 29:5,8,11,12,19,24,25 30:6, 11,13,18,20,22 31:2,8,12, 13,15,16,25 32:2,4,11,12, 13,21,22,24 33:8,13 34:5 40:17 41:2,5,10,12,17 42:16,23 44:9 45:2 46:19, 23 47:6 48:1,4,9,11,15,21 49:20 50:22 51:1,24 52:9, 15,22,24 53:2,5,7,12,16,22 55:5,22 56:8,25 57:7,23 58:7,14,17,19 59:16,20 60:8,11,12,16 61:4,11,13 62:6,11 63:6,10,11,24 64:12,16,20 65:2,15,19,21 66:5,12 67:3,4,8,12,14

69:4,5,21 70:1,6,7,14,22 71:4,6,13,15,17,22 72:5,14, 19,20 73:4,6 74:10 75:12, 15 77:12,17 78:2,5 79:5,9, 15 80:7,9,10 81:11,13,15, 17,19 82:7,11,13,14,16,17 83:14 84:1,6 85:1,8,13,15, 20 86:2 88:25 89:16,24 90:4,6,10,15 91:6,9,12,13, 21,22,23 93:7,15,17,20 94:6,13,15,17 95:14,24 96:16 97:7,9,12,20,24 98:3, 19 99:16,18,21,22

**Swift's** 18:25 19:7 27:18, 19,20 28:20 29:3 31:14,20 32:5 35:1 47:5 49:23,25 55:20 58:4 60:3 63:3 73:3, 24 92:17,21 97:1

**Swift-owned** 17:18,20,23

**sworn** 5:13,24

**sync** 100:25

**synced** 101:1

**system** 17:15 29:4,7 31:18 32:13 39:15 43:18 48:9 54:17 56:20 57:9,23 58:14 63:9,10 64:6 67:10 68:6,17 69:6 74:1 81:4 84:11,24

**systems** 19:24

---

**T**

**T-H-O-M-A-S** 6:4

**taking** 29:17 32:3 41:12 70:14 95:14 96:5 101:24

**talk** 7:7 26:3 76:23 78:8 96:7

**talked** 11:22

**talking** 47:13 51:7 88:1

**Tamara** 22:11

**Tammy** 22:11

**tasks** 9:4

**Taurean** 27:21

**team** 10:22 12:7,25 13:1,6, 11,16,23 14:5 20:1,15,19 21:3,10,12,25 22:4,7,11,13 23:21 24:9,10,21 27:1,7,8

50:14,15,20,21

**teams** 9:13 11:8 12:4 21:11,14 22:1

**ten** 45:10 76:8,15

**term** 12:23

**terminology** 54:23 55:1 58:24 89:10 96:16

**testified** 41:1 50:22 82:6 92:16 95:1

**testify** 16:3,4,17 19:6,9,13 33:18 72:19

**testifying** 16:12 18:25 25:20

**testimony** 19:3

**Texas** 30:5 41:7 42:16 44:10 48:17 65:22 66:4 67:15,16 69:10 74:12 87:7, 9 88:1 89:14 90:9,12,16 92:24 93:21 96:19 97:2,7,8, 14 98:12,13,20 99:25 100:3

**thing** 7:5 21:5

**things** 20:11 60:22 100:13

**thought** 50:22

**three-page** 37:4

**Tim** 76:3

**time** 13:11,23 15:5,13 29:4, 9 30:13,22,24 31:8 35:23 36:13,18,25 37:2 38:20,25 39:13,19,25 40:6,8,9,13,14, 20 43:4,7 44:13 47:1,11,12, 14,20,24,25 48:16 52:25 56:9 57:1 58:16,18 59:18 60:14,18 61:6,8,12 64:13, 17,18 65:23 67:13 69:22 70:2 72:12,13 76:10 78:4 79:15 80:12,24 82:20 83:15 84:4,25 85:21 87:4 90:14 92:22 93:22 101:4

**timeframe** 40:3,24 41:11, 17 52:9,14 71:21,24,25 72:20,24 73:2,5,8

**timely** 12:11 14:8

**times** 37:14,25 38:9 39:3 43:24 83:19,23 87:3,11 92:17

Thomas Repko

**timestamps** 87:18

**title** 8:6

**today** 18:24 19:3,9 21:6
26:3 51:7 75:21

**top** 34:1 42:3 44:19,21,22
45:1 62:7,17 68:3 73:17
86:3

**topic** 19:15,16,25 28:18
29:3 30:1,12 32:18 33:1,7,
15 41:1 45:9 72:14 75:4
95:20

**topics** 16:1,4,12,19 18:18
19:1,10,14,18 20:17 23:18
26:18 28:15 32:25 45:9,20
55:8 75:20 90:23

**touched** 75:4

**track** 64:12,16,21

**tracker** 37:16,21 38:5,19
64:13

**tracking** 20:3 58:13

**tractor** 14:15 18:7 19:24
28:7,21 29:8,24 30:1,13
31:12,13,14 32:2,23 33:2,8
34:5 38:2,4 41:6,12 45:12
48:1,9,20 51:10 57:23
58:19 61:13 62:6 63:11
72:6 74:20 79:2,22,24 80:1
85:2,9,16 89:17 90:15 92:1

**tractors** 17:18,20,23,25
18:4,6 29:19 30:6,21,22
31:15,20,25 32:5 41:11
55:24 56:1

**trailer** 8:7,16,19,23 9:6
12:12,15,19,20 13:11,23
19:20,23 20:3,5,9,24 21:2,
3,7,9,12,24 22:2 23:8,15,
20,23,25 24:3,10,13 25:2,
18,21 28:7,8,12 29:2,5,8,
13,17,20 30:4,7,11,14,19,
21,23 31:1,6,24 32:2,10,12,
16,24 33:6,17 34:6,9,11,12
35:12,15,16,17 36:6 37:23,
25 38:6,19,20,25 39:5,12
40:1,15,19 41:2,7,11,13,14,
16,18 42:6,13,23 44:10,15
46:4,18,19,23 47:3,7 48:5,
8,13,16,22 49:20 50:5,14,
17,20 51:12 52:12 53:21

54:13 55:7,12,19,24,25
56:2,3,7,9,13,16 57:1,14
58:1,2,8,9,10 59:24,25
60:14,18 61:6,7,12,13,17,
19 62:10,15,20 63:1,4,7,11,
23 64:9,20,21,25 65:5,6,21
66:2,3,5,20,22,24,25 67:5
68:6,12,20 69:5,8,12 70:8,
9,11 71:13,14 72:2,4 73:16
74:15 75:18 78:13,16 79:2,
11 82:10 84:7,10,11,14,25
85:2,7,10,16 87:1,12,19
88:11 89:12,14,16,18,24
90:5,7,14 91:5,7,12,14,16,
17,19,21,23,25 92:18,22,23
93:2,3,11,20 94:2,19 95:1,
23,25 96:3,6,7,17,18 97:2,
4,13,16 98:10,20 99:17,19,
22,24 100:2

**trailers** 8:13,24 9:11,17
10:10,13,15,17,18,19,20,
21,22,24 11:1,3,6,10,11,12,
14,15,17,18,20,22,24 12:8,
10,22 13:7,9,10,12,13,18,
24,25 14:1,19 15:1,4,22
17:1 24:12 29:12 31:9,14,
21 32:6 50:11,13,18,19
51:1 55:20,22 64:13 66:12
72:1,7 74:2 82:16 96:21

**transcript** 7:3 101:3

**transcription** 75:2

**transportation** 5:7 7:22,
25 8:1 54:23 59:17 61:15
79:1 82:13 83:15

**traveling** 83:4

**trips** 93:2

**truck** 29:5 30:11,18 35:7,8,
12 58:14,17 74:24 100:1

**truckers** 77:13

**trucks** 17:21

**truth** 6:23

**two-page** 33:21 69:17

**type** 57:13 78:5 79:9 82:1

**types** 10:11 94:10,12

**typically** 38:10 56:6 57:13
62:6,8,19,24

**U**

**uh-huh** 7:2

**unauthorized** 50:17

**unaware** 42:16

**underneath** 38:12

**understand** 6:23 7:16
18:24 19:3 60:11 80:9

**understanding** 9:7 20:22
27:14 28:5,9,13 37:2 39:22
62:12 64:8 68:11 71:18
72:25 76:25 80:15 84:4
87:24

**understood** 7:11,18,20

**unfamiliar** 46:7 54:15

**unit** 34:5 35:5 74:23

**units** 38:2

**unload** 57:13

**unloaded** 30:3 67:1

**unquote** 96:8,9

**unusual** 93:1

**update** 39:2,14 43:15,22
44:4 68:6

**updated** 68:12,17 69:5,8

**updates** 12:6 14:7 38:3,8,
11,18 43:20 74:1 86:8,25

**updating** 37:25 43:23 74:2

**user** 53:21 54:18

**UTC** 36:24 40:6,12 42:15,
24 43:6,16 47:11,24,25

**V**

**V-** 57:3

**variation** 75:2

**variety** 38:11

**vehicle** 56:19

**vendor** 39:15 43:18 64:9
65:11

**verbal** 7:2

Thomas Repko

**verification** 79:10

**verify** 79:5

**version** 33:7

**vicinity** 28:5 40:4,25 67:16

**video** 80:5,8,11 100:18

**videos** 80:12

**view** 18:11

**viewed** 82:20

**volume** 11:16 13:24 17:13
22:5 29:6 41:9 69:21 70:25
71:20 72:21,23 98:15

**VRID** 33:6 56:18 57:3,7,10,
12,17,18,21 91:18

**W**

**W-** 50:25

**Walmart** 59:22 82:18

**wanted** 26:1 76:22 78:8
85:22 87:15 90:17

**warehouse** 31:9 48:17

**Washington** 50:12 51:2,10

**website** 65:17

**week** 11:9

**weeks** 8:9,15 29:1

**WHV** 22:15,16,22 23:10,17,
20 24:4,5,16,25 25:1,21
26:2,9,16,22 27:3,9,12,16
33:3 44:14 45:3,12 46:3
48:19,22 49:20,24 50:1,12,
16,18,23 51:1,3 52:12
59:17,19 61:15,16,21 76:22
78:13,16 79:1,10 81:4
82:11,13,16,19 83:3,15,20,
23 84:1,6,11,14,21 85:1,9,
15 101:7

**WHV's** 61:7 80:16,20,25
99:15

**witnesses** 28:19 33:16
45:10 75:6 95:22

**words** 65:2

**work** 9:5 10:9 13:10,22
20:9 37:13 64:7

**worked** 20:1,15

**working** 9:13 10:16 15:17,
20 22:12 82:4

**works** 10:14 37:21 46:11
81:8

**worries** 101:12

**wound** 98:12

**wreck** 25:22 27:22,25
28:11,22 39:16 40:20 45:13
57:1 60:14,18 61:7,8 75:17

**wrong** 16:13

**WX75949** 74:8,21

**Y**

**yard** 30:21,24 31:10 33:4,
12 34:24 35:3 43:9,10
51:19 72:15 77:9

**year** 40:9 52:16

**years** 8:5

**yesterday** 29:1

**YMR** 34:21

**Z**

**zone** 47:12

**zoom** 7:13 11:8 37:10 59:6
83:1,5

**§**

**§9-11-28(d)** 5:4

Metro Atlanta Reporters, Inc.
770-985-2344

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

TAUREAN STEPHENS )
)
Plaintiff, )
)
vs. )
) Civil Action
SWIFT   TRANSPORTATION   CO.   OF ) File No.: 1:22-CV-01403-JPB
ARIZONA,     LLC     a/k/a     SWIFT )
TRANSPORTATION   COMPANY,   WHV )
TRANSPORTATION, LLC, and JOHN DOE. )
)
Defendants. )

### PLAINTIFF'S NOTICE OF ZOOM 30(b)(6) CORPORATE REPRESENTATIVE DEPOSITION OF DEFENDANT SWIFT TRANSPORTATION COMPANY

Plaintiff Taurean Stephens, under Federal Rule of Civil Procedure 30(b)(6),

serves his Notice of Deposition of Defendant Swift Transportation Company. Under

Rule 30(b)(6), Swift shall designate <u>and</u> fully prepare a representative to testify on

all information that is known or reasonably available to Swift's organization

regarding the below designated matters.

The deposition is being taken for purposes of discovery and for all purposes

allowed under the Federal Rules of Civil Procedure and the Federal Rules of

Evidence. It shall be taken virtually via Zoom on December 1, 2023, at 11:00 A.M.

EST before a court reporter, and will be recorded using stenography.



DEFENDANTS EXHIBIT
**1**
SWIFT 1:22-CV-01403-JPB

1

## MATTERS FOR EXAMINATION

1.      All facts, documents, communications, and witnesses regarding a load which came in from MEM6 VRID 112B6NRNZ into Amazon Yard MGE5 located at 235 Hog Mountain Road, Jefferson, GA, on November 30, 2021.

2.      All facts, documents, communications, and witnesses regarding Tractor 2808143, USDOT No. 3291436, SCAC AGHPR from November 29, 2021 through November 30, 2021.

3.      All facts, documents, communications, and witnesses regarding Tractor 2808143.

4.      All facts, documents, communications, and witnesses regarding the movement of Trailer No. 130264 between November 27, 2021 and December 4, 2021.

5.      All Swift loads that came in or out of Amazon Yard MGE5 in Jefferson, GA, between November 23, 2021 and December 7, 2021.

6.      All Swift loads that came in or out of Amazon Yard MGE5 in Jefferson, GA, at any time, pulled by a WHV tractor.

7.      All general details regarding the relationship between Swift and WHV.

8.      All contracts, agreements, invoices, bills of lading, shipping documents, and other documents applicable to Swift/WHV jobs performed between November 24, 2021 and December 5, 2021.

9.      All facts, documents, communications, and witnesses regarding Case No. 9720654831.

10.     All facts, documents, communications, and witnesses regarding your defense that an individual driving for or on behalf of WHV was driving the tractor involved in the wreck.

11.     All facts, documents, communications, and witnesses regarding your defense that an individual driving for or on behalf of SWIFT was *not* driving the tractor involved in the wreck described in Plaintiff's operative complaint.

12.     All efforts to respond to Plaintiff's interrogatories and requests for production, and to search for documents, communications, and information responsive to his discovery.

Respectfully submitted this 17th day of November, 2023.

/s/ Eric B. Funt
Eric B. Funt
Georgia Bar No. 588961
Counsel for Plaintiff

**THE CHAMPION FIRM**
445 Franklin Gateway, SE
Suite 100
Marietta, GA 30067
Phone: 404-596-8044
Fax: 404-671-9347
eric@thechampionfirm.com

## CERTIFICATE OF SERVICE

I certify that on this date I have served each of the parties listed below with

a   copy   of   **PLAINTIFF'S   NOTICE   OF   30(b)(6)   CORPORATE**

**REPRESENTATIVE   DEPOSITION   OF   DEFENDANT   SWIFT**

**TRANSPORTATION COMPANY** by electronic means as follows:

Melissa C. Greene, Esq.
Amelia K. Ortiz, Esq.
COPELAND, STAIR, VALZ & LOVELL, LLP
191 Peachtree Street, N.E.
Suite 3600
Atlanta, GA 30303-1740
mgreene@csvl.law
aortiz@csvl.law
Matthew P. Stone
Shawn N. Kalfus

Matthew P. Stone
Sheetal M. Brahmbhatt
Stone Kalfus LLP
One Midtown Plaza
1360 Peachtree Street NE, Suite 1250
Atlanta, GA 30309
matt.stone(@stonekalfus.com
matt.stone@stonekalfus.com
sheetal.brahmbhatt@stonekalfus.com

Timothy J. Peacock
Swift, Currie, McGhee & Hiers, LLP
1420 Peachtree Street NE, Suite 800
Atlanta, GA 30309
Tim.peacock@swiftcurrie.com

Respectfully submitted this 17th day of November, 2023.

/s/ Eric B. Funt
Eric B. Funt
Georgia Bar No. 588961

Counsel for Taurean Stephens

**THE CHAMPION FIRM**
445 Franklin Gateway, SE
Suite 100
Marietta, GA 30067
Phone: 404-596-8044
Fax: 404-671-9347
eric@thechampionfirm.com

| Shipper BOL | Order # | Unit | Lic Plate | Loaded Trailer | Trlr Out | PU Apt Date | Origin Code |
|---|---|---|---|---|---|---|---|
| 112B6NRNZ | WX51123 | 211230 | 2970444 | 130264 | 181928 | 11/29/2021 | MEM6 |

DEFENDANTS EXHIBIT

**2**

SWIFT 1:22-CV-01403-JPB

| Dest Code | Lane | OM Field | Orig City St | Dest City St | Order Miles | MT Call Date Time |
|---|---|---|---|---|---|---|
| MGE5 | MEM6->MGE5 | SORT | Olive Branch, MS | Jefferson, GA | 414 | 11/29/2021 21:41 |

Stephens-OD-0012

| Asset Id | Serial Number | Customer Name | Owner Id | Obs Time (UTC) | Latitude | Longitude | Landmark Name | State | Country | Position Quality | Message Type | Motion Sensor Dt (UTC) | Motion Status | Cargo Sensor Dt (UTC) | Cargo Status |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 130264 | GXL7HLAG202801638 | Swift Transportation Corporation | 5097 | 11/27/2021 10:22 | 35.23972656 | -91.72982055 | WALMART 6703 DC#6018 | AR | US | Scheduled | Idle | | | 11/27/2021 22:28 | Empty |
| 130264 | GXL7HLAG202801638 | Swift Transportation Corporation | 5097 | 11/27/2021 23:13 | 35.21786118 | -91.76565955 | | AR | US | Excellent | Event | 11/27/2021 23:27 Start | Moving | | Empty |
| 130264 | GXL7HLAG202801638 | Swift Transportation Corporation | 5097 | 11/27/2021 23:57 | 35.22018093 | -91.76565955 | | AR | US | Excellent | Event Response | | Moving | | Empty |
| 130264 | GXL7HLAG202801638 | Swift Transportation Corporation | 5097 | 11/27/2021 23:57 | 35.2181015 | -91.21656955 Higginson | | AR | US | Excellent | Event Response | | Moving | | Empty |
| 130264 | GXL7HLAG202801638 | Swift Transportation Corporation | 5097 | 11/28/2021 0:13 | 35.21800995 | -91.71673594 Higginson | | AR | US | Excellent | Event Response | | Moving | | Empty |
| 130264 | GXL7HLAG202801638 | Swift Transportation Corporation | 5097 | 11/28/2021 0:44 | 35.21800995 | -91.21656789 Higginson | Knob Special | AR | US | Excellent | Event | | Moving | | Empty |
| 130264 | GXL7HLAG202801638 | Swift Transportation Corporation | 5097 | 11/28/2021 1:08 | 35.21809095 | -91.15404294 | Augusta | AR | US | Excellent | Event Response | | Moving | | Empty |
| 130264 | GXL7HLAG202801638 | Swift Transportation Corporation | 5097 | 11/28/2021 1:08 | 35.21833407 | -91.15404294 | Augusta | AR | US | Excellent | Event Response | | Moving | | Empty |
| 130264 | GXL7HLAG202801638 | Swift Transportation Corporation | 5097 | 11/28/2021 1:26 | 35.19808951 | -91.13462835 McCrory | | AR | US | Excellent | Event Response | | Moving | | Empty |
| 130264 | GXL7HLAG202801638 | Swift Transportation Corporation | 5097 | 11/28/2021 1:55 | 35.25165558 | -90.83938944 Wynne | | AR | US | Excellent | Event Response | | Moving | | Empty |
| 130264 | GXL7HLAG202801638 | Swift Transportation Corporation | 5097 | 11/28/2021 2:10 | 35.25165558 | -90.70958425 Wynne | | AR | US | Excellent | Event Response | | Moving | | Empty |
| 130264 | GXL7HLAG202801638 | Swift Transportation Corporation | 5097 | 11/28/2021 2:26 | 35.25803088 | -90.46923828 Earle | | AR | US | Excellent | Event Response | | Moving | | Empty |
| 130264 | GXL7HLAG202801638 | Swift Transportation Corporation | 5097 | 11/28/2021 2:46 | 35.18600955 | -90.07420504 Memphis | | TN | US | Excellent | Event | | Moving | | Empty |
| 130264 | GXL7HLAG202801638 | Swift Transportation Corporation | 5097 | 11/28/2021 2:57 | 35.19921875 | -89.99801628 SWIFT TRANSPORTATION | | TN | US | Scheduled | | 11/29/2021 3:14 Stop | | | Empty |
| 130264 | GXL7HLAG202801638 | Swift Transportation Corporation | 5097 | 11/28/2021 3:09 | 35.19921875 | -89.99801628 SWIFT TRANSPORTATION | | TN | US | Excellent | Event | | Moving | | Empty |
| 130264 | GXL7HLAG202801638 | Swift Transportation Corporation | 5097 | 11/29/2021 2:54 | 34.95929564 | -89.78572425 Olive Branch | | MS | US | Excellent | Event | 11/29/2021 3:03 Start | Moving | | Empty |
| 130264 | GXL7HLAG202801638 | Swift Transportation Corporation | 5097 | 11/29/2021 3:43 | 34.95298367 | -89.78738403 Olive Branch | | MS | US | Excellent | Event Response | | Moving | | Empty |
| 130264 | GXL7HLAG202801638 | Swift Transportation Corporation | 5097 | 11/29/2021 3:45 | 34.95164713 | -89.78659679 Olive Branch | | MS | US | Excellent | Event Response | | Moving | | Empty |
| 130264 | GXL7HLAG202801638 | Swift Transportation Corporation | 5097 | 11/29/2021 21:05 | 34.94985708 | -89.78656305 Olive Branch | | MS | US | Excellent | Event Response | | Moving | | Empty |
| 130264 | GXL7HLAG202801638 | Swift Transportation Corporation | 5097 | 11/29/2021 21:16 | 34.94985708 | -89.78764949 Olive Branch | | MS | US | Excellent | Event Response | | Moving | | Empty |
| 130264 | GXL7HLAG202801638 | Swift Transportation Corporation | 5097 | 11/29/2021 21:36 | 34.95038906 | -89.78407284 Olive Branch | | MS | US | Excellent | Event Response | | Moving | | Empty |
| 130264 | GXL7HLAG202801638 | Swift Transportation Corporation | 5097 | 11/29/2021 22:22 | 34.83947178 | -89.78413591 Olive Branch | | MS | US | Excellent | Event Response | | Moving | | Empty |
| 130264 | GXL7HLAG202801638 | Swift Transportation Corporation | 5097 | 11/29/2021 22:38 | 34.80711746 | -89.51107035 Red Banks | | MS | US | Excellent | Event Response | | Moving | | Empty |
| 130264 | GXL7HLAG202801638 | Swift Transportation Corporation | 5097 | 11/29/2021 23:09 | 34.65119553 | -89.30100788 Potts Camp | | MS | US | Excellent | Event Response | | Moving | | Empty |
| 130264 | GXL7HLAG202801638 | Swift Transportation Corporation | 5097 | 11/29/2021 23:55 | 34.52187347 | -88.98599638 New Albany | | MS | US | Excellent | Event Response | | Moving | | Empty |
| 130264 | GXL7HLAG202801638 | Swift Transportation Corporation | 5097 | 11/29/2021 1:59 | 34.36786652 | -88.60818481 Mooresville | | MS | US | Excellent | Event Response | | Moving | | Empty |
| 130264 | GXL7HLAG202801638 | Swift Transportation Corporation | 5097 | 11/29/2021 2:15 | 34.27458736 | -88.34650736 Sherman | | MS | US | Excellent | Event Response | | Moving | | Empty |
| 130264 | GXL7HLAG202801638 | Swift Transportation Corporation | 5097 | 11/30/2021 2:30 | 34.17401278 | -87.89566687 Guin | | AL | US | Excellent | Event Response | | Moving | | Loaded |
| 130264 | GXL7HLAG202801638 | Swift Transportation Corporation | 5097 | 11/30/2021 0:26 | 34.03074265 | -87.60646479 Eldridge | | AL | US | Excellent | Event Response | | Moving | | Loaded |
| 130264 | GXL7HLAG202801638 | Swift Transportation Corporation | 5097 | 11/30/2021 0:57 | 33.86438397 | -87.35191345 Jasper | | AL | US | Excellent | Event Response | | Moving | | Loaded |
| 130264 | GXL7HLAG202801638 | Swift Transportation Corporation | 5097 | 11/30/2021 4:03 | 33.71362686 | -87.15152773 Cordova | | AL | US | Excellent | Event Response | 11/29/2021 4:03 Stop | Moving | | Loaded |
| 130264 | GXL7HLAG202801638 | Swift Transportation Corporation | 5097 | 11/30/2021 3:32 | 33.60401098 | -86.28053284 Birmingham | | AL | US | Excellent | Event Response | | Moving | | Loaded |
| 130264 | GXL7HLAG202801638 | Swift Transportation Corporation | 5097 | 11/30/2021 3:17 | 33.72207924 | -86.54952811 Leeds | | AL | US | Excellent | Event Response | | Moving | | Loaded |
| 130264 | GXL7HLAG202801638 | Swift Transportation Corporation | 5097 | 11/30/2021 4:50 | 33.67621848 | -86.28053284 Pell City | | AL | US | Excellent | Event | | Moving | | Loaded |
| 130264 | GXL7HLAG202801638 | Swift Transportation Corporation | 5097 | 11/30/2021 5:04 | 33.55808139 | -86.02010957 Lithia Springs | | AL | US | Excellent | Event Response | | Moving | | Loaded |
| 130264 | GXL7HLAG202801638 | Swift Transportation Corporation | 5097 | 11/30/2021 10:22 | 33.63841865 | -85.78831696 Oxford | | AL | US | Excellent | Event Response | | Moving | | Loaded |
| 130264 | GXL7HLAG202801638 | Swift Transportation Corporation | 5097 | 11/30/2021 11:55 | 33.63686875 | -85.79842377 Oxford | | AL | US | Excellent | Event Response | 11/30/2021 11:12 Empty | Moving | | Empty |
| 130264 | GXL7HLAG202801638 | Swift Transportation Corporation | 5097 | 11/30/2021 17:29 | 33.84614259 | -85.37918539 Heflin | | AL | US | Excellent | Event Response | 11/30/2021 17:00 Start | Moving | | Empty |
| 130264 | GXL7HLAG202801638 | Swift Transportation Corporation | 5097 | 11/30/2021 17:46 | 34.13198768 | -85.28393895 Tallapoosa | | GA | US | Excellent | Event Response | | Moving | | Empty |
| 130264 | GXL7HLAG202801638 | Swift Transportation Corporation | 5097 | 11/30/2021 18:01 | 34.11989594 | -85.01928711 Waco | | GA | US | Excellent | Event Response | | Moving | | Empty |

DEFENDANTS EXHIBIT 3 SWIFT 1:22-CV-01403-JPB

| ID | Company | No. | Date/Time | Latitude | Longitude | Location | State | Country | Status | Event | Timestamp | Load |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 130264 GXL7HLAG202801638 | Swift Transportation Corporation | 5097 | 11/30/2021 18:17 | 34.11989594 | -83.76045805 | Braselton | GA | US | Excellent | Event | 11/30/2021 17:17 Stop | Empty |
| 130264 GXL7HLAG202801638 | Swift Transportation Corporation | 5097 | 11/30/2021 18:18 | 34.11989594 | -83.76045805 | Braselton | GA | US | Excellent | Event | 11/30/2021 18:18 Start | Empty |
| 130264 GXL7HLAG202801638 | Swift Transportation Corporation | 5097 | 11/30/2021 22:39 | 34.12239 | -83.92082276 | Norcross | GA | US | Excellent | Event Response | | Empty |
| 130264 GXL7HLAG202801638 | Swift Transportation Corporation | 5097 | 11/30/2021 22:48 | 33.92011602 | -84.18380737 | Dunwoody | GA | US | Excellent | Event Response | | Empty |
| 130264 GXL7HLAG202801638 | Swift Transportation Corporation | 5097 | 11/30/2021 23:04 | 33.91084 | -84.33133698 | Sandy Springs | GA | US | Excellent | Event Response | | Empty |
| 130264 GXL7HLAG202801638 | Swift Transportation Corporation | 5097 | 11/30/2021 23:19 | 33.93785875 | -84.42697144 | Sandy Springs | GA | US | Excellent | Event Response | | Empty |
| 130264 GXL7HLAG202801638 | Swift Transportation Corporation | 5097 | 11/30/2021 23:35 | 34.54535675 | -84.26013458 | Marietta | GA | US | Excellent | Event Response | | Empty |
| 130264 GXL7HLAG202801638 | Swift Transportation Corporation | 5097 | 11/30/2021 23:35 | 33.97838575 | -84.82918549 | Marietta | GA | US | Excellent | Event Response | | Empty |
| 130264 GXL7HLAG202801638 | Swift Transportation Corporation | 5097 | 12/1/2021 0:37 | 34.26896667 | -84.82918549 | White | GA | US | Excellent | Event Response | | Empty |
| 130264 GXL7HLAG202801638 | Swift Transportation Corporation | 5097 | 12/1/2021 4:06 | 34.26896667 | -84.82941 | White | GA | US | Excellent | Event Response | | Empty |
| 130264 GXL7HLAG202801638 | Swift Transportation Corporation | 5097 | 12/1/2021 4:21 | 34.26895523 | -84.82925745 | White | GA | US | Excellent | Empty | | Empty |
| 130264 GXL7HLAG202801638 | Swift Transportation Corporation | 5097 | 11/30/2021 1:08 | 33.71759796 | -85.02525196 | Temple | GA | US | Excellent | Empty | | Empty |
| 130264 GXL7HLAG202801638 | Swift Transportation Corporation | 5097 | 11/30/2021 1:19 | 33.71749796 | -85.02525196 | Temple | GA | US | Excellent | Empty | | Empty |
| 130264 GXL7HLAG202801638 | Swift Transportation Corporation | 5097 | 12/1/2021 4:53 | 33.71759895 | -85.02259827 | Temple | GA | US | Excellent | Empty | | Empty |
| 130264 GXL7HLAG202801638 | Swift Transportation Corporation | 5097 | 12/1/2021 2:43 | 33.71749878 | -85.02248993 | Temple | GA | US | Excellent | Scheduled | 12/1/2021 4:00 Stop | Empty |
| 130264 GXL7HLAG202801638 | Swift Transportation Corporation | 5097 | 12/1/2021 2:48 | 34.09083557 | -84.72437286 | Emerson | GA | US | Excellent | Idle | | Empty |
| 130264 GXL7HLAG202801638 | Swift Transportation Corporation | 5097 | 12/1/2021 3:04 | 33.79979706 | -84.48988571 | Marietta | GA | US | Excellent | Event | 12/1/2021 13:25 Start | Empty |
| 130264 GXL7HLAG202801638 | Swift Transportation Corporation | 5097 | 12/1/2021 3:35 | 33.75984165 | -84.64725541 | Lithia Springs | GA | US | Excellent | Event Response | | Empty |
| 130264 GXL7HLAG202801638 | Swift Transportation Corporation | 5097 | 12/1/2021 3:40 | 33.72599537 | -84.90447205 | Wisco | GA | US | Excellent | Event Response | | Empty |
| 130264 GXL7HLAG202801638 | Swift Transportation Corporation | 5097 | 12/1/2021 14:11 | 33.77594857 | -85.13281738 | Heflin | AL | US | Excellent | Event Response | | Loaded |
| 130264 GXL7HLAG202801638 | Swift Transportation Corporation | 5097 | 12/1/2021 14:27 | 33.58928735 | -85.80197144 | Lincoln | AL | US | Excellent | Event Response | | Loaded |
| 130264 GXL7HLAG202801638 | Swift Transportation Corporation | 5097 | 12/1/2021 14:42 | 33.50964356 | -86.38004303 | Odenville | AL | US | Excellent | Event Response | | Loaded |
| 130264 GXL7HLAG202801638 | Swift Transportation Corporation | 5097 | 12/1/2021 14:57 | 33.54115515 | -86.66465866 | Hoover | AL | US | Excellent | Event Response | | Loaded |
| 130264 GXL7HLAG202801638 | Swift Transportation Corporation | 5097 | 12/1/2021 13:39 | 33.39164 | -86.82473823 | Hoover | AL | US | Excellent | Event Response | | Loaded |
| 130264 GXL7HLAG202801638 | Swift Transportation Corporation | 5097 | 12/1/2021 15:29 | 33.38828735 | -87.07881165 | Lake View | AL | US | Excellent | Event Response | | Loaded |
| 130264 GXL7HLAG202801638 | Swift Transportation Corporation | 5097 | 12/1/2021 15:44 | 33.18536055 | -87.31024933 | Coaling | AL | US | Excellent | Event Response | | Loaded |
| 130264 GXL7HLAG202801638 | Swift Transportation Corporation | 5097 | 12/1/2021 17:17 | 32.94919739 | -87.62245653 | Fosters | AL | US | Excellent | Event Response | | Loaded |
| 130264 GXL7HLAG202801638 | Swift Transportation Corporation | 5097 | 12/1/2021 17:33 | 32.75505646 | -88.01685333 | Enterprise | AL | US | Excellent | Event Response | | Loaded |
| 130264 GXL7HLAG202801638 | Swift Transportation Corporation | 5097 | 12/1/2021 17:48 | 31.94761276 | -87.93027827 | Knoxville | AL | US | Excellent | Event Response | | Loaded |
| 130264 GXL7HLAG202801638 | Swift Transportation Corporation | 5097 | 12/1/2021 19:06 | 30.89196935 | -88.86649323 | Vossburg | MS | US | Excellent | Event Response | | Loaded |
| 130264 GXL7HLAG202801638 | Swift Transportation Corporation | 5097 | 12/1/2021 19:21 | 30.63057472 | -89.61541175 | Carriere | MS | US | Excellent | Event Response | | Loaded |
| 130264 GXL7HLAG202801638 | Swift Transportation Corporation | 5097 | 12/1/2021 19:21 | 30.38657532 | -89.73892 | Slidell | LA | US | Excellent | Event Response | | Loaded |
| 130264 GXL7HLAG202801638 | Swift Transportation Corporation | 5097 | 12/1/2021 20:08 | 30.50514924 | -90.31648743 | Covington | LA | US | Excellent | Event Response | | Loaded |
| 130264 GXL7HLAG202801638 | Swift Transportation Corporation | 5097 | 12/1/2021 20:08 | 30.37957241 | -90.13263239 | Covington | LA | US | Excellent | Event Response | | Loaded |
| 130264 GXL7HLAG202801638 | Swift Transportation Corporation | 5097 | 12/1/2021 0:25 | 30.33385884 | -90.42233858 | Hammond | LA | US | Excellent | Event Response | | Loaded |
| 130264 GXL7HLAG202801638 | Swift Transportation Corporation | 5097 | 12/1/2021 0:41 | 30.28947906 | -90.42358556 | Rayne | LA | US | Excellent | Event Response | | Loaded |
| 130264 GXL7HLAG202801638 | Swift Transportation Corporation | 5097 | 12/1/2021 0:56 | 30.23910522 | -90.60922669 | Jennings | LA | US | Excellent | Event | 12/1/2021 20:36 Stop | Loaded |
| 130264 GXL7HLAG202801638 | Swift Transportation Corporation | 5097 | 12/1/2021 1:12 | 30.26678421 | -90.67885559 | Hammond | LA | US | Excellent | Event | 12/1/2021 22:39 Start | Loaded |
| 130264 GXL7HLAG202801638 | Swift Transportation Corporation | 5097 | 12/1/2021 1:28 | 30.26354835 | -91.15461358 | Baton Rouge | LA | US | Excellent | Moving | | Loaded |
| 130264 GXL7HLAG202801638 | Swift Transportation Corporation | 5097 | 12/1/2021 1:31 | 30.24214068 | -91.24218517 | Port Allen | LA | US | Excellent | Moving | | Loaded |
| 130264 GXL7HLAG202801638 | Swift Transportation Corporation | 5097 | 12/1/2021 2:52 | 30.39041115 | -91.52588173 | Lafayette | LA | US | Excellent | Moving | | Loaded |
| 130264 GXL7HLAG202801638 | Swift Transportation Corporation | 5097 | 12/1/2021 1:58 | 30.37297241 | -91.77689525 | Henderson | LA | US | Excellent | Moving | | Loaded |
| 130264 GXL7HLAG202801638 | Swift Transportation Corporation | 5097 | 12/1/2021 2:14 | 30.33138944 | -92.03133892 | Lafayette | LA | US | Excellent | Moving | | Loaded |
| 130264 GXL7HLAG202801638 | Swift Transportation Corporation | 5097 | 12/1/2021 2:29 | 30.10901848 | -93.27824502 | Prien | LA | US | Excellent | Event Response | | Loaded |

Stephens-OD-1817

| ID | Company | Num | DateTime | Latitude | Longitude | City | State | Country | Quality | Event | Detail | Status |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 130264 GXL7hLAG202801638 | Swift Transportation Corporation | 5097 | 12/2/2021 2:45 | 30.20017815 | -93.4921875 | Vinton | LA | US | Excellent | Event Response | Moving | Loaded |
| 130264 GXL7hLAG202801638 | Swift Transportation Corporation | 5097 | 12/2/2021 3:00 | 30.12031265 | -93.71882295 | Orange | TX | US | Excellent | Event Response | Moving | Loaded |
| 130264 GXL7hLAG202801638 | Swift Transportation Corporation | 5097 | 12/2/2021 3:16 | 30.12364008 | -93.91416728 | Vidor | TX | US | Excellent | Event Response | Moving | Loaded |
| 130264 GXL7hLAG202801638 | Swift Transportation Corporation | 5097 | 12/2/2021 3:33 | 30.00118437 | -94.19468489 | Beaumont | TX | US | Excellent | Event Response | Moving | Loaded |
| 130264 GXL7hLAG202801638 | Swift Transportation Corporation | 5097 | 12/2/2021 3:41 | 29.92881584 | -94.27242279 | Hamshire | TX | US | Excellent | Event Response | Moving | Loaded |
| 130264 GXL7hLAG202801638 | Swift Transportation Corporation | 5097 | 12/2/2021 4:02 | 29.83125496 | -94.49413054 | Winnie | TX | US | Excellent | Event Response | Moving | Loaded |
| 130264 GXL7hLAG202801638 | Swift Transportation Corporation | 5097 | 12/2/2021 4:18 | 29.83902931 | -94.74831339 | Wallisville | TX | US | Excellent | Event Response | Moving | Loaded |
| 130264 GXL7hLAG202801638 | Swift Transportation Corporation | 5097 | 12/2/2021 4:33 | 29.80815018 | -94.94253535 | Highlands | TX | US | Excellent | Event Response | Moving | Loaded |
| 130264 GXL7hLAG202801638 | Swift Transportation Corporation | 5097 | 12/2/2021 4:49 | 29.77855445 | -95.09755355 | Highlands | TX | US | Excellent | Event Response | Moving | Loaded |
| 130264 GXL7hLAG202801638 | Swift Transportation Corporation | 5097 | 12/2/2021 5:04 | 29.80221308 | -95.2622858 | Jacinto City | TX | US | Excellent | Event Response | Moving | Loaded |
| 130264 GXL7hLAG202801638 | Swift Transportation Corporation | 5097 | 12/2/2021 5:20 | 29.83009602 | -95.48091112 | Hunters Creek Village | TX | US | Excellent | Event Response | Moving | Loaded |
| 130264 GXL7hLAG202801638 | Swift Transportation Corporation | 5097 | 12/2/2021 5:35 | 29.92467308 | -95.53518463 | Jersey Village | TX | US | Excellent | Event Response | Moving | Loaded |
| 130264 GXL7hLAG202801638 | Swift Transportation Corporation | 5097 | 12/2/2021 5:51 | 29.92266586 | -95.52708435 | Jersey Village | TX | US | Excellent | Event Response | Moving | Loaded |
| 130264 GXL7hLAG202801638 | Swift Transportation Corporation | 5097 | 12/2/2021 6:06 | 29.92250774 | -95.52960203 | Jersey Village | TX | US | Excellent | Event Response | Moving | Loaded |
| 130264 GXL7hLAG202801638 | Swift Transportation Corporation | 5097 | 12/2/2021 6:22 | 29.92275423 | -95.52925074 | Jersey Village | TX | US | Excellent | Event Response | Moving | Loaded |
| 130264 GXL7hLAG202801638 | Swift Transportation Corporation | 5097 | 12/2/2021 6:23 | 29.92275423 | -95.5293843 | Jersey Village | TX | US | Excellent | Event | Moving | Loaded |
| 130264 GXL7hLAG202801638 | Swift Transportation Corporation | 5097 | 12/2/2021 10:22 | 29.9228593 | -95.52957915 | Jersey Village | TX | US | Excellent | Scheduled | 12/2/2021 Stop | Loaded |
| 130264 GXL7hLAG202801638 | Swift Transportation Corporation | 5097 | 12/2/2021 10:22 | 29.9228593 | -95.52954102 | Jersey Village | TX | US | Excellent | Scheduled | Idle | Loaded |
| 130264 GXL7hLAG202801638 | Swift Transportation Corporation | 5097 | 12/2/2021 14:56 | 35.92261560 | -95.52685547 | Yard Move | TX | US | Excellent | Yard Move | Idle | Loaded |
| 130264 GXL7hLAG202801638 | Swift Transportation Corporation | 5097 | 12/2/2021 17:11 | 29.92045866 | -95.55097534 | Jersey Village | TX | US | Excellent | Idle | Idle | Loaded |
| 130264 GXL7hLAG202801638 | Swift Transportation Corporation | 5097 | 12/2/2021 17:13 | 29.92045866 | -95.55097534 | Jersey Village | TX | US | Excellent | Idle | 12/3/2021 5:22 Start | Loaded |
| 130264 GXL7hLAG202801638 | Swift Transportation Corporation | 5097 | 12/2/2021 21:38 | 29.9188425 | -95.38959503 | Aldine | TX | US | Excellent | Yard Move | | Loaded |
| 130264 GXL7hLAG202801638 | Swift Transportation Corporation | 5097 | 12/2/2021 21:53 | 29.88611412 | -95.20002069 | Sheldon | TX | US | Excellent | Event Response | Moving | Empty |
| 130264 GXL7hLAG202801638 | Swift Transportation Corporation | 5097 | 12/3/2021 22:08 | 29.79518509 | -95.07072449 | Highlands | TX | US | Excellent | Event Response | Moving | Empty |
| 130264 GXL7hLAG202801638 | Swift Transportation Corporation | 5097 | 12/3/2021 22:24 | 29.7151384 | -94.96906163 | Baytown | TX | US | Excellent | Event Response | Moving | Empty |
| 130264 GXL7hLAG202801638 | Swift Transportation Corporation | 5097 | 12/3/2021 22:39 | 29.72016171 | -94.83206664 | Beach City | TX | US | Excellent | Event Response | Moving | Empty |
| 130264 GXL7hLAG202801638 | Swift Transportation Corporation | 5097 | 12/3/2021 22:55 | 29.72990556 | -94.89679555 | Beach City | TX | US | Excellent | Event Response | Moving | Empty |
| 130264 GXL7hLAG202801638 | Swift Transportation Corporation | 5097 | 12/3/2021 23:10 | 29.7288551 | -94.89679555 | Beach City | TX | US | Excellent | Event Response | Moving | 12/3/2021 16:26 Empty |
| 130264 GXL7hLAG202801638 | Swift Transportation Corporation | 5097 | 12/3/2021 23:26 | 29.73843499 | -94.89682277 | Beach City | TX | US | Excellent | Event Response | Moving | Empty |
| 130264 GXL7hLAG202801638 | Swift Transportation Corporation | 5097 | 12/3/2021 23:35 | 29.72393273 | -94.89679718 | Beach City | TX | US | Excellent | Event Response | 12/3/2021 22:34 Stop | Empty |
| 130264 GXL7hLAG202801638 | Swift Transportation Corporation | 5097 | 12/4/2021 10:22 | 29.72380447 | -94.89679855 | Beach City | TX | US | Excellent | Scheduled | Idle | Empty |

Stephens-OD-1818

**Subject:**     FW:  220112017328802  Taurean Stephens, vs. Swift

**From:** Nathan Obray
**Sent:** Tuesday, May 10, 2022 9:02 AM
**To:** Nussbaum, Sonya <snnussba@amazon.com>
**Cc:** Thomas Repko ██████████████████████
**Subject:** RE: Trailer 130264

Thank you for providing the information below Sonya.

Can you also provide us a contact number for you please? Should anyone need to reach you to verbally confirm this information.

Thank you.

Good afternoon;
I contacted the facility, and was notified that WHV Transportation LLC pulled the trailer out with tractor 2808143. USDOT Number 3291436, SCAC is AGHPR.
I hope this helps. Let me know if you need any further information.

     

**From:** Hannah Osborne ██████████████████
**Sent:** Tuesday, March 8, 2022 2:19 PM
**To:** Nussbaum, Sonya <snnussba@amazon.com>
**Cc:** Thomas Repko ██████████████████; Nathan Obray ██████████████████
**Subject:** Re: Trailer 130264

Thank you so much Sonya, we will be in touch if anything else is needed.

DEFENDANTS EXHIBIT
**4**
SWIFT 1:22-CV-01403-JPB



Hannah Osborne                                    Swift Transportation

From: Nussbaum, Sonya <snnussba@amazon.com>
Sent: Tuesday, March 8, 2022 2:05 PM
To: Hannah Osborne
Cc: Thomas Repko
Subject: RE: Trailer 130264

[External Email] Think before you click. This email originated from outside of the company. Review the sender's email address and any clickable links. Validate any requests or attachments before proceeding. If in doubt contact the Helpdesk.

Good afternoon;
I contacted the facility, and was notified that WHV Transportation LLC pulled the trailer out with tractor 2808143. USDOT Number 3291436, SCAC is AGHPR.
I hope this helps. Let me know if you need any further information.

From: Hannah Osborne
Sent: Tuesday, March 8, 2022 3:16 PM
To: Nussbaum, Sonya <snnussba@amazon.com>
Cc: Thomas Repko
Subject: RE: [EXTERNAL] Trailer 130264

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you can confirm the sender and know the content is safe.

It came in on a load from MEM6 VRID 112B6NRNZ, do they keep track of the license plate of the carrier that checked out the trailers? The SCAC associated with the plate and trailer number is accurate for the trailer but not the carrier that took the trailer out.

Hannah Osborne                                    | Swift Transportation

**From:** Nussbaum, Sonya <snnussba@amazon.com>
**Sent:** Tuesday, March 8, 2022 12:46 PM
**To:** Hannah Osborne ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
**Cc:** Thomas Repko ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
**Subject:** RE: Trailer 130264

**[External Email] Think before you click.** This email originated from outside of the company. Review the sender's email address and any clickable links. Validate any requests or attachments before proceeding. If in doubt contact the Helpdesk.

Good afternoon;

I cannot locate any accident that was reported in our claims files for that trailer number.

Attached is a report I pulled to see who pulled the trailer out, and only show Swift pulling it out as an empty trailer. Do you know if it was taken to another yard and dropped as an empty?

**From:** Hannah Osborne ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
**Sent:** Tuesday, March 8, 2022 2:00 PM
**To:** Nussbaum, Sonya <snnussba@amazon.com>
**Cc:** Thomas Repko ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
**Subject:** RE: [EXTERNAL] Trailer 130264

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you can confirm the sender and know the content is safe.

That is okay, the case was never responded to. All of the information we have is provided below. We delivered a load into MGE5 and they departed it on another carrier between 11/29 and 12/05, we need the name of the carrier that took the trailer including the SCAC code.

Hannah Osborne ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | Swift Transportation

**From:** Nussbaum, Sonya <snnussba@amazon.com>
**Sent:** Tuesday, March 8, 2022 11:39 AM
**To:** Hannah Osborne ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
**Cc:** Thomas Repko ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
**Subject:** RE: Trailer 130264

**[External Email] Think before you click.** This email originated from outside of the company. Review the sender's email address and any clickable links. Validate any requests or attachments before proceeding. If in doubt contact the Helpdesk.

Hello! I apologize that you have had difficulty getting information to date. I do not have access to cases, could you pass along any information you have so that I can find the accident file?

**From:** Hannah Osborne ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
**Sent:** Tuesday, March 8, 2022 1:32 PM
**To:** Nussbaum, Sonya <snnussba@amazon.com>
**Cc:** Thomas Repko ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
**Subject:** [EXTERNAL] Trailer 130264

3

**CAUTION**: This email originated from outside of the organization. Do not click links or open attachments unless you can confirm the sender and know the content is safe.

We had a trailer that was being hauled by a NON-SWIFT truck that was involved in an accident on 11/30 we are trying to get some feedback from MGE5 in Chime and in cases.

They departed the trailer between 11/29 and 12/05, we need to know who took the trailer out. So far we have reached out to several people in Amazon to escalate this matter and we have not been able to get a response. Case number 9720654831, first attempt to contact 03/03 via Chime.

**Hannah Osborne**                    **| Swift Transportation**

| Building/Location | Exit Gate | Event Type | Event Description | Date UTC | User ID | System | License Pl | State/Prov | SCAC | Vehicle Ty | Vehicle # | Seal # | Comment | Visit Reason | VRID | ISA |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MGE5 | Exit Gate | CHECK_OUT | REMOVE_EQUIPMENT | 11/30/2021 16:53 | jengme | GEM | | | | | | ☐ | | OUTBOUND | | |
| MGE5 | | 303 LOCATION_AUDIT | RemoveEquipmentFromYar | 11/30/2021 16:53 | kelkimbe | Gate | P319212 | US PA | SWFT | Trailer | swfz130264 | ☐ | | | | |
| MGE5 | | 303 MOVE_BY_HOSTLER | LOCATION_AUDIT | 11/30/2021 13:52 | kelkimbe | Valet | P319212 | US PA | SWFT | Trailer | swfz130264 | ☐ | | | | |
| MGE5 | | 303 HOSTLER_COMPLETE | MOVE BY HOSTLER | 11/30/2021 12:13 | imoswili | Valet | P319212 | US PA | SWFT | Trailer | swfz130264 | ☐ | | | | |
| MGE5 | IN TRANSIT | MOVE_BY_HOSTLER | UpdateEquipmentLocation | 11/30/2021 12:13 | imoswili | Valet | P319212 | US PA | SWFT | Trailer | swfz130264 | ☐ | | | | |
| MGE5 | | 134 HOSTLER_START | MarkEquipmentInTransit | 11/30/2021 11:58 | imoswili | Valet | P319212 | US PA | SWFT | Trailer | swfz130264 | ☐ | | | | |
| MGE5 | | 134 IB_DOCK_COMPLETED | HOSTLER_START | 11/30/2021 11:58 | imoswili | Valet | P319212 | US PA | SWFT | Trailer | swfz130264 | ☐ | | | | |
| MGE5 | | 303 IB_DOCK_COMPLETED | IB_DOCK_COMPLETED | 11/30/2021 11:12 | TDR | Dock | P319212 | US PA | SWFT | Trailer | swfz130264 | ☐ | | | | |
| MGE5 | | 134 TDR_RELEASE | TDR_RELEASE | 11/30/2021 11:12 | TDR | Dock | P319212 | US PA | SWFT | Trailer | swfz130264 | ☐ | | | | |
| MGE5 | | 134 HOSTLER_CREATE | HOSTLER_CREATE | 11/30/2021 11:12 | hhharde | Dashboard | P319212 | US PA | SWFT | Trailer | swfz130264 | ☐ | | | | |
| MGE5 | | 134 DETACH_HAUL_ACTION | DETACH_HAUL_ACTION | 11/30/2021 11:11 | lSSP | Dock | P319212 | US PA | SWFT | Trailer | swfz130264 | ☐ | | | | |
| MGE5 | | 134 IB_DOCK_STARTED | IB_DOCK_STARTED | 11/30/2021 9:33 | TDR | Dock | P319212 | US PA | SWFT | Trailer | swfz130264 | ☐ | | INBOUND | 112B6NRNZ | |
| MGE5 | | 134 TDR_DOCK | TDR_DOCK | 11/30/2021 9:33 | TDR | Dock | P319212 | US PA | SWFT | Trailer | swfz130264 | ☐ | | INBOUND | 112B6NRNZ | |
| MGE5 | | 134 MOVE_BY_HOSTLER | MOVE BY HOSTLER | 11/30/2021 9:13 | sidneyfo | Valet | P319212 | US PA | SWFT | Trailer | swfz130264 | ☐ | | INBOUND | 112B6NRNZ | |
| MGE5 | | 134 HOSTLER_COMPLETE | UpdateEquipmentLocation | 11/30/2021 9:13 | sidneyfo | Valet | P319212 | US PA | SWFT | Trailer | swfz130264 | ☐ | | INBOUND | 112B6NRNZ | |
| MGE5 | IN TRANSIT | 322 MOVE_BY_HOSTLER | MarkEquipmentInTransit | 11/30/2021 9:08 | sidneyfo | Valet | P319212 | US PA | SWFT | Trailer | swfz130264 | ☐ | | INBOUND | 112B6NRNZ | |
| MGE5 | | 134 HOSTLER_START | HOSTLER_START | 11/30/2021 9:02 | sidneyfo | Dashboard | P319212 | US PA | SWFT | Trailer | swfz130264 | ☐ | | INBOUND | 112B6NRNZ | |
| MGE5 | | 322 LOCATION_AUDIT | LOCATION_AUDIT | 11/30/2021 8:56 | hhharde | Valet | P319212 | US PA | SWFT | Trailer | swfz130264 | ☐ | | INBOUND | 112B6NRNZ | |
| MGE5 | | 322 HOSTLER_CREATE | HOSTLER_CREATE | 11/30/2021 7:51 | dhuffor | Valet | P319212 | US PA | SWFT | Trailer | swfz130264 | ☐ | | INBOUND | 112B6NRNZ | |
| MGE5 | Entry Gate | CHECK_IN | CHECK_IN | 11/30/2021 4:22 | temelkawi | GEM | P319212 | US PA | SWFT | Trailer | swfz130264 | ☐ | | INBOUND | 112B6NRNZ | |
| MGE5 | | 322 ADD_EQUIPMENT | AddEquipmentToYard | 11/30/2021 4:22 | temelkawi | Gate | P319212 | US PA | SWFT | Trailer | swfz130264 | ☐ | | INBOUND | 112B6NRNZ | |
| MGE5 | Not In Yard | PREREGISTRATION | PREREGISTRATION | 11/29/2021 19:54 | | Intermode | P319212 | US PA | SWFT | Trailer | swfz130264 | ☐ | | INBOUND | 112B6NRNZ | |

DEFENDANTS EXHIBIT

5

SWIFT 1:22-CV-01403-JPB

Stephens-OD-1819

Stephens-OD-1821

| SortDim | Order# | Ref# | Customer | BUtfx | Equip | LOB | Account Manager | Buyer | Carrier | Carrier Code | DOT | Origin Zone | Lane | Ship Date | Empty Date | Priority/Truck | Revenue | Margin $ | Margin % | Order Miles | Carrier Miles | Carrier Linehaul |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

DEFENDANTS EXHIBIT
6
SWIFT 1:22-CV-01403-JPB

| | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 86 | 1740950 | 38241599 | DAIMLER TRUCKS NORTH AN | 994438 | SPO | PO | [redacted] | [redacted] | WHV TRANSPORTATION LLC | WHVCIN | 3291436 | Mount Holly, NC - Laredo, TX | SE | 11/11/21 | 11/16/21 | SPOT | | [redacted] | [redacted] | [redacted] | 1,375 | 2,750 | [redacted] |
| 87 | 1741463 | WW35599 | WALMART STORES INC | SWIFT | SPO | PO | [redacted] | [redacted] | WHV TRANSPORTATION LLC | WHVCIN | 3291436 | Statesboro, GA - La Grange, GA | SE | 11/12/21 | 11/15/21 | UNK | | [redacted] | [redacted] | [redacted] | 219 | 218 | [redacted] |
| 88 | 1741469 | WW36031 | WALMART STORES INC | SWIFT | SPO | PO | [redacted] | [redacted] | WHV TRANSPORTATION LLC | WHVCIN | 3291436 | Statesboro, GA - La Grange, GA | SE | 11/12/21 | 11/15/21 | UNK | | [redacted] | [redacted] | [redacted] | 219 | 218 | [redacted] |
| 89 | 1741471 | WW38011 | WALMART STORES INC | SWIFT | SPO | PO | [redacted] | [redacted] | WHV TRANSPORTATION LLC | WHVCIN | 3291436 | Statesboro, GA - La Grange, GA | SE | 11/12/21 | 11/15/21 | UNK | | [redacted] | [redacted] | [redacted] | 219 | 218 | [redacted] |
| 90 | 1741473 | WW41133 | WALMART STORES INC | SWIFT | SPO | PO | [redacted] | [redacted] | WHV TRANSPORTATION LLC | WHVCIN | 3291436 | Statesboro, GA - La Grange, GA | SE | 11/12/21 | 11/15/21 | UNK | | [redacted] | [redacted] | [redacted] | 219 | 218 | [redacted] |
| 91 | 1741590 | WW42069 | WALMART STORES INC | SWIFT | SPO | PO | [redacted] | [redacted] | WHV TRANSPORTATION LLC | WHVCIN | 3291436 | Statesboro, GA - Alachua, FL | SE | 11/12/21 | 11/15/21 | UNK | | [redacted] | [redacted] | [redacted] | 247 | 246 | [redacted] |
| 92 | 1741598 | WW41486 | WALMART STORES INC | SWIFT | SPO | PO | [redacted] | [redacted] | WHV TRANSPORTATION LLC | WHVCIN | 3291436 | Statesboro, GA - Fort Pierce, FL | SE | 11/12/21 | 11/15/21 | UNK | | [redacted] | [redacted] | [redacted] | 668 | 872 | [redacted] |
| 93 | 1741600 | WW42120 | WALMART STORES INC | SWIFT | SPO | PO | [redacted] | [redacted] | WHV TRANSPORTATION LLC | WHVCIN | 3291436 | Statesboro, GA - Brooksville, FL | SE | 11/12/21 | 11/15/21 | UNK | | [redacted] | [redacted] | [redacted] | 337 | 336 | [redacted] |
| 94 | 1741613 | WW42092 | WALMART STORES INC | SWIFT | SPO | PO | [redacted] | [redacted] | WHV TRANSPORTATION LLC | WHVCIN | 3291436 | Savannah, GA - Brooksville, FL | SE | 11/12/21 | 11/15/21 | UNK | | [redacted] | [redacted] | [redacted] | 303 | 302 | [redacted] |
| 95 | 1744001 | 6570960 | KOHLS DEPARTMENT STORE | KNIGHT | V53 | DRY | [redacted] | [redacted] | WHV TRANSPORTATION LLC | WHVCIN | 3291436 | Kings Mountain, NC - Winchester, VA | SE | 11/16/21 | 11/19/21 | SPOT | 220 | [redacted] | [redacted] | [redacted] | 387 | 387 | [redacted] |
| 96 | 1744027 | 6571018 | MARS / WRIGLEY | KNIGHT | KPO | PO | [redacted] | [redacted] | WHV TRANSPORTATION LLC | WHVCIN | 3291436 | Mattoon, IL - Aurora, NE | NE | 11/14/21 | 02/02/22 | UNK | 7777 | [redacted] | [redacted] | [redacted] | 634 | 1,268 | [redacted] |
| 97 | 1745414 | WW62527 | WALMART STORES INC SWC | SWIFT | CPO | PO | [redacted] | [redacted] | WHV TRANSPORTATION LLC | WHVCIN | 3291436 | Baytown, TX - Coldwater, MI | SE | 11/14/21 | 11/21/21 | UNK | 777 | [redacted] | [redacted] | [redacted] | 1,275 | 2,550 | [redacted] |
| 98 | 1745416 | WW62529 | WALMART STORES INC SWC | SWIFT | CPO | PO | [redacted] | [redacted] | WHV TRANSPORTATION LLC | WHVCIN | 3291436 | Baytown, TX - Menomonie, WI | SE | 11/14/21 | 11/21/21 | UNK | 2505 | [redacted] | [redacted] | [redacted] | 1,268 | 2,536 | [redacted] |
| 99 | 1746116 | WW60575 | WALMART STORES INC | SWIFT | SPO | PO | [redacted] | [redacted] | WHV TRANSPORTATION LLC | WHVCIN | 3291436 | Statesboro, GA - La Grange, GA | SE | 11/16/21 | 11/16/21 | UNK | | [redacted] | [redacted] | [redacted] | 219 | 218 | [redacted] |
| 100 | 1746118 | WW64177 | WALMART STORES INC | SWIFT | SPO | PO | [redacted] | [redacted] | WHV TRANSPORTATION LLC | WHVCIN | 3291436 | Statesboro, GA - Douglas, GA | SE | 11/16/21 | 11/17/21 | UNK | | [redacted] | [redacted] | [redacted] | 105 | 104 | [redacted] |
| 101 | 1746130 | WW65825 | WALMART STORES INC | SWIFT | SPO | PO | [redacted] | [redacted] | WHV TRANSPORTATION LLC | WHVCIN | 3291436 | Statesboro, GA - Brooksville, FL | SE | 11/16/21 | 11/17/21 | UNK | | [redacted] | [redacted] | [redacted] | 337 | 336 | [redacted] |
| 102 | 1746186 | WW63643 | WALMART STORES INC | SWIFT | SPO | PO | [redacted] | [redacted] | WHV TRANSPORTATION LLC | WHVCIN | 3291436 | Statesboro, GA - Shelby, NC | SE | 11/16/21 | 11/17/21 | UNK | | [redacted] | [redacted] | [redacted] | 240 | 239 | [redacted] |
| 103 | 1748324 | WW68365 | WALMART STORES INC | SWIFT | SPO | PO | [redacted] | [redacted] | WHV TRANSPORTATION LLC | WHVCIN | 3291436 | Statesboro, GA - La Grange, GA | SE | 11/16/21 | 11/17/21 | UNK | | [redacted] | [redacted] | [redacted] | 423 | 762 | [redacted] |
| 104 | 1748334 | 6574898 | ROSS STORES, INB. PUB. | KNIGHT | KPO | PO | [redacted] | [redacted] | WHV TRANSPORTATION LLC | WHVCIN | 3291436 | Hebron, KY - Carlisle, PA | NE | 11/17/21 | 11/22/21 | GREEN | 516 | [redacted] | [redacted] | [redacted] | 473 | 472 | [redacted] |
| 105 | 1748417 | WW76342 | WALMART STORES INC | SWIFT | SPO | PO | [redacted] | [redacted] | WHV TRANSPORTATION LLC | WHVCIN | 3291436 | Statesboro, GA - Alachua, FL | SE | 11/17/21 | 11/17/21 | UNK | | [redacted] | [redacted] | [redacted] | 247 | 246 | [redacted] |
| 106 | 1748424 | WW74124 | WALMART STORES INC | SWIFT | SPO | PO | [redacted] | [redacted] | WHV TRANSPORTATION LLC | WHVCIN | 3291436 | Statesboro, GA - Douglas, GA | SE | 11/17/21 | 11/20/21 | UNK | | [redacted] | [redacted] | [redacted] | 106 | 105 | [redacted] |
| 107 | 1748427 | WW73650 | WALMART STORES INC | SWIFT | SPO | PO | [redacted] | [redacted] | WHV TRANSPORTATION LLC | WHVCIN | 3291436 | Statesboro, GA - Douglas, GA | SE | 11/17/21 | 11/17/21 | UNK | | [redacted] | [redacted] | [redacted] | 105 | 104 | [redacted] |
| 108 | 1748428 | WW73913 | WALMART STORES INC | SWIFT | SPO | PO | [redacted] | [redacted] | WHV TRANSPORTATION LLC | WHVCIN | 3291436 | Statesboro, GA - Douglas, GA | SE | 11/17/21 | 11/22/21 | UNK | | [redacted] | [redacted] | [redacted] | 106 | 105 | [redacted] |
| 109 | 1748429 | WW74350 | WALMART STORES INC | SWIFT | SPO | PO | [redacted] | [redacted] | WHV TRANSPORTATION LLC | WHVCIN | 3291436 | Statesboro, GA - Brooksville, FL | SE | 11/17/21 | 11/20/21 | UNK | | [redacted] | [redacted] | [redacted] | 338 | 338 | [redacted] |
| 110 | 1748430 | WW73923 | WALMART STORES INC | SWIFT | SPO | PO | [redacted] | [redacted] | WHV TRANSPORTATION LLC | WHVCIN | 3291436 | Statesboro, GA - Shelby, NC | SE | 11/17/21 | 11/18/21 | UNK | | [redacted] | [redacted] | [redacted] | 241 | 240 | [redacted] |
| 111 | 1748448 | WW75957 | WALMART STORES INC | SWIFT | SPO | PO | [redacted] | [redacted] | WHV TRANSPORTATION LLC | WHVCIN | 3291436 | Statesboro, GA - Fort Pierce, FL | SE | 11/17/21 | 11/17/21 | UNK | | [redacted] | [redacted] | [redacted] | 401 | 400 | [redacted] |
| 112 | 1748930 | 6570375 | NESTLE PURINA PET CARE | KNIGHT | KPO | PO | [redacted] | [redacted] | WHV TRANSPORTATION LLC | WHVCIN | 3291436 | Clinton, OK - Grandview, WA | SE | 11/19/21 | 12/06/21 | GREEN | 218069 | [redacted] | [redacted] | [redacted] | 1,733 | 1,732 | [redacted] |
| 113 | 1750597 | WW84134 | WALMART STORES INC | SWIFT | SPO | PO | [redacted] | [redacted] | WHV TRANSPORTATION LLC | WHVCIN | 3291436 | Statesboro, GA - Fort Pierce, FL | SE | 11/18/21 | 11/20/21 | UNK | | [redacted] | [redacted] | [redacted] | 402 | 804 | [redacted] |
| 114 | 1750642 | WW84334 | WALMART STORES INC | SWIFT | SPO | PO | [redacted] | [redacted] | WHV TRANSPORTATION LLC | WHVCIN | 3291436 | Savannah, GA - Alachua, FL | SE | 11/18/21 | 11/19/21 | UNK | | [redacted] | [redacted] | [redacted] | 214 | 428 | [redacted] |
| 115 | 1750643 | WW88033 | WALMART STORES INC | SWIFT | SPO | PO | [redacted] | [redacted] | WHV TRANSPORTATION LLC | WHVCIN | 3291436 | Statesboro, GA - Brooksville, FL | SE | 11/18/21 | 11/18/21 | UNK | | [redacted] | [redacted] | [redacted] | 338 | 676 | [redacted] |
| 116 | 1750652 | WW85020 | WALMART STORES INC | SWIFT | SPO | PO | [redacted] | [redacted] | WHV TRANSPORTATION LLC | WHVCIN | 3291436 | Statesboro, GA - Douglas, GA | SE | 11/18/21 | 11/20/21 | FAIL1X | | [redacted] | [redacted] | [redacted] | 106 | 106 | [redacted] |
| 117 | 1750653 | WW84176 | WALMART STORES INC | SWIFT | SPO | PO | [redacted] | [redacted] | WHV TRANSPORTATION LLC | WHVCIN | 3291436 | Savannah, GA - Alachua, FL | SE | 11/18/21 | 11/19/21 | UNK | | [redacted] | [redacted] | [redacted] | 214 | 428 | [redacted] |
| 118 | 1750656 | WW87795 | WALMART STORES INC | SWIFT | SPO | PO | [redacted] | [redacted] | WHV TRANSPORTATION LLC | WHVCIN | 3291436 | Savannah, GA - Brooksville, FL | SE | 11/18/21 | 11/20/21 | UNK | | [redacted] | [redacted] | [redacted] | 304 | 608 | [redacted] |
| 119 | 1750659 | WW85160 | WALMART STORES INC | SWIFT | SPO | PO | [redacted] | [redacted] | WHV TRANSPORTATION LLC | WHVCIN | 3291436 | Statesboro, GA - Midway, TN | SE | 11/18/21 | 11/19/21 | UNK | | [redacted] | [redacted] | [redacted] | 346 | 692 | [redacted] |
| 120 | 1750664 | WW88206 | WALMART STORES INC | SWIFT | SPO | PO | [redacted] | [redacted] | WHV TRANSPORTATION LLC | WHVCIN | 3291436 | Statesboro, GA - Midway, TN | SE | 11/18/21 | 11/19/21 | UNK | | [redacted] | [redacted] | [redacted] | 346 | 692 | [redacted] |
| 121 | 1750667 | WW89768 | WALMART STORES INC | SWIFT | SPO | PO | [redacted] | [redacted] | WHV TRANSPORTATION LLC | WHVCIN | 3291436 | Statesboro, GA - Hope Mills, NC | SE | 11/18/21 | 11/20/21 | UNK | | [redacted] | [redacted] | [redacted] | 265 | 530 | [redacted] |
| 122 | 1750870 | WW91714 | WALMART STORES INC | SWIFT | SPO | PO | [redacted] | [redacted] | WHV TRANSPORTATION LLC | WHVCIN | 3291436 | Statesboro, GA - La Grange, GA | SE | 11/18/21 | 11/20/21 | UNK | | [redacted] | [redacted] | [redacted] | 220 | 220 | [redacted] |
| 123 | 1750961 | 6580338 | WALMART EAST | KNIGHT | V53 | DRY | [redacted] | [redacted] | WHV TRANSPORTATION LLC | WHVCIN | 3291436 | Fife, WA - Colton, CA | NW | 12/08/21 | 12/10/21 | FAIL3X | | [redacted] | [redacted] | [redacted] | 1,166 | 1,166 | [redacted] |
| 124 | 1752789 | WW97237 | WALMART STORES INC | SWIFT | SPO | PO | [redacted] | [redacted] | WHV TRANSPORTATION LLC | WHVCIN | 3291436 | Statesboro, GA - Brooksville, FL | SE | 11/19/21 | 11/20/21 | UNK | | [redacted] | [redacted] | [redacted] | 338 | 338 | [redacted] |
| 125 | 1752806 | WW99847 | WALMART STORES INC | SWIFT | SPO | PO | [redacted] | [redacted] | WHV TRANSPORTATION LLC | WHVCIN | 3291436 | Statesboro, GA - Douglas, GA | SE | 11/19/21 | 11/22/21 | UNK | | [redacted] | [redacted] | [redacted] | 105 | 104 | [redacted] |
| 126 | 1752807 | WX00033 | WALMART STORES INC | SWIFT | SPO | PO | [redacted] | [redacted] | WHV TRANSPORTATION LLC | WHVCIN | 3291436 | Statesboro, GA - Carrollton, GA | SE | 11/19/21 | 11/20/21 | UNK | | [redacted] | [redacted] | [redacted] | 258 | 257 | [redacted] |
| 127 | 1752809 | WX00206 | WALMART STORES INC | SWIFT | SPO | PO | [redacted] | [redacted] | WHV TRANSPORTATION LLC | WHVCIN | 3291436 | Statesboro, GA - Douglas, GA | SE | 11/19/21 | 11/20/21 | UNK | | [redacted] | [redacted] | [redacted] | 106 | 106 | [redacted] |
| 128 | 1752828 | WW99576 | WALMART STORES INC | SWIFT | SPO | PO | [redacted] | [redacted] | WHV TRANSPORTATION LLC | WHVCIN | 3291436 | Savannah, GA - Brooksville, FL | SE | 11/19/21 | 11/20/21 | UNK | | [redacted] | [redacted] | [redacted] | 304 | 304 | [redacted] |
| 129 | 1752829 | WW99682 | WALMART STORES INC | SWIFT | SPO | PO | [redacted] | [redacted] | WHV TRANSPORTATION LLC | WHVCIN | 3291436 | Savannah, GA - Brooksville, FL | SE | 11/19/21 | 11/20/21 | UNK | | [redacted] | [redacted] | [redacted] | 304 | 304 | [redacted] |
| 130 | 1752830 | WW98072 | WALMART STORES INC | SWIFT | SPO | PO | [redacted] | [redacted] | WHV TRANSPORTATION LLC | WHVCIN | 3291436 | Savannah, GA - Brooksville, FL | SE | 11/19/21 | 11/22/21 | UNK | | [redacted] | [redacted] | [redacted] | 303 | 302 | [redacted] |
| 131 | 1752858 | WW99829 | WALMART STORES INC | SWIFT | SPO | PO | [redacted] | [redacted] | WHV TRANSPORTATION LLC | WHVCIN | 3291436 | Savannah, GA - Brooksville, FL | SE | 11/19/21 | 11/22/21 | UNK | | [redacted] | [redacted] | [redacted] | 303 | 302 | [redacted] |
| 132 | 1753015 | WX01067 | WALMART STORES INC | SWIFT | SPO | PO | [redacted] | [redacted] | WHV TRANSPORTATION LLC | WHVCIN | 3291436 | Statesboro, GA - Carrollton, GA | SE | 11/19/21 | 11/20/21 | UNK | | [redacted] | [redacted] | [redacted] | 258 | 258 | [redacted] |
| 133 | 1753710 | WX04777 | KOHLS AMAZON RETURNS S | SWIFT | SPO | PO | [redacted] | [redacted] | WHV TRANSPORTATION LLC | WHVCIN | 3291436 | Findlay, OH - Aurora, IL | NE | 11/18/21 | 11/24/21 | AWARD | 999 | [redacted] | [redacted] | [redacted] | 286 | 549 | [redacted] |
| 134 | 1755543 | 6586771 | WALMART EAST | KNIGHT | V53 | DRY | [redacted] | [redacted] | WHV TRANSPORTATION LLC | WHVCIN | 3291436 | Hugo, MN - Cullman, AL | NE | 01/14/22 | 01/17/22 | GREEN | 6335 | [redacted] | [redacted] | [redacted] | 1,018 | 1,018 | [redacted] |
| 135 | 1755629 | WX13961 | WALMART STORES INC SWC | SWIFT | CPO | PO | [redacted] | [redacted] | WHV TRANSPORTATION LLC | WHVCIN | 3291436 | Savannah, GA - Hope Mills, NC | SE | 11/19/21 | 11/22/21 | UNK | | [redacted] | [redacted] | [redacted] | 250 | 500 | [redacted] |
| 136 | 1755631 | WX13981 | WALMART STORES INC SWC | SWIFT | CPO | PO | [redacted] | [redacted] | WHV TRANSPORTATION LLC | WHVCIN | 3291436 | Savannah, GA - Alachua, FL | SE | 11/19/21 | 11/22/21 | UNK | | [redacted] | [redacted] | [redacted] | 214 | 428 | [redacted] |
| 137 | 1756653 | WX18069 | WALMART STORES INC | SWIFT | SPO | PO | [redacted] | [redacted] | WHV TRANSPORTATION LLC | WHVCIN | 3291436 | Savannah, GA - Hurricane, UT | SE | 11/20/21 | 11/26/21 | UNK | | [redacted] | [redacted] | [redacted] | 2,274 | 2,274 | [redacted] |
| 138 | 1756758 | WX19327 | WALMART STORES INC SWC | SWIFT | CPO | PO | [redacted] | [redacted] | WHV TRANSPORTATION LLC | WHVCIN | 3291436 | Savannah, GA - Douglas, GA | SE | 11/20/21 | 11/22/21 | UNK | | [redacted] | [redacted] | [redacted] | 136 | 272 | [redacted] |
| 139 | 1756887 | WX21020 | COSTCO WHOLESALE #171 | SWIFT | SPO | PO | [redacted] | [redacted] | WHV TRANSPORTATION LLC | WHVCIN | 3291436 | Sumner, WA - Tracy, CA | NW | 11/22/21 | 11/29/21 | UNK | | [redacted] | [redacted] | [redacted] | 794 | 1,588 | [redacted] |
| 140 | 1756944 | WX21003 | WALMART STORES INC | SWIFT | SPO | PO | [redacted] | [redacted] | WHV TRANSPORTATION LLC | WHVCIN | 3291436 | Statesboro, GA - Douglas, GA | SE | 11/22/21 | 11/24/21 | UNK | | [redacted] | [redacted] | [redacted] | 105 | 104 | [redacted] |
| 141 | 1756989 | WX22131 | WALMART STORES INC | SWIFT | SPO | PO | [redacted] | [redacted] | WHV TRANSPORTATION LLC | WHVCIN | 3291436 | Statesboro, GA - Fort Pierce, FL | SE | 11/22/21 | 11/23/21 | UNK | | [redacted] | [redacted] | [redacted] | 402 | 402 | [redacted] |
| 142 | 1757067 | 6589212 | WALMART EAST | KNIGHT | V53 | DRY | [redacted] | [redacted] | WHV TRANSPORTATION LLC | WHVCIN | 3291436 | Essex Junction, VT - Columbus, OH | NE | 12/03/21 | 12/04/21 | GREEN | 415 | [redacted] | [redacted] | [redacted] | 729 | 729 | [redacted] |
| 143 | 1757216 | 6589533 | KOHLS DEPARTMENT STORE | KNIGHT | V53 | DRY | [redacted] | [redacted] | WHV TRANSPORTATION LLC | WHVCIN | 3291436 | Portland, OR - San Bernardino, CA | NW | 11/27/21 | 12/06/21 | SPOT | 900 | [redacted] | [redacted] | [redacted] | 1,027 | 1,027 | [redacted] |
| 144 | 1757605 | WX25968 | WALMART STORES INC | SWIFT | SPO | PO | [redacted] | [redacted] | WHV TRANSPORTATION LLC | WHVCIN | 3291436 | Statesboro, GA - Fort Pierce, FL | SE | 11/22/21 | 11/30/21 | UNK | | [redacted] | [redacted] | [redacted] | 402 | 402 | [redacted] |
| 145 | 1757626 | WX25971 | WALMART STORES INC | SWIFT | SPO | PO | [redacted] | [redacted] | WHV TRANSPORTATION LLC | WHVCIN | 3291436 | Statesboro, GA - Alachua, FL | SE | 11/22/21 | 11/23/21 | UNK | | [redacted] | [redacted] | [redacted] | 248 | 248 | [redacted] |
| 146 | 1757664 | 6590233 | WALMART EAST | KNIGHT | V53 | DRY | [redacted] | [redacted] | WHV TRANSPORTATION LLC | WHVCIN | 3291436 | Fife, WA - Colton, CA | NW | 12/14/21 | 12/16/21 | FAIL3X | 0707 | [redacted] | [redacted] | [redacted] | 1,166 | 1,166 | [redacted] |
| 147 | 1757750 | 6580368 | WALMART EAST | KNIGHT | V53 | DRY | [redacted] | [redacted] | WHV TRANSPORTATION LLC | WHVCIN | 3291436 | Fife, WA - Colton, CA | NW | 12/08/21 | 12/10/21 | FAIL3X | 3205 | [redacted] | [redacted] | [redacted] | 1,166 | 1,166 | [redacted] |
| 148 | 1759768 | WX35674 | COSTCO WHOLESALE #171 | SWIFT | SPO | PO | [redacted] | [redacted] | WHV TRANSPORTATION LLC | WHVCIN | 3291436 | Sumner, WA - Tracy, CA | NW | 11/23/21 | 11/29/21 | UNK | | [redacted] | [redacted] | [redacted] | 794 | 1,588 | [redacted] |
| 149 | 1759787 | WX35627 | COSTCO WHOLESALE #171 | SWIFT | SPO | PO | [redacted] | [redacted] | WHV TRANSPORTATION LLC | WHVCIN | 3291436 | Sumner, WA - Salt Lake City, UT | NW | 11/23/21 | 11/26/21 | UNK | | [redacted] | [redacted] | [redacted] | 859 | 1,713 | [redacted] |
| 150 | 1759981 | WX36301 | WALMART STORES INC | SWIFT | SPO | PO | [redacted] | [redacted] | WHV TRANSPORTATION LLC | WHVCIN | 3291436 | Savannah, GA - Hurricane, UT | SE | 11/23/21 | 11/29/21 | UNK | | [redacted] | [redacted] | [redacted] | 2,274 | 4,548 | [redacted] |
| 151 | 1759998 | WX33062 | WALMART STORES INC | SWIFT | SPO | PO | [redacted] | [redacted] | WHV TRANSPORTATION LLC | WHVCIN | 3291436 | Statesboro, GA - Fort Pierce, FL | SE | 11/24/21 | 11/24/21 | UNK | | [redacted] | [redacted] | [redacted] | 402 | 402 | [redacted] |
| 152 | 1759999 | WX32606 | WALMART STORES INC | SWIFT | SPO | PO | [redacted] | [redacted] | WHV TRANSPORTATION LLC | WHVCIN | 3291436 | Statesboro, GA - Douglas, GA | SE | 11/24/21 | 11/24/21 | UNK | | [redacted] | [redacted] | [redacted] | 105 | 104 | [redacted] |
| 153 | 1760000 | WX32435 | WALMART STORES INC | SWIFT | SPO | PO | [redacted] | [redacted] | WHV TRANSPORTATION LLC | WHVCIN | 3291436 | Statesboro, GA - Douglas, GA | SE | 11/24/21 | 11/24/21 | UNK | | [redacted] | [redacted] | [redacted] | 105 | 104 | [redacted] |
| 154 | 1762191 | WX49451 | WALMART STORES INC SWC | SWIFT | CPO | PO | [redacted] | [redacted] | WHV TRANSPORTATION LLC | WHVCIN | 3291436 | Savannah, GA - Shelby, NC | SE | 11/24/21 | 11/26/21 | UNK | | [redacted] | [redacted] | [redacted] | 286 | 572 | [redacted] |
| 155 | 1762239 | 6596559 | LASERSHIP | KNIGHT | DTM | DRY | [redacted] | [redacted] | WHV TRANSPORTATION LLC | WHVCIN | 3291436 | Dayton, NJ - MIAMI, FL | NE | 12/03/21 | 12/06/21 | UNK | 416 | [redacted] | [redacted] | [redacted] | 1,267 | 1,267 | [redacted] |
| 156 | 1762545 | WX40172 | WALMART STORES INC | SWIFT | SPO | PO | [redacted] | [redacted] | WHV TRANSPORTATION LLC | WHVCIN | 3291436 | Statesboro, GA - Brooksville, FL | SE | 11/26/21 | 11/26/21 | UNK | | [redacted] | [redacted] | [redacted] | 338 | 337 | [redacted] |
| 157 | 1762548 | WX35556 | WALMART STORES INC | SWIFT | SPO | PO | [redacted] | [redacted] | WHV TRANSPORTATION LLC | WHVCIN | 3291436 | Statesboro, GA - Midway, TN | SE | 11/26/21 | 11/26/21 | UNK | | [redacted] | [redacted] | [redacted] | 346 | 346 | [redacted] |
| 158 | 1762650 | WX41959 | WALMART STORES INC | SWIFT | SPO | PO | [redacted] | [redacted] | WHV TRANSPORTATION LLC | WHVCIN | 3291436 | Statesboro, GA - Douglas, GA | SE | 11/26/21 | 11/26/21 | UNK | | [redacted] | [redacted] | [redacted] | 106 | 106 | [redacted] |
| 159 | 1763495 | WX55168 | WALMART STORES INC | SPTONU | V53 | DRY | [redacted] | [redacted] | WHV TRANSPORTATION LLC | WHVCIN | 3291436 | Conklin, NY - Laurens, SC | NE | 02/03/22 | 02/03/22 | UNK | 645 | [redacted] | [redacted] | [redacted] | 751 | 751 | [redacted] |
| 160 | 1764816 | 6599650 | KOHLS DEPARTMENT STORE | KNIGHT | V53 | DRY | [redacted] | [redacted] | WHV TRANSPORTATION LLC | WHVCIN | 3291436 | Southaven, MS - Grain Valley, MO | SE | 12/02/21 | 12/03/21 | UNK | 778// 68531 | [redacted] | [redacted] | [redacted] | 503 | 503 | [redacted] |
| 161 | 1765384 | 6597762 | PROCTOR & GAMBLE DIST | KNIGHT | KPO | PO | [redacted] | [redacted] | WHV TRANSPORTATION LLC | WHVCIN | 3291436 | Tunkhannock, PA - Lawrence, MA | NE | 12/05/21 | 12/09/21 | GREEN | 414 | [redacted] | [redacted] | [redacted] | 322 | 644 | [redacted] |
| 162 | 1765478 | 6597727 | PROCTOR & GAMBLE DIST | KNIGHT | KPO | PO | [redacted] | [redacted] | WHV TRANSPORTATION LLC | WHVCIN | 3291436 | Tunkhannock, PA - Lawrence, MA | NE | 12/05/21 | 02/03/22 | GREEN | 777 | [redacted] | [redacted] | [redacted] | 322 | 644 | [redacted] |
| 163 | 1765666 | 6600662 | WALMART EAST | KNIGHT | V53 | DRY | [redacted] | [redacted] | WHV TRANSPORTATION LLC | WHVCIN | 3291436 | Sumner, WA - Colton, CA | NW | 12/13/21 | 12/16/21 | GREEN | | [redacted] | [redacted] | [redacted] | 1,163 | 1,163 | [redacted] |
| 164 | 1765859 | 6600776 | WALMART EAST | KNIGHT | KPO | PO | [redacted] | [redacted] | WHV TRANSPORTATION LLC | WHVCIN | 3291436 | Spring Hill, KS - Pendergrass, GA | NE | 12/13/21 | 02/01/22 | FAIL1X | 800 | [redacted] | [redacted] | [redacted] | 873 | 1,746 | [redacted] |
| 165 | 1766265 | WX68321 | WALMART STORES INC | SWIFT | SPO | PO | [redacted] | [redacted] | WHV TRANSPORTATION LLC | WHVCIN | 3291436 | Statesboro, GA - Statesboro, GA | SE | 11/29/21 | 11/30/21 | UNK | | [redacted] | [redacted] | [redacted] | 804 | 804 | [redacted] |
| 166 | 1766272 | WX69162 | WALMART STORES INC | SWIFT | SPO | PO | [redacted] | [redacted] | WHV TRANSPORTATION LLC | WHVCIN | 3291436 | Savannah, GA - Brooksville, FL | SE | 11/29/21 | 11/30/21 | UNK | | [redacted] | [redacted] | [redacted] | 304 | 608 | [redacted] |
| 167 | 1767038 | 6601972 | ROSS STORES, INB. PUB. | KNIGHT | KPO | PO | [redacted] | [redacted] | WHV TRANSPORTATION LLC | WHVCIN | 3291436 | Elgin, IL - Rock Hill, SC | NE | 11/29/21 | 12/07/21 | GREEN | 010 | [redacted] | [redacted] | [redacted] | 808 | 807 | [redacted] |
| 168 | 1767365 | WX72179 | WALMART STORES INC | SWIFT | SPO | PO | [redacted] | [redacted] | WHV TRANSPORTATION LLC | WHVCIN | 3291436 | Statesboro, GA - Alachua, FL | SE | 11/30/21 | 12/01/21 | UNK | | [redacted] | [redacted] | [redacted] | 248 | 248 | [redacted] |
| 169 | 1767366 | WX72315 | WALMART STORES INC | SWIFT | SPO | PO | [redacted] | [redacted] | WHV TRANSPORTATION LLC | WHVCIN | 3291436 | Statesboro, GA - Fort Pierce, FL | SE | 11/30/21 | 12/01/21 | UNK | | [redacted] | [redacted] | [redacted] | 402 | 402 | [redacted] |
| 170 | 1767388 | WX72710 | WALMART STORES INC | SWIFT | SPO | PO | [redacted] | [redacted] | WHV TRANSPORTATION LLC | WHVCIN | 3291436 | Statesboro, GA - Alachua, FL | SE | 11/30/21 | 11/30/21 | UNK | | [redacted] | [redacted] | [redacted] | 248 | 248 | [redacted] |
| 171 | 1769513 | WX83465 | WALMART STORES INC | SWIFT | SPO | PO | [redacted] | [redacted] | WHV TRANSPORTATION LLC | WHVCIN | 3291436 | Statesboro, GA - La Grange, GA | SE | 12/01/21 | 12/01/21 | UNK | | [redacted] | [redacted] | [redacted] | 219 | 218 | [redacted] |
| 172 | 1769514 | WX84498 | WALMART STORES INC | SWIFT | SPO | PO | [redacted] | [redacted] | WHV TRANSPORTATION LLC | WHVCIN | 3291436 | Statesboro, GA - Fort Pierce, FL | SE | 12/01/21 | 12/01/21 | UNK | | [redacted] | [redacted] | [redacted] | 401 | 400 | [redacted] |
| 173 | 1769516 | WX84039 | WALMART STORES INC | SWIFT | SPO | PO | [redacted] | [redacted] | WHV TRANSPORTATION LLC | WHVCIN | 3291436 | Statesboro, GA - La Grange, GA | SE | 12/01/21 | 12/01/21 | UNK | | [redacted] | [redacted] | [redacted] | 219 | 218 | [redacted] |

| | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 174 | 1769797 | WX84541 | WALMART STORES INC | SWIFT | SPO | PO | [redacted] | WHV TRANSPORTATION LLC | WHVCIN | 3291436 | Statesboro, GA - La Grange, GA | SE | 12/01/21 | 12/02/21 | UNK | | [redacted] | 219 | 218 | [redacted] |
| 175 | 1772364 | WX87682 | WALMART STORES INC SWC | SWIFT | CPO | PO | [redacted] | WHV TRANSPORTATION LLC | WHVCIN | 3291436 | Savannah, GA - Alachua, FL | SE | 12/01/21 | 12/02/21 | UNK | | [redacted] | 214 | 428 | [redacted] |
| 176 | 1772371 | WX87693 | WALMART STORES INC SWC | SWIFT | CPO | PO | [redacted] | WHV TRANSPORTATION LLC | WHVCIN | 3291436 | Savannah, GA - Fort Pierce, FL | SE | 12/01/21 | 12/03/21 | UNK | | [redacted] | 370 | 740 | [redacted] |
| 177 | 1772697 | WX98060 | WALMART STORES INC | SWIFT | SPO | PO | [redacted] | WHV TRANSPORTATION LLC | WHVCIN | 3291436 | Statesboro, GA - Hope Mills, NC | SE | 12/02/21 | 12/02/21 | UNK | | [redacted] | 264 | 263 | [redacted] |
| 178 | 1774618 | CS0095425 | ROSS STORES | 985918 | SPO | PO | [redacted] | WHV TRANSPORTATION LLC | WHVCIN | 3291436 | Sumner, WA - Shafter, CA | NW | 12/03/21 | 12/04/21 | AWARD | 3205 | [redacted] | 1,001 | 1,001 | [redacted] |
| 179 | 1774762 | WY07348 | WALMART STORES INC | SWIFT | SPO | PO | [redacted] | WHV TRANSPORTATION LLC | WHVCIN | 3291436 | Statesboro, GA - Douglas, GA | SE | 12/03/21 | 12/03/21 | UNK | | [redacted] | 105 | 104 | [redacted] |
| 180 | 1775168 | WY08391 | WALMART STORES INC | SWIFT | SPO | PO | [redacted] | WHV TRANSPORTATION LLC | WHVCIN | 3291436 | Statesboro, GA - Shelby, NC | SE | 12/03/21 | 12/03/21 | UNK | | [redacted] | 240 | 238 | [redacted] |
| 181 | 1775281 | WY08950 | WALMART STORES INC | SWIFT | SPO | PO | [redacted] | WHV TRANSPORTATION LLC | WHVCIN | 3291436 | Savannah, GA - Alachua, FL | SE | 12/03/21 | 12/03/21 | UNK | | [redacted] | 214 | 214 | [redacted] |
| 182 | 1776384 | WY12474 | TARGET VENDOR TO DC OTR | SWIFT | SPO | PO | [redacted] | WHV TRANSPORTATION LLC | WHVCIN | 3291436 | Indianapolis, IN - Marshall, TX | NE | 12/04/21 | 12/07/21 | UNK | 700 | [redacted] | 808 | 1,616 | [redacted] |
| 183 | 1778945 | 6605166 | LXP-ARMADA | KNIGHT | V53 | DRY | [redacted] | WHV TRANSPORTATION LLC | WHVCIN | 3291436 | Bloomingdale, GA - Haines City, FL | SE | 12/08/21 | 12/09/21 | UNK | 641 | [redacted] | 319 | 319 | [redacted] |
| 184 | 1782196 | WY42042 | WALMART STORES INC | SWIFT | V53 | DRY | [redacted] | WHV TRANSPORTATION LLC | WHVCIN | 3291436 | Saint Louis, MO - Brooksville, FL | NE | 12/27/21 | 12/28/21 | UNK | | [redacted] | 982 | 982 | [redacted] |
| 185 | 1785105 | 136102321 | CROWN CORK & SEAL | 950643 | DP | Other | [redacted] | WHV TRANSPORTATION LLC | WHVCIN | 3291436 | Lacey, WA - Spokane Valley, WA | NW | 12/14/21 | 12/15/21 | FAIL2X | 203 | [redacted] | 327 | 327 | [redacted] |
| 186 | 1785194 | 0026421440 | TJX Companies Inc Transport | 849248 | V53 | DRY | [redacted] | WHV TRANSPORTATION LLC | WHVCIN | 3291436 | Wall, NJ - Brownsburg, IN | NE | 12/10/21 | 12/11/21 | SPOT | 707 | [redacted] | 735 | 735 | [redacted] |
| 187 | 1786506 | WY61207 | WALMART STORES INC | SWIFT | SPO | PO | [redacted] | WHV TRANSPORTATION LLC | WHVCIN | 3291436 | Savannah, GA - Alachua, FL | SE | 12/09/21 | 12/13/21 | UNK | | [redacted] | 213 | 212 | [redacted] |
| 188 | 1786517 | WY62008 | WALMART STORES INC | SWIFT | SPO | PO | [redacted] | WHV TRANSPORTATION LLC | WHVCIN | 3291436 | Savannah, GA - Brooksville, FL | SE | 12/09/21 | 12/13/21 | UNK | | [redacted] | 303 | 302 | [redacted] |
| 189 | 1786519 | WY65791 | WALMART STORES INC | SWIFT | SPO | PO | [redacted] | WHV TRANSPORTATION LLC | WHVCIN | 3291436 | Statesboro, GA - Alachua, FL | SE | 12/09/21 | 12/10/21 | UNK | | [redacted] | 247 | 246 | [redacted] |
| 190 | 1787680 | 6630077 | KOHLS DEPARTMENT STORE | KNIGHT | V53 | DRY | [redacted] | WHV TRANSPORTATION LLC | WHVCIN | 3291436 | Middleboro, MA - Findlay, OH | NE | 12/16/21 | 12/17/21 | SPOT | 1986 | [redacted] | 778 | 779 | [redacted] |
| 191 | 1788126 | 6628850 | KELLANOVA | KNIGHT | KPO | PO | [redacted] | WHV TRANSPORTATION LLC | WHVCIN | 3291436 | Breinigsville, PA - Mechanicsville, VA | NE | 12/15/21 | 12/21/21 | SPOT | 88 | [redacted] | 280 | 560 | [redacted] |
| 192 | 1788270 | WY75163 | LXP/DARDEN/BASIX MER GA | SWIFT | V53 | DRY | [redacted] | WHV TRANSPORTATION LLC | WHVCIN | 3291436 | Savannah, GA - Dickson, TN | SE | 12/20/21 | 12/27/21 | AWARD | | [redacted] | 543 | 543 | [redacted] |
| 193 | 1788544 | WY74011 | WALMART STORES INC | SWIFT | SPO | PO | [redacted] | WHV TRANSPORTATION LLC | WHVCIN | 3291436 | Statesboro, GA - Alachua, FL | SE | 12/10/21 | 12/13/21 | UNK | | [redacted] | 247 | 246 | [redacted] |
| 194 | 1789554 | | KNIGHT BROKERAGE TONU | OPTONU | KPO | PO | [redacted] | WHV TRANSPORTATION LLC | WHVCIN | 3291436 | Sumner, WA - Tracy, CA | NW | 12/08/21 | 12/10/21 | UNK | | [redacted] | 794 | 794 | [redacted] |
| 195 | 1790181 | WY83528 | PROCTER & GAMBLE TMS | SWIFT | SPO | PO | [redacted] | WHV TRANSPORTATION LLC | WHVCIN | 3291436 | Auburn, ME - Secaucus, NJ | NE | 12/13/21 | 12/14/21 | GREEN | 727 | [redacted] | 0 | 247 | [redacted] |
| 196 | 1790224 | WY83821 | PROCTER & GAMBLE TMS | SWIFT | SPO | PO | [redacted] | WHV TRANSPORTATION LLC | WHVCIN | 3291436 | Auburn, ME - Secaucus, NJ | NE | 12/13/21 | 12/14/21 | GREEN | 808 | [redacted] | 0 | 347 | [redacted] |
| 197 | 1790230 | WY83889 | PROCTER & GAMBLE TMS | SWIFT | SPO | PO | [redacted] | WHV TRANSPORTATION LLC | WHVCIN | 3291436 | Auburn, ME - North Bergen, NJ | NE | 12/14/21 | 12/16/21 | GREEN | 707 | [redacted] | 0 | 340 | [redacted] |
| 198 | 1790410 | WY84830 | WALMART STORES INC | SWIFT | SPO | PO | [redacted] | WHV TRANSPORTATION LLC | WHVCIN | 3291436 | Statesboro, GA - Alachua, FL | SE | 12/13/21 | 12/14/21 | UNK | | [redacted] | 247 | 495 | [redacted] |
| 199 | 1790416 | WY85413 | WALMART STORES INC | SWIFT | SPO | PO | [redacted] | WHV TRANSPORTATION LLC | WHVCIN | 3291436 | Savannah, GA - Alachua, FL | SE | 12/13/21 | 12/15/21 | UNK | | [redacted] | 213 | 427 | [redacted] |
| 200 | 1793751 | 6639067 | WALMART EAST | KNIGHT | V53 | DRY | [redacted] | WHV TRANSPORTATION LLC | WHVCIN | 3291436 | Santa Teresa, NM - Saint James, MO | SW | 12/21/21 | 12/22/21 | UNK | 808 | [redacted] | 1,092 | 1,092 | [redacted] |
| 201 | 1795677 | WZ14690 | WALMART STORES INC SWC | SWIFT | CPO | PO | [redacted] | WHV TRANSPORTATION LLC | WHVCIN | 3291436 | Savannah, GA - Fort Pierce, FL | SE | 12/15/21 | 12/16/21 | UNK | | [redacted] | 370 | 740 | [redacted] |
| 202 | 1796124 | WZ16583 | WALMART STORES INC | SWIFT | SPO | PO | [redacted] | WHV TRANSPORTATION LLC | WHVCIN | 3291436 | Statesboro, GA - Fort Pierce, FL | SE | 12/16/21 | 12/17/21 | UNK | | [redacted] | 401 | 400 | [redacted] |
| 203 | 1798868 | WY42766 | WALMART STORES INC | SWIFT | V53 | DRY | [redacted] | WHV TRANSPORTATION LLC | WHVCIN | 3291436 | Saint Louis, MO - Mount Crawford, VA | NE | 01/07/22 | 01/08/22 | UNK | | [redacted] | 739 | 739 | [redacted] |
| 204 | 1799010 | WZ28853 | WALMART STORES INC | SWIFT | SPO | PO | [redacted] | WHV TRANSPORTATION LLC | WHVCIN | 3291436 | Savannah, GA - Alachua, FL | SE | 12/17/21 | 12/20/21 | UNK | | [redacted] | 213 | 212 | [redacted] |
| 205 | 1799607 | WZ33663 | WALMART STORES INC SWC | SWIFT | CPO | PO | [redacted] | WHV TRANSPORTATION LLC | WHVCIN | 3291436 | Savannah, GA - Fort Pierce, FL | SE | 12/17/21 | 12/20/21 | UNK | | [redacted] | 370 | 740 | [redacted] |
| 206 | 1800783 | 6649347 | COSTCO DC | KNIGHT | KPO | PO | [redacted] | WHV TRANSPORTATION LLC | WHVCIN | 3291436 | Kent, WA - Kalispell, MT | NW | 12/21/21 | 02/01/22 | AWARD | | [redacted] | 520 | 1,032 | [redacted] |
| 207 | 1802568 | 6652108 | WALMART EAST | KNIGHT | V53 | DRY | [redacted] | WHV TRANSPORTATION LLC | WHVCIN | 3291436 | SOUTH PLAINFIELD, NJ - Hopkinsvill | NE | 01/11/22 | 01/12/22 | GREEN | 707 | [redacted] | 892 | 892 | [redacted] |
| 208 | 1810322 | 6662755 | CAMPBELL'S | KNIGHT | V53 | DRY | [redacted] | WHV TRANSPORTATION LLC | WHVCIN | 3291436 | Findlay, OH - Mount Sterling, IL | NE | 01/06/22 | 01/07/22 | GREEN | 999 | [redacted] | 498 | 498 | [redacted] |
| 209 | 1821611 | XA56456 | TRACTOR SUPPLY DIRECT | SWIFT | V53 | DRY | [redacted] | WHV TRANSPORTATION LLC | WHVCIN | 3291436 | Winfield, KS - Pendleton, IN | NE | 01/07/22 | 01/12/22 | HOT!!! | | [redacted] | 726 | 726 | [redacted] |
| 210 | 1829135 | XB00061 | TARGET VENDOR TO DC OTR | SWIFT | V53 | DRY | [redacted] | WHV TRANSPORTATION LLC | WHVCIN | 3291436 | Lock Haven, PA - Galesburg, MI | NE | 01/15/22 | 01/16/22 | UNK | | [redacted] | 504 | 504 | [redacted] |
| 211 | 1832485 | 6690149 | LOWES | KNIGHT | V53 | DRY | [redacted] | WHV TRANSPORTATION LLC | WHVCIN | 3291436 | Palmyra, MO - Kissimmee, FL | NE | 01/14/22 | 01/16/22 | GREEN | 515 | [redacted] | 1,132 | 1,132 | [redacted] |
| 212 | 1833013 | 137731161 | CROWN CORK & SEAL | 950643 | DP | Other | [redacted] | WHV TRANSPORTATION LLC | WHVCIN | 3291436 | Sugar Land, TX - Kansas City, MO | SE | 01/21/22 | 01/24/22 | AWARD | 2902 | [redacted] | 770 | 770 | [redacted] |
| 213 | 1837058 | 6691620 | LOWES | KNIGHT | V53 | DRY | [redacted] | WHV TRANSPORTATION LLC | WHVCIN | 3291436 | Pontoon Beach, IL - North Vernon, IN | NE | 01/21/22 | 01/22/22 | UNK | 404 | [redacted] | 297 | 297 | [redacted] |
| 214 | 1838792 | 137902315 | CROWN CORK & SEAL | 950643 | DP | Other | [redacted] | WHV TRANSPORTATION LLC | WHVCIN | 3291436 | La Crosse, WI - Kansas City, MO | NE | 01/20/22 | 01/21/22 | AWARD | 645 | [redacted] | 462 | 462 | [redacted] |
| 215 | 1838364 | XB55242 | CAMPBELL SOUP | SWIFT | V53 | DRY | [redacted] | WHV TRANSPORTATION LLC | WHVCIN | 3291436 | Findlay, OH - North Canton, OH | NE | 01/22/22 | 01/24/22 | UNK | | [redacted] | 142 | 142 | [redacted] |
| 216 | 1840584 | XB64925 | MILLER COORS/ SHENADOAH | SWIFT | CPO | PO | [redacted] | WHV TRANSPORTATION LLC | WHVCIN | 3291436 | Golden, CO - Albany, GA | NW | 01/24/22 | 01/27/22 | SPOT | | [redacted] | 0 | 1,596 | [redacted] |
| 217 | 1840934 | XB65622 | DOLLAR GENERAL CORP SL | SWIFT | V53 | DRY | [redacted] | WHV TRANSPORTATION LLC | WHVCIN | 3291436 | Jacksonville, IL - Scottsville, KY | NE | 03/08/22 | 03/09/22 | UNK | 329 | [redacted] | 386 | 386 | [redacted] |
| 218 | 1849938 | XC16813 | GENERAL MILLS PILOT LOCA | SWIFT | V53 | DRY | [redacted] | WHV TRANSPORTATION LLC | WHVCIN | 3291436 | Galesburg, IL - Fargo, ND | NE | 01/30/22 | 01/31/22 | UNK | | [redacted] | 644 | 644 | [redacted] |
| 219 | 1854898 | 219616647 | HOME DEPOT #5490 BDC | 946624 | DTM | DRY | [redacted] | WHV TRANSPORTATION LLC | WHVCIN | 3291436 | Ludlow, MA - North Kingstown, RI | NE | 01/31/22 | 01/31/22 | SPOT | 7676 | [redacted] | 93 | 93 | [redacted] |
| 220 | 1861748 | 6731930 | LOWES | KNIGHT | V53 | DRY | [redacted] | WHV TRANSPORTATION LLC | WHVCIN | 3291436 | Naperville, IL - Kissimmee, FL | NE | 02/04/22 | 02/06/22 | GREEN | | [redacted] | 1,193 | 1,193 | [redacted] |
| 221 | 1868973 | 000280025 | GEORGIA-PACIFIC CEDAR SP | GPCEDA | V53 | DRY | [redacted] | WHV TRANSPORTATION LLC | WHVCIN | 3291436 | Richmond, IN - Inwood, WV | NE | 02/14/22 | 02/15/22 | SPOT | 7676 | [redacted] | 457 | 457 | [redacted] |
| 222 | 1872391 | XD45898 | TRACTOR SUPPLY DIRECT | SWIFT | V53 | DRY | [redacted] | WHV TRANSPORTATION LLC | WHVCIN | 3291436 | Arcade, NY - Macon, GA | NE | 03/11/22 | 03/16/22 | FAIL1X | 111 | [redacted] | 951 | 851 | [redacted] |
| 223 | 1872978 | 000280044 | GEORGIA-PACIFIC CEDAR SP | GPCEDA | V53 | DRY | [redacted] | WHV TRANSPORTATION LLC | WHVCIN | 3291436 | Richmond, IN - Browns Summit, NC | NE | 02/14/22 | 02/15/22 | SPOT | 0707 | [redacted] | 493 | 493 | [redacted] |
| 224 | 1881531 | XD99772 | HOME DEPOT | SWIFT | V53 | DRY | [redacted] | WHV TRANSPORTATION LLC | WHVCIN | 3291436 | BAKER CITY, OR - Salem, OR | NW | 02/28/22 | 03/01/22 | AWARD | | [redacted] | 349 | 349 | [redacted] |
| 225 | 1884124 | 6774188 | PROCTOR & GAMBLE DIST | KNIGHT | V53 | DRY | [redacted] | WHV TRANSPORTATION LLC | WHVCIN | 3291436 | Neelys Landing, MO - Indianapolis, IN | NE | 02/27/22 | 02/27/22 | GREEN | 93 // 38125 | [redacted] | 307 | 307 | [redacted] |
| 226 | 1894290 | XE80766 | TRACTOR SUPPLY DIRECT | SWIFT | V53 | DRY | [redacted] | WHV TRANSPORTATION LLC | WHVCIN | 3291436 | Erie, PA - Franklin, KY | NE | 03/07/22 | 03/08/22 | HOT!!! | 0707 | [redacted] | 576 | 576 | [redacted] |
| 227 | 1895461 | 6793061 | PROCTOR & GAMBLE DIST | KNIGHT | V53 | DRY | [redacted] | WHV TRANSPORTATION LLC | WHVCIN | 3291436 | Tunkhannock, PA - LOGAN TOWNSH | NE | 03/07/22 | 03/08/22 | GREEN | 7676 | [redacted] | 157 | 157 | [redacted] |
| 228 | 1901420 | 6802446 | MARS / WRIGLEY | KNIGHT | KPO | PO | [redacted] | WHV TRANSPORTATION LLC | WHVCIN | 3291436 | Aurora, NE - Coppell, TX | NE | 04/01/22 | 04/12/22 | GREEN | 111 | [redacted] | 714 | 1,310 | [redacted] |
| 229 | 1901431 | 140274047 | CROWN CORK & SEAL | 950643 | DP | Other | [redacted] | WHV TRANSPORTATION LLC | WHVCIN | 3291436 | Cheraw, SC - Belcamp, MD | SE | 03/09/22 | 03/10/22 | AWARD | 700 | [redacted] | 454 | 454 | [redacted] |
| 230 | 1904998 | 30359984 | DAIMLER TRUCKS NORTH AN | 994438 | POT | PO | [redacted] | WHV TRANSPORTATION LLC | WHVCIN | 3291436 | Jamestown, NY - Gaffney, SC | NE | 03/11/22 | 03/13/22 | SPOT | 111 | [redacted] | 785 | 785 | [redacted] |
| 231 | 1912308 | XF82126 | TARGET CONSOLIDATION | SWIFT | SPO | PO | [redacted] | WHV TRANSPORTATION LLC | WHVCIN | 3291436 | Sumner, WA - Chicago, IL | NW | 03/15/22 | 03/24/22 | UNK | | [redacted] | 2,076 | 4,150 | [redacted] |
| 232 | 1919033 | XG26169 | WALMART STORES INC | SWIFT | SPO | PO | [redacted] | WHV TRANSPORTATION LLC | WHVCIN | 3291436 | Hammond, IN - Marcy, NY | NE | 03/20/22 | 03/28/22 | UNK | | [redacted] | 708 | 1,416 | [redacted] |
| 233 | 1930935 | XG89291 | MILLER COORS/ SHENADOAH | SWIFT | V53 | DRY | [redacted] | WHV TRANSPORTATION LLC | WHVCIN | 3291436 | N Little Rock, AR - Golden, CO | SE | 04/01/22 | 04/02/22 | FAIL1X | 4444 | [redacted] | 982 | 982 | [redacted] |
| 234 | 1938984 | 141648874 | CROWN CORK & SEAL | 950643 | DP | Other | [redacted] | WHV TRANSPORTATION LLC | WHVCIN | 3291436 | Nichols, NY - San Antonio, TX | NE | 04/27/22 | 05/01/22 | AWARD | 080/218066 | [redacted] | 1,784 | 1,784 | [redacted] |
| 235 | 1939700 | 6857159 | ROSS STORES, INB. PUB. | KNIGHT | KPO | PO | [redacted] | WHV TRANSPORTATION LLC | WHVCIN | 3291436 | Plattsburgh, NY - Carlisle, PA | NE | 04/05/22 | 04/14/22 | GREEN | 18 | [redacted] | 468 | 467 | [redacted] |
| 236 | 1939782 | XH38960 | HOME DEPOT | SWIFT | V53 | DRY | [redacted] | WHV TRANSPORTATION LLC | WHVCIN | 3291436 | BAKER CITY, OR - Salem, OR | NW | 04/12/22 | 04/13/22 | FAIL3X | 641 | [redacted] | 349 | 349 | [redacted] |
| 237 | 1940664 | 6831873 | UNIVAR SOLUTIONS | KNIGHT | V53 | DRY | [redacted] | WHV TRANSPORTATION LLC | WHVCIN | 3291436 | Green River, WY - Saint Paul, MN | NW | 04/04/22 | 04/08/22 | UNK | 210 | [redacted] | 1,149 | 1,149 | [redacted] |
| 238 | 1940966 | 6850824 | PROCTOR & GAMBLE DIST | KNIGHT | KPO | PO | [redacted] | WHV TRANSPORTATION LLC | WHVCIN | 3291436 | Andover, MA - Shippensburg, PA | NE | 04/05/22 | 04/11/22 | ASSETR | 010 | [redacted] | 434 | 868 | [redacted] |
| 239 | 1951987 | 6869423 | PEPSICO QUAKER EDI ONLY | KNIGHT | SPO | PO | [redacted] | WHV TRANSPORTATION LLC | WHVCIN | 3291436 | Ayer, MA - Indianapolis, IN | NE | 04/19/22 | 04/29/22 | FAIL3X | 75 | [redacted] | 1,039 | 1,898 | [redacted] |
| 240 | 1956204 | 6882530 | LXP-ARMADA | KNIGHT | DTM | DRY | [redacted] | WHV TRANSPORTATION LLC | WHVCIN | 3291436 | Catawba, NC - Phoenix, AZ | SE | 04/30/22 | 05/02/22 | FAIL1X | 701 | [redacted] | 2,062 | 2,062 | [redacted] |
| 241 | 1967003 | LD147498 | FONTERRA USA-TRANSFER ( | KNIG3PL | V53 | DRY | [redacted] | WHV TRANSPORTATION LLC | WHVCIN | 3291436 | Cranbury, NJ - Fairfax, VT | NE | 04/28/22 | 04/29/22 | UNK | 0 trailer 04 | [redacted] | 358 | 358 | [redacted] |
| 242 | 1970410 | 6911602 | LOWES | KNIGHT | KPO | PO | [redacted] | WHV TRANSPORTATION LLC | WHVCIN | 3291436 | COMMERCE CITY, CO - Billings, MT | NW | 05/01/22 | 05/03/22 | GREEN | | [redacted] | 551 | 1,102 | [redacted] |
| 243 | 1971982 | 6909730 | ROSS STORES, INB. PUB. | KNIGHT | V53 | DRY | [redacted] | WHV TRANSPORTATION LLC | WHVCIN | 3291436 | Plattsburgh, NY - Fort Mill, SC | NE | 05/05/22 | 05/08/22 | GREEN | | [redacted] | 941 | 941 | [redacted] |
| 244 | 1972517 | 6898332 | HOME DEPOT FRGT PAYABL | KNIGHT | KPO | PO | [redacted] | WHV TRANSPORTATION LLC | WHVCIN | 3291436 | Baltimore, MD - Winchester, VA | NE | 05/03/22 | 05/07/22 | FAIL2X | 904 | [redacted] | 107 | 196 | [redacted] |
| 245 | 1974507 | XJ33482 | BIO PAPPEL INTRNTNL I/B | SWIFT | SPO | PO | [redacted] | WHV TRANSPORTATION LLC | WHVCIN | 3291436 | Pueblo, CO - Prewitt, NM | NW | 05/04/22 | 05/07/22 | GREEN | 777 | [redacted] | 433 | 635 | [redacted] |
| 246 | 1974510 | XJ58781 | BIO PAPPEL INTRNTNL I/B | SWIFT | SPO | PO | [redacted] | WHV TRANSPORTATION LLC | WHVCIN | 3291436 | Pueblo, CO - Prewitt, NM | NW | 05/06/22 | 05/14/22 | GREEN | 444 | [redacted] | 433 | 866 | [redacted] |
| 247 | 1975216 | XJ70314 | GENERAL MILLS PILOT LOCA | SWIFT | V53 | DRY | [redacted] | WHV TRANSPORTATION LLC | WHVCIN | 3291436 | Cedar Rapids, IA - Lakeland, FL | NE | 05/12/22 | 05/14/22 | UNK | | [redacted] | 1,292 | 1,292 | [redacted] |
| 248 | 1975323 | 6921285 | PROCTOR & GAMBLE DIST | KNIGHT | KPO | PO | [redacted] | WHV TRANSPORTATION LLC | WHVCIN | 3291436 | Tunkhannock, PA - Macclenny, FL | NE | 05/07/22 | 05/12/22 | AWARD | | [redacted] | 980 | 1,961 | [redacted] |
| 249 | 1975324 | 6921297 | PROCTOR & GAMBLE DIST | KNIGHT | KPO | PO | [redacted] | WHV TRANSPORTATION LLC | WHVCIN | 3291436 | Tunkhannock, PA - Arcadia, FL | NE | 05/07/22 | 05/13/22 | AWARD | 300 | [redacted] | 1,319 | 2,636 | [redacted] |
| 250 | 1976654 | XJ81126 | BUSH/LEAN O/B CUSTOMR | SWIFT | V53 | DRY | [redacted] | WHV TRANSPORTATION LLC | WHVCIN | 3291436 | Greeneville, TN - Searcy, AR | SE | 05/09/22 | 05/09/22 | UNK | 380176 | [redacted] | 566 | 566 | [redacted] |
| 251 | 1979611 | 6926823 | ROSS STORES, INB. PUB. | KNIGHT | KPO | PO | [redacted] | WHV TRANSPORTATION LLC | WHVCIN | 3291436 | Dexter, ME - Rock Hill, SC | NE | 05/09/22 | 05/21/22 | GREEN | 002 | [redacted] | 1,097 | 2,194 | [redacted] |
| 252 | 1980339 | 6929518 | PROCTOR & GAMBLE DIST | KNIGHT | KPO | PO | [redacted] | WHV TRANSPORTATION LLC | WHVCIN | 3291436 | Tunkhannock, PA - Arcadia, FL | NE | 05/10/22 | 05/14/22 | AWARD | 777 | [redacted] | 1,319 | 2,636 | [redacted] |
| 253 | 1981238 | 6931238 | PROCTOR & GAMBLE DIST | KNIGHT | KPO | PO | [redacted] | WHV TRANSPORTATION LLC | WHVCIN | 3291436 | Tunkhannock, PA - Arcadia, FL | NE | 05/12/22 | 05/14/22 | AWARD | 293 | [redacted] | 1,423 | 2,640 | [redacted] |
| 254 | 1981983 | 6932595 | LXP-ARMADA | KNIGHT | V53 | DRY | [redacted] | WHV TRANSPORTATION LLC | WHVCIN | 3291436 | Topeka, KS - Roanoke, TX | NE | 05/10/22 | 05/10/22 | UNK | 707 | [redacted] | 471 | 471 | [redacted] |
| 255 | 1984426 | 6936100 | PACCAR PACC21 (CASS) | KNIGHT | POT | PO | [redacted] | WHV TRANSPORTATION LLC | WHVCIN | 3291436 | Renton, WA - Abingdon, VA | NW | 05/10/22 | 05/16/22 | GREEN | 01 | [redacted] | 2,657 | 5,314 | [redacted] |
| 256 | 1988423 | XK50151 | WALMART STORES INC SWC | SWIFT | CPO | PO | [redacted] | WHV TRANSPORTATION LLC | WHVCIN | 3291436 | Grove City, OH - Ridgeville, SC | NE | 05/13/22 | 05/14/22 | UNK | 701 | [redacted] | 605 | 605 | [redacted] |
| 257 | 1988454 | XK50229 | WALMART STORES INC SWC | SWIFT | CPO | PO | [redacted] | WHV TRANSPORTATION LLC | WHVCIN | 3291436 | Grove City, OH - Ridgeville, SC | NE | 05/14/22 | 05/22/22 | UNK | 333 | [redacted] | 605 | 605 | [redacted] |
| 258 | 1990206 | XK63280 | PROCTER & GAMBLE TMS | SWIFT | V53 | DRY | [redacted] | WHV TRANSPORTATION LLC | WHVCIN | 3291436 | Albany, GA - Deltona, FL | SE | 05/21/22 | 05/22/22 | GREEN | | [redacted] | 313 | 313 | [redacted] |
| 259 | 1990281 | XK65102 | WALMART STORES INC | SWIFT | V53 | DRY | [redacted] | WHV TRANSPORTATION LLC | WHVCIN | 3291436 | Fostoria, OH - Marcy, NY | NE | 05/20/22 | 05/21/22 | HOT!!! | 404 | [redacted] | 489 | 489 | [redacted] |
| 260 | 1990582 | 6941371 | MACY'S LOGISTICS & OPS | KNIGHT | KPO | PO | [redacted] | WHV TRANSPORTATION LLC | WHVCIN | 3291436 | South Windsor, CT - Joppa, MD | NE | 05/16/22 | 05/17/22 | GREEN | 800 | [redacted] | 295 | 590 | [redacted] |
| 261 | 1990600 | 6943291 | KIMBERLY CLARK | KNIGHT | KPO | PO | [redacted] | WHV TRANSPORTATION LLC | WHVCIN | 3291436 | Lyndhurst, VA - Paris, TX | SE | 05/20/22 | 05/26/22 | GREEN | 904 | [redacted] | 1,182 | 1,791 | [redacted] |

Stephens-OD-1824

Order # DH7SJ8H (?)   BOL #      Inv #  Status E
Shipper Code  15585   Load At Code  15585   Consignee Code  15585
WALMART DC 6018    WALMART DC 6018    WALMART DC 6018
2202 S MAIN ST    2103 S MAIN ST    2103 S MAIN ST
SEARCY  AR   2202 S MAIN ST    2202 S MAIN ST
501 279 6818    SEARCY  AR  SEARCY  AR
Div 727 Zip 72143  PU Area ARE Zip 72143   DL Area ARE Zip 72143
Bill To Code    Orig SEARAR Searcy   Dest SEARAR Searcy
      Lds 01 Weight 0000000 PCS 00000 Eq Type OM
      P/U Apt  P/U 1127 1127  / 1629 1629 Load N P/L
      Del Apt  Del 1127 1127  / 1628 1630 Unld N L/D
000 000 0000   JIT N  HV  HZ N Trlr   EstRv  POD Y Rcv N
Zip  Rail  Shp Dt 1127 1629  Comm
Plts 00  SL#   P/C Temp To Miles 1 Load# 01
LD Cont  Ph 000 0000000 Con Cont  Ph 000 0000000
Loads Dispatched 01 Po#   User MCDAC D/T 1127 1629

COMMENTS

C#_  Type  City  Name   Comment

DISPATCH - 01

Disp Date/Time 1127 1629 Init 1CM  Trac 203736  Trlr  Dispatch # 01
DR 1 TOJO1  JOSE TOVAR SANCHEZ   DR 2 461411 JOSE MORA  Dest Area ARE
Empty 1127 1631 Weight  Loaded Miles  Empty Miles 2  T/J Rcv

SEARAR E SEARAR E SEARAR

1127 1629 SEARAR D SEARAR E SEARAR     1CM
1127 1629 SEARAR L DEADHEAD    1CM
1127 1631 SEARAR E E-CALL    1CM
1127 1811 SEARAR D SEARAR E SEARAR ARE  130264  /BH
 DH7SJ8H ***Continued***

FREIGHT BILL

Code  15585   Order # DH7SJ8H
 L WALMART DC 6018   Invoice Number
 O 2103 S MAIN ST   Bill Of Lading #
 A 2202 S MAIN ST   Purchase Order #
 D SEARCY,AR 72143   SDR/POD Required Y  Received  N
Code  15585  Code  Team#:   Flg
 C WALMART DC 6018  B   Driver  TOJO1
 O 2103 S MAIN ST  I   Tractor 203736
 N 2202 S MAIN ST  L   Trailer
 S SEARCY,AR 72143  L   Date  05/28/15
Tariff Item MILES 2  PPD/Col  Term. Id PHOEAZ INIT
 Description  Pieces  Qty  Rate  M  Amount
       0  0

Stephens-OD-1825

Ttl Amt

VOID

***End Of Order***

Stephens-OD-1826

Order # DH7SKNN (?)                    BOL #                          Inv #        Status E
Shipper Code 520845                    Load At Code 520845            Consignee Code 520845
EXEL C/O HALYARD HEALTH        EXEL C/O HALYARD HEALTH                        EXEL C/O
HALYARD HEALTH
228 ACCESS DRIVE STE 1             228 ACCESS DRIVE STE 1              228 ACCESS DRIVE
STE 1
SOUTHAVEN    MS
662 253 6871                        SOUTHAVEN     MS                 SOUTHAVEN     MS
Div 005    Zip 38671                PU Area MEM Zip 38671            DL Area MEM Zip 38671
Bill To Code                        Orig SOUTMS Southaven           Dest SOUTMS Southaven
                                    Lds 01 Weight 0000000 PCS 00000  Eq Type    OM
                                    P/U Apt  P/U 1128 1128 / 1036 1036  Load N P/L
                                    Del Apt  Del 1128 1128 / 1036 1036  Unld N L/D
000 000 0000                        JIT N  HV  HZ N   Trlr            EstRv         POD Y Rcv N
Zip        Rail                     Shp Dt 1128 1036   Comm
Plts 00  SL#                        P/C   Temp   To    Miles   1 Load# 01
LD Cont         Ph 000 0000000      Con Cont         Ph 000 0000000
Loads Dispatched 01 Po#             User SMITDAR     D/T 1128 1036

COMMENTS

C#_  Type City  Name        Comment
001  T   SOUTMS Southaven    EXEL C/O HALYARD HEALTH      /153602/DHEAD
002  T   MEMPTN Memphis      SWIFT TRANSPORTATION         /130264/DHEAD

DISPATCH - 01

Disp Date/Time 1128 1036 Init D$S Trac 210577 Trlr 153602 Dispatch #  01
DR 1 456035 RAYMOND KOECH       DR 2                    Dest Area MEM
Empty 1128 1037 Weight         Loaded Miles     Empty Miles   3  T/J Rcv

MEMPTN E MEMPTN U MEMPTN E MEMPTN E MEMPTN

1128 1036 SOUTMS D SOUTMS U SOUTMS                       D$S
1128 1036 SOUTMS L DEADHEAD                    D$S
1128 1037 SOUTMS E E-CALL                      D$S
1128 1038 SOUTMS D SOUTMS U SOUTMS MEM 520845 SOUTMS            D$S
1128 1038 SOUTMS R MEMPTN E MEMPTN             D$S
1128 1038 SOUTMS D MEMPTN U MEMPTN MEM         130264    D$S
1128 1038 SOUTMS C DR PKD UP EMPTY OFF YD               D$S
1128 1245 MALLTN V VOIDED DISP OF WX38573 01 11/28 10:39 D$S     L-F
1128 1245 MALLTN V PTA RESET TO 11/28 10:36       L-F
1128 1245 MALLTN E MEMPTN E MEMPTN MEM  41490 MEMPTN            L-F
1128 1245 MALLTN C LIST OF MTYS SENT TO DRIVER          L-F
1128 1246 MALLTN C Commitment planned: Order WX38573    L-F
1128 1246 MALLTN C Committed plan cancelled: Order WX38573      L-F
1128 1247 MALLTN C Committment planned: Order WX38573   L-F
1128 1303 MEMPTN D MEMPTN E MEMPTN MEM         548382    L#L
   DH7SKNN ***Continued***

FREIGHT BILL

Stephens-OD-1827

```
Code  520845              Order #   DH7SKNN
L EXEL C/O HALYARD HEALTH          Invoice Number
O 228 ACCESS DRIVE STE 1        Bill Of Lading #
A SOUTHAVEN,MS 38671           Purchase Order #
D                    SDR/POD Required   Y   Received   N
Code 520845         Code        Team#:        Flg
C EXEL C/O HALYARD HEALTH   B            Driver  456035
O 228 ACCESS DRIVE STE 1    I              Tractor 210577
N SOUTHAVEN,MS 38671        L              Trailer 153602
S              L            Date   05/28/15
Tariff     Item    MILES   4  PPD/Col  Term. Id MEMPTN INIT
  Description            Pieces   Qty   Rate  M   Amount
                            0     0
```

Ttl Amt

VOID


***End Of Order***

Order # WX46299 (?)                    BOL # 18257297                         Inv # 9384437  Status E
Shipper Code 670053                    Load At Code  99121                    Consignee Code 766425
WALMART STORE INC  IMPORT          WALMART IMPORT DC 6061                           WALMART
DC 6029 FASHION
PO BOX 3001                            305 AJ RIGGS RD                        152 NORTH HWY 91
NAPERVILLE    IL                       SWAP 24 7 NO DROP NUMBER
479 277 2266                           STATESBORO    GA                       HURRICANE    UT
Div 747    Zip 605667001               PU Area GAE Zip 30458                     DL Area UTS Zip 84737
Bill To Code 86848                     Orig STATGA Statesboro                 Dest HURRUT Hurricane
WALMART                                Lds 01 Weight 0028960 PCS 01486          Eq Type  V3 OM  REPO
PO BOX 3001                            P/U Apt N P/U 1124 1125 / 0915 0215      Load N P/L A
NAPERVILLE    IL                       Del Apt N Del 1129 1129 / 0100 2359      Unld N L/D A
630 512 8066                           JIT N  HV N HZ N   Trlr 212324           EstRv  966875   POD N Rcv N
Zip 605667001    Rail N                Shp Dt 1125 0215   Comm 0990  FREIGHT ALL KINDS
Plts 00  SL# 53031638                  P/C C  Temp    To    Miles 2079 Load# 02
LD Cont NO DROP# NEEDED Ph 912 8714000    Con Cont         Ph 435 6342525
Loads Dispatched 01 Po# 3258735865        User ARVIS     D/T 1124 0615

COMMENTS

| C#_ | Type | City | Name | Comment |
|-----|------|------|------|---------|
| 001 | B | | | EST REV.    000000966875 |
| 002 | O | | | WALMART#18257297 |
| 003 | C | | | No Comments |
| 004 | O | | | TRAILER# SWFZ212324 |
| 005 | C | | | 57813861 |
| 007 | C | | | INFO   CONTACT-BRIAN JOHNSON |
| 008 | C | | | E-MAIL :    Brian.johnson12@wal-mart.com |
| 009 | C | | | APTMT    31148376 |
| 010 | C | | | CUBIC FEET - 00002952 |
| 011 | O | | | Trailer Received: 212324 |
| 012 | O | | | DON'T DROP 57', 14' OR DAMAGED EMPTY TRLR. |
| 013 | O | | | TRLR#, BOL/WALMART LOAD# & DESTINATION CITY O |
| 014 | O | | | N BILLS MUCH MATCH DISPATCH. |
| 015 | O | | | LOADS MUST PICK UP AND DELIVER ON TIME |
| 016 | O | | | MUST SCALE AT SHPR. IF OVERWGHT CALL PLANNER |
| 017 | O | | | TO T CALL BACK AT SHIPPER |
| 018 | O | | | IF YOU CAN'T FIND YOUR OUTBOUND LOADED TRLR, |
| 019 | O | | | CHECK INTO TRAFFIC OFFICE FOR HELP. |
| 020 | O | | | FOR DETENTION PAY AT SHPR OR FINAL- MAKE SURE |
| 021 | O | | | YOU ASK GUARD FOR A TRAILER CONTROL REPORT. |
| 022 | F | | | DELIVERY IS TIMED RUN SO IF NO DELIVERY APPT |
| 023 | F | | | PLS HEAD TO FINAL ASAP. DLV # WILL BE SENT. |
| 024 | F | | | CALL 888-263-7900 IMMEDIATELY IF ANY ISSUES. |
| 025 | O | | | SCALE LOAD WITH IN 15 MILES OF SHIPPER |
| 026 | O | | | WALMART SCALE WEIGHTS ARE NOT CORRECT. SCALE |
| 027 | O | | | LOAD AS CLOSE AS YOU CAN |
| 028 | O | | | MAKE SURE ALL BILLS MATCH QUALCOMM IF NOT CAL |
| 029 | O | | | L IN 8882637900 DO NOT TAKE UNTIL DISPATCHED |
| 030 | O | | | ON CORRECT LOAD |
| 031 | F | | | CARRIER ASSIST::NO LUMPER AVAIL:: MUST HAVE W |
| 032 | F | | | MW-008 FORM WITH CORRECT ARRIVAL AND DEPARTUR |

Stephens-OD-1829

```
033  F              E TO BE ELIGIBLE FOR DETENTION PAY!
034  T   STATGA Statesboro     WALMART 6061 IDC       /121444/LCALL
035  F   MEMPTN Memphis        TRLR LOC: MEMPTN ROW: F1  SPOT:
036  T   MEMPTN Memphis        SWIFT TRANSPORTATION   /   212324/TCALL
037  Q   SEARAR Searcy      INSPECTING TRLR           DISP# 02
038  B   MALLTN Mallory     OLD STOP 01 WEIGHT 028967 PIECES 01486
039  B   MALLTN Mallory     OLD STOP 01 BL# 18257297
040  Q   RRE NM Rio Rancho Est  NO ANSWER - CHECK IN VIA ZONAR      DISP# 02
WX46299 ***Continued***
```

COMMENTS

```
C#_  Type City  Name        Comment
041  B   WASHUT Washington    OLD STOP 90 WEIGHT 028960 PIECES 01486
042  B   WASHUT Washington    OLD STOP 90 BL# 18257297
043  B   WASHUT Washington    STP#: 90 SIGNED: WALMART     WALMART
```

DISPATCH - 01

```
Disp Date/Time 1125 0057 Init +LH Trac 210156 Trlr 212324 Dispatch # 01
DR 1 407021 MINGDENG ZHANG     DR 2 448051 QIU LEI        Dest Area MEM
Empty 1126 1152  Weight 28960  Loaded Miles  889 Empty Miles  168  T/J Rcv
```

JACKFL E STATGA L CONWAR L MEMPTN

```
1125 0057 JACKFL D JACKFL E STATGA L HURRUT                +LH
1125 0140 YULEFL C T2:121444,Beg of Drive           @T2
1125 0155 KINGGA C T2:121444,Pos Report             @T2
1125 0211 WAVEGA C T2:121444,Pos Report             @T2
1125 0226 BRUNGA C T2:121444,Pos Report             @T2
1125 0242 TOW GA C T2:121444,Pos Report             @T2
1125 0257 MIDWGA C T2:121444,Pos Report             @T2
1125 0313 SAVAGA C T2:121444,Pos Report             @T2
1125 0328 EDENGA C T2:121444,Pos Report             @T2
1125 0344 PEMBGA C T2:121444,Pos Report             @T2
1125 0410 STATGA C ***** ARRIVED AT SHIPPER *****       @@@
1125 0359 STATGA C T2:121444,Pos Report             @T2
1125 0511 STATGA C T2:121444,End of Drive           @T2
1125 1749 STATGA C T2:121444,Sts Report             @T2
1125 2149 MEMPTN P GAL 106 $414.51 ADV$000.00 PG03.889 LOVES #344    COM
1126 0832 STATGA L OADED                         S3H
1126 0850      C T2:212324,Pos Report            @T2
1126 0905 HAZEAR C T2:212324,Pos Report             @T2
1126 0921 CARLAR R JACKFL E STATGA L MEMPTN              E/E
1126 0921 LONOAR C T2:212324,Pos Report             @T2
1126 0932 LONOAR R JACKFL E STATGA L CONWAR L MEMPTN        E/E
1126 0942 LONOAR C DRIVER COMMITTED: Y ORDER#: WX29924       @@@
1126 0936 LONOAR C T2:212324,Pos Report             @T2
1126 0952 CARLAR C T2:212324,Pos Report             @T2
1126 1007      C T2:212324,Pos Report            @T2
1126 1023 BRINAR C T2:212324,Pos Report             @T2
1126 1038 FC AR C T2:212324,Pos Report             @T2
1126 1054 WIDEAR C T2:212324,Pos Report             @T2
```

Stephens-OD-1830

```
1126 1109 PROCAR C T2:212324,Pos Report                          @T2
1126 1125 MEMPTN C T2:212324,Pos Report                          @T2
1126 1152 MEMPTN T JACKFL E STATGA L CONWAR L MEMPTN              @@@
1126 1152 MALLTN C **** T-CALL ***                     6     @@@
1126 1152 MALLTN C ETA: 1125 0100 PTA: 1126 1300             @@@
```

DISPATCH - 02

```
Disp Date/Time 1127 1814 Init /BH  Trac 203736  Trlr 212324  Dispatch #  02
DR 1 TOJO1  JOSE TOVAR SANCHEZ   DR 2 461411  JOSE MORA        Dest Area UTS
Empty 1129 0748  Weight 28960    Loaded Miles 1542  Empty Miles  106  T/J Rcv
```

SEARAR E MEMPTN L HURRUT
WX46299 ***Continued***

DISPATCH - 02

```
1127 1814 SEARAR D SEARAR E MEMPTN L HURRUT                      /BH
1127 1814 SEARAR Q INSPECTING TRLR                          /BH
1127 1824 AUGUAR C T2:130264,Pos Report                     @T2
1127 1839     C T2:130264,Pos Report                 @T2
1127 1855 WYNNAR C T2:130264,Pos Report                     @T2
1127 1926 EARLAR C T2:130264,Pos Report                     @T2
1127 1941 MAR AR C T2:130264,Pos Report                     @T2
1127 1957 MEMPTN C T2:130264,Pos Report                     @T2
1127 2017 MALLTN C ARRIVE @ SHIPPER - T CALL LOCATION            @@@
1127 2012 MEMPTN C T2:130264,Pos Report                     @T2
1127 2037 MALLTN L PU: 212324                       @@@
1127 2043 MEMPTN C T2:130264,Pos Report                     @T2
1127 2107 WM  AR C T2:212324,Beg of Drive                   @T2
1127 2122 PROCAR C T2:212324,Pos Report                     @T2
1127 2138 MADIAR C T2:212324,Pos Report                     @T2
1127 2153 GOODAR C T2:212324,Pos Report                     @T2
1127 2209 BRINAR C T2:212324,Pos Report                     @T2
1127 2224     C T2:212324,Pos Report                 @T2
1127 2240 DVB AR C T2:212324,Pos Report                     @T2
1127 2255 HAZEAR C T2:212324,Pos Report                     @T2
1127 2311 LONOAR C T2:212324,Pos Report                     @T2
1127 2326 NLR AR C T2:212324,Pos Report                     @T2
1127 2342 MAUMAR C T2:212324,Pos Report                     @T2
1127 2357 CONWAR C T2:212324,Pos Report                     @T2
1128 0013 MORRAR C T2:212324,Pos Report                     @T2
1128 0028 POTTAR C T2:212324,Pos Report                     @T2
1128 0044 LONDAR C T2:212324,Pos Report                     @T2
1128 0059 CLARAR C T2:212324,Pos Report                     @T2
1128 0115 OZARAR C T2:212324,Pos Report                     @T2
1128 0130 MULBAR C T2:212324,Pos Report                     @T2
1128 0146 VB  AR C T2:212324,Pos Report                     @T2
1128 0307 ROLAOK P GAL 118 $420.98 ADV$000.00 PG03.570 PILOT #196   COM
1128 0201 ROLAOK C T2:212324,Pos Report                     @T2
1128 0248 MULDOK C T2:212324,Pos Report                     @T2
1128 0258 SALLOK C T2:212324,End of Drive                   @T2
1128 0313 VIANOK C T2:212324,Beg of Drive                   @T2
```

Stephens-OD-1831

```
1128 0329 WARNOK C T2:212324,Pos Report              @T2
1128 0344 CHECOK C T2:212324,Pos Report              @T2
1128 0400 HENROK C T2:212324,Pos Report              @T2
1128 0415 WELEOK C T2:212324,Pos Report              @T2
1128 0431 CROMOK C T2:212324,Pos Report              @T2
1128 0446 PRAGOK C T2:212324,Pos Report              @T2
1128 0502 SHAWOK C T2:212324,Pos Report              @T2
1128 0517 OC  OK C T2:212324,Pos Report            @T2
1128 0548 YUKOOK C T2:212324,Pos Report              @T2
1128 0604 ER  OK C T2:212324,Pos Report            @T2
1128 0619 HINTOK C T2:212324,Pos Report              @T2
1128 0635 WEATOK C T2:212324,Pos Report              @T2
1128 0650 CLINOK C T2:212324,Pos Report              @T2
1128 0706 CANUOK C T2:212324,Pos Report              @T2
1128 0721 EC  OK C T2:212324,Pos Report            @T2
1128 0737 SAYROK C T2:212324,Pos Report              @T2
1128 0752 TEXOOK C T2:212324,Pos Report              @T2
1128 0808 SHAMTX C T2:212324,Pos Report              @T2
1128 0910      C T2:212324,Pos Report           @T2
WX46299 ***Continued***

DISPATCH - 02


1128 0925 ALANTX C T2:212324,Pos Report              @T2
1128 0941 GROOTX C T2:212324,Pos Report              @T2
1128 0956 CLAUTX C T2:212324,Pos Report              @T2
1128 1012 AMARTX C T2:212324,Pos Report              @T2
1128 1043 WILDTX C T2:212324,Pos Report              @T2
1128 1058 ADRITX C T2:212324,Pos Report              @T2
1128 1129 GLERNM C T2:212324,Pos Report              @T2
1128 1145 SJ  NM C T2:212324,Pos Report            @T2
1128 1200 TUCUNM C T2:212324,Pos Report              @T2
1128 1231 NEWKNM C T2:212324,Pos Report              @T2
1128 1247 CUERNM C T2:212324,Pos Report              @T2
1128 1302 SR  NM C T2:212324,Pos Report            @T2
1128 1318      C T2:212324,Pos Report           @T2
1128 1333 LALONM C T2:212324,Pos Report              @T2
1128 1349 CLCONM C T2:212324,Pos Report              @T2
1128 1404 MORINM C T2:212324,Pos Report              @T2
1128 1420 EDGENM C T2:212324,Pos Report              @T2
1128 1435 TIJENM C T2:212324,Pos Report              @T2
1128 1451 ALBUNM C T2:212324,Pos Report              @T2
1128 1509 RRE NM Q NO ANSWER - CHECK IN VIA ZONAR           SW'
1128 1504 ALBUNM C T2:212324,Sts Report              @T2
1128 1506 ALBUNM C T2:212324,Pos Report              @T2
1128 1633 SF  NM P GAL 094 $386.08 ADV$000.00 PG04.089 LOVES #614   COM
1128 1537 ALBUNM C T2:212324,Pos Report              @T2
1129 0743 HURRUT C *** ARRIVED AT FINAL DESTINATION ***       @@@
1129 0748 WASHUT E PU: 181568              4   @@@
1129 0748 WASHUT C Driver Changed PTA to: 11/29 08:15       @@@
WX46299 ***Continued***

STOP OFF
```

Stephens-OD-1832

| S# | T | Appt_D/T | Cust | City_Name | Shipper_Number |
|----|---|----------|------|-----------|----------------|
| 01 00 | P | 11/25/21 02:15 | 99121 | Statesboro | GA 18257297 |
| 01 01 | E | 11/25/21 2:15 | | | edt |
| 01 02 | N | 11/25/21 2:57 | | Jacksonville | JACKFL edt |
| 01 03 | N | 11/25/21 3:10 | | Oceanway | OCEAFL edt |
| 01 04 | N | 11/25/21 3:41 | | Yulee | YULEFL edt |
| 01 05 | N | 11/25/21 3:56 | | Kingsland | KINGGA edt |
| 01 06 | N | 11/25/21 4:05 | | White Oak | WO GA edt |
| 01 07 | N | 11/25/21 4:17 | | Brunswick | BRUNGA edt |
| 01 08 | N | 11/25/21 4:29 | | Sterling | STERGA edt |
| 01 09 | N | 11/25/21 4:41 | | Eulonia | EULOGA edt |
| 01 10 | N | 11/25/21 4:57 | | Riceboro | RICEGA edt |
| 01 11 | N | 11/25/21 5:09 | | Richmond Hill | RH GA edt |
| 01 12 | N | 11/25/21 5:19 | | Pooler | POOLGA edt |
| 01 13 | N | 11/25/21 5:29 | | Meldrim | MELDGA edt |
| 01 14 | N | 11/25/21 5:39 | | Stilson | STILGA edt |
| 01 15 | N | 11/25/21 5:50 | | Nevils | NEVIGA edt |
| 01 16 | N | 11/25/21 6:05 | | Register | REGIGA edt |
| 01 17 | A | 11/25/21 6:10 | | Auto SRC - ED214SRCR | edt |
| 01 18 | A | 11/25/21 2:04 | | Auto SRC - ED214SRCR | edt |
| 01 19 | D | 11/25/21 2:54 | | | edt |
| 90 00 | D | 11/29/21 23:59 | 766425 | Hurricane | UT 18257297 edt |
| 90 01 | E | 11/29/21 | | | not |
| 90 02 | E | 11/29/21 23:59 | | | edt |
| 90 03 | N | 11/26/21 9:32 | | Goodwin | GOODAR edt |
| 90 04 | N | 11/26/21 9:44 | | Brinkley | BRINAR edt |
| 90 05 | N | 11/26/21 10:00 | | Des Arc | DA AR edt |
| 90 06 | N | 11/26/21 10:11 | | Carlisle | CARLAR edt |
| 90 07 | N | 11/26/21 10:31 | | Lonoke | LONOAR edt |
| 90 08 | N | 11/26/21 10:56 | | Carlisle | CARLAR edt |
| 90 09 | N | 11/26/21 11:08 | | Des Arc | DA AR edt |
| 90 10 | N | 11/26/21 11:14 | | Brinkley | BRINAR edt |
| 90 11 | N | 11/26/21 11:34 | | Goodwin | GOODAR edt |
| 90 12 | N | 11/26/21 11:41 | | Palestine | PALEAR edt |
| 90 13 | N | 11/26/21 11:51 | | Widener | WIDEAR edt |
| 90 14 | N | 11/26/21 12:02 | | Heth | HETHAR edt |
| 90 15 | N | 11/26/21 12:09 | | Proctor | PROCAR edt |
| 90 16 | N | 11/26/21 12:18 | | West Memphis | WM AR edt |
| 90 17 | N | 11/26/21 12:30 | | Mallory | MALLTN edt |
| 90 18 | N | 11/27/21 19:16 | | Bald Knob | BK AR edt |
| 90 19 | N | 11/27/21 19:24 | | Augusta | AUGUAR edt |
| 90 20 | N | 11/27/21 19:34 | | Mc Crory | MCCRAR edt |
| 90 21 | N | 11/27/21 19:45 | | Fair Oaks | FO AR edt |
| 90 22 | N | 11/27/21 19:59 | | Wynne | WYNNAR edt |
| 90 23 | N | 11/27/21 20:18 | | Parkin | PARKAR edt |
| 90 24 | N | 11/27/21 20:24 | | Earle | EARLAR edt |
| 90 25 | N | 11/27/21 20:33 | | Crawfordsville | CRAWAR edt |
| 90 26 | N | 11/27/21 20:49 | | West Memphis | WM AR edt |
| 90 27 | N | 11/27/21 20:57 | | Memphis | MEMPTN edt |
| 90 28 | N | 11/27/21 21:06 | | Mallory | MALLTN edt |
| 90 29 | N | 11/27/21 22:01 | | Mallory | MALLTN edt |
| 90 30 | N | 11/27/21 22:12 | | West Memphis | WM AR edt |
| 90 31 | N | 11/27/21 22:22 | | Proctor | PROCAR edt |

Stephens-OD-1833

```
90 32   N   11/27/21 22:38  Widener              WIDEAR  edt
90 33   N   11/27/21 22:49  Palestine            PALEAR  edt
90 34   N   11/27/21 22:59  Wheatley             WHEAAR  edt
      WX46299 ***Continued***
```

STOP OFF

```
S#    T    ___Appt_D/T___  Cust__City_Name_____Shipper_Number_____
90 35   N   11/27/21 23:04  Brinkley             BRINAR  edt
90 36   N   11/27/21 23:26  Des Arc              DA AR  edt
90 37   N   11/27/21 23:50  Biscoe               BISCAR  edt
90 38   N   11/28/21   6 Carlisle               CARLAR  edt
90 39   N   11/28/21  26 Sherwood               SHERAR  edt
90 40   N   11/28/21  42 Palarm                 PALAAR  edt
90 41   N   11/28/21  56 Conway                 CONWAR  edt
90 42   N   11/28/21 1:12 Morrilton              MORRAR  edt
90 43   N   11/28/21 1:26 Atkins                 ATKIAR  edt
90 44   N   11/28/21 1:46 London                 LONDAR  edt
90 45   N   11/28/21 1:58 Clarksville            CLARAR  edt
90 46   N   11/28/21 2:12 Altus                  ALTUAR  edt
90 47   N   11/28/21 2:27 Mulberry               MULBAR  edt
90 48   N   11/28/21 2:37 Alma                   ALMAAR  edt
90 49   N   11/28/21 2:54 Roland                 ROLAOK  edt
90 50   N   11/28/21 3:46 Muldrow                MULDOK  edt
90 51   N   11/28/21 3:53 Gans                   GANSOK  edt
90 52   N   11/28/21 4:04 Sallisaw               SALLOK  edt
90 53   N   11/28/21 4:16 Vian                   VIANOK  edt
90 54   N   11/28/21 4:24 Webbers Falls          WF OK  edt
90 55   N   11/28/21 4:35 Warner                 WARNOK  edt
90 56   N   11/28/21 4:46 Checotah               CHECOK  edt
90 57   N   11/28/21 4:56 Pierce                 PIEROK  edt
90 58   N   11/28/21 5:01 Hoffman                HOFFOK  edt
90 59   N   11/28/21 5:10 Henryetta              HENROK  edt
90 60   N   11/28/21 5:21 Okemah                 OKEMOK  edt
90 61   N   11/28/21 5:28 Bearden                BEAROK  edt
90 62   N   11/28/21 5:38 Cromwell               CROMOK  edt
90 63   N   11/28/21 5:48 Earlsboro              EARLOK  edt
90 64   N   11/28/21 5:59 Shawnee                SHAWOK  edt
90 65   N   11/28/21 6:03 Dale                   DALEOK  edt
90 66   N   11/28/21 6:13 Newalla                NEWAOK  edt
90 67   N   11/28/21 6:30 Smith Village          SV OK  edt
90 68   N   11/28/21 6:40 Oklahoma City          OC OK  edt
90 69   N   11/28/21 6:50 Yukon                  YUKOOK  edt
90 70   N   11/29/21 6:42 Leeds                  LEEDUT  edt
90 71   A   11/29/21 7:43                        edt
90 72   D   11/29/21 7:48                        edt
      WX46299 ***Continued***
```

FREIGHT BILL

```
Code  99121              Order #   WX46299
L WALMART IMPORT DC 6061          Invoice Number    9384437
O 305 AJ RIGGS RD         Bill Of Lading #   18257297
A SWAP 24 7 NO DROP NUMBER        Purchase Order #   3258735865
```

Stephens-OD-1834

D STATESBORO,GA 30458          SDR/POD Required   N   Received   N
Code 766425          Code  86848     Team#: 12        Flg
C WALMART DC 6029 FASHION   B WALMART          Driver  407021
O 152 NORTH HWY 91     I C O US BANK POWERTRACK    Tractor 210156
N HURRICANE,UT 84737     L PO BOX 3001          Trailer 212324
S                        L NAPERVILLE,IL 60566-7001  Date   12/10/21
Tariff       Item     MILES 2125  PPD/Col C Term. Id PHOEAZ INIT DWL

| Description | Pieces | Qty | Rate | M | Amount |
|---|---|---|---|---|---|
| FREIGHT ALL KINDS | | | ███ | | ███████ |
| FUEL SURCHARGE | | 0 | 0 | | ████ 3 |
| U.S. FUNDS | | 0 | 0 | ████ | |

Ttl Amt   ███████

NOTFND

***End Of Order***

Stephens-OD-1835



SWFT

**TO ENSURE TIMELY AND ACCURATE PAY**
- Complete Trip Scan Sheet for every trip.
- Complete Tractor#, Trip #, Driver code, and Trailer # in blue or black ink.
- Write your driver code, Trip # and PO#, when applicable, on the **front** of each document.
- Remove all staples and paperclips.
- Put the Trip Scan Sheet **FIRST**. Place remaining documents for this trip behind the Trip Scan Sheet.
- Face documents in one direction and line up the tops to prepare for scanning.
- Scan a signed BOL for every load you empty.
- Scan reimbursable receipts.
  - o If the receipt is difficult to read, make a copy and adjust it lighter or darker.  Scan the best copy.
  - o Do not submit receipts that are **NOT** reimbursable.
  - o Second seat driver must scan their own reimbursable receipts using a separate trip scan sheet.
- Scan your Driver Logs on a daily basis.

## REQUIRED FOR PAY
ALWAYS SCAN TRIP SHEET FIRST

LOGS ONLY          [ ]

TRACTOR #          | 2 | 0 | 3 | 7 | 3 | 6 |

TRIP #             | W | X | 4 | 6 | 2 | 9 | 9 |

DRIVER CODE        | T | O | J | O | 1 |   |

TRAILER #          | 2 | 1 | 2 | 3 | 2 | 4 |

## -->> DO NOT COVER BARCODES <<--
## DO NOT TAPE DOCUMENTS HERE

**TRIP SHEET**
OPS-2027B (09/02/10)

Stephens-OD-1836



SWFT

*0000020000249635*

*950 779 EI*
*181568 EI* (handwritten)

**BOL#:**          **0000020000249635**

**Date:**          11/24/2021                                        Page#: 1

**Trailer SCAC:** SWFT          **Trailer#:**     SWFZ212324          6029 (handwritten)

                                                                      Hurricane (handwritten)

**Freight Charge Terms:**

**Load#:**          460896          **TIMS Load#:**   18257297          7.55 (handwritten)

**From:**          6061          Country:   US          To C/P:

                                                  Truck #203736 (handwritten)
          Stanley Wood
          299 A.J. RIGGS RD          Trip # WX46299 (handwritten)

          STATESBORO,GA,30458.

| | Stops | VNPKS | WHPKS | Sell Units | Weight | Cube |
|---|---|---|---|---|---|---|
| Totals: | 1 | 1486 | 1486 | 1486 | 28960.31 | 2945.63 |

**Class:**

**1st Seal#:**   53031638                    Shipment#:   613200

**Driver Confirmation Area:**

**DVR Carrier Name:**     _Xingdong Zhang_          **Tractor#:**   210156

**Driver's Signature:**                              **Date/Time:**   11/25/21  6:30

**Driver's Comments:**

Equip ID      212324          Status   IN
Equip Arrival  11/29/21 0725          Temp1
Carrier       SWFT          Temp2
Seal          53031638          Temp3
Reseal                      Fuel Lvl   50
Door/Zone     I1          Dept    SSTK
Del Date      11/29/21 0000          Type   53' Skirted Tra

I have read and understand the posted copy of Wal-Mart's
Appointment / Drop Rules and Regulations.

Driver Signature

...POSURE, OR ACCIDENT—CALL CHEMTREC—DAY, OR NIGHT—800-424-9300

...CLASSIFIED, DESCRIBED, PACKAGED, MARKED AND LABELED, AND ARE IN THE PROPER CONDITION FOR
E DEPARTMENT OF TRANSPORTATION

                              **Date:**          11/24/2021

                    WAL-MART HAS A NO IDLING POLICY

Delivery#  31148376          DC   6029          ...L-MART CONFIDENTIAL"

Order # WX51123 (?)            BOL # 112B6NRNZ                    Inv # 9304302  Status E
Shipper Code 722155           Load At Code 983669               Consignee Code 949194
AMAZON FULFILLMENT SVCS            AMAZON        MEM6                  AMAZON SORT FC
MGE5
PO BOX 80683                 11505 PROGRESS WAY                235 HOG MOUNTAIN RD
SEATTLE      WA
206 266 2235            OLIVE BRANCH   MS               JEFFERSON      GA
Div TCB    Zip 981080683        PU Area MEM Zip 38654          DL Area GAN Zip 30549
Bill To Code 722155           Orig OB  MS Olive Branch       Dest JEF GA Jefferson
AMAZON FULFILLMENT SVCS            Lds 01 Weight 0012000 PCS 00001            Eq Type  V3
OM  SORT
PO BOX 80683              P/U Apt N P/U 1129 1129  / 1201 1201        Load N P/L A
SEATTLE      WA           Del Apt N Del 1129 1129  / 1202 2247        Unld N L/D A
206 266 2335             JIT N  HV N HZ N    Trlr            EstRv  330995   POD N Rcv N
Zip 981080683     Rail X      Shp Dt 1129 1201    Comm 0990  FREIGHT ALL KINDS
Plts 00  SL#            P/C P   Temp    To    Miles  414 Load# 01
LD Cont HOTLINE       Ph 899 9999999     Con Cont NOC      Ph 866 2038372
Loads Dispatched 01 Po#          User EDELM    D/T 1124 0951

COMMENTS

C#_  Type City  Name       Comment
001  C                 EQ: 0 TYP:TF
002  B                 Est Revenue:3,309.95
003  O       722155       *** AMAZON IS HOT / EXPEDITED - ANY ISSUES
004  O       722155       OR ANY DELAY CALL: 888-207-3654 OPT 2 ***
005  O       722155       NOT READY EARLY UNLESS CSR NTFY REDY EARLY
006  O       722155       PU APPT IS FIRM - AMAZON HAS 1HR STAGE TIME
007  O       722155       FROM PU APPT TO DEPART DRIVER
008  O       722155       ** NO 14FT TRLS * NO BOBT W/OUT PERMISSION **
009  O       722155       PLEASE HAVE PAPER BOL'S WITH YOU AS NOT ALL
010  O       722155       AMAZON LOCATIONS PROVIDE BILLS
011  B   OB  MS Olive Branch   OLD STOP 01 WEIGHT 000001 PIECES 00001
012  B   OB  MS Olive Branch   OLD STOP 01 BL# 112B6NRNZ
013  B   PENDGA Pendergrass   OLD STOP 90 WEIGHT 012000 PIECES 00001
014  B   PENDGA Pendergrass   OLD STOP 90 BL# 112B6NRNZ
015  B   PENDGA Pendergrass   STP#: 90 SIGNED: AMAZON      DC

DISPATCH - 01

Disp Date/Time 1129 1218  Init JK(  Trac 211230  Trlr 130264  Dispatch #  01
DR 1 457500 KEITH GERMAN       DR 2              Dest Area GAN
Empty 1129 2141  Weight 12000    Loaded Miles  414  Empty Miles   13   T/J Rcv

BYHAMS E OB  MS L JEF GA


1129 1218 BYHAMS D BYHAMS E OB  MS L JEF GA            JK(
1129 1219 OB  MS C ***** ARRIVED AT SHIPPER *****        @@@
1129 1218 OB  MS C T2:180334,Pos Report          @T2
1129 1255 OB  MS L PU: 130264              @@@
1129 1255 OB  MS C *** LOADED CALL ***  LOADED CALL HAS BEEN       @@@

```
1129 1255 OB  MS C ETA: 1129 0000 PTA: 1130 1000              @@@
1129 1249 OB  MS C T2:180334,Pos Report              @T2
1129 1255 OB  MS C T2:180334,End of Drive            @T2
1129 1318 OB  MS C T2:130264,Beg of Drive            @T2
1129 1334 HS  MS C T2:130264,Pos Report              @T2
1129 1349 POCAMS C T2:130264,Pos Report              @T2
1129 1405 NA  MS C T2:130264,Pos Report              @T2
1129 1420 BELDMS C T2:130264,Pos Report                 @T2
1129 1436 TUPEMS C T2:130264,Pos Report                 @T2
     WX51123 ***Continued***
```

DISPATCH - 01

```
1129 1451 FULTMS C T2:130264,Pos Report                 @T2
1129 1507 HAMIAL C T2:130264,Pos Report                 @T2
1129 1522 GUINAL C T2:130264,Pos Report                 @T2
1129 1538 ELDRAL C T2:130264,Pos Report                 @T2
1129 1553 JASPAL C T2:130264,Pos Report              @T2
1129 1609 CORDAL C T2:130264,Pos Report                 @T2
1129 1624 BIRMAL C T2:130264,Pos Report              @T2
1129 1655 LEEDAL C T2:130264,Pos Report              @T2
1129 1711 PECIAL C T2:130264,Pos Report              @T2
1129 1726 EASTAL C T2:130264,Pos Report              @T2
1129 1742 OXFOAL C T2:130264,Pos Report              @T2
1129 1828 HEFLAL C T2:130264,Pos Report              @T2
1129 1844 TALLGA C T2:130264,Pos Report              @T2
1129 1859 WACOGA C T2:130264,Pos Report                 @T2
1129 2012 WACOGA P GAL 131 $458.74 ADV$000.00 PG03.479 LOVES #311     COM
1129 1915 WACOGA C T2:130264,Pos Report                 @T2
1129 1930 VR  GA C T2:130264,Pos Report              @T2
1129 1946 LS  GA C T2:130264,Pos Report              @T2
1129 2001 SMYRGA C T2:130264,Pos Report                 @T2
1129 2017 ATLAGA C T2:130264,Pos Report                 @T2
1129 2032 LAWRGA C T2:130264,Pos Report                 @T2
1129 2048 BRASGA C T2:130264,Pos Report                 @T2
1129 2103 PENDGA C T2:130264,Pos Report              @T2
1129 2139 JEF GA C *** ARRIVED AT FINAL DESTINATION ***        @@@
1129 2141 PENDGA E                     @@@
1129 2134 PENDGA C T2:130264,Pos Report                 @T2
1130 0457 PENDGA C T2:130264,Empty                   @T2
1203 1011 HOUSTX C T2:130264,Empty                   @T2
1130 0457 BRASGA C T2:130264,Empty                   @T2
1203 1011 HOUSTX C T2:130264,Empty                   @T2
     WX51123 ***Continued***
```

STOP OFF

| S# | T | Appt_D/T | Cust | City_Name | Shipper_Number |
|----|---|----------|------|-----------|----------------|
| 01 00 | P | 11/29/21 12:01 | 983669 | Olive Branch | MS 112B6NRNZ |
| 01 01 | E | 11/29/21 12:01 | | | edt |
| 01 02 | LA | 11/24/21 9:52 | | | edt |
| 01 03 | DP | 11/29/21 12:18 | | | edt |
| 01 04 | A | 11/29/21 13:19 | | | edt |

Stephens-OD-1839

```
01 05   D   11/29/21 13:55                              edt
90 00 D     11/29/21 22:47  949194 Jefferson    GA 112B6NRNZ        edt
90 01   E   11/29/21 22:47                              edt
90 02   N   11/29/21 13:48  Olive Branch          OB MS edt
90 03   N   11/29/21 14:27  Victoria            VICTMS  edt
90 04   N   11/29/21 14:37  Holly Springs         HS MS edt
90 05   N   11/29/21 14:52  Potts Camp          POCAMS  edt
90 06   N   11/29/21 15:02  Myrtle             MYRTMS  edt
90 07   N   11/29/21 15:12  West Albany           WA MS edt
90 08   N   11/29/21 15:22  Sherman            SHERMS  edt
90 09   N   11/29/21 15:38  Mooreville          MOO MS  edt
90 10   N   11/29/21 15:43  Mantachie          MANTMS  edt
90 11   N   11/29/21 16:03  Bexar              BEXAAL  edt
90 12   N   11/29/21 16:13  Hamilton           HAMIAL  edt
90 13   N   11/29/21 16:23  Gu-Win              GW  AL edt
90 14   N   11/29/21 16:33  Glen Allen           GA  AL edt
90 15   N   11/29/21 16:44  Carbon Hill          CH  AL edt
90 16   N   11/29/21 16:49  Townley            TOWNAL  edt
90 17   N   11/29/21 16:58  Jasper             JASPAL  edt
90 18   N   11/29/21 17:09  Cordova            CORDAL  edt
90 19   N   11/29/21 17:14  Burnwell           BURNAL  edt
90 20   N   11/29/21 17:24  Adamsville          ADAMAL  edt
90 21   N   11/29/21 17:29  Alton              ALT AL  edt
90 22   N   11/29/21 17:48  Irondale           IRONAL  edt
90 23   N   11/29/21 17:54  Leeds              LEEDAL  edt
90 24   N   11/29/21 17:59  Moody              MOODAL  edt
90 25   N   11/29/21 18:20  Lincoln            LINCAL  edt
90 26   N   11/29/21 18:25  Eastaboga           EASTAL  edt
90 27   N   11/29/21 18:35  Oxford             OXFOAL  edt
90 28   N   11/29/21 19:25  Heflin             HEFLAL  edt
90 29   N   11/29/21 19:40  Lecta              LECTAL  edt
90 30   N   11/29/21 20:51  Waco               WACOGA  edt
90 31   N   11/29/21 21:26  Temple             TEMPGA  edt
90 32   N   11/29/21 21:37  Winston            WINSGA  edt
90 33   N   11/29/21 21:42  Douglasville         DOU GA  edt
90 34   N   11/29/21 21:52  Fulton             FULTGA  edt
90 35   N   11/29/21 22:02  Vinings            VINIGA  edt
90 36   N   11/29/21 22:12  Sandy Springs         SS GA  edt
90 37   N   11/29/21 22:17  Chamblee           CHAMGA  edt
90 38   N   11/29/21 22:28  Pittman            PIT GA  edt
90 39   N   11/29/21 22:43  Buford             BUFOGA  edt
90 40   N   11/29/21 22:58  Pendergrass          PENDGA  edt
90 41   A   11/29/21 23:39                              edt
90 42   D   11/29/21 23:41                              edt
     WX51123 ***Continued***
```

FREIGHT BILL

```
  Code  983669              Order #   WX51123
  L AMAZON          MEM6     Invoice Number     9304302
  O 11505 PROGRESS WAY          Bill Of Lading #   112B6NRNZ
  A OLIVE BRANCH,MS 38654       Purchase Order #
  D                SDR/POD Required  N  Received  N
  Code 949194        Code 722155   Team#: 15      Flg
```

Stephens-OD-1840

```
C AMAZON SORT FC     MGE5  B AMAZON FULFILLMENT SVCS   Driver 457500
O 235 HOG MOUNTAIN RD        I PO BOX 80683           Tractor 211230
N JEFFERSON,GA 30549         L SEATTLE,WA 98108-0683    Trailer 130264
S              L             Date   11/30/21
Tariff     Item     MILES  424  PPD/Col P Term. Id PHOEAZ INIT  RTR
  Description           Pieces  Qty  Rate  M   Amount
FREIGHT ALL KINDS               1  12000     0
FUEL SURCHARGE 11/29/21 - SHIP DATE
BO 112B6NRNZ                    0      0
U.S. FUNDS                   0      0
```

Ttl Amt   █████████

NOTFND

***End Of Order***

file:///C/Users/danih/Desktop/OPOHSPT.txt[11/29/2023 2:05:59 PM]

Document 2a205dfd-a

**BILL OF LADING**

amazonfulfillment

Shipment subject to the Amazon.com Terms and Conditions in effect on the date of shipment and available at vendorcentral.amazon.com.

| Bill of Lading#: | Dock Door#: |
|---|---|
| MEM6-112B6NRNZ | DD155 |

| Schedule Departure Date: | Trailer #: |
|---|---|
| 29-Nov-21 13:00 | SWFT.swfz130264 |

| Name of Carrier: | Print Date: |
|---|---|
| SWFT | 29-Nov-21 13:50 |

Tractor# :

| To Consignee: | From Shipper: |
|---|---|
| MGE5 | 11505 Progress Way |
| 235 Hog Mountain Road | OLIVE BRANCH, Mississippi 38654 |
| JEFFERSON, GA 30549 | |

Phone No:

Emergency Phone No:

| Seal # | 30500062887 | Load #. |
|---|---|---|

112B6NRNZ

| No. Shipping Pallets and Gaylords | No. Shipping Cartons | # HAZMAT | Kind of Package, Description of Articles, Special Marks and Exceptions | # Weight(sub. To Corr.) | Rate | Charges |
|---|---|---|---|---|---|---|
| | | | Pallets / Gaylords | 12495.65 lb | | |
| 41 | 1004 | | | | | |
| | | | | | | |
| | | | | 12495.65 lb | | |
| 41 | 1004 | | TOTAL | | | |

| | CARRIER | SWFT |
|---|---|---|
| SHIPPER | Amazon Fulfillment Services | |
| | PER. | |
| PER | | |

**Note: No Limitation of carrier liability applies to this shipment, unless set forth in the Transportation Agreement between the parties.**

Received, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications, and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations.

The carrier shall not make delivery of this shipment without payment of charges and all other lawful fees. If a motor carrier, freight forwarder, broker or other transportation service provider accepts this shipment from anyone other than the shipper listed hereon, it agrees to seek payment of its charges exclusively from the entity from which it accepted the shipment (e.g. the broker) and expressly waives any other collection rights or remedies otherwise available to it, including any right to seek payment of the transportation charges from the consignor or consignee.

Shipper Signature _____

**Shipper Signature/Date**

This is to certify that the above named materials are properly classified, packaged, marked, and labeled, and are in proper condition for transportation according to the applicable regulations of the DOT.

US DOT SP 16413

URL:

http://d38s2wg9eh65pi.cloudfront.net

/SP16413.pdf

| Trailer Loaded: | Freight Counted: | Carrier Signature/Pickup Date |
|---|---|---|
| ☑ By shipper | ☑ By shipper | Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the DOT emergency response guidebook or equivalent documentation in the vehicle. Property described above is received in good order, except as noted. |
| ☐ By driver | ☐ By driver/pallets said to contain | |
| | ☐ By driver/pieces | |

11/29/2021, 1:50

11/29/2021, 1:50 PM



SWFT



**REQUIRED FOR PAY**
ALWAYS SCAN TRIP SHEET FIRST

**TO ENSURE TIMELY AND ACCURATE PAY**
- Complete Trip Scan Sheet for every trip.
- Complete Tractor#, Trip #, Driver code, and Trailer # in blue or black ink.
- Write your driver code, Trip # and PO#, when applicable, on the **front** of each document.
- Remove all staples and paperclips.
- Put the Trip Scan Sheet **FIRST.** Place remaining documents for this trip behind the Trip Scan Sheet.
- Face documents in one direction and line up the tops to prepare for scanning.
- Scan a signed BOL for every load you empty.
- Scan reimbursable receipts.
  - o If the receipt is difficult to read, make a copy and adjust it lighter or darker. Scan the best copy.
  - o Do not submit receipts that are **NOT** reimbursable.
  - o Second seat driver must scan their own reimbursable receipts using a separate trip scan sheet.
- Scan your Driver Logs on a daily basis.

LOGS ONLY ☐

TRACTOR #   | 2 | 1 | 1 | 2 | 3 | 0 |

TRIP #   | W | X | 5 | 1 | 1 | 2 | 3 |

DRIVER CODE   | 4 | 5 | 7 | 5 | 0 | 0 |

TRAILER #   | 1 | 3 | 0 | 2 | 6 | 4 |

--->> **DO NOT COVER BARCODES** <<--
**DO NOT TAPE DOCUMENTS HERE**

**TRIP SHEET**
OPS-2027B (09/02/10)

Stephens-OD-1843



SWFT

Order # WX67089 (?)                BOL # 115R98SFT                          Inv # 9304309  Status E
Shipper Code 722155               Load At Code 983669                       Consignee Code 949194
AMAZON FULFILLMENT SVCS                AMAZON         MEM6                    AMAZON SORT FC
MGE5
PO BOX 80683                      11505 PROGRESS WAY                         235 HOG MOUNTAIN RD
SEATTLE      WA
206 266 2235                      OLIVE BRANCH   MS                  JEFFERSON      GA
Div 005    Zip 981080683              PU Area MEM Zip 38654                  DL Area GAN Zip 30549
Bill To Code 722155               Orig OB  MS Olive Branch          Dest JEF GA Jefferson
AMAZON FULFILLMENT SVCS                Lds 01 Weight 0006665 PCS 00556              Eq Type  V3
OM  SORT
PO BOX 80683                      P/U Apt N P/U 1128 1128 / 2101 2101        Load N P/L A
SEATTLE      WA                   Del Apt N Del 1128 1129 / 2102 0747        Unld N L/D A
206 266 2335                      JIT N  HV N HZ N   Trlr                    EstRv 330995   POD N Rcv N
Zip 981080683     Rail X          Shp Dt 1128 2101   Comm 0990  FREIGHT ALL KINDS
Plts 00  SL# 21279760             P/C P   Temp   To    Miles  414 Load# 01
LD Cont HOTLINE      Ph 899 9999999   Con Cont NOC       Ph 866 2038372
Loads Dispatched 01 Po#          User       D/T 1127 0835

COMMENTS

| C#_ | Type | City | Name | Comment |
|---|---|---|---|---|
| 001 | C | | | EQ: 0 TYP:TF |
| 002 | B | | | Est Revenue:3,309.95 |
| 003 | O | 722155 | | *** AMAZON IS HOT / EXPEDITED - ANY ISSUES |
| 004 | O | 722155 | | OR ANY DELAY CALL: 888-207-3654 OPT 2 *** |
| 005 | O | 722155 | | NOT READY EARLY UNLESS CSR NTFY REDY EARLY |
| 006 | O | 722155 | | PU APPT IS FIRM - AMAZON HAS 1HR STAGE TIME |
| 007 | O | 722155 | | FROM PU APPT TO DEPART DRIVER |
| 008 | O | 722155 | | ** NO 14FT TRLS * NO BOBT W/OUT PERMISSION ** |
| 009 | O | 722155 | | PLEASE HAVE PAPER BOL'S WITH YOU AS NOT ALL |
| 010 | O | 722155 | | AMAZON LOCATIONS PROVIDE BILLS |
| 011 | Q | MEMPTN | Memphis | SPEED FD            DISP# 01 |
| 012 | B | OB MS | Olive Branch | OLD STOP 01 WEIGHT 000001 PIECES 00001 |
| 013 | B | OB MS | Olive Branch | OLD STOP 01 BL# 115R98SFT |
| 014 | Q | LINCAL | Lincoln | STY SFE            DISP# 01 |
| 015 | Q | LINCAL | Lincoln | DRV OK-HAZMAT CLASS/STUDENT ISSUES-WEDISP# 01 |
| 016 | B | PENDGA | Pendergrass | OLD STOP 90 WEIGHT 006665 PIECES 00556 |
| 017 | B | PENDGA | Pendergrass | OLD STOP 90 BL# 115R98SFT |
| 018 | B | PENDGA | Pendergrass | STP#: 90 SIGNED: TOM        AMAZON |

DISPATCH - 01

Disp Date/Time 1128 1929 Init @KO  Trac 220388  Trlr 152211  Dispatch #  01
DR 1 330315 MICHAEL B THOMPSON  DR 2                    Dest Area GAN
Empty 1129 1732  Weight  6665   Loaded Miles  414 Empty Miles   19  T/J Rcv

MEMPTN E OB  MS L JEF GA E JEF GA


1128 1929 MEMPTN D MEMPTN E OB  MS L JEF GA            @KO
1128 1930 MEMPTN Q SPEED FD                       @KO

1128 1954 MEMPTN C T2:130264,Beg of Drive          @T2
1128 2012 OB  MS C DR:      130264 AT: 983669       @@@
1128 2012 OB  MS C ***** ARRIVED AT SHIPPER *****        @@@
1128 2009 OB  MS C T2:130264,Pos Report            @T2
1128 2205 OB  MS L PU: 152211                 @@@
1128 2228 BYHAMS C T2:152211,Beg of Drive          @T2
1128 2244 HS  MS C T2:152211,Pos Report            @T2
1128 2259 HF  MS C T2:152211,Pos Report            @T2
1128 2315 NA  MS C T2:152211,Pos Report            @T2
     WX67089 ***Continued***

DISPATCH - 01


1128 2346 BELDMS C T2:152211,Pos Report            @T2
1129 0001 MANTMS C T2:152211,Pos Report            @T2
1129 0017 TREMMS C T2:152211,Pos Report            @T2
1129 0032 HAMIAL C T2:152211,Pos Report            @T2
1129 0048 BRILAL C T2:152211,Pos Report            @T2
1129 0103 CH  AL C T2:152211,Pos Report            @T2
1129 0119 JASPAL C T2:152211,Pos Report            @T2
1129 0134 GRAYAL C T2:152211,Pos Report            @T2
1129 0150 BIRMAL C T2:152211,Pos Report            @T2
1129 0205 LEEDAL C T2:152211,Pos Report            @T2
1129 0221 PECIAL C T2:152211,Pos Report            @T2
1129 0235 PECIAL C MAC 22 ETA PTAS                 M2H
1129 0239 LINCAL C SEND TO: CLARJA    MSG SENT NEUEC          M2H
1129 0239 LINCAL Q STY SFE                 M2H
1129 0236 LINCAL C T2:152211,Pos Report            @T2
1129 0331 LINCAL C T2:152211,End of Drive          @T2
1129 0421 LINCAL C PTA Moved to 2357 Due To SAFETY HOLD          NK1
1129 0732 LINCAL C Committment planned: Order WX60424       B-S
1129 0733 LINCAL C PTA                 B-S
1129 0735 LINCAL C DRIVER COMMITTED: Y ORDER#: WX60424          @@@
1129 0753 LINCAL C Committment planned: Order WX61899       WLC
1129 0757 LINCAL Q DRV OK-HAZMAT CLASS/STUDENT ISSUES-WEATHER       WLC
1129 1308 OXFOAL C T2:152211,Beg of Drive          @T2
1129 1324 HEFLAL C T2:152211,Pos Report            @T2
1129 1339 TALLGA C T2:152211,Pos Report            @T2
1129 1355 WACOGA C T2:152211,Pos Report            @T2
1129 1512 WACOGA P GAL 052 $181.53 ADV$000.00 PG03.494 LOVES #311       COM
1129 1410 WACOGA C T2:152211,Pos Report            @T2
1129 1426 VR  GA C T2:152211,Pos Report            @T2
1129 1441 DOU GA C T2:152211,Pos Report            @T2
1129 1457 ATLAGA C T2:152211,Pos Report            @T2
1129 1559 NORCGA C T2:152211,Pos Report            @T2
1129 1614 LAWRGA C T2:152211,Pos Report            @T2
1129 1630 DACUGA C T2:152211,Pos Report            @T2
1129 1645 PENDGA C T2:152211,Pos Report            @T2
1129 1654 JEF GA C *** ARRIVED AT FINAL DESTINATION ***       @@@
1129 1701 PENDGA C T2:152211,Pos Report            @T2
1129 1732 PENDGA E                 7    @@@
1129 1737 JEF GA D JEF GA E JEF GA GAN        165802       JQ'
1129 2139 PENDGA C T2:152211,Empty                 @T2

                    Stephens-OD-1845

WX67089 ***Continued***

STOP OFF

```
S#   T      ___Appt_D/T___  Cust__City_Name_____Shipper_Number_____
01 00 P     11/28/21 21:01  983669 Olive Branch   MS 115R98SFT
01 01   E   11/28/21 21:01                         edt
01 02   LA  11/27/21  8:35                          edt
01 03   DP  11/28/21 19:29                          edt
01 04   N   11/28/21 20:30  Memphis                 MEMPTN  edt
01 05   N   11/28/21 20:36  Mallory                 MALLTN  edt
01 06   N   11/28/21 20:43  Oakville                OAKVTN  edt
01 07   N   11/28/21 20:54  Mineral Wells            MW  MS  edt
01 08   N   11/28/21 21:10  Olive Branch             OB  MS  edt
01 09   A   11/28/21 21:12                          edt
01 10   D   11/28/21 23:05                          edt
90 00 D     11/29/21 07:47  949194 Jefferson      GA 115R98SFT      edt
90 01   E   11/29/21  7:47                          edt
90 02   N   11/28/21 23:12  Olive Branch             OB  MS  edt
90 03   N   11/28/21 23:29  Byhalia                 BYHAMS  edt
90 04   N   11/28/21 23:41  Red Banks                RB  MS  edt
90 05   N   11/28/21 23:48  Holly Springs            HS  MS  edt
90 06   N   11/28/21 23:58  Potts Camp              POCAMS  edt
90 07   N   11/29/21   8 Myrtle                    MYRTMS  edt
90 08   N   11/29/21   23 West Albany               WA  MS  edt
90 09   N   11/29/21   44 Blue Springs             BLSPMS  edt
90 10   N   11/29/21   56 Tupelo                   TUPEMS  edt
90 11   N   11/29/21 1:07 Fulton                   FULTMS  edt
90 12   N   11/29/21 1:21 Tremont                  TREMMS  edt
90 13   N   11/29/21 1:33 Weston                   WESTAL  edt
90 14   N   11/29/21 2:00 Kansas                   KANSAL  edt
90 15   N   11/29/21 2:21 Cordova                  CORDAL  edt
90 16   N   11/29/21 2:36 Alden                    ALDEAL  edt
90 17   N   11/29/21 2:50 Birmingham               BIRMAL  edt
90 18   N   11/29/21 3:04 Leeds                    LEEDAL  edt
90 19   N   11/29/21 3:15 Cook Springs             COSPAL  edt
90 20   N   11/29/21 3:22 Pell City                PECIAL  edt
90 21   N   11/29/21 3:38 Lincoln                  LINCAL  edt
90 22   N   11/29/21 8:42 Lincoln                  LINCAL  edt
90 23   N   11/29/21 13:52 Lincoln                 LINCAL  edt
90 24   N   11/29/21 14:01 Eastaboga               EASTAL  edt
90 25   N   11/29/21 14:17 De Armanville            DA  AL  edt
90 26   N   11/29/21 14:27 Heflin                  HEFLAL  edt
90 27   N   11/29/21 15:37 Hemp                    HEMPGA  edt
90 28   N   11/29/21 15:55 Waco                    WACOGA  edt
90 29   N   11/29/21 16:22 Bremen                  BREMGA  edt
90 30   N   11/29/21 16:38 Winston                 WINSGA  edt
90 31   N   11/29/21 16:43 Douglasville             DOU GA  edt
90 32   N   11/29/21 16:53 Fulton                  FULTGA  edt
90 33   N   11/29/21 17:03 Cornell                 CORLGA  edt
90 34   N   11/29/21 17:13 Vinings                 VINIGA  edt
90 35   N   11/29/21 17:24 Sandy Springs            SS  GA  edt
90 36   N   11/29/21 17:33 Doraville               DORAGA  edt
90 37   N   11/29/21 17:59 Norcross                NORCGA  edt
```

Stephens-OD-1846

```
90 38   N   11/29/21 18:09   Pittman              PIT GA  edt
90 39   N   11/29/21 18:24   Suwanee              SUWAGA  edt
90 40   N   11/29/21 18:34   Auburn               AUBUGA  edt
90 41   N   11/29/21 18:44   Pendergrass          PENDGA  edt
90 42   A   11/29/21 18:54                        edt
90 43   D   11/29/21 19:32                        edt
        WX67089 ***Continued***
```

FREIGHT BILL

```
Code  983669              Order #   WX67089
L AMAZON        MEM6          Invoice Number      9304309
O 11505 PROGRESS WAY          Bill Of Lading #   115R98SFT
A OLIVE BRANCH,MS 38654          Purchase Order #
D                         SDR/POD Required    N  Received   N
Code 949194       Code 722155    Team#: 15       Flg
C AMAZON SORT FC    MGE5   B AMAZON FULFILLMENT SVCS   Driver  330315
O 235 HOG MOUNTAIN RD     I PO BOX 80683          Tractor 220388
N JEFFERSON,GA 30549      L SEATTLE,WA 98108-0683     Trailer 152211
S            L               Date   11/30/21
Tariff    Item    MILES   424   PPD/Col P Term. Id PHOEAZ INIT  RTR
  Description          Pieces  Qty   Rate  M   Amount
FREIGHT ALL KINDS
FUEL SURCHARGE 11/28/21 - SHIP DATE
BO 115R98SFT                       0    0
U.S. FUNDS
                                   0    0

                Ttl Amt   ▮▮▮▮

                NOTFND


                ***End Of Order***
```

Order # WX75949 (?)        BOL # 5520SP12032195063        Inv # 9361661  Status E
Shipper Code 890775        Load At Code 971873        Consignee Code 602348
HOME DEPOT SYNC        HOME DEPOT MDC DFC 5823        HOME DEPOT
MDC 5520
PO BOX 105580        9302 JEFFERSON BLVD        8103 FALLBROOK DR
ATLANTA    GA
770 433 8211        DALLAS    TX        HOUSTON    TX
Div BTW   Zip 30348        PU Area DFN Zip 75211        DL Area TXH Zip 77064
Bill To Code 533625        Orig DALLTX Dallas        Dest HOUSTX Houston
YOUR OTHER WAREHOUSE LLC        Lds 01 Weight 0042003 PCS 03003        Eq Type  VN
OM  SWAP
360 W BUTTERFIELD RD  400        P/U Apt N P/U 1203 1203  / 0800 0800        Load N P/L A
ELMHURST    IL        Del Apt N Del 1203 1204  / 0801 2300        Unld N L/D A
225 215 9719        JIT N  HV N HZ N   Trlr 164316        EstRv  85490  POD N Rcv N
Zip 601265015   Rail X        Shp Dt 1203 0800   Comm 0990  FREIGHT ALL KINDS
Plts 00  SL# 9207704        P/C C  Temp   To   Miles  242 Load# 01
LD Cont REC        Ph 111 1111111   Con Cont X2 RECEIVING   Ph 281 8075550
Loads Dispatched 01 Po#        User AGNEST   D/T 1129 0915

COMMENTS

| C#_ | Type | City Name | Comment |
|-----|------|-----------|---------|
| 001 | C | | TRUCKLOAD SERVICE REQUESTED |
| 002 | C | | USD |
| 003 | C | | RATE CODE BID    LINE HAUL 775.00 |
| 004 | C | | EQ#-0000000000/WT-00000000/LN-00000 -TRK,VAN |
| 005 | C | | CONTACT-DFC_5823 Transportation |
| 006 | C | | TELEPHONE NUM: 469-965-6450 |
| 007 | C | | 003 CUB WGT-0000000 |
| 008 | C | | WGT-0000042003 QTY-0000001 |
| 009 | C | | IFC DEST |
| 010 | C | | CONTACT-TAMARA RIDEAUX |
| 011 | C | | TELEPHONE NUM: 281-807-8430 |
| 012 | C | | 003 CUB WGT-0000000 |
| 013 | C | | WGT-0000042003 QTY-0000001 |
| 014 | O | 890775 | PLEASE MAKE SURE THE BOL NUMBER IS LISTED ON |
| 015 | O | 890775 | PAPERWORK BEFORE DEPARTING THE SHIPPER. THIS |
| 016 | O | 890775 | NUMBER WILL BE REQUIRED AT DELIVERY LOCATIONS |
| 017 | O | 890775 | AND MUST ALSO BE ON PAPERWORK IN ORDER FOR |
| 018 | O | 890775 | FINAL TO ACCEPT SHIPMENT. |
| 019 | F | 890775 | FINAL DELIVERY LOCATION WILL ASK FOR THE HOME |
| 020 | F | 890775 | DEPOT TMS ID OR SHIPMENT NUMBER UPON ARRIVAL. |
| 021 | F | 890775 | THIS NUMBER IS THE SAME AS THE BOL NUMBER |
| 022 | F | 890775 | THAT IS LISTED ON PAPERWORK. |
| 023 | O | 533625 | ALL BOL PAGES ARE REQUIRED TO BE TURNED IN |
| 024 | O | 533625 | SO THAT PAYMENT CAN BE PROCESSED |
| 025 | F | 533625 | TURN IN ALL BOL PAGES FOR PAYMENT |
| 026 | F | 602348 | FOR MTY..GO TO WINDFERN LOCATION. FROM RDC, G |
| 027 | F | 602348 | O LEFT ON FALLBROOKE DRIVE.  LEFT ON WINDFERN |
| 028 | F | 602348 | DRIVE. YARD IS LOCATED ON THE RHS. ADDRESS IS |
| 029 | F | 602348 | 10479 WINDFERN DRIVE. |
| 030 | F | 602348 | !!! DO NOT LEAVE WITHOUT AN EMPTY !!!! |

Stephens-OD-1848

```
031  F        602348        CONFIRMATION #159310019227338
032  Q   GP  TX Grand Prairie   SPEED FOR COND-= TRIP PLANNING      DISP# 01
033  B   GP  TX Grand Prairie   OLD STOP 01 WEIGHT 042003 PIECES 03003
034  B   GP  TX Grand Prairie   OLD STOP 01 BL# 5520SP120321950
035  T   HOUSTX Houston        HOME DEPOT SYNC          /164316/ECALL
```

DISPATCH - 01


Disp Date/Time 1203 0734 Init BA- Trac 220264 Trlr 164316 Dispatch # 01
DR 1 461398 STEVEN TOBIN       DR 2                Dest Area TXH
Empty 1203 1416 Weight 42003   Loaded Miles 242 Empty Miles  15  T/J Rcv
    WX75949 ***Continued***

DISPATCH - 01



DS  TX E DALLTX L HOUSTX


```
1203 0734 DS  TX D DS  TX E DALLTX L HOUSTX              BA-
1203 0740 DALLTX C T2:155273,Beg of Drive,Empty         @T2
1203 0746 GP  TX Q SPEED FOR COND-= TRIP PLANNING       J_W
1203 0807 DALLTX C T2:155273,Ext Pwr Off,Empty          @T2
1203 0810 DALLTX C T2:155273,Ext Pwr On,Empty           @T2
1203 0810 DALLTX C T2:155273,End of Drive,Empty         @T2
1203 0812 DALLTX C T2:155273,Ext Pwr Off,Empty          @T2
1203 0820 DALLTX C T2:155273,Ext Pwr On,Empty           @T2
1203 0830 DALLTX C T2:155273,Ext Pwr Off,Empty          @T2
1203 0841 DALLTX C DR:      155273 AT: 971873            @@@
1203 0841 DALLTX C ***** ARRIVED AT SHIPPER *****           @@@
1203 0841 GP  TX L PU: 164316                   @@@
1203 0841 GP  TX C *** LOADED CALL *** LOADED CALL HAS BEEN    @@@
1203 0841 GP  TX C ETA: 1203 0241 PTA: 1203 0301        @@@
1203 0903 DALLTX C T2:164316,Beg of Drive              @T2
1203 0918 LANCTX C T2:164316,Pos Report               @T2
1203 0934 FERRTX C T2:164316,Pos Report               @T2
1203 0949 ENNITX C T2:164316,Pos Report               @T2
1203 1005 CORSTX C T2:164316,Pos Report               @T2
1203 1020 STRETX C T2:164316,Pos Report               @T2
1203 1036 FAIRTX C T2:164316,Pos Report               @T2
1203 1051 BUFFTX C T2:164316,Pos Report               @T2
1203 1107 CEN TX C T2:164316,Pos Report               @T2
1203 1122 MADITX C T2:164316,Pos Report               @T2
1203 1138 MIDWTX C T2:164316,Pos Report               @T2
1203 1153 HUNTTX C T2:164316,Pos Report               @T2
1203 1209 WILLTX C T2:164316,Pos Report               @T2
1203 1224 CONRTX C T2:164316,Pos Report               @T2
1203 1240 HOUSTX C T2:164316,Pos Report               @T2
1203 1409 HOUSTX P GAL 118 $415.33 ADV$000.00 PG03.522 FLYING J #729   COM
1203 1311 HOUSTX C T2:164316,Pos Report               @T2
1203 1325 WESTTX C P                        J_W
1203 1326 HOUSTX C T2:164316,Pos Report               @T2
1203 1404 HOUSTX C *** ARRIVED AT FINAL DESTINATION ***        @@@
```

Stephens-OD-1849

1203 1416 HOUSTX E E                              J_W
1204 0934 HOUSTX C T2:164316,Empty              @T2
   WX75949 ***Continued***

STOP OFF

| S# | T | | Appt_D/T | Cust | City_Name | Shipper_Number | |
|----|----|----|----------|------|-----------|----------------|---|
| 01 00 | P | | 12/03/21 08:00 | 971873 | Dallas | TX 5520SP12032195063 | |
| 01 01 | E | | 12/03/21 10:00 | Date Changed - Status Not Transmitted | | STE | |
| 01 02 | E | | 12/03/21 8:00 | | edt | | |
| 01 03 | A | | 12/03/21 9:41 | | edt | | |
| 01 04 | D | | 12/03/21 9:42 | | edt | | |
| 01 01 | E | | 12/03/21 10:00 | Date Changed - Status Not Transmitted | | STE | |
| 01 02 | E | | 12/03/21 8:00 | Date Changed - Status Not Transmitted | | STE | |
| 01 03 | E | | 12/03/21 8:00 | | etx | | |
| 01 04 | A | | 12/03/21 9:41 | | etx | | |
| 01 05 | D | | 12/03/21 9:42 | | etx | | |
| 90 00 | D | | 12/04/21 23:00 | 602348 | Houston | TX 5520SP12032195063 | etx |
| 90 01 | E | | 12/03/21 21:00 | Date Changed - Status Not Transmitted | | STE | |
| 90 02 | E | | 12/04/21 21:00 | | edt | | |
| 90 03 | E | | 12/04/21 23:00 | | edt | | |
| 90 04 | A | | 12/03/21 15:04 | | edt | | |
| 90 05 | A | | 12/03/21 14:18 | | edt | | |
| 90 06 | D | | 12/03/21 15:18 | | edt | | |
| 90 01 | E | | 12/03/21 21:00 | Date Changed - Status Not Transmitted | | STE | |
| 90 02 | E | | 12/04/21 21:00 | Date Changed - Status Not Transmitted | | STE | |
| 90 03 | E | | 12/04/21 21:00 | | etx | | |
| 90 04 | E | | 12/04/21 23:00 | Date Changed - Status Not Transmitted | | A7S | |
| 90 05 | E | | 12/04/21 23:00 | | etx | | |
| 90 06 | A | | 12/03/21 15:04 | | etx | | |
| 90 07 | A | | 12/03/21 14:18 | | etx | | |
| 90 08 | D | | 12/03/21 15:18 | | etx | | |

   WX75949 ***Continued***


FREIGHT BILL

Code 971873          Order #   WX75949
 L HOME DEPOT MDC DFC 5823        Invoice Number    9361661
 O 9302 JEFFERSON BLVD          Bill Of Lading #   5520SP12032195063
 A DALLAS,TX 75211            Purchase Order #
 D                  SDR/POD Required   N  Received   N
Code 602348        Code 533625   Team#: 36      Flg
 C HOME DEPOT MDC 5520     B YOUR OTHER WAREHOUSE LLC   Driver 461398
 O 8103 FALLBROOK DR      I C O TRANSZACT TECH     Tractor 220264
 N HOUSTON,TX 77064       L 360 W BUTTERFIELD RD  400  Trailer 164316
 S            L ELMHURST,IL 60126-5015   Date  12/07/21
Tariff     Item     MILES  235   PPD/Col C Term. Id MEMPTN INIT  VVE
  Description      Pieces  Qty  Rate  M  Amount
FREIGHT ALL KINDS         ▮▮▮
FUEL SURCHARGE           0   0   ▮▮▮
U.S. FUNDS           0   0        ▮▮▮

          Ttl Amt    ▮▮▮

Stephens-OD-1850

NOTFND


***End Of Order***



**SWFT**

<div style="border:1px solid">

**TO ENSURE TIMELY AND ACCURATE PAY**
- Complete Trip Scan Sheet for every trip.
- Complete Tractor#, Trip #, Driver code, and Trailer # in blue or black ink.
- Write your driver code, Trip # and PO#, when applicable, on the **front** of each document.
- Remove all staples and paperclips.
- Put the Trip Scan Sheet **FIRST**.  Place remaining documents for this trip behind the Trip Scan Sheet.
- Face documents in one direction and line up the tops to prepare for scanning.
- Scan a signed BOL for every load you empty.
- Scan reimbursable receipts.
  - o If the receipt is difficult to read, make a copy and adjust it lighter or darker.  Scan the best copy.
  - o Do not submit receipts that are **NOT** reimbursable.
  - o Second seat driver must scan their own reimbursable receipts using a separate trip scan sheet.
- Scan your Driver Logs on a daily basis.

</div>

**REQUIRED FOR PAY**
ALWAYS SCAN TRIP SHEET FIRST

LOGS ONLY  ☐

TRACTOR #   | 2 | 2 | 0 | 2 | 6 | 4 |

TRIP #   | W | X | 7 | 5 | 9 | 4 | 9 |

DRIVER CODE   | 4 | 6 | 1 | 3 | 9 | 8 |

TRAILER #   | 1 | 6 | 4 | 3 | 1 | 6 |

––>>  **DO NOT COVER BARCODES**  <<––
**DO NOT TAPE DOCUMENTS HERE**

**TRIP SHEET**
OPS-2027B (09/02/10)

Stephens-OD-1852



**SWFT**

# BILL OF LADING

| SHIP FROM | |
|---|---|
| Name: | 5823 - Dallas |
| Address: | 9302 W Jefferson Blvd |
| City/State/Zip: | Dallas, TX 75211 |
| SID#: | FOB: ☐ |

**Bill of Lading Number:** 0400000000034108

(402) 0400000000034108

| SHIP TO | |
|---|---|
| Name: | Alex Hernandez |
| Address: | 8103 FALLBROOK DRIVE |
| City/State/Zip: | HOUSTON, TX 77064 |
| Phone: | (979) 595-1188 |
| CID#: | FOB: ☐ |

| CARRIER NAME: | SWIFT TRANSPORTATION |
|---|---|
| Trailer number: | SWFZ164316 |
| Seal number: | 9207704 |
| SCAC: | SWFT |
| Pro number: | 0908173 |
| Shipment ID: | 5520SP12032195063 |

**0908173**

| THIRD PARTY FREIGHT CHARGES BILL TO | |
|---|---|
| Name: | |
| Address: | |
| City/State/Zip: | |

SPECIAL INSTRUCTIONS:

*2018*

**Freight Charge Terms:** (freight charges are prepaid unless marked otherwise)

Prepaid          Collect          3rd Party

☐ Master Bill of Lading: with attached underlying (Check box) Bills of Lading

## Customer Order Information

| Customer Order Number | #Pkgs | Weight | Additional shipper Information |
|---|---|---|---|
| | | | |

**See attached (BOL Supplement) Page**

## Carrier Information

| H.M.(X) | Handling Unit | | Package | | Weight | Commodity Description | LTL Only | |
|---|---|---|---|---|---|---|---|---|
| | Qty | Type | Qty | Type | | | NMFC# | Class |

**See attached (BOL Supplement) Page**

## EXECUTIVE SUMMARY - FOR INFORMATION USE ONLY

The Executive Summary listed below is provided for informational purposes only and should be used as a reference for the materials listed herein. It is not the intended purpose of this document to relieve the carrier of any of its obligations set forth in the Hazardous Materials Regulations or the Code of Federal Register.

## Hazardous Materials Shipping Paper

**Emergency Response Telephone Number**  3E Company -: (800) 451-8346 #2119    | NONE |

### Vehicle Summary - STOP 1

| Total Qty | Product Description | Weight (Lbs) | Nbr. And ContainerType | Emergency Response Information |
|---|---|---|---|---|
| | No Hazardous Material contained on this stop | | | |

**Carrier Information:**
Carrier Name: SWIFT TRANSPORTATION      Carrier Phone Number:
Driver's Signature                        Date

Where the rate is dependant on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows: "The agreed or declared value of the property is specifically stated by the shipper to be not exceeding _____ per _____."

COD Amount: $ _____
Fee Terms: ☐ Collect  ☐ Prepaid  ☐ Customer Check acceptable

NOTE Liability Limitation for loss or damage in this shipment may be applicable. See 49 U.S.C 14706(c)(1)(A) and (B).

# BILL OF LADING

**Bill of Lading Number: 0400000000034190**

e:  5823 - Dallas
ress:  9302 W Jefferson Blvd
/State/Zip:  Dallas, TX 75211

FOB: ☐

(402) 0400000000034190

| | |
|---|---|
| CARRIER NAME: | SWIFT TRANSPORTATION |
| Trailer number: | SWFZ164316 |
| Seal number: | 9207704 |
| SCAC: | SWFT |
| Pro number: | 0908174 |
| Shipment ID: | 5520SP12032195063 |

me:  Robert E Smith
ress:  9081 W WASHINGTON ST
ty/State/Zip:  TOLLESON, AZ 85353
one:  (928) 348-3287
ID#:

FOB: ☐

ame:
Address:
City/State/Zip:

0908174

SPECIAL INSTRUCTIONS:

Freight Charge Terms: (freight charges are prepaid unless marked otherwise)

Prepaid        Collect        3rd Party

☐ Master Bill of Lading: with attached underlying
(Check box) Bills of Lading

### Customer Order Information

| Customer Order Number | #Pkgs | Weight | Additional shipper information |
|---|---|---|---|
| Multi | 1 | 1 lbs | |
| Grand Total | 1 EAs | 1 lbs | |

### Carrier Information

| H.M.(X) | Handling Unit | | Package | | Weight | Commodity Description | LTL Only | |
|---|---|---|---|---|---|---|---|---|
| | Qty | Type | Qty | Type | | | NMFC# | Class |
| | 1 | Pallets | 1 | EA | 1.08 lbs | SHRUB RAKE | | 50.0 |
| | | | 1 | EAs | 1 lbs | Summary With LPN/Pallet Details | | |

## EXECUTIVE SUMMARY - FOR INFORMATION USE ONLY

The Executive Summary listed below is provided for informational purposes only and should be used only as a reference for the materials listed herein. It is not the intended purpose of this document to relieve the carrier of any of their obligations set forth in the Hazardous Materials Regulations or the Code of Federal Register.

## Hazardous Materials Shipping Paper

Emergency Response Telephone Number    3E Company -: (800) 451-8346 #2119    NONE

### Vehicle Summary - STOP 2

| Total Qty | Product Description | Weight (Lbs) | Nbr. And ContainerType | Emergency Response Information |
|---|---|---|---|---|
| | No Hazardous Material contained on this stop | | | |

Carrier Information:
Carrier Name: SWIFT TRANSPORTATION        Carrier Phone Number:
Driver's Signature        Date

Where the rate is dependant on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows: "The agreed or declared value of the property is specifically stated by the shipper to be not exceeding _____ per _____."

COD Amount: $
Fee Terms: ☐ Collect  ☐ Prepaid  ☐ Customer Check acceptable

Order # WY09439 (?)                    BOL # 18411732                         Inv # 9555147  Status E
Shipper Code 670053                    Load At Code 480736                    Consignee Code  15160
WALMART STORE INC  IMPORT              WALMART IMPORT DC 7042                        WALMART
DC 6012
PO BOX 3001                      4554 OSCAR NELSON JR DR              3101 N QUINCY ST
NAPERVILLE     IL                      NO DROP NEEDED
479 277 2266                     BAYTOWN      TX                     PLAINVIEW      TX
Div 005     Zip 605667001              PU Area TXH Zip 77523               DL Area TXP Zip 79072
Bill To Code  86848                    Orig BAYTTX Baytown                 Dest PLAITX Plainview
WALMART                          Lds 01 Weight 0025867 PCS 03086      Eq Type  V3 OM  LEAD
PO BOX 3001                      P/U Apt N P/U 1203 1203 / 1200 1600   Load N P/L A
NAPERVILLE     IL                      Del Apt N Del 1205 1205 / 0001 2359   Unld N L/D A
630 512 8066                     JIT N  HV N HZ N   Trlr 172856         EstRv  152401  POD N Rcv N
Zip 605667001      Rail X             Shp Dt 1203 1600  Comm 0990  FREIGHT ALL KINDS
Plts 00  SL# 70372645                  P/C C  Temp    To     Miles  593 Load# 02
LD Cont NO DROP NEEDED  Ph 281 5732009      Con Cont X5 TRAFFIC     Ph 806 2939601
Loads Dispatched 01 Po# 2168637587      User         D/T 1202 1145

COMMENTS

| C#_ | Type | City | Name | Comment |
|-----|------|------|------|---------|
| 001 | O | | | DRVR WILL BE SENT PU# AND TRLR# ONCE THE TRLR |
| 002 | O | | | HAS BEEN LOADED BY THE CUSTOMER |
| 003 | O | | | DON'T DROP 57', 14' OR DAMAGED EMPTY TRLR. |
| 004 | O | | | TRLR#, BOL/WALMART LOAD# & DESTINATION CITY O |
| 005 | O | | | N BILLS MUCH MATCH DISPATCH. |
| 006 | O | | | LOADS MUST PICK UP AND DELIVER ON TIME |
| 007 | O | | | MUST SCALE AT SHPR. IF OVERWGHT CALL PLANNER |
| 008 | O | | | TO T CALL BACK AT SHIPPER |
| 009 | O | | | IF YOU CAN'T FIND YOUR OUTBOUND LOADED TRLR, |
| 010 | O | | | CHECK INTO TRAFFIC OFFICE FOR HELP. |
| 011 | O | | | FOR DETENTION PAY AT SHPR OR FINAL- MAKE SURE |
| 012 | O | | | YOU ASK GUARD FOR A TRAILER CONTROL REPORT. |
| 013 | F | | | DELIVERY IS TIMED RUN SO IF NO DELIVERY APPT |
| 014 | F | | | PLS HEAD TO FINAL ASAP. DLV # WILL BE SENT. |
| 015 | F | | | CALL 888-263-7900 IMMEDIATELY IF ANY ISSUES. |
| 016 | O | | | SCALE LOAD WITH IN 15 MILES OF SHIPPER |
| 017 | O | | | WALMART SCALE WEIGHTS ARE NOT CORRECT. SCALE |
| 018 | O | | | LOAD AS CLOSE AS YOU CAN |
| 019 | O | | | MAKE SURE ALL BILLS MATCH QUALCOMM IF NOT CAL |
| 020 | O | | | L IN 8882637900 DO NOT TAKE UNTIL DISPATCHED |
| 021 | O | | | ON CORRECT LOAD |
| 022 | O | | | DRVRS MUST DROP EMPTY TRLR @LOCATION INSTRUCT |
| 023 | O | | | ED BY GUARD.  DO NOT DROP IN OTHER LOCATIONS |
| 024 | O | | | TRAILER# SWFZ172856 |
| 025 | B | BECITX | Beach City | OLD STOP 01 WEIGHT 025867 PIECES 03086 |
| 026 | B | BECITX | Beach City | OLD STOP 01 BL# 18411732 |
| 027 | F | LANCTX | Lancaster | TRLR LOC: LANCTX ROW: 1  SPOT: |
| 028 | T | LANCTX | Lancaster | SWIFT TRANSPORTATION    /    172856/TCALL |
| 029 | T | LANCTX | Lancaster | SWIFT TRANSPORTATION         /122125/LCALL |
| 030 | Q | LANCTX | Lancaster | OFF DUTY              DISP# 02 |
| 031 | Q | LANCTX | Lancaster | 34 RESET/PTA          DISP# 01 |

Stephens-OD-1855

032  T  PLAITX Plainview     WALMART STORE INC  IMPORT     /172856/ECALL

DISPATCH - 01

Disp Date/Time 1203 1418  Init J_W  Trac 220264  Trlr 172856  Dispatch #  01
DR 1 461398 STEVEN TOBIN        DR 2           Dest Area DFN
Empty 1204 1014  Weight 25867    Loaded Miles  262  Empty Miles   27  T/J Rcv

HOUSTX E BAYTTX L LANCTX
WY09439 ***Continued***

DISPATCH - 01

| | | |
|---|---|---|
| 1203 1418 HOUSTX D HOUSTX E BAYTTX L LANCTX | | J_W |
| 1203 1413 HOUSTX C T2:164316,Pos Report | @T2 | |
| 1203 1430 HUDNTX C PTA FOR RESET | J_W | |
| 1203 1428 HOUSTX C T2:164316,Pos Report | @T2 | |
| 1203 1438 HOUSTX C T2:130264,Beg of Drive | @T2 | |
| 1203 1453 HOUSTX C T2:130264,Pos Report | @T2 | |
| 1203 1508 HIGHTX C T2:130264,Pos Report | @T2 | |
| 1203 1524 BAYTTX C T2:130264,Pos Report | @T2 | |
| 1203 1534 BAYTTX C DR:       130264 AT: 480736 | @@@ | |
| 1203 1534 BAYTTX C *****  ARRIVED AT SHIPPER  ***** | @@@ | |
| 1203 1621 BECITX L PU: 172856 | @@@ | |
| 1203 1621 BECITX C *** LOADED CALL ***  LOADED CALL HAS BEEN | @@@ | |
| 1203 1621 BECITX C ETA: 1204 0600 PTA: 1206 0900 | @@@ | |
| 1203 1659 BAYTTX C T2:172856,Beg of Drive | @T2 | |
| 1203 1715 HIGHTX C T2:172856,Pos Report | @T2 | |
| 1203 1730 CHANTX C T2:172856,Pos Report | @T2 | |
| 1203 1746 HUMBTX C T2:172856,Pos Report | @T2 | |
| 1203 1801 HOUSTX C T2:172856,Pos Report | @T2 | |
| 1203 1817 SPRITX C T2:172856,Pos Report | @T2 | |
| 1203 1832 CONRTX C T2:172856,Pos Report | @T2 | |
| 1203 1848 NW TX C T2:172856,Pos Report | @T2 | |
| 1203 1903 HUNTTX C T2:172856,Pos Report | @T2 | |
| 1203 2011 HUNTTX C T2:172856,End of Drive | @T2 | |
| 1204 0232 HUNTTX C T2:172856,Sts Report | @T2 | |
| 1204 0706 MADITX C T2:172856,Beg of Drive | @T2 | |
| 1204 0721 LEO TX C T2:172856,Pos Report | @T2 | |
| 1204 0737 CEN TX C T2:172856,Pos Report | @T2 | |
| 1204 0752 BUFFTX C T2:172856,Pos Report | @T2 | |
| 1204 0839 FAIRTX C T2:172856,Pos Report | @T2 | |
| 1204 0854 RICLTX C T2:172856,Pos Report | @T2 | |
| 1204 0910 CORSTX C T2:172856,Pos Report | @T2 | |
| 1204 0925 ENNITX C T2:172856,Pos Report | @T2 | |
| 1204 0941 FERRTX C T2:172856,Pos Report | @T2 | |
| 1204 0956 LANCTX C T2:172856,Pos Report | @T2 | |
| 1204 1014 LANCTX T HOUSTX E BAYTTX L LANCTX | @@@ | |
| 1204 1014 LANCTX C **** T-CALL *** | @@@ | |
| 1204 1014 LANCTX C ETA: 1204 0900 PTA: 1213 1000 | @@@ | |
| 1204 1012 LANCTX C T2:172856,Pos Report | @T2 | |
| 1205 1043 LANCTX C PTA | NAZ | |
| 1205 1052 LANCTX Q 34 RESET/PTA | NAZ | |

Stephens-OD-1856

1205 1237 LANCTX C Committment planned: Order WX04134          NAZ
1205 1237 LANCTX C Committment planned: Order WY18125          NAZ

DISPATCH - 02

Disp Date/Time 1204 1353  Init @@@  Trac 220676  Trlr 172856  Dispatch #  02
DR 1 452396 FERNANDO CASAS          DR 2                    Dest Area TXP
Empty 1205 1701  Weight 25867    Loaded Miles  352  Empty Miles   12  T/J Rcv

DS  TX E LANCTX L PLAITX

1204 1353 DS  TX D DS  TX E LANCTX L PLAITX                      @@@
1204 1341 DS  TX C T2:153766,Pos Report                @T2
1204 1412 LANCTX C T2:122125,Beg of Drive              @T2
WY09439 ***Continued***

DISPATCH - 02

1204 1421 LANCTX C T2:122125,Empty                     @T2
1204 1428 LANCTX C T2:122125,Pos Report                @T2
1204 1434 LANCTX L L CAALL                         #JJ
1204 1443 LANCTX C T2:122125,Pos Report                @T2
1205 0232 LANCTX C T2:172856,Sts Report                @T2
1205 0242 LANCTX Q OFF DUTY                        D7B
1205 0826 GP  TX C T2:172856,Beg of Drive              @T2
1205 0842 FW  TX C T2:172856,Pos Report                @T2
1205 0913 WEATTX C T2:172856,Pos Report                @T2
1205 0928 BROCTX C T2:172856,Pos Report                @T2
1205 0944 SANTTX C T2:172856,Pos Report                @T2
1205 1030 GORDTX C T2:172856,Pos Report                @T2
1205 1046 RANGTX C T2:172856,Pos Report                @T2
1205 1101 EASTTX C T2:172856,Pos Report                @T2
1205 1117 PUTNTX C T2:172856,Pos Report                @T2
1205 1132 BAIRTX C T2:172856,Pos Report                @T2
1205 1148 ABILTX C T2:172856,Pos Report                @T2
1205 1203 MERKTX C T2:172856,Pos Report                @T2
1205 1219 TRE TX C T2:172856,Pos Report                @T2
1205 1234 ROSCTX C T2:172856,Pos Report                @T2
1205 1250 HERMTX C T2:172856,Pos Report                @T2
1205 1305 SNYDTX C T2:172856,Pos Report                @T2
1205 1321 FLUVTX C T2:172856,Pos Report                @T2
1205 1336 JUS TX C T2:172856,Pos Report                @T2
1205 1352 POSTTX C T2:172856,Pos Report                @T2
1205 1407 SLATTX C T2:172856,Pos Report                @T2
1205 1423 LUBBTX C T2:172856,Pos Report                @T2
1205 1438 ND  TX C T2:172856,Pos Report                @T2
1205 1454 HACETX C T2:172856,Pos Report                @T2
1205 1509 PLAITX C T2:172856,Pos Report                @T2
1205 1608 PLAITX C *** ARRIVED AT FINAL DESTINATION ***          @@@
1205 1611 SW  TX C DRIVER COMMITTED: Y ORDER#: WX09047           @@@
1205 1611 PLAITX C T2:172856,Pos Report                @T2
1205 1617 PLAITX C T2:172856,End of Drive              @T2

Stephens-OD-1857

```
1205 1701 PLAITX E E                          LJB
1206 1908 PLAITX C T2:172856,Empty            @T2
WY09439 ***Continued***
```

STOP OFF

| S# | T | Appt_D/T | Cust | City_Name | Shipper_Number |
|----|---|----------|------|-----------|----------------|
| 01 00 | P | 12/03/21 16:00 | 480736 | Baytown | TX 18411732 |
| 01 01 | E | 12/03/21 16:00 | | | edt |
| 01 02 | N | 12/03/21 15:23 | | Hudson | HUDNTX edt |
| 01 03 | N | 12/03/21 15:43 | | Kinwood | KINWTX edt |
| 01 04 | N | 12/03/21 15:53 | | Lake Houston | LH TX edt |
| 01 05 | N | 12/03/21 16:03 | | Channelview | CHANTX edt |
| 01 06 | N | 12/03/21 16:13 | | Lynchburg | LYNCTX edt |
| 01 07 | N | 12/03/21 16:23 | | Baytown | BAYTTX edt |
| 01 08 | A | 12/03/21 16:34 | | Auto SRC - ED214SRCR | edt |
| 01 09 | D | 12/03/21 17:21 | | | edt |
| 90 00 | D | 12/05/21 23:59 | 15160 | Plainview | TX 18411732 edt |
| 90 01 | E | 12/05/21 23:59 | | | edt |
| 90 02 | N | 12/03/21 17:26 | | Beach City | BECITX edt |
| 90 03 | N | 12/03/21 17:39 | | Baytown | BAYTTX edt |
| 90 04 | N | 12/03/21 18:15 | | Lynchburg | LYNCTX edt |
| 90 05 | N | 12/03/21 18:30 | | Channelview | CHANTX edt |
| 90 06 | N | 12/03/21 18:40 | | Cloverleaf | CLOVTX edt |
| 90 07 | N | 12/03/21 18:45 | | Lake Houston | LH TX edt |
| 90 08 | N | 12/03/21 18:55 | | Kinwood | KINWTX edt |
| 90 09 | N | 12/03/21 19:05 | | Aldine | ALDITX edt |
| 90 10 | N | 12/03/21 19:15 | | Spring | SPRITX edt |
| 90 11 | N | 12/03/21 19:20 | | The Woodlands | TW TX edt |
| 90 12 | N | 12/03/21 19:25 | | Grangerland | GRAGTX edt |
| 90 13 | N | 12/03/21 19:35 | | Willis | WILLTX edt |
| 90 14 | N | 12/03/21 19:51 | | New Waverly | NW TX edt |
| 90 15 | N | 12/03/21 19:56 | | Huntsville | HUNTTX edt |
| 90 16 | N | 12/03/21 20:43 | | Huntsville | HUNTTX edt |
| 90 17 | N | 12/03/21 21:25 | | Huntsville | HUNTTX edt |
| 90 18 | N | 12/03/21 22:28 | | Huntsville | HUNTTX edt |
| 90 19 | N | 12/03/21 23:35 | | Huntsville | HUNTTX edt |
| 90 20 | N | 12/04/21 42 | | Huntsville | HUNTTX edt |
| 90 21 | N | 12/04/21 1:59 | | Huntsville | HUNTTX edt |
| 90 22 | N | 12/04/21 3:19 | | Huntsville | HUNTTX edt |
| 90 23 | N | 12/04/21 4:44 | | Huntsville | HUNTTX edt |
| 90 24 | N | 12/04/21 6:16 | | Huntsville | HUNTTX edt |
| 90 25 | N | 12/04/21 7:40 | | Huntsville | HUNTTX edt |
| 90 26 | N | 12/04/21 7:59 | | Midway | MIDWTX edt |
| 90 27 | N | 12/04/21 8:11 | | Madisonville | MADITX edt |
| 90 28 | N | 12/04/21 8:19 | | Leona | LEO TX edt |
| 90 29 | N | 12/04/21 8:30 | | Centerville | CEN TX edt |
| 90 30 | N | 12/04/21 8:48 | | Buffalo | BUFFTX edt |
| 90 31 | N | 12/04/21 9:31 | | Dew | DEW TX edt |
| 90 32 | N | 12/04/21 9:41 | | Fairfield | FAIRTX edt |
| 90 33 | N | 12/04/21 9:50 | | Streetman | STRETX edt |
| 90 34 | N | 12/04/21 9:56 | | Richland | RICLTX edt |
| 90 35 | N | 12/04/21 10:06 | | Angus | ANGUTX edt |
| 90 36 | N | 12/04/21 10:16 | | Rice | RICETX edt |

Stephens-OD-1858

```
90 37  N  12/04/21 10:23  Alma              ALMATX  edt
90 38  N  12/04/21 10:34  Palmer            PALMTX  edt
90 39  N  12/04/21 10:46  Wilmer            WILMTX  edt
90 40  N  12/04/21 10:52  Hutchins          HUTCTX  edt
90 41  N  12/04/21 11:00  Lancaster         LANCTX  edt
90 42  N  12/04/21 14:54  Lancaster         LANCTX  edt
90 43  N  12/04/21 19:28  Lancaster         LANCTX  edt
90 44  N  12/04/21 21:34  Lancaster         LANCTX  edt
WY09439 ***Continued***
```

STOP OFF

```
S#  T    ___Appt_D/T___ Cust___City_Name_____Shipper_Number_____
90 45  N  12/05/21  20    Lancaster        LANCTX  edt
90 46  N  12/05/21 6:08   Lancaster        LANCTX  edt
90 47  N  12/05/21 8:31   Lancaster        LANCTX  edt
90 48  N  12/05/21 9:16   Lancaster        LANCTX  edt
90 49  N  12/05/21 9:26   Duncanville      DUNCTX  edt
90 50  N  12/05/21 9:35   Sublett         SUBLTX  edt
90 51  N  12/05/21 9:41   Lindberg         LINBTX  edt
90 52  N  12/05/21 9:49   Fort Worth       FW TX  edt
90 53  N  12/05/21 9:59   Westland         WESNTX  edt
90 54  N  12/05/21 10:09  Anneta           ANNETX  edt
90 55  N  12/05/21 10:15  Weatherford      WEATTX  edt
90 56  N  12/05/21 10:24  Millsap          MILLTX  edt
90 57  N  12/05/21 10:34  Brazos           BRZSTX  edt
90 58  N  12/05/21 11:16  Brazos           BRZSTX  edt
90 59  N  12/05/21 11:24  Santo            SANTTX  edt
90 60  N  12/05/21 11:33  Gordon           GORDTX  edt
90 61  N  12/05/21 11:43  Tiffin           TIFFTX  edt
90 62  N  12/05/21 11:49  Ranger           RANGTX  edt
90 63  N  12/05/21 11:58  Eastland         EASTTX  edt
90 64  N  12/05/21 12:08  Cisco            CISCTX  edt
90 65  N  12/05/21 12:19  Putnam           PUTNTX  edt
90 66  N  12/05/21 12:35  Clyde            CLYDTX  edt
90 67  N  12/05/21 12:46  Elmdale          ELMDTX  edt
90 68  N  12/05/21 12:51  Abilene          ABILTX  edt
90 69  N  12/05/21 13:01  Tye              TYE TX  edt
90 70  N  12/05/21 16:32  Seth Ward        SW TX  edt
90 71  A  12/05/21 17:08                   edt
90 72  A  12/05/21 17:01                   edt
90 73  D  12/05/21 18:01                   edt
   WY09439 ***Continued***
```

FREIGHT BILL

```
Code  480736              Order #   WY09439
L WALMART IMPORT DC 7042        Invoice Number    9555147
O 4554 OSCAR NELSON JR DR       Bill Of Lading #   18411732
A NO DROP NEEDED            Purchase Order #   2168637587
D BAYTOWN,TX 77523      SDR/POD Required   N  Received   N
Code  15160        Code  86848    Team#: 12    Flg
C WALMART DC 6012        B WALMART        Driver 461398
O 3101 N QUINCY ST     I C O US BANK POWERTRACK   Tractor 220264
```

Stephens-OD-1859

N PLAINVIEW,TX 79072    L PO BOX 3001          Trailer 172856
S                       L NAPERVILLE,IL 60566-7001   Date   01/03/22
Tariff     Item      MILES   593   PPD/Col C Term. Id MEMPTN INIT  DWL
  Description       Pieces   Qty   Rate   M    Amount
FREIGHT ALL KINDS
FUEL SURCHARGE                      0      0

                          Ttl Amt

                          CLOSED


                    ***End Of Order***

# WAL-MART STORES,INC./SAM'S DRIVER SEAL CARD

Date:                    12/02/2021

From DC:                 7042                    First Delivery Time: 11:13 PM          Page#: 1

Carrier:                 SWFT                    Country:              US

Driver(Print):                                   Trailer#:             SWFZ172856           Subcenter:

Driver Signature:                    _____

Departure Seal# (if changed):        _____        Departure Seal: 70372645

Departure DC Manager:                _____        Gate Departure Time:

                                     _____                            ____

                                                             L/P Signature:

                                                                             _____

Stop#:           1
Arrival Seal:    70372645        Store/Club:    6012
Arrival Time:                                    Departure Seal:                      Load%:        100
Arrival Driver(if drop):                         Departure Time:
Departure Manager :              _____

                                 _____

                                 _____

Instructions:
1. Verify Seal#.If seal# matches,continue . If seal# does not match,contact LP before breaking sea
2. Verify all requested information with full signatures.
3. A signature is required from store management or truck driver(if drop trailer).
4. Extra seals for empty trailers,use between store/club stops,backhauls,etc, are listed below.
5. All seals must be explained above and/or below.
6. Return all unused seals to a Loss Prevention Associate upon arrival at the final Wal-Mart desti

| Seal# | Trailer# | Departing WM/Sam's | | | Arrival WM |  |
|---|---|---|---|---|---|---|
|  |  | WM/Sam's | Time | Signature | WM/Sam's | Time |
| 70372645 | SWFZ172856 |  |  |  |  |  |

(Use reverse if extra seals are issued)

WAL-MART CONFIDENTIAL Seal#: 70372645

Stephens-OD-1861

**\*0000020704032378\***

BOL#: 0000020704032378

Zone-71

Date: 12/02/2021

Trailer SCAC: SWFT

Page#: 1

Dec.02.2021

23:13

BZ

Trailer#: SWFZ172856

Freight Charge Terms:

Load#: 585866

TIMS Load#: 18411732

From: 7042

Country: US

To C/P:

6012

Ronny Jimenez
4554 Oscar Nelson, Jr. Drive

Baytown,TX,77523.

| Totals: | Stops | VNPKS | WHPKS | Sell Units | Weight | Cube |
|---|---|---|---|---|---|---|
| | 1 | 3086 | 3086 | 3086 | 25854.15 | 2848.93 |

Class: _____

1st Seal#: 70372645

Shipment#: 698818

Driver Confirmation Area:

DVR Carrier Name:

Driver's Signature: _Swift_ _SZ_     Tractor#: 2202264

Driver's Comments: _____     Date/Time: 12-3-21 1178

FOR CHEMICAL EMERGENCY:SPILL,LEAK,FIRE,EXPOSURE,OR ACCIDENT--CALL CHEMTREC--DAY OR NIGHT--800-424-9300

THIS IS TO CERTIFY THAT THE ABOVE-NAMED MATERIALS ARE PROPERLY CLASSIFIED,DESCRIBED,PACKAGED,MARKED AND LABELED, AND ARE IN THE PROPER CONDITION FOR TRANSPORTATION ACCORDING TO THE APPLICABLE REGULATIONS OF THE DEPARTMENT OF TRANSPORTATION

Shipper Per: _____

Date: 12/02/2021

PLEASE SWEEP OUT TRAILER

WAL-MART HAS A NO IDLING POLICY

"WAL-MART CONFIDENTIAL"
Stephens-OD-1862



SWFT



**TO ENSURE TIMELY AND ACCURATE PAY**
- Complete Trip Scan Sheet for every trip.
- Complete Tractor#, Trip #, Driver code, and Trailer # in blue or black ink.
- Write your driver code, Trip # and PO#, when applicable, on the **front** of each document.
- Remove all staples and paperclips.
- Put the Trip Scan Sheet **FIRST.** Place remaining documents for this trip behind the **Trip Scan Sheet.**
- Face documents in one direction and line up the tops to prepare for scanning.
- Scan a signed BOL for every load you empty.
- Scan reimbursable receipts.
  - o If the receipt is difficult to read, make a copy and adjust it lighter or darker.  Scan the best copy.
  - o Do not submit receipts that are **NOT** reimbursable.
  - o Second seat driver must scan their own reimbursable receipts using a separate trip scan sheet.
- Scan your Driver Logs on a daily basis.

## REQUIRED FOR PAY
ALWAYS SCAN TRIP SHEET FIRST

LOGS ONLY          ☐

TRACTOR #     | 2 | 2 | 0 | 2 | 6 | 4 |

TRIP #        | W | Y | 0 | 9 | 4 | 3 | 9 |

DRIVER CODE   | 4 | 6 | 1 | 3 | 9 | 8 |

TRAILER #     | 1 | 7 | 2 | 8 | 5 | 6 |

-->>  **DO NOT COVER BARCODES**  <<--
**DO NOT TAPE DOCUMENTS HERE**



**TRIP SHEET**
OPS-2027B (09/02/10)

Stephens-OD-1863



SWFT

\*0000020704032378\*

Zone-71

BOL#:        0000020704032378

Date:        12/02/2021                                      Page#: 1

Trailer SCAC: SWFT                                          Dec.02.2021
                            Trailer#:     SWFZ172856          23.13
Freight Charge Terms:                                          B2

Load#:       585866
                            TIMS Load#:   18411732            6012
From:        7042
                    Country:   US        To C/P:

Ronny Jimenez
4554 Oscar Nelson, Jr. Drive

Baytown, TX, 77523.

| Totals: | Stops | VNPKS | WHPKS | Sell Units | Weight | Cube |
|---------|-------|-------|-------|------------|--------|------|
|         | 1     | 3086  | 3086  | 3086       | 25854.15 | 2848.93 |

Class:

1st Seal#:   70372645

Shipment#:   698818

Driver Confirmation Area:

DVR Carrier Name:

Driver's Signature:

Driver's Comments:

Exp/ID       172856
Exp/Arrival  12/05/21 1622      Status  X1
Carrier      SWFT               Temp1
OM           70372645           Temp2
                                Temp3
Door/Zone    G                  Fuel Lvl 25
Del Date     12/05/21 0000      Dept    DIST
                                Type    53'
I have read and understand the posted copy of Wal-Mart's
Appointment/Drop Rules and Regulations

Driver Signature

Delivery#    31313114           DC   6012

FOR CHEMICAL EMERGENCY;SPILL,LEAK,FIRE,EXP                    00-424-9300

THIS IS TO CERTIFY THAT THE ABOVE-NAMED MATERIALS ARE PROPERLY CU        ROPER CONDITION FOR
TRANSPORTATION ACCORDING TO THE APPLICABLE REGULATIONS OF THE

Shipper Per:                                                  2021

PLEASE SWEEP OUT TRAILER

WAL-MART HAS A NO IDLING POLICY

"WAL-MART CONFIDENTIAL"

Stephens-OD-1864



SWFT

**TO ENSURE TIMELY AND ACCURATE PAY**
- Complete Trip Scan Sheet for every trip.
- Complete Tractor#, Trip #, Driver code, and Trailer # in blue or black ink.
- Write your driver code, Trip # and PO#, when applicable, on the **front** of each document.
- Remove all staples and paperclips.
- Put the Trip Scan Sheet **FIRST**. Place remaining documents for this trip behind the Trip Scan Sheet.
- Face documents in one direction and line up the tops to prepare for scanning.
- Scan a signed BOL for every load you empty.
- Scan reimbursable receipts.
  - o If the receipt is difficult to read, make a copy and adjust it lighter or darker. Scan the best copy.
  - o Do not submit receipts that are **NOT** reimbursable.
  - o Second seat driver must scan their own reimbursable receipts using a separate trip scan sheet.
- Scan your Driver Logs on a daily basis.

## REQUIRED FOR PAY
### ALWAYS SCAN TRIP SHEET FIRST

LOGS ONLY ☐

| TRACTOR # | 2 | 2 | 0 | 6 | 7 | 6 |
|-----------|---|---|---|---|---|---|

| TRIP # | W | Y | 0 | 9 | 4 | 3 | 9 |
|--------|---|---|---|---|---|---|---|

| DRIVER CODE | 4 | 5 | 2 | 3 | 9 | 6 |
|-------------|---|---|---|---|---|---|

| TRAILER # | 1 | 7 | 2 | 8 | 5 | 6 |
|-----------|---|---|---|---|---|---|

-->> **DO NOT COVER BARCODES** <<--
**DO NOT TAPE DOCUMENTS HERE**

**TRIP SHEET**
OPS-2027B (09/02/10)

Stephens-OD-1865



SWFT

```
Order# CD11478 ?        BOL _____        N1 N2 VOP 02 Inv#              Sts
Shipper Code            Load at Code        Consignee Code                  M K
.............           ............       ..............             .........
.............           ............       ..............             .........
.............           ............       ..............             .........

Div      Zip            PU Area [   ] Zip       DL Area [   ] Zip
Bill to Code
.............
.............
.............
Zip ...........

F3=Exit  ENTER=Continue
Order Number CD11478 is invalid
MA  F
```

DEFENDANTS EXHIBIT
7
SWIFT 1:22-CV-01403-JPB

Stephens-OD-1872

01/009

DEFENDANTS EXHIBIT 8

SWIFT 1:22-CV-01403-JPB

| BOL | Order # | Truck # | Trailer | Origin | Schd PU Appt | Shipper Arrival | Shipper Depart | Consignee Name | Destination | Delivery Appt | Delivery Arrv | Deliver Dept |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1162QBJQQ | WX11632 | 174562 | 164294 | OB MS | 11/27/2021 14:31 | 11/27/2021 12:15 | 11/27/2021 15:56 | AMAZON SORT FC | MGES IEF GA | 12/7/2021 23:59 | 12/7/2021 17:52 | 12/7/2021 18:10 |
| 113NPYVTK | WX11642 | 210175 | 184008 | OB MS | 11/23/2021 19:31 | 11/23/2021 19:40 | 11/23/2021 20:20 | AMAZON SORT FC | MGES IEF GA | 11/24/2021 6:17 | 11/24/2021 6:01 | 11/24/2021 6:28 |
| 115KCMSFX | WX11681 | 210175 | 165802 | OB MS | 11/26/2021 17:01 | 11/26/2021 17:16 | 11/26/2021 18:25 | AMAZON SORT FC | MGES IEF GA | 11/27/2021 3:47 | 11/27/2021 2:35 | 11/27/2021 2:50 |
| 115W9GCSWK | WX11690 | 181702 | 165450 | OB MS | 11/24/2021 12:31 | 11/24/2021 12:16 | 11/24/2021 13:58 | AMAZON SORT FC | MGES IEF GA | 11/24/2021 23:17 | 11/24/2021 22:16 | 11/24/2021 22:29 |
| 1148XVCGL | WX11738 | 202234 | 170552 | OB MS | 11/23/2021 12:31 | 11/23/2021 13:40 | 11/23/2021 13:52 | AMAZON SORT FC | MGES IEF GA | 11/23/2021 23:17 | 11/23/2021 23:11 | 11/23/2021 23:35 |
| 116BKS7RH | WX11762 | 181192 | 505329 | OB MS | 11/26/2021 11:31 | 11/26/2021 11:26 | 11/26/2021 12:00 | AMAZON SORT FC | MGES IEF GA | 11/26/2021 22:17 | 11/26/2021 20:29 | 11/26/2021 20:30 |
| 112SV4BWQ | WX11813 | 222098 | 547928 | OB MS | 11/24/2021 22:01 | 11/24/2021 21:54 | 11/24/2021 22:00 | AMAZON SORT FC | MGES IEF GA | 11/25/2021 8:47 | 11/25/2021 8:47 | 11/25/2021 9:56 |
| 1155P1LQR | WX11834 | 201013 | 226030 | OB MS | 11/23/2021 22:01 | 11/23/2021 11:24 | 11/23/2021 23:34 | AMAZON SORT FC | MGES IEF GA | 11/24/2021 8:47 | 11/24/2021 8:57 | 11/24/2021 9:57 |
| PU TRL# 112001 | WX22267 | 203632 | 112001 | IEF GA | 11/25/2021 23:59 | 11/24/2021 12:45 | 11/24/2021 12:46 | AMAZON SORT FC | MGES IEF GA | 11/25/2021 23:59 | 11/24/2021 12:47 | 11/24/2021 12:48 |
| 1122I4D73 | WX51086 | 221941 | 214429 | OB MS | 12/1/2021 19:31 | 12/1/2021 18:48 | 12/1/2021 21:05 | AMAZON SORT FC | MGES IEF GA | 12/2/2021 6:17 | 12/2/2021 5:59 | 12/2/2021 6:30 |
| 115STTQXO | WX51099 | 221347 | 182790 | OB MS | 12/4/2021 12:01 | 12/4/2021 11:52 | 12/4/2021 12:45 | AMAZON SORT FC | MGES IEF GA | 12/4/2021 22:47 | 12/4/2021 20:58 | 12/4/2021 21:15 |
| 1129GRNRNZ | WX51123 | 211230 | 130264 | OB MS | 11/29/2021 12:01 | 11/29/2021 13:19 | 11/29/2021 13:55 | AMAZON SORT FC | MGES IEF GA | 11/29/2021 22:47 | 11/29/2021 23:39 | 11/29/2021 23:41 |
| 115X9WDVS | WX51143 | 181523 | 165802 | OB MS | 11/28/2021 22:01 | 11/28/2021 21:16 | 11/28/2021 23:44 | AMAZON SORT FC | MGES IEF GA | 11/29/2021 8:47 | 11/29/2021 9:22 | 11/29/2021 10:22 |
| 116GHMMR | WX51160 | 210175 | 152211 | OB MS | 12/3/2021 12:01 | 12/3/2021 12:08 | 12/3/2021 13:22 | AMAZON SORT FC | MGES IEF GA | 12/3/2021 22:47 | 12/3/2021 21:45 | 12/3/2021 22:16 |
| 115V49K48 | WX51173 | 200938 | 181694 | OB MS | 12/2/2021 12:01 | 12/2/2021 11:58 | 12/2/2021 13:24 | AMAZON SORT FC | MGES IEF GA | 12/2/2021 22:47 | 12/2/2021 22:26 | 12/2/2021 22:40 |
| 1138RZGFY | WX51187 | 201013 | 180334 | OB MS | 12/2/2021 22:16 | 12/2/2021 11:18 | 12/2/2021 12:59 | AMAZON SORT FC | MGES IEF GA | 12/3/2021 9:02 | 12/3/2021 8:50 | 12/3/2021 8:52 |
| 116B31KG | WX51627 | 220996 | 110617 | OB MS | 12/2/2021 18:01 | 12/2/2021 18:35 | 12/2/2021 19:30 | AMAZON SORT FC | MGES IEF GA | 12/3/2021 4:47 | 12/3/2021 5:37 | 12/3/2021 6:01 |
| 1125ZVVPH | WX51639 | 201013 | 121210 | OB MS | 11/30/2021 22:01 | 11/30/2021 23:01 | 11/30/2021 23:03 | AMAZON SORT FC | MGES IEF GA | 12/1/2021 8:47 | 12/1/2021 8:35 | 12/1/2021 9:02 |
| 114Q35DMB | WX51678 | 221278 | 133885 | OB MS | 12/1/2021 14:31 | 12/1/2021 13:59 | 12/1/2021 16:06 | AMAZON SORT FC | MGES IEF GA | 12/2/2021 1:17 | 12/2/2021 0:55 | 12/2/2021 1:49 |
| 113GC9T7V | WX51702 | 205172 | 165816 | OB MS | 12/4/2021 18:01 | 12/4/2021 8:27 | 12/4/2021 20:09 | AMAZON SORT FC | MGES IEF GA | 11/29/2021 4:47 | 12/5/2021 5:15 | 12/5/2021 6:15 |
| 112MNZX7D | WX51736 | 210175 | 225301 | OB MS | 11/28/2021 17:01 | 11/28/2021 16:58 | 11/28/2021 19:41 | AMAZON SORT FC | MGES IEF GA | 11/30/2021 0:47 | 11/30/2021 0:46 | 11/29/2021 3:17 |
| 113TN1CPC | WX51772 | 221278 | 182790 | OB MS | 11/29/2021 14:01 | 11/29/2021 14:41 | 11/29/2021 16:05 | AMAZON SORT FC | MGES IEF GA | 11/29/2021 7:47 | 11/29/2021 16:05 | 11/30/2021 3:30 |
| 115K98SFT | WX51786 | 200938 | 83245 | OB MS | 11/30/2021 12:01 | 11/30/2021 11:30 | 11/30/2021 14:08 | AMAZON SORT FC | MGES IEF GA | 11/29/2021 18:54 | 11/29/2021 18:54 | 11/29/2021 19:32 |
| 115SQBR66 | WX67089 | 208388 | 152211 | OB MS | 11/28/2021 22:01 | 11/28/2021 21:12 | 11/28/2021 23:05 | AMAZON SORT FC | MGES IEF GA | 12/7/2021 3:47 | 12/7/2021 3:25 | 12/7/2021 3:47 |
| 111CM9NNK | WY18777 | 211230 | 81501 | OB MS | 12/6/2021 17:01 | 12/6/2021 17:57 | 12/6/2021 18:32 | AMAZON SORT FC | MGES IEF GA | 12/7/2021 3:47 | 12/5/2021 23:08 | 12/5/2021 23:08 |
| 113IRZLXF | WY19097 | 210175 | 83245 | OB MS | 12/5/2021 11:31 | 12/5/2021 11:53 | 12/5/2021 12:26 | AMAZON SORT FC | MGES IEF GA | 12/5/2021 22:17 | 12/6/2021 0:57 | 12/6/2021 1:28 |
| 113R2LXF | WY19196 | 210175 | 504794 | OB MS | 12/5/2021 16:31 | 12/5/2021 16:25 | 12/5/2021 16:54 | AMAZON SORT FC | MGES IEF GA | 12/6/2021 3:17 | 12/6/2021 20:17 | 12/6/2021 20:50 |
| 116MNZX7D | WY19312 | 201345 | 110617 | OB MS | 12/6/2021 9:42 | 12/6/2021 9:42 | 12/6/2021 11:06 | AMAZON SORT FC | MGES IEF GA | 12/6/2021 20:17 | 12/6/2021 19:59 | 12/6/2021 20:50 |
| 116RQ2KN | WY19169 | 221278 | 120323 | OB MS | 12/6/2021 22:01 | 12/7/2021 1:01 | 12/7/2021 1:07 | AMAZON SORT FC | MGES IEF GA | 12/7/2021 8:47 | 12/7/2021 10:33 | 12/7/2021 11:04 |
| 1162LXD3 | WY19190 | 225639 | 171157 | OB MS | 12/7/2021 12:31 | 12/8/2021 11:29 | 12/8/2021 11:33 | AMAZON SORT FC | MGES IEF GA | 12/7/2021 23:17 | 12/7/2021 22:55 | 12/7/2021 22:57 |

Stephens-OD-1873

| Order# | Shipper BOL | Orig CitySt | Orig City St | Dest CitySt | Consignee Name | | Truck | Trailer | PU Apt Date | PU Apt Time | PU Arv Time |
|---|---|---|---|---|---|---|---|---|---|---|---|
| WY18777 | 1155Q3R66 | OB MS | Olive Bran/JEF GA | Jefferson, /AMAZON SORT FC | MGES | | 211230 | 81501 | 12/6/2021 | 17:01 | 17:57 |
| WY19169 | 116RQJ2KN | OB MS | Olive Bran/JEF GA | Jefferson, /AMAZON SORT FC | MGES | | 221278 | 120323 | 12/6/2021 | 22:01 | 1:01 |
| WY19190 | 1162LXG03 | OB MS | Olive Bran/JEF GA | Jefferson, /AMAZON SORT FC | MGES | | 225639 | 171157 | 12/7/2021 | 12:51 | 11:29 |
| WX11632 | 1162Q5HQ3 | OB MS | Olive Bran/JEF GA | Jefferson, /AMAZON SORT FC | MGES | | 174562 | 164294 | 11/27/2021 | 14:31 | 12:15 |
| WY19251 | 114MT8MJR | OB MS | Olive Bran/JEF GA | Jefferson, /AMAZON SORT FC | MGES | | 210175 | 136240 | 12/8/2021 | 9:31 | 9:32 |
| WY19278 | 115KQ2M49 | OB MS | Olive Bran/JEF GA | Jefferson, /AMAZON SORT FC | MGES | | 211230 | 211169 | 12/8/2021 | 17:01 | 17:36 |
| WY19251 | 115XZPKY4 | OB MS | Olive Bran/JEF GA | Jefferson, /AMAZON SORT FC | MGES | | 220996 | 165816 | 12/8/2021 | 17:01 | 22:37 |
| WY19904 | 1144QJMW9 | OB MS | Olive Bran/JEF GA | Jefferson, /AMAZON SORT FC | MGES | | 212369 | 182790 | 12/9/2021 | 11:01 | 10:59 |
| WY19343 | 1141V8M9V | OB MS | Olive Bran/JEF GA | Jefferson, /AMAZON SORT FC | MGES | | 200938 | 137154 | 12/9/2021 | 16:31 | 17:55 |
| WY19322 | 113Q7K486 | OB MS | Olive Bran/JEF GA | Jefferson, /AMAZON SORT FC | MGES | | 201013 | 504794 | 12/9/2021 | 20:31 | 13:04 |
| WY20793 | 1122G6K2T | OB MS | Olive Bran/JEF GA | Jefferson, /AMAZON SORT FC | MGES | | 220886 | 179968 | 12/10/2021 | 20:31 | 20:26 |
| WY20882 | 113144O3Z | OB MS | Olive Bran/JEF GA | Jefferson, /AMAZON SORT FC | MGES | | 220996 | 172623 | 12/10/2021 | 22:01 | 23:25 |
| WY19371 | 1161KXZ78 | OB MS | Olive Bran/JEF GA | Jefferson, /AMAZON SORT FC | MGES | | 200013 | 136240 | 12/11/2021 | 11:31 | 10:37 |
| WY19377 | 115516GH | OB MS | Olive Bran/JEF GA | Jefferson, /AMAZON SORT FC | MGES | | 183367 | 110121 | 12/11/2021 | 16:31 | 17:40 |
| WY20818 | 1127G5H7 | OB MS | Olive Bran/JEF GA | Jefferson, /AMAZON SORT FC | MGES | | 200938 | 182790 | 12/11/2021 | 22:16 | 11:24 |
| WY1660 | 1152M5Q9R | OB MS | Olive Bran/JEF GA | Jefferson, /AMAZON SORT FC | MGES | | 200013 | 170008 | 12/12/2021 | 17:01 | 16:57 |
| WY21654 | 112MP2QDX | OB MS | Olive Bran/JEF GA | Jefferson, /AMAZON SORT FC | MGES | | 220883 | 170008 | 12/12/2021 | 21:46 | 21:41 |
| WY21708 | 113ZWP64L | OB MS | Olive Bran/JEF GA | Jefferson, /AMAZON SORT FC | MGES | | 190345 | 504794 | 12/13/2021 | 17:01 | 18:24 |
| WY21701 | 1131F83FV | OB MS | Olive Bran/JEF GA | Jefferson, /AMAZON SORT FC | MGES | | 220883 | 120796 | 12/13/2021 | 21:31 | 22:44 |
| WY21716 | 1145BYTCN | OB MS | Olive Bran/JEF GA | Jefferson, /AMAZON SORT FC | MGES | | 211230 | 225089 | 12/14/2021 | 13:31 | 14:02 |
| WY21735 | 115944CM7 | OB MS | Olive Bran/JEF GA | Jefferson, /AMAZON SORT FC | MGES | | 220996 | 120796 | 12/14/2021 | 20:31 | 16:51 |
| WY21718 | 11186T8K | OB MS | Olive Bran/JEF GA | Jefferson, /AMAZON SORT FC | MGES | | 221278 | 212225 | 12/15/2021 | 14:01 | 11:13 |
| WY21770 | 1146CQXYV | OB MS | Olive Bran/JEF GA | Jefferson, /AMAZON SORT FC | MGES | | 220883 | 137324 | 12/15/2021 | 21:01 | 13:42 |
| WY21776 | 114AMHG5S | OB MS | Olive Bran/JEF GA | Jefferson, /AMAZON SORT FC | MGES | | 204404 | 179968 | 12/16/2021 | 13:31 | 2:10 |
| WY92747 | 115TT8322 | OB MS | Olive Bran/JEF GA | Jefferson, /AMAZON SORT FC | MGES | | 220996 | 130834 | 12/16/2021 | 20:01 | 13:29 |
| WY92888 | 1165RL2D | OB MS | Olive Bran/JEF GA | Jefferson, /AMAZON SORT FC | MGES | | 211230 | 163128 | 12/17/2021 | 7:31 | 19:44 |
| WY21846 | 112DG5XFK | OB MS | Olive Bran/JEF GA | Jefferson, /AMAZON SORT FC | MGES | | 203867 | 221225 | 12/18/2021 | 15:23 | 8:28 |
| WZ38559 | 116GHF41V | OB MS | Olive Bran/JEF GA | Jefferson, /AMAZON SORT FC | MGES | | 220770 | 182240 | 12/19/2021 | 9:01 | 11:00 |
| WZ22304 | 116K7Z8GA | OB MS | Olive Bran/JEF GA | Jefferson, /AMAZON SORT FC | MGES | | 220883 | 120796 | 12/19/2021 | 16:31 | 16:18 |
| WZ23319 | 113WHWV2M | OB MS | Olive Bran/JEF GA | Jefferson, /AMAZON SORT FC | MGES | | 220883 | 225378 | 12/19/2021 | 13:01 | 15:23 |
| WZ23332 | 112XP5N5B | OB MS | Olive Bran/JEF GA | Jefferson, /AMAZON SORT FC | MGES | | 220996 | 163128 | 12/20/2021 | 21:31 | 21:39 |
| | | OB MS | Olive Bran/JEF GA | Jefferson, /AMAZON SORT FC | MGES | | 211230 | 173968 | 12/20/2021 | 8:31 | 8:31 |

Stephens-OD-1874

OPADEV0163 OPMEX
DARIN

**SWIFT TRANSPORTATION**
**Movement Display**
From 11/27/21 To 12/16/21

For Trlr - 130264

| Trip Origin City | Load City | Dest City | Head | Unit | Drvr | Disp Date | Order Number | Q P | P S | Ld Oh | Revenue | Us title | Fuel | Engn Hours | DOI % | Trip Miles | Ovsnd Time |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| IRVTAL | IRVTAL | | | 203736 | TOJO1 | 1127 | C007045 | 01 | | 1 | | | .00 | | | 116 | .0 |
| SEARAR | SEARAR | | | 203736 | TOJO1 | 1127 | DH7536H | 01 | | | | | .00 | 3.0 | 16.7 | 1900 | .0 |
| MEMPTN | MEMPTN | | | 210577 | WX46299 | 02 | | | | 106 | | 212.70 | 35.9 | 6.7 | | .0 |
| MEMPTN | MEMPTN | | | 220356 | 330315 | 1126 | DH75KWN | 01 | | | | | .00 | 2.9 | 44.8 | 95 | .0 |
| OB MS | OB MS | JEF GA | 211230 | 457500 | 1129 | WX67009 | 01 | | | | | 52.16 | 26.2 | 62.2 | 563 | .0 |
| HOUSTX | HOUSTX | | 220264 | 461398 | 1129 | WX5123 | 01 | | 414 | | | 131.86 | 9.1 | 19.1 | 454 | .0 |
| JEF GA | | | | | 1203 | WX75949 | 01 | | | | | .00 | 6.1 | 9.8 | 301 | .0 |
| HOUSTX | HOUSTX | | | | 1203 | CD1478 | 01 | | 850 | | | .00 | 6.1 | 9.8 | 301 | .0 |
| HUMBTX | HOUSTX | | | | 1203 | MY09439 | 01 | | 27 | | | .00 | 7.2 | 26.4 | 270 | .0 |
| HOUSTX | HOUSTX | | | | 110 | CD34007 | 01 | | 19 | | | .00 | 7.2 | 26.4 | 270 | .0 |
| PASATX | BAYTTX | | | | 110 | CD34806 | 01 | | 1 | | | .00 | 7.2 | 26.4 | 270 | .0 |
| LARETX | LARETX | | | | 117 | CD40336 | 01 | | 16 | | | .00 | 7.2 | 26.4 | 270 | .0 |
| PA TX | PA TX | | | | 511 | CD202212 | 01 | | 1 | | | .00 | 7.2 | 26.4 | 270 | .0 |
| | | | | | 713 | CD661161 | 01 | | 1 | | | .00 | 7.2 | 26.4 | 270 | .0 |

Trlr Totals:        414    151

Earnings: ..

Order Nbr        Disp

Total Miles: ......565,    Miles Var: 570.2 %

MM        E

DEFENDANTS EXHIBIT 9
SWIFT 1:22-CV-01403-JPB
aswift.23
Stephens-OD-1875

```
QPADEV02LR OPM5X
DANIH                                    SWIFT TRANSPORTATION
                                          Movement Display
For  Trlr - 130264                     From  11/27/21  To  12/16/21        M K                              11/29/23
                                                                                                           12:53:40
Trip   Load  Dest  Dead                                              All Loads
Origin City  City  Head   Unit   Drvr   Disp Order   Di P  MILES            Disp MPG           Engn  DCI  Trip  Ovspd
IRVIAL             IRVIAL                Date Number  sp S  Ld  Dh   Revenue MPG  -DCI    Fuel  Hours   %   Mles  Time
SEARAR             SEARAR                             01            Ua Mile                     .00
SEARAR             SEARAR  203736 TOJO1  1127 CD07045 01         1          .0   .0      .00                     .0
MEMPTN             MEMPTN  203736 TOJO1  1127 DH7SJ8H 01                     .0   .0      .00   3.0  16.7  116     .0
MEMPTN             MEMPTN  210577 456035 1128 WX46299 02       106          .4   .5   212.70   35.9  6.7 1980     .0
OB  MS OB  MS JEF GA OB  MS 220388 330315 1128 WX67089 01        18    1     .4   .5      .00   2.9  44.8   95     .0
HOUSTX             HOUSTX  211230 457500 1129 WX51123 01   414              .4   .4    52.18   26.2  62.2  563     .0
JEF GA                     220264 461398 1203 WX75949 01                   1.3  1.4   131.86    9.4  19.1  454     .0
HOUSTX             BAYTTX  220264 461398 1203 CD11478 01       850         1.3  1.4      .00    6.1   9.8  301     .0
HUMBTX             HOUSTX                1203 WY09439 01        27          1.3  1.4      .00    6.1   9.8  301     .0
HOUSTX             HOUSTX               110  CD34807 01        19          1.4  1.4      .00    7.2  26.4  278     .0
PASATX             BAYTTX               110  CD34808 01         1          1.4  1.4      .00    7.2  26.4  278     .0
LARETX             LARETX               117  CD40336 01        16          1.4  1.4      .00    7.2  26.4  278     .0
PA  TX             PA  TX               511  CD20212 01         1          1.4  1.4      .00    7.2  26.4  278     .0
                                        713  CD68161 01         1          1.4  1.4      .00    7.2  26.4  278     .0 +

                          Trlr  Totals:      414       1        1.4  1.4   396.74              27.3
                                       151                                19.00  90.7               3787
                          Order Nbr          Disp          Total Miles:      565   Miles Var: 570.2 %
```

Order# CD11478 ?          BOL _____          N1 N2 VOP O2 Inv#          Sts

Shipper Code _____          Load at Code _____          Consignee Code _____          M K

Div ___ Zip          PU Area [ ] Zip          DL Area [ ] Zip

Bill to Code

Zip

F3=Exit  ENTER=Continue

Order Number CD11478 is invalid

MA[ ]  F

DEFENDANTS EXHIBIT

7

SWIFT 1:22-CV-01403-JPB

01/009

Stephens-OD-1872