UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| TAUREAN STEPHENS | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| SWIFT TRANSPORTATION CO. OF | ) | Civil Action File No.:  1:22-CV- |
| ARIZONA, LLC a/k/a SWIFT | ) | 01403-JPB |
| TRANSPORTATION COMPANY, WHV | ) | |
| TRANSPORTATION, LLC, and JOHN | ) | |
| DOE. | ) | |
| | | |
| Defendants. | | |

## PLAINTIFF'S RESPONSE TO DEFENDANT WHV TRANSPORTATION LLC'S FIRST INTERROGATORIES TO PLAINTIFF TAUREAN STEPHENS

COMES NOW Plaintiff Taurean Stephens pursuant to Fed. R. Civ. P. Rule 33, and hereby responds to Defendants WHV Transportation LLC's First Interrogatories to Plaintiff Taurean Stephens as follows:

1.

Please state your full name, residence addresses for the past five (5) years, your occupation, date of birth, Social Security Number, and spouse's name, if any.

**Response: Plaintiff's full name is Taurean Meques Stephen. His current address is 563 Sherwood Greens, Stone Mountain, GA 30087 where he has**

1

**resided for the last 2.5 years. He recalls the following prior addresses over the last five (5) years: 2900 Camp Creek Parkway, Apt Q11, Atlanta, GA 30337; 1936 Alison Ct SW Apt H19, Atlanta, GA. At the time of the subject wreck, Plaintiff was employed as a Technician 1 at Southern Hydro Vac, LLC. Plaintiff is currently unemployed. Plaintiff's date of birth is June 26, 1990. He is not married.**

**Plaintiff objects to providing his full social security number in a document that may become a matter of public record. Subject to and without waiving said objection, the last four of Plaintiff's Social Security Number is 3479.**

2.

Please state, in detail, your version of how the accident which is the subject matter of this lawsuit occurred.

**Response: On November 30, 2021 at or around 6:42 p.m., Plaintiff was a passenger in a dump truck and was traveling south on I-285. While exercising reasonable care for his own safety, the dump truck in which Plaintiff was a passenger was sideswiped by a tractor-trailer, injuring Plaintiff. Upon information and belief, the subject trailer was owned by Swift Transportation and operated (driven) by Defendant Swift or Defendant WHV. The identities**

of the at-fault driver and owner of the tractor are still being investigated at this time. Following the collision, the unidentified driver continued traveling southbound on I-285 and fled the scene before police arrived.

3.

State the name, address, telephone number, and employer of any person, including any party who, to your knowledge, information, or belief was an eyewitness to the accident complained of in this action or has some knowledge of any fact or circumstance upon which your allegations of negligence, causation, or damages are based. If any of the persons listed was an eyewitness, please indicate.

**Response: Plaintiff identifies the following:**

**The wreck was witnessed by Plaintiff Taurean Stephens, Onterrio Rashad Lay (located at 351 Frasier St SE, Marietta, GA 30060), and the unidentified at-fault driver.**

**Officer J.T. Fields**
**Officer Jeremy Hilley**
**Georgia State Patrol – Post 9**
**959 United Ave SE, Building #5, Atlanta, GA 30316**
**404-624-7272**

**Defendant WHV Transportation, LLC and its relevant employees.**

**Defendant Swift Transportation Co. of Arizona, LLC a/k/a Swift Transportation Company and its relevant employees.**

Amazon.com, Inc. and its relevant employees.

Southern Hydro Vac, Inc. and its relevant employees.

Any and all adjusters with Progressive Insurance Company, including but not limited to, Michael Withrow.

Any and all adjusters with Amerisure Insurance Company.

Any and all adjusters with Red Rock Risk Retention Group.

Any and all treating providers with Wellstar Cobb Hospital, including but not limited to, Deval Patel, MD; Jenene Roberts, NP; William Crim, MD; Anikraza Momin, PA; Alan Zuckerman, MD; Scott Wottrich, MD; Elaine Khaton, MD; Sepehr Panah, MD; and Jay Patel, MD.

Any and all treating providers with NOVA Medical Centers, including but not limited to, Paul Horner, MD; Niah Fulford, PT; Gary Pratt, PT; Matthew Pope, PTA; and Biff Rutherford, PTA.

Any and all treating providers with AICA Orthopedics, including but not limited to, Melissa Rivera-Rodriguez, DC; Keishla Roman, DC; Alexandria Jenkins, DC; Lavern Laseter, DC; and David Burke, PA.

Any and all treating providers with Peachtree Orthopedic Clinic, including but not limited to, Michael Bernot, MD and Conner Alford, DPT.

Any and all treating providers with Peachtree Orthopedic Clinic Surgery

Center, including but not limited to, David Schiff, MD.

Douglas Kasow, D.O. with OrthoAtlanta, who performed an Independent Medical Evaluation on August 3, 2022.

Any individuals identified in Plaintiffs' written discovery responses to Defendant's Interrogatories or documents Plaintiff produced.

Any individuals listed in any of Defendant's Interrogatory responses or documents produced.

Any individuals listed in any other party's Initial Disclosures.

Plaintiff's sister Tyannia Shelter also has knowledge of Plaintiff's injuries. She can be reached at 563 Sherwood Greens, Stone Mountain, GA 30087 or 470-385-0578.

4.

To your knowledge, information, or belief, has any statement or report been made by any person named in answer to Interrogatory No. 3? If so, describe each such statement or report, giving the date, the name of the person present when made, the form (whether oral, written, recorded, etc.), the subject and the present location of any such statement or report, giving the name of the person having custody and control thereof.

Response: Please see Georgia Motor Vehicle Crash Report Number

**C000808628-01, call history record from Georgia State Patrol from the subject incident, and dashcam video footage recorded by the Georgia State Patrol at the scene of the subject wreck. See attached 911 records from Cobb County Communications Bureau. See attached medical records for reports provided by Plaintiff's treating providers.**

5.

If you received any injuries in the accident which is the subject matter of the above-captioned lawsuit, please describe the injury stating when you first became aware of the injury, indicating the date and hour.

**Response: Plaintiff received injuries to his right ribs and to his thoracic and lumbar spine. Additionally, Plaintiff has suffered from mental and emotional injuries since the time of the subject wreck. Plaintiff sought treatment the day following the subject wreck. Plaintiff will expound further upon his injuries at the time of his deposition. Plaintiff's injuries are addressed in more detail in the produced medical records from his treating providers.**

6.

Itemize all expenses and special damages which you claim resulted from the incident complained of, including but not limited to, property damage, medical and hospital expenses, and loss of earnings.

**Response: Plaintiff has incurred the following medical expenses to date in connection with the subject incident:**

| | |
|---|---|
| **Wellstar Cobb Hospital** | **$26,317.40** |
| **The Bortolazzo Group** | **$2,335.00** |
| **Quantum Radiology** | **$1,722.00** |
| **NOVA Medical Centers** | **$2,338.26** |
| **AICA Orthopedics** | **$2,207.00** |
| **Peachtree Orthopaedics Clinic** | **$15,237.32** |
| **Peachtree Orthopaedics Surgery Center** | **$11,000.00** |
| **MedTrans Go** | **$3,429.50** |
| | |
| **TOTAL MEDICAL EXPENSES TO DATE** | **$64,586.48** |

**In addition, Plaintiff also has a lost wage claim in excess of $10,000, but he is still in the process of obtaining his wage information.**

**Plaintiff has a claim for pain and suffering damages based upon the following factors: interference with normal living; interference with enjoyment of life; loss of capacity to labor and earn money; impairment of bodily health and vigor; fear of extent of injury; shock of impact; actual pain and suffering (past and future); mental anguish (past and future); and extent to which Plaintiff must limit activities. The amount of Plaintiff's pain and suffering damages will be determined by the enlightened conscience of an impartial jury of his peers.**

7.

Specify each and every act or omission of Defendant that you contend caused

or contributed to your alleged injuries and damages.

**Response: Plaintiff objects to this Interrogatory on the grounds that it seeks to discover Plaintiff's counsel's thoughts, impressions, and legal opinions, which are protected from disclosure under the work product doctrine. Plaintiff further objects on the grounds that it seeks to discover Plaintiff's contentions before discovery has been completed. Subject to and without waiving the foregoing objections, Plaintiff states that Defendant WHV is vicariously liable for the acts and omissions of its employee/agent driver, and it is liable for its negligent hiring, training, supervision, and/or retention of the unidentified commercial vehicle driver, and for negligently entrusting its vehicle to the unidentified driver, which resulted in the subject incident. Plaintiff directs Defendant to Plaintiff's Complaint and Plaintiff's Initial Disclosures for additional detail.**

8.

State what medical attention you have received since the subject accident, setting forth the name and address of every physician, surgeon, or practitioner of any healing art who has treated you and the date of each visit to each physician, surgeon, or practitioner.

**Response: Plaintiff identifies the following:**

**Wellstar Cobb Hospital**
**3950 Austell Road SW, Austell, GA 30106**

**NOVA Medical Centers**
**1395 S Marietta Pkwy SE, Building 200, Suite 212, Marietta, GA 30067**

**AICA Orthopedics**
**1624 Virginia Ave, College Park, GA 30337**

**Peachtree Orthopaedic Clinic**
**1901 Phoenix Boulevard, Suite 200, College Park 30349**

**Peachtree Orthopedic Clinic Surgery Center**
**77 Collier Road, Suite 2000, Atlanta, GA 30309**

**Plaintiff refers Defendant to his medical records for number of visits and dates of each visit to each of the aforementioned providers.**

9.

Prior to or subsequent to the subject accident, have you ever suffered from a similar injury or medical condition? If so, please describe such injury, stating when and where the injury was sustained and whether or not a claim for personal injury was made by you and, if so, against whom such claim was made.

**Response: Plaintiff objects to the extent that this Interrogatory seeks a medical opinion that he is not qualified to render. Plaintiff further objects to this Interrogatory to the extent it is vague, overly broad and not limited in time and scope. Subject to and without waiving the foregoing objection, Plaintiff was**

**in a car wreck in or around November 2017 which resulted in neck and back pain. Plaintiff was not suffering from these injuries at the time of the subject incident. To the best of his recollection, Plaintiff believes he made a claim in connection with this wreck; however, cannot recall if it was a property damage or bodily injury claim, the name of the involved tortfeasor, or the insurance company.**

10.

Were you ever hospitalized, examined, or treated by any physician, surgeon, or practitioner of any healing art for any reason prior or subsequent to the subject accident? If so, give the name and address of each, the date or dates of any treatment received by you, and the name and address of your attending physician. Also, please list the names and addresses of all physicians, surgeons, or practitioners of the healing arts that have treated you in the last eight (8) years.

**Response: Plaintiff identifies the following from the past eight (8) years:**

**Wellstar Cobb Hospital**
**3950 Austell Road SW, Austell, GA 30106**

**Wellstar Atlanta Medical Center**
**1170 Cleveland Avenue, East Point, GA 30344**

**Allegiance Imaging & Radiology**

**Plaintiff was treated at Wellstar Cobb Hospital in October 2016 for back**

pain and hematuria. **Plaintiff had cervical and lumbar MRIs taken at Allegiance Imaging & Radiology in December 2017 after his car wreck, but he does not recall which location he visited. Plaintiff also visited a chiropractor in the East Point, GA area in or around 2017, but does not recall the name of the treating provider.  Plaintiff was treated at Wellstar Atlanta Medical Center in December 2020 for chest pain and COVID symptoms. He had presented to an emergency room in the Augusta, GA area a few days before with the same symptoms but left after a long wait without receiving treatment. Plaintiff does not recall the exact emergency room he visited.**

11.

Please list all pharmacies you have used in the past fifteen (15) years to fill any prescriptions, include the name, address, and phone number for each pharmacy.

**Response: CVS located at 895 Ralph David Abernathy Blvd, Atlanta, GA 30310; Walgreens located at 2711 Metropolitan Pkwy SW, Atlanta, GA 30315 and Walgreens located at 4120 Austell Rd, Austell, GA 30106.**

12.

Prior to or subsequent to this litigation, were you ever a plaintiff or defendant in a lawsuit of any kind? If so, state whether you were plaintiff or defendant, the names of the other parties involved, the name and address of the court where the

action was filed, the substance of the allegations made by or against you, the year in which the action was filed, and the outcome of each such lawsuit.

**Response: Plaintiff was involved in a workers' compensation claim regarding his injuries sustained in the subject incident. Plaintiff settled his claim with Southern Hydro Van, Inc. and Amerisure Mutual Insurance Company in 2022.**

13.

State the name and address of your employer, if any, on the date of the incident complained of and your total salary, commissions, or other compensation.

**Response: Plaintiff was employed with Southern Hydro Van, Inc., 4028 Lindley Road, Powder Springs, GA 30127, on the date of the subject incident. He earned $19.89 per hour.**

14.

Have you ever made any other claim for bodily injuries of any kind against any person, firm, or corporation (including any insurance company)? If so, state the date, the name of the person, firm, or corporation against whom the claim was made, the nature of any injury claimed, and the outcome of such claim.

**Response: Plaintiff directs Defendant to his response to Interrogatory No. 9.**

15.

Is there any activity in which you could engage before the accident in which you cannot engage now as a result of the injuries received in this accident? If so, please describe the activity, stating the manner in which the accident restricted the activity and whether you will be able to engage in the activity in the future, and, if so, when?

**Response: Plaintiff continues to experience pain in his back and flank when lifting, pulling, or pushing, which prevents him from performing the job duties that are required in connection with his previous employment as a technician at Southern Hydro Vac, LLC. He no longer likes to drive due to his fear and anxiety while driving. He has a difficult time playing with his young children, walking on the treadmill, and playing kickball with his family. Plaintiff will expound further upon his injuries and limitations at the time of his deposition.**

16.

Have you missed any work as a result of the injuries received in this accident? If so, please state each date you were absent from work, the total number of days or hours lost, and whether or not you were paid during your absence, and, if so, the reason you were paid and the amount paid.

**Response: Plaintiff was employed as a Technician 1 at Southern Hydro Vac, LLC at the time of the subject wreck. Plaintiff has been unable to return to work and has not held gainful employment since the time of the subject wreck due to the severity of his injuries. Plaintiff was making $19.89 per hour, or a total of $795.60 in a 40-hour work week. Additionally, Plaintiff routinely worked overtime. He was not paid during his absence.**

17.

State the name, address, and telephone number of each and every expert whom you expect to call as a witness at the trial of the case and with regard to such witness, state the subject matter on which the expert is expected to testify, the substance of the facts and opinions to which said expert is expected to testify, and a summary of the grounds for each opinion.

**Response: Plaintiff has not yet made a determination as to all experts who will be called to testify at trial. Plaintiff expects to call one or more of his treating medical providers to give testimony about the cause, nature, severity, and prognosis of his injuries, including, but not limited to, those identified in response to Interrogatory No. 8. At such time that Plaintiffs designates experts to be called as witnesses at trial, Interrogatory No. 17 will be amended/supplemented as additional responsive information is obtained.**

18.

State the name, address, and telephone number of each and every expert whom you have consulted but whom you may not call to testify at trial.

**Response: Plaintiff has not yet made a determination as to all experts who will be called to testify at trial, or alternatively will not be called as a witness. At such time that Plaintiff designates experts to be called as witnesses at trial, Interrogatory No. 18 will be amended/supplemented as additional responsive information is obtained.**

19.

State whether you have received any payments from any source on account of the loss described in the complaint. If so, state:

a)      The name and address of the person or entity making such payment;

b)      The amount of the payment made; and

c)      Whether there are any records, documents, or writings which relate to or were made in connection with your claim for payment.

**Response: Plaintiff objects to this request as it seeks collateral-source information. Subject to and without waiving the foregoing objection, Plaintiff has received medical funding from ML Healthcare and a pre-settlement loan from Cash Now Funding Group. Plaintiff also has a medical lien with AICA**

**Orthopedics and a hospital lien with Wellstar Cobb Hospital.**

20.

Please state whether you have filed a workers' compensation claim as a result of the accident. If so, please identify the employer and/or insurance company against whom the claim was filed, the jurisdiction where the claim was filed, and the outcome of the claim.

**Response: Please see response to Interrogatory No. 12.**

21.

State whether you have ever been involved in a motor vehicle accident either prior or subsequent to this occurrence either as a driver, passenger, or pedestrian. If so, state:

a)     The name of all parties involved, the date, and location of the accident;

b)     If you were treated for any injuries, list the physician and place of treatment;

c)     If you retained an attorney, please state his name and address; and

d)     If you received any payments from any source, list the name of the entity ant the amount received.

**Response:   Plaintiff directs Defendant to his response to Interrogatory No. 9.**

22.

Have you ever been arrested or convicted of any crime? If so, please state the charge against you, the indictment or accusation number, and the disposition of such charge or charges.

**Response: Plaintiff was arrested on January 21, 2008 and charged with theft by receiving stolen property and criminal attempt to commit a felony (State Court of DeKalb County; State vs Stephens, Taurean; Case No. 08CR2858). Plaintiff pled guilty and was sentenced to serve 5 years on probation under the First Offender Act and ordered to pay restitution. Plaintiff was subsequently arrested by DeKalb County Sheriff's Office for probation violations on August 8, 2009; November 20, 2010; and September 22, 2012.**

23.

Please provide the number, the name of the provider, and the name of the account holder for each and every cellular telephone or other wireless communication device that was inside your vehicle at the time of the accident, and state whether or not you were using any such device immediately before or at the time of the accident.

**Response: Plaintiff was in possession of his cell phone at the time of the subject incident. His phone was in his bag, and he was not using it immediately**

**before or at the time of the subject incident. His number at the time of the subject incident was 404-236-5333, and the cell phone provider was Metro by T-Mobile. The name of the account holder was Plaintiff's friend Chad; however, Plaintiff does not recall Chad's last name.**

24.

Please provide a complete and detailed description (to include any and all physical attributes) of the tractor and trailer which you allege struck your vehicle, including color, wording if any on the vehicle, tag number, sticker and or labels on vehicle, etc.

**Response: Plaintiff states that the at-fault vehicle consisted of Tractor 2808143, USDOT No. 3291436, SCAC AGHPR and Trailer No. 130264. Plaintiff recalls that the Trailer Tag No. was P319212.**

25.

Please provide a complete and detailed description of all evidence, inclusive of non-privileged documents, and correspondence or communications you have had with any person or entity, which you contend shows Defendant WHV Transportation LLC was involved in the subject accident.

**Response: Plaintiff identifies the Traffic Crash Report completed by Officer J.T. Fields, dated November 30, 2021; documents and/or data from the**

**Georgia State Patrol; documents and/or data from Cobb County 911; documents and/or data from Swift Transportation Co. of Arizona, LLC a/k/a Swift Transportation Company; screenshot of notes taken on Plaintiff's phone from date of accident; documents and/or data from Plaintiff's treating providers; documents Produced by Defendant; any and all exhibits to depositions that will be taken in this case; any and all documents referred to in discovery; and videos from Georgia State Patrol.**

26.

Please provide a complete and detailed description of all evidence, inclusive of non-privileged documents, and correspondence or communications you have had with any person or entity, which you contend shows Defendant Swift Transportation Co. of Arizona a/k/a Swift Transportation was involved in the subject accident.

**Response: Plaintiff identifies the Traffic Crash Report completed by Officer J.T. Fields, dated November 30, 2021; documents and/or data from the Georgia State Patrol; documents and/or data from Cobb County 911; documents and/or data from Swift Transportation Co. of Arizona, LLC a/k/a Swift Transportation Company; screenshot of notes taken on Plaintiff's phone from date of accident; documents and/or data from Plaintiff's treating providers; documents Produced by Defendant; any and all exhibits to depositions that will**

**be taken in this case; any and all documents referred to in discovery; and videos**

**from Georgia State Patrol.**

Respectfully submitted this 10th day of August, 2023.

/s/ Eric B. Funt
Eric B. Funt
Georgia Bar No. 588961

Counsel for Plaintiff

**THE CHAMPION FIRM**
445 Franklin Gateway, SE
Suite 100
Marietta, GA 30067
Phone: 404-596-8044
Fax: 404-671-9347
eric@thechampionfirm.com

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

TAUREAN STEPHENS

Plaintiff,

vs.

SWIFT TRANSPORTATION CO. OF          Civil Action File No.:  1:22-CV-
ARIZONA, LLC a/k/a SWIFT             01403-JPB
TRANSPORTATION COMPANY,
WHV TRANSPORTATION, LLC,
and JOHN DOE.,

Defendants.

## CERTIFICATE OF SERVICE

I certify that I have served each of the parties listed below with a copy of

**PLAINTIFF'S RESPONSE TO DEFENDANT WHV TRANSPORTATION
LLC'S FIRST INTERROGATORIES TO PLAINTIFF TAUREAN
STEPHENS** and **PLAINTIFF'S RESPONSE TO DEFENDANT WHV
TRANSPORTATION LLC'S FIRST REQUEST FOR PRODUCTION OF
DOCUMENTS TO PLAINTIFF TAUREAN STEPHENS** by statutory electronic

delivery and filing the Certificate of Service with this Court via the CM/ECF system,

which will automatically provide a copy to the following attorneys of record:

James Z. Foster, Esq.
Foster Counts LLP
1201 W. Peachtree Street, NW
Atlanta, GA 30309
james@foster-law.com

Melissa C. Greene, Esq.
Amelia K. Ortiz, Esq.
COPELAND, STAIR, VALZ & LOVELL, LLP
191 Peachtree Street, N.E.
Suite 3600
Atlanta, GA 30303-1740
mgreene@csvl.law
aortiz@csvl.law

Matthew P. Stone, Esq.
Shawn N. Kalfus, Esq.
Sheetal M. Brahmbhatt, Esq.
Stone Kalfus LLP
One Midtown Plaza
1360 Peachtree Street NE, Suite 1250
Atlanta, GA 30309
matt.stone@stonekalfus.com
shawn.kalfus@stonekalfus.com
sheetal.brahmbhatt@stonekalfus.com

Timothy J. Peacock, Esq.
Janie Hagood, Esq.
Swift, Currie, McGhee & Hiers, LLP
1420 Peachtree Street NE, Suite 800
Atlanta, GA 30309
Tim.peacock@swiftcurrie.com

Respectfully submitted this 10th day of August, 2023.

<u>/s/ Eric B. Funt</u>
Eric B. Funt
Georgia Bar No. 588961

Counsel for Taurean Stephens

**THE CHAMPION FIRM**
445 Franklin Gateway, SE
Suite 100
Marietta, GA 30067
Phone: 404-596-8044
Fax: 404-671-9347
eric@thechampionfirm.com