IN THE UNITED STATE DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| TAUREAN STEPHENS, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>SWIFT TRANSPORTATION CO. OF )<br>ARIZONA, LLC A/K/A SWIFT )<br>TRANSPORTATION COMPANY, and )<br>WHV TRANSPORTATION LLC, )<br>)<br>Defendants. ) | Civil Action<br>File No.: 1:22-CV-01403-JPB |

**DEFENDANT WHV TRANSPORTATION, LLC'S THEORIES OF NON-RECOVERY AND STATEMENT OF MATERIAL FACTS IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT**

COMES NOW Defendant WHV Transportation, LLC (hereinafter, "WHV"), by and through counsel, pursuant to Rule 56 of the Federal Rules of Civil Procedure and Local Rule 56.1, and files this, its Theories of Non-Recovery and Statement of Material Facts in support of its Motion for Summary Judgment, showing the Court as follows:

**THEORIES OF NON-RECOVERY**

1. Plaintiff's failure to present any admissible evidence that WHV is liable in any way for Plaintiff's claims entitles WHV to summary judgment.

1

## STATEMENT OF MATERIAL FACTS

1. On or about November 30, 2021, at 6:42 PM, Plaintiff claims that he was a passenger in a dump truck traveling on I-285 southbound, when the dump truck was struck by a tractor-trailer. [Exhibit A, Complaint, ¶ 6-8].

2. The operator of the tractor-trailer did not stop, leaving the scene of the accident. [Exhibit A, ¶ 8].

3. In his deposition, Plaintiff testified he wrote down the tractor-trailer's identifying information off the side of the truck. [Exhibit D, Plaintiff's Deposition, p. 77: 1-16].

4. Below is the note produced by Plaintiff, showing the information he took down on a cellphone note. [Exhibit B, Plaintiff's cellphone note].



[Exhibit B].

5. Plaintiff described the person driving the tractor-trailer in his deposition as a "Hispanic guy… with a low cut, like a bald head." [Exhibit D, P. 80: 10-11].

6. Plaintiff did not present any evidence in his deposition that this unidentified driver was working for WHV or that WHV is liable in any way for the accident. [Exhibit D, *generally*].

7. Hannah Osborne with Swift Transportation investigated the accident. [Exhibit C].

8. On March 8, 2022, Ms. Osborne sent an email to Sonya Nussbaum, who had an Amazon email address, with the subject line: "Trailer 130264". <u>Id</u>.

9. Below is a snapshot of that email.

> **From:** Hannah Osborne
> **Sent:** Tuesday, March 8, 2022 1:32 PM
> **To:** Nussbaum, Sonya <snnussba@amazon.com>
> **Cc:** Thomas Repko
> **Subject:** [EXTERNAL] Trailer 130264
>
> **CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you can confirm the sender and know the content is safe.
>
> We had a trailer that was being hauled by a NON-SWIFT truck that was involved in an accident on 11/30 we are trying to get some feedback from MGE5 in Chime and in cases.
> They departed the trailer between 11/29 and 12/05, we need to know who took the trailer out. So far we have reached out to several people in Amazon to escalate this matter and we have not been able to get a response. Case number 9720654831, first attempt to contact 03/03 via Chime.
>
> Hannah Osborne | Swift Transportation

<u>Id</u>.

10. On that same date, Ms. Nussbaum responded back to Ms. Osborne asking for additional information so she can find the accident file. <u>Id</u>.

11. Below is her email response.

4

> From: Nussbaum, Sonya <snnussba@amazon.com>
> Sent: Tuesday, March 8, 2022 11:39 AM
> To: Hannah Osborne
> Cc: Thomas Repko
> Subject: RE: Trailer 130264
>
> [External Email] Think before you click. This email originated from outside of the company. Review the sender's email address and any clickable links. Validate any requests or attachments before proceeding. If in doubt contact the Helpdesk.
>
> Hello! I apologize that you have had difficulty getting information to date. I do not have access to cases, could you pass along any information you have so that I can find the accident file?

Id.

12. Ms. Osborne provided some additional information regarding the load information, as shown in the below email.



> From: Hannah Osborne
> Sent: Tuesday, March 8, 2022 3:16 PM
> To: Nussbaum, Sonya <snnussba@amazon.com>
> Cc: Thomas Repko
> Subject: RE: [EXTERNAL] Trailer 130264
>
> CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you can confirm the sender and know the content is safe.
>
> It came in on a load from MEM6 VRID 112B6NRNZ, do they keep track of the license plate of the carrier that checked out the trailers? The SCAC associated with the plate and trailer number is accurate for the trailer but not the carrier that took the trailer out.
>
> Hannah Osborne | Swift Transportation

Id.

13. Ms. Nussbaum responded to Ms. Osborne, providing the below statement.



> From: Nussbaum, Sonya <snnussba@amazon.com>
> Sent: Tuesday, March 8, 2022 2:05 PM
> To: Hannah Osborne
> Cc: Thomas Repko
> Subject: RE: Trailer 130264
>
> [External Email] Think before you click. This email originated from outside of the company. Review the sender's email address and any clickable links. Validate any requests or attachments before proceeding. If in doubt contact the Helpdesk.
>
> Good afternoon;
> I contacted the facility, and was notified that WHV Transportation LLC pulled the trailer out with tractor 2808143. USDOT Number 3291436, SCAC is AGHPR.
> I hope this helps. Let me know if you need any further information.

5

Id.

14. It is undisputed that no one knows who Ms. Nussbaum contacted at the MGE5 Amazon facility. [Exhibit E, Swift 30(b)(6) depo, p. 78:24-25, p. 79,1-4].

15. It is also undisputed that no one knows who notified Ms. Nussbaum that WHV Transportation LLC pulled the trailer out with tractor 2808143. [Exhibit E, p.79:22-25, p. 80:1-3:].

16. Swift's corporate representative testified that Swift did not independently verify the information Ms. Nussbaum provided. [Exhibit E p.79: p.5-14].

17. Swift's corporate representative testified that it had no records of WHV ever hauling any loads for Amazon or taking any trailers from the MGE5 Amazon facility other than the email from Ms. Nussbaum. [Exhibit E, p. 84:1-5, p.84:6-25].

18. Swift's corporate representative also testified that Swift has no records of WHV ever pulling the at-issue trailer. [Exhibit E, p.85: 1-18].

19. Swift's corporate representative further testified that, "Outside of the e-mail communication from Amazon, no, we don't [have] information in our system indicating who pulled that trailer from MGE5 at that time." [Exhibit E, p. 84: 23-25].

20. Plaintiff has never produced any records or other evidence outside the email from Ms. Nussbaum, that WHV ever pulled the subject trailer, or ever pulled a load from the at-issue MGE5 facility.

21. Based on this email, Plaintiff sued WHV in the present lawsuit. [Exhibit A, ¶7; ¶13, ¶14, ¶15, ¶16, ¶17; Exhibit F, Plaintiff's Response to Defendant WHV Interrogatories ¶25, ¶26].

22. Ms. Nussbaum's email is the only reason why Plaintiff and Swift contend WHV is at-fault in this action. [Exhibit E, p. 84:19-25; Exhibit F, ¶24, ¶ 25].

This 11th day of December, 2023.

By:    /s/ Melissa C. Greene
MELISSA C. GREENE
State Bar No. 580723
SHARON R. OPILA
State Bar No.: 631777

*Attorneys for Defendant WHV Transportation, LLC*

Copeland, Stair, Valz & Lovell, LLP
191 Peachtree Street, N.E.
Suite 3600
Atlanta, Georgia 30303-1740
404-522-8220
..........
P.O. Box 56887
Atlanta, Georgia 30343-0887
mgreene@csvl.law
sopila@csvl.law

### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | |
|---|---|
| TAUREAN STEPHENS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Civil Action File No.: 1:22-CV-01403-JPB |
| SWIFT TRANSPORTATION CO. OF ARIZONA, LLC A/K/A SWIFT TRANSPORTATION COMPANY, and WHV TRANSPORTATION LLC, | ) |
| | ) |
| Defendants. | ) |

## **CERTIFICATE OF COMPLIANCE**

Defendant WHV's counsel hereby certifies that the foregoing has been prepared with one of the font and point selections approved by the Court in Local Rule 5.1(B): Times New Roman (14 point).

This 11th day of December, 2023.

|  |  |
|---|---|
| | By: */s/ Melissa C. Greene* |
| | MELISSA C. GREENE |
| | State Bar No. 580723 |
| Copeland, Stair, Valz & Lovell, LLP | SHARON R. OPILA |
| 191 Peachtree Street, N.E. | State Bar No.: 631777 |
| Suite 3600 | |
| Atlanta, Georgia 30303-1740 | *Attorneys for Defendant WHV* |
| 404-522-8220 | *Transportation, LLC* |

..........
P.O. Box 56887
Atlanta, Georgia 30343-0887
mgreene@csvl.law
sopila@csvl.law

9

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| TAUREAN STEPHENS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Civil Action File No.: 1:22-CV- |
| SWIFT TRANSPORTATION CO. OF ARIZONA, LLC A/K/A SWIFT TRANSPORTATION COMPANY, and WHV TRANSPORTATION LLC, | ) 01403-JPB ) ) ) ) |
| | ) |
| Defendants. | ) |

**CERTIFICATE OF SERVICE**

I hereby certify that I have this day served a copy of the within and foregoing upon all parties to this matter via electronic service, addressed to counsel of record as follows:

James Z. Foster
Foster Law, LLC
1201 West Peachtree St, NW
Suite 2300
Atlanta, GA 30309
james@foster-law.com

Eric Funt
Daryl Champion
The Champion Firm
445 Franklin Gateway SE, Suite 100
Marietta, GA 30067
eric@thechampionfirm.com

Matthew P. Stone
Shawn N. Kalfus

10

Sheetal M. Brahmbhatt
Stone Kalfus LLP
One Midtown Plaza
1360 Peachtree Street NE, Suite 1250
Atlanta, GA 30309
matt.stone@stonekalfus.com
shawn.kalfus@stonekalfus.com
sheetal.brahmbhatt@stonekalfus.com

This 11th day of December, 2023.

By: /s/ Melissa C. Greene
MELISSA C. GREENE
State Bar No. 580723
SHARON R. OPILA
State Bar No.: 631777

Copeland, Stair, Valz & Lovell, LLP
191 Peachtree Street, N.E.
Suite 3600
Atlanta, Georgia 30303-1740
404-522-8220
..........
P.O. Box 56887
Atlanta, Georgia 30343-0887
mgreene@csvl.law
sopila@csvl.law

*Attorneys for Defendant WHV Transportation, LLC*