UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| TAUREAN STEPHENS,<br><br>Plaintiff,<br><br>vs.<br><br>WHV TRANSPORTATION, LLC, and JOHN DOE.<br><br>Defendants. | Civil Action<br>File No.:  1:22-CV-01403-JPB |

## NOTICE OF SETTLEMENT

Plaintiff Taurean Stephens gives notice that he has reached a global settlement with all defendants to fully resolve all claims in this matter. The parties, however, request 30 days to file final dismissal papers as Mr. Stephens must resolve several liens before the paperwork can be finalized.

Respectfully submitted this 5th day of September, 2024.

THE CHAMPION FIRM P.C
*/s/  Eric Funt*
Eric Funt
Georgia Bar No. 588961
Darl Champion
Georgia Bar No. 910007
The Champion Firm
445 Franklin Gateway SE, Suite 100
Marietta, GA 30067
eric@thechampionfirm.com
*Attorneys for Plaintiff*

## **CERTIFICATE OF COMPLIANCE**

The foregoing Notice is double spaced in 14 point Times New Roman font and complies with the type-volume limitation set forth in Local Rule 7.1.

                                     /s/ Eric B. Funt
                                ERIC B. FUNT, ESQ.
                                GA State Bar No.:  588961
                                eric@thechampionfirm.com